# EXHIBIT A

**Uni-Statement**

**usbank.**

P.O. Box 1800
Saint Paul, Minnesota  55101-0800

Account Number:
9294

Statement Period:
Dec 31, 2024
through
Jan 23, 2025

1717    TRN    S    X    ST01

Page 1 of 2

000009605 TUSB04DD012425033063 01 00000000 009673 002

ESTATE OF ERIC RALLS
DEBTOR IN POSSESSION
BANKRUPTCY CASE #24-60504
6961 PARK SLOPE
TYLER TX  75703-0317

☎    **To Contact U.S. Bank**

**By Phone:**    800-US BANKS
(800-872-2657)

**U.S. Bank accepts Relay Calls**

**Internet:**    usbank.com



---

## NEWS FOR YOU

**Eligible cardmembers can check out online with Paze℠ today.**

The list of merchants offering Paze at online checkout keeps growing. See the full list of merchants offering Paze at paze.com/merchant-directory

*Paze and the Paze related marks are wholly owned by Early Warning Services, LLC and are used herein under license.*

---

## INFORMATION YOU SHOULD KNOW

Effective February 10, 2025, please review updates made to the *Consumer Pricing Information* disclosure which may affect your rights.

Beginning January 6, 2025, you can review the full revised disclosure at **usbank.com/CPI-upcoming-version**, by calling 24-Hour Banking at 800-USBANKS (872-2657) or by visiting your local U.S. Bank branch. We accept relay calls.

**Here's what you should know:**

- For the U.S. Bank Smart Rewards®, adding clarification that the Grantor only (GRT) and Trustee & Grantor – Irrevocable Trust (TRG) relationships do not qualify.
- For the Smart Rewards credit account qualification, adding clarification that the home equity line of credit account is for standard home equity lines of credit only.
- For the U.S. Bank Smartly® Savings interest rate bump, adding clarification that for irrevocable trust accounts, Grantor only (GRT) and Trustee & Grantor - Irrevocable Trust (TRG) relationships do not qualify.

**Great news on your U.S. Bank Smartly® Savings account:**

We've enhanced the way we determine the interest rate bump tier so that when you qualify for a higher tier, you start earning sooner:

- For the Combined Qualifying Balance that is calculated monthly, we moved to a rolling 90-day average calculation.
- We've started calculating an aggregated daily balance for all qualifying accounts that is reviewed **daily** to determine whether you qualify for a higher tier.
- At account opening and every month, the higher of these two balances (daily and monthly) are used to determine your interest rate bump tier.

Here's how it works in more detail:

First, at the end of each month an average Combined Qualifying Balance is calculated.  The balance is based on a 90-day average balance for all qualifying accounts and is calculated by adding together the end of day ledger combined balances for every day in the last 90 days and dividing the total by:

1. 90 calendar days, or
2. the number of days since opening an initial qualified account

Next, the Smartly Interest Rate Bump tier that is applied to your U.S. Bank Smartly Savings account is determined by one of two potential calculations:

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.



## BALANCE YOUR ACCOUNT

To keep track of your account balance, please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement.   $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.   $_____

5. Total lines 3 and 4.   $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.   $_____

7. Subtract line 6 from line 5. This is your balance.   $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

### IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS
#### In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

*Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

### IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

### CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE
#### What To Do If You Think You Find A Mistake on Your Statement

If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar Amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

### REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

### CONSUMER REPORT DISPUTES

We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

Member FDIC



EQUAL HOUSING
LENDER

**usbank.**

5 STATE OF FDIC PAUSE
DEBTOR-IN-POSSESSION
BANKRUPTCY 7 CASE #24-6054
6961 PARK SLOPE
TYLER TX 75703-0317

**Uni-Statement**

Account Number:
9294

Statement Period:
Dec 31, 2024
through
Jan 23, 2025

Page 2 of 2

## INFORMATION YOU SHOULD KNOW                                    (CONTINUED)

1.  For the initial evaluation after opening your first qualifying account and at the beginning of every calendar month thereafter, we will apply the Smartly Interest Rate Bump tier based upon the average Combined Qualifying Balance (as described above).
2.  In addition, we will review the Combined Qualifying Balances on a daily basis to determine whether you qualify for a higher Smartly Interest Rate Bump tier based upon the day's Combined Qualifying Balances.

If your daily Combined Qualifying Balances qualifies you for a tier upgrade, you will be moved to the higher tier (within 5 business days). You will remain in that tier until you qualify for a higher tier based on your daily Combined Qualifying Balances, or the calculated monthly Combined Qualifying Balance qualifies you for a higher or lower tier.

If you have questions, please call us at 800-USBANKS (872-2657) - we're available to help! You can also schedule an appointment at **usbank.com/book** to speak with a banker in person, by phone or virtually.

Switching your U.S. Bank Smartly® Checking account to electronic statements (e-statements) will help keep your account information secure and provide access 2-3 days sooner than mailed paper statements. There are other benefits to e-statements:

•   View, print or download and save up to 7 years of statements.
•   See detailed images of sent and deposited checks.
•   Receive a monthly alert when your e-statement is ready to view.
•   Reduce your paper trail.

You can log into your account to make the switch at **usbank.com** or the mobile app. You can also call us at 24-Hour Banking at 800-USBANKS (872-2657). We accept relay calls.

If you wish to continue receiving paper statements, there is nothing you need to do.

## U.S. BANK SMARTLY CHECKING                                    *Member FDIC*

U.S. Bank National Association                        **Account Number**          9294

### Account Summary

| | | |
|---|---|---|
| Beginning Balance on Dec 31 | $ | 0.00 |
| Deposits / Credits | | 1,000.00 |
| Other Withdrawals | | 18.50- |
| **Ending Balance on Jan 23, 2025** | **$** | **981.50** |

Number of Days in Statement Period          24

### Deposits / Credits

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Jan 10 | Electronic Deposit | From GREENMINDLLC | | $ | 1,000.00 |
| | REF=250090166999600N00 | CONS PAY W994477066 | | | |
| | | **Total Deposits / Credits** | | **$** | **1,000.00** |

### Other Withdrawals

| Date | Description of Transaction | Ref Number | | Amount |
|---|---|---|---|---|
| Jan 13 | Check Printing Charge | | $ | 18.50- |
| | **Total Other Withdrawals** | | **$** | **18.50-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|
| Jan 10 | 1,000.00 | Jan 13 | 981.50 |

Balances only appear for days reflecting change.

This page intentionally left blank

**US bank.**

**Unit Statement**

Account Number:
9294

Statement Period:
Jan 24, 2025
through
Jan 31, 2025

Page 1 of 2

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

1717      TRN           S           X       ST01

000013766 MUSB04DD020125034016 01 00000000 014103 002

|᠊᠊᠊᠊|᠊᠊|᠊᠊᠊|᠊᠊|᠊᠊᠊᠊᠊|᠊᠊|᠊|᠊|᠊᠊᠊|᠊|᠊᠊᠊|᠊|᠊᠊|᠊᠊|᠊|᠊|᠊᠊᠊|᠊᠊᠊|᠊᠊|᠊

ESTATE OF ERIC RALLS
DEBTOR IN POSSESSION
BANKRUPTCY CASE #24-60504
6961 PARK SLOPE
TYLER TX 75703-0317

☎                                    **To Contact U.S. Bank**

**By Phone:**                            800-US BANKS
                                         (800-872-2657)

**U.S. Bank accepts Relay Calls**

**Internet:**                            usbank.com

---

## NEWS FOR YOU

**Eligible cardmembers can check out online with Paze℠ today.**

The list of merchants offering Paze at online checkout keeps growing. See the full list of merchants offering Paze at paze.com/merchant-directory

*Paze and the Paze related marks are wholly owned by Early Warning Services, LLC and are used herein under license.*

---

## INFORMATION YOU SHOULD KNOW

Effective February 10, 2025, please review updates made to the *Consumer Pricing Information* disclosure which may affect your rights.

Beginning January 6, 2025, you can review the full revised disclosure at **usbank.com/CPI-upcoming-version**, by calling 24-Hour Banking at 800-USBANKS (872-2657) or by visiting your local U.S. Bank branch. We accept relay calls.

**Here's what you should know:**

- For the U.S. Bank Smart Rewards®, adding clarification that the Grantor only (GRT) and Trustee & Grantor – Irrevocable Trust (TRG) relationships do not qualify.
- For the Smart Rewards credit account qualification, adding clarification that the home equity line of credit account is for standard home equity lines of credit only.
- For the U.S. Bank Smartly® Savings interest rate bump, adding clarification that for irrevocable trust accounts, Grantor only (GRT) and Trustee & Grantor - Irrevocable Trust (TRG) relationships do not qualify.

**Great news on your U.S. Bank Smartly® Savings account:**

We've enhanced the way we determine the interest rate bump tier so that when you qualify for a higher tier, you start earning sooner:

- For the Combined Qualifying Balance that is calculated monthly, we moved to a rolling 90-day average calculation.
- We've started calculating an aggregated daily balance for all qualifying accounts that is reviewed **daily** to determine whether you qualify for a higher tier.
- At account opening and every month, the higher of these two balances (daily and monthly) are used to determine your interest rate bump tier.

Here's how it works in more detail:

First, at the end of each month an average Combined Qualifying Balance is calculated. The balance is based on a 90-day average balance for all qualifying accounts and is calculated by adding together the end of day ledger combined balances for every day in the last 90 days and dividing the total by:

1. 90 calendar days, or
2. the number of days since opening an initial qualified account

Next, the Smartly Interest Rate Bump tier that is applied to your U.S. Bank Smartly Savings account is determined by one of two potential calculations:

---

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.



To keep track of your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.



**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $     |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $     |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement.                                         $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.                     $_____

5. Total lines 3 and 4.                                                                        $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.              $_____

7. Subtract line 6 from line 5. This is your balance.                                         $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

## IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS

**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

    *Please note: Draft paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

### *What To Do If You Think You Find A Mistake on Your Statement*

If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.

In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar Amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate,** use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate.** Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES

We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.



EQUAL HOUSING
LENDER

Member FDIC



**us bank**

ESTATE OF LENG/WALLS
DEBTOR IN POSSESSION
BANKRUPTCY CASE #24-60504
6961 PARK SLOPE
TYLER TX 75703-0317

Account Number:
████████9294
Statement Period:
Jan 24, 2025
through
Jan 31, 2025

Page 2 of 2

---

## INFORMATION YOU SHOULD KNOW                                    (CONTINUED)

1. For the initial evaluation after opening your first qualifying account and at the beginning of every calendar month thereafter, we will apply the Smartly Interest Rate Bump tier based upon the average Combined Qualifying Balance (as described above).

2. In addition, we will review the Combined Qualifying Balances on a daily basis to determine whether you qualify for a higher Smartly Interest Rate Bump tier based upon the day's Combined Qualifying Balances.

If your daily Combined Qualifying Balances qualifies you for a tier upgrade, you will be moved to the higher tier (within 5 business days). You will remain in that tier until you qualify for a higher tier based on your daily Combined Qualifying Balances, or the calculated monthly Combined Qualifying Balance qualifies you for a higher or lower tier.

If you have questions, please call us at 800-USBANKS (872-2657) - we're available to help! You can also schedule an appointment at **usbank.com/book** to speak with a banker in person, by phone or virtually.

Switching your U.S. Bank Smartly® Checking account to electronic statements (e-statements) will help keep your account information secure and provide access 2-3 days sooner than mailed paper statements. There are other benefits to e-statements:

- View, print or download and save up to 7 years of statements.
- See detailed images of sent and deposited checks.
- Receive a monthly alert when your e-statement is ready to view.
- Reduce your paper trail.

You can log into your account to make the switch at **usbank.com** or the mobile app. You can also call us at 24-Hour Banking at 800-USBANKS (872-2657). We accept relay calls.

If you wish to continue receiving paper statements, there is nothing you need to do.

---

## U.S. BANK SMARTLY CHECKING                                    *Member FDIC*

U.S. Bank National Association                          Account Number ████████9294

### Account Summary

| | | | |
|---|---|---|---|
| Beginning Balance on Jan 24 | $ | 981.50 | Number of Days in Statement Period          8 |
| Deposits / Credits | | 7,500.00 | |
| **Ending Balance on  Jan 31, 2025** | **$** | **8,481.50** | |

### Deposits / Credits

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Jan 29 | Electronic Deposit | From GREENMINDLLC | | $ | 7,500.00 |
| | REF=250280128046800N00 | CONS PAY  W994477066 | | | |
| | | | **Total Deposits / Credits** | **$** | **7,500.00** |

### Balance Summary

| Date | Ending Balance |
|---|---|
| Jan 29 | 8,481.50 |

Balances only appear for days reflecting change.

This page intentionally left blank