Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
117 S. Dallas Street
Ennis, Texas 75119
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Bill Jaris

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ERIC RALLS, | § | CASE NO. 24-60504-jps |
| | § | |
| Debtor. | § | Chapter 7 |

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF NOTICES AND PLEADINGS**

Joyce W. Lindauer, on behalf of Bill Jaris, a creditor and party-in-interest in the above-entitled and numbered case, respectfully requests that all notices given or required to be given in this case and any case consolidated herewith, and all papers served or required to be served in this matter, be given to and served upon the undersigned at the said address.

Dated: June 10, 2025

Respectfully submitted,

  */s/ Joyce W. Lindauer*
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
117 S. Dallas Street
Ennis, Texas 75119
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Bill Jaris

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 10, 2025, a true and correct copy of the foregoing document was served via email pursuant to the Court's ECF system upon those parties receiving electronic notice in this case.

  */s/ Joyce W. Lindauer*
Joyce W. Lindauer