IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ERIC RALLS, | § | CASE NO. 24-60504 |
| | § | (Chapter 7) |
| DEBTOR | § | |

## ORDER DIRECTING 2004 EXAMINATION OF ERIC RALLS

On this day came on for consideration the *Motion for 2004 Examination of Eric Ralls Pursuant to Bankruptcy Rule 2004* ("***Motion***") filed by Areya Holder Aurzada, Trustee ("Trustee") seeking a Bankruptcy Rule 2004 examination of Debtor, Eric Ralls ("***Debtor***"). The Court, after considering the Motion, the record, and considering the lack of any response or objection, finds that the Motion has merit and should be granted. **IT IS THEREFORE,**

**ORDERED** that the Motion is GRANTED. **IT IS FURTHER,**

**ORDERED** that the Trustee shall be and is hereby authorized to take the oral deposition of the Debtor. The Debtor's deposition will take place on July 11, 2025 at 9:00 a.m. at Debtor's Counsel's office located at 7011 Main Street, Frisco, Texas 75034, over Zoom, or at such other time, date and place as the parties may mutually agree in writing. The examination may be videotaped and will be transmitted and/or recorded by audio, stenographic, real-time recording, web conferencing (e.g., Zoom) and/or other videographic means. This examination will continue day to day until it is completed. **IT IS FURTHER,**

**ORDERED** that the Trustee shall be and is hereby authorized to seek the production of documents listed in Exhibit "A" to the 2004 Motion from the Debtor. Documents responsive to the Trustee's request shall be produced by 5:00 p.m. on July 8, 2025 at the law offices of Quilling, Selander, Lownds, Winslett & Moser, P.C., c/o John Paul Stanford, 2001 Bryan St.,

Suite 1800, Dallas, TX 75201. As an alternative to physical production, any documents requested may be produced in electronic form to [jstanford@qslwm.com](mailto:jstanford@qslwm.com) and [lmartinez@qslwm.com](mailto:lmartinez@qslwm.com).