# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 24-60504 |
|  | ) |  |
| ERIC RALLS, | ) | Chapter 7 |
|  | ) |  |
| Debtor. | ) |  |

## NOTICE OF CHANGE OF FIRM AND CONTACT INFORMATION

PLEASE TAKE NOTICE Dean E. Richardson, counsel for PlantSnap Inc., in the above captioned case and the adversary proceeding, No 24-06044, has changed firm affiliation and contact information. The new contact information is as follows:

**GOULD + RATNER LLP**
1801 Wewatta Street, 11th Floor
Denver, Colorado 80202
Phone: (303) 284-1062
Fax: (312) 236-3241
drichardson@gouldratner.com

Respectfully submitted,

Dated: June 30, 2025

*/s/ Dean E. Richardson*
Dean E. Richardson (CO 35349)
GOULD + RATNER LLP
1801 Wewatta Street, 11th Floor
Denver, Colorado 80202
Phone: (303) 284-1062
Facsimile: (312) 236-3241
drichardson@gouldratner.com

*Counsel for PlantSnap, Inc.*

1

## **CERTIFICATE OF SERVICE**

I, Dean E. Richardson, hereby certify that on June 30, 2025, a true and correct copy of the foregoing *Notice of Change of Firm and Contact Information* was served through the Court's CM/ECF system to all ECF participants registered in this case at the email address registered with the Court.

                                             */s/ Dean E. Richardson*
                                             Dean E. Richardson (CO 35349)