NUMBER

SHARES

INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE

2021

**Digital Earth Media Inc.**

AUTHORIZED: 10000000 SHARES COMMON STOCK $.001 PAR VALUE EACH

**This Certifies that** Eric Calls

is the registered holder of 8,178,571 Shares

of the above named Corporation, transferable only on the books of the Corporation by the holder hereof in person or by Attorney upon surrender of this Certificate properly endorsed.

**In Witness Whereof,** the said Corporation has caused the Certificate to be signed by its duly authorized officers and its Corporate Seal to be hereunto affixed

this 26th day of May A.D. 2021

Secretary

President