
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **Eric Ralls** | § | |
| xxx-xx-0447 | § | Case No. 24-60504 |
| 6691 Park Slope, Tyler, TX 75703 | § | |
| | § | |
| Debtor | § | Chapter 7 |

### ORDER DENYING MOTION TO RECONSIDER

ON THIS DATE the Court considered the "Motion to Reconsider" (the "Motion") filed by Debtor, Eric Ralls (the "Movant") on June 3, 2025 in the above styled case.[1] The Court also considered the joint objection filed by PlantSnap Inc. ("PlantSnap") and DEJ Partners, LLC ("DEJP"), and the joinder in support of the objection filed by the Chapter 7 Trustee, Areya Aurzada ("Trustee"). The Court finds that the arguments and authorities of the parties are adequately presented in the pleadings and that the Court's decision regarding the Motion would not be aided by oral argument.

This bankruptcy case was originally filed as a proceeding under Chapter 11, and was jointly administered with the corporate Chapter 11 case of EarthSnap, Inc., Case No. 24-60363. While jointly administered, a "Joint Motion to Convert Chapter 11 Case to Chapter 7 Case Without Waiver of 30-Day Hearing Requirement" was filed on February 17, 2025 by PlantSnap and DEJP, and joined by HI Investments, LLC ("HII").[2] After

---

[1] Mot., ECF No. 50.

[2] Case No. 24-60363, ECF No. 97.

hearing this conversion motion, the Court entered its "Order Granting Motion to Convert SubChapter V, Chapter 11 Cases Into Chapter 7 Bankruptcy Cases" on April 21, 2025 (the "Conversion Order").[3] The Conversion Order converted both this case and EarthSnap Inc.'s case from Chapter 11 to Chapter 7. The Court also entered on April 21, 2025 an "Order Dissolving Joint Administration Of Bankruptcy Estates" which ended the joint administration of this case with EarthSnap, Inc.'s case.[4]

The Motion repeats arguments from a reconsideration motion filed by EarthSnap, Inc. previously in its bankruptcy case.[5] Movant's arguments are the same as were made by EarthSnap, Inc., and the relief sought concerns the same Conversion Order. Further, an objection to reconsideration was filed by PlantSnap and DEJP, and joined by the Trustee, in both cases. After considering the pleadings of all parties, and finding oral arguments would not be helpful, this Court denied the earlier reconsideration motion filed by EarthSnap, Inc. in its "Order Denying Motion to Reconsider" entered June 10, 2025 for the reasons set forth more fully therein.[6] EarthSnap, Inc. has already filed an appeal of the Conversion Order.[7] The Court, in the interests of efficiency and consistency, and having reviewed the pleadings in this proceeding, finds that the Motion does not warrant

---

[3] Case No. 24-60363, ECF No. 167.

[4] Case No. 24-60504, ECF No. 40; Case No. 24-60363, ECF No. 168.

[5] Case No. 24-60363, ECF No. 176; Case No. 24-60504, ECF No. 50.

[6] Case No. 24-60363, ECF No. 191.

[7] Case No. 24-60363, ECF No. 198.

a ruling different from this Court's prior denial of reconsideration of the Conversion Order in Case No. 24-60363.

Accordingly, for the reasons set forth in the "Order Denying Motion to Reconsider" entered June 10, 2025 in Case No. 24-60363, the Court finds that Movant has failed to establish sufficient grounds to warrant reconsideration of the Court's ruling under either Fed. R. Civ. P. 59(e) or Fed. R. Civ. P. 59(a)(1)(B). Accordingly, just cause exists for the entry of the following order.

**IT IS THEREFORE ORDERED** that the Motion to Reconsider filed by Debtor, Eric Ralls, on June 3, 2025, is **DENIED.**

Signed on 7/1/2025

THE HONORABLE JOSHUA P. SEARCY
UNITED STATES BANKRUPTCY JUDGE