Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

Eastern District of Texas

Plaza Tower
110 N. College Avenue
Ninth Floor
Tyler, TX 75702

Bankruptcy Proceeding No.: 24−60504
Chapter: 7
Judge: Joshua P. Searcy

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
　Eric Ralls
　6691 Park Slope
　Tyler, TX 75703

Social Security / Individual Taxpayer ID No.:
　xxx−xx−0447

Employer Tax ID / Other nos.:

PLEASE TAKE NOTICE that a hearing will be held at

https://us−courts.webex.com/meet/Searcy, Instructions at www.txeb.uscourts.gov

on 8/5/25 at 10:30 AM

to consider and act upon the following:

Preliminary Virtual Hearing Set (RE: related document(s)51 Motion to Approve Bidding Procedures Filed by Areya Aurzada. Hearing scheduled for 8/5/2025 at 10:30 AM at Virtual Hearing JSwebex. (bd)

Dated: 7/2/25

　　　　　　　　　　　　　　　　　　　　　Jason K. McDonald
　　　　　　　　　　　　　　　　　　　　　Clerk, U.S. Bankruptcy Court