**EOD**

07/03/2025

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ERIC RALLS, | § | CASE NO. 24-60504 |
| | § | (Chapter 7) |
| DEBTOR | § | |

### ORDER APPROVING THE EMPLOYMENT OF
### QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.
### AS ATTORNEYS FOR TRUSTEE

On this day the Court considered the Application of for Authority to Employ Counsel ("Application") filed by Areya Holder Aurzada, Chapter 7 Trustee ("Trustee"). The Court is satisfied, based upon the representations made in the Application and the Declaration that Quilling, Selander, Lownds, Winslett & Moser, P.C. ("QSLWM") holds no interest adverse to this estate and is disinterested under section 101(14) of the Bankruptcy Code and as required by section 327(a) of the Bankruptcy Code. The Court also determined that: (1) the employment of QSLWM upon the terms set forth in the Application is necessary an in the best interest of the estate, its creditors and other parties in interest; (2) the Court has jurisdiction to consider the Application and the relief requested therein; (3) due notice of the Application as set forth therein is sufficient, and no other or further notice need be provided; and (4) no objections have been filed to the Application. **IT IS THEREFORE,**

**ORDERED** that the Application is GRANTED and that the employment of the law firm of Quilling, Selander, Lownds, Winslett & Moser, P.C. as primary bankruptcy counsel for the Chapter 7 bankruptcy estate is hereby APPROVED, with such compensation as may be awarded by the Court upon proper application submitted pursuant to Fed. R. Bankr. P. 2016(a) and Local Rule of Bankruptcy Procedure 2016.

Signed on 7/3/2025

THE HONORABLE JOSHUA P. SEARCY
UNITED STATES BANKRUPTCY JUDGE