# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 24-60504 |
| | § | |
| Eric Ralls | § | |
| | § | Chapter 11 |
| *Debtor* | § | |

## ORDER GRANTING UNOPPOSED MOTION TO CONTINUE 2004 EXAMINATION

Before the Court is the *Unopposed Motion to Continue 2004 Examination* (the "**Motion**") filed by Eric Ralls, the Debtor, in this matter. After reviewing the Motion and finding that the relief requested is unopposed by the Chapter 7 Trustee, the Court finds that the Motion has merit and should be granted. It is therefore

**ORDERED that** the 2004 examination of Eric Ralls is hereby continued to a future date. The parties have agreed to July 21, 2025, but the parties have the authority by this order to agree to a different date that is mutually acceptable to both parties. It is further

**ORDERED** that the Debtor will endeavor to provide documents requested by the Trustee that have not already been produced.

Signed on 07/10/2025

_____ JD
THE HONORABLE JOSHUA P. SEARCY
UNITED STATES BANKRUPTCY JUDGE