Gregory W. Mitchell
THE MITCHELL LAW FIRM, L.P.
1100 W. Campbell
Suite 200
Richardson, Texas  75080
(972)463-8417 – Office
(972)432-7540 – Facsimile
State Bar ID:  00791285
ATTORNEYS FOR DEBTOR

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | § | |
|---|---|---|
| In re:  Eric Ralls | § | Case No. 24-60504 |
| | § | |
| | § | |
| *Debtor* | § | Chapter 11, Subchapter V |

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

**COMES NOW** Eric Ralls ("**Debtor**" or "**Appellant**"), Debtor in the above-referenced matter, and files this his Notice of Appeal under 28 U.S.C. §158(a) from the following orders of the bankruptcy judge:[1]

(1) *Order Granting Motion to Convert Subchapter V, Chapter 11 Cases Into Chapter 7 Bankruptcy Cases* (Docket #167 in Bankruptcy Case No. 24-60303) entered on April 21, 2025; and

(2) *Order Denying Motion to Reconsider* (Docket #65 in Bankruptcy Case No. 24-60504) entered on July 1, 2025.

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

---

[1] This separate appeal is being filed in an abundance of caution.  Debtor formerly filed Appeal No. 6:25-cv-00238-MAC that purportedly included both debtors Earthsnap, Inc. and Eric Ralls based on the joint administration of those cases in the Bankruptcy Court.  However, subsequent to the Bankruptcy Court's conversion of the jointly administered debtors' cases (the order the subject of the appeals), the Bankruptcy Court dissolved the joint administration.  Therefore, even though the Bankruptcy Court's order converting both cases to chapter 7 was only entered in Bankruptcy Case No. 24-60363 (the "lead case"), the subsequent dissolution of the joint administration made it unclear whether the prior filed appeal (Appeal No. 6:25-cf-00238) covered both debtors (*i.e.*, *In re Earthsnap, Inc*, Bankruptcy Case No. 24-60303; and *In re Eric Ralls*, Bankruptcy Case No. 24-60504).  Therefore, Eric Ralls files this separate appeal to the extent the prior appeal did not include him.  Shortly, debtors will file a motion consolidating these appeals.

1. <u>Debtor</u>

Eric Ralls
c/o The Mitchell Law Firm, L.P.
1100 W. Campbell, Suite 200
Richardson, Texas  75080
(972)463-8417 – Office
(972)432-7540 – Facsimile
greg@mitchellps.com – E-mail

2. <u>Movants</u>

Plantsnap, Inc.
c/o Mr. Patrick R. Akers
FENNEMORE CRAIG, P.C.
3615 Delgany Street, Suite 1100
Denver, Colorado  80216
(303)291-3200 – Office
(303)291-3201 – Facsimile
pakers@fennemorelaw.com – email

DEJ Partners
c/o Mr. Peter W. Thomas
PRAXIDICE, P.C.
124 West Hyman Avenue, Suite 1A
Aspen, Colorado 81611
(970) 544-5900 – Office
peter@praxidicelaw.com – email

**<u>Election to have Case Heard by District Court</u>**

To the extent a Bankruptcy Appellate Panel is available in this district, Debtors/Appellants hereby elect to have this appeal heard by the United States District Court.

**DATED this 15th day of July, 2025.**

                        Respectfully submitted,

                        **THE MITCHELL LAW FIRM, L.P.**

                        **<u>/s/ Gregory W. Mitchell</u>**
                        Gregory W. Mitchell
                        1100 W. Campbell Road, Suite 200
                        Richardson, Texas 75080

(972)463-8417 – Office
(972)432-7540 – Facsimile
State Bar ID: 00791285
E-mail: greg@mitchellps.com
Attorney for Debtor/Appellant

## CERTIFICATE OF SERVICE

I hereby certify that on **July 15, 2025**, a true and correct copy of the foregoing was served on all parties receiving notice via the Court's ECF system.

**THE MITCHELL LAW FIRM, L.P.**

/s/  **Gregory W. Mitchell**
Gregory W. Mitchell
Attorney for Debtor/Appellant