# UCC Financing Statement

**Colorado Secretary of State**
Date and Time: 02/28/2024 10:39:24 AM
Master ID: 20242018639
Validation Number: 20242018639
Amount: $8.00

## Debtor: (Individual)

| | | | |
|---|---|---|---|
| Last name: Ralls | First name: Eric | Middle name: | Suffix: |

Address1: 473.5 W. Colorado Ave., #3740
Address2:

| | | |
|---|---|---|
| City: Telluride | State: CO | ZIP/Postal Code: 81435-3740 |
| Province: | Country: United States | |

## Secured Party: (Organization)

Name: PlantSnap Inc.
Address1: 1040 S. Gaylord St., Suite 67
Address2:

| | | |
|---|---|---|
| City: Denver | State: CO | ZIP/Postal Code: 80209 |
| Province: | Country: United States | |

## Collateral

**Description:**
All of Debtor's right, title and interest in and to all of the shares of common stock of Digital Earth Media Inc., a Delaware corporation, now or hereafter owned by Debtor, and all proceeds thereof.

## Optional Information

**Optional filer reference data/miscellaneous information:**
15819-2

EXHIBIT 3

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS

EXHIBIT 1.4

**A. NAME & PHONE OF CONTACT AT SUBMITTER (optional)**
Karin A Tupper 303-291-1641

**B. E-MAIL CONTACT AT SUBMITTER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**
Karin Tupper
3615 Delgany Street
Suite 1100
Denver, CO 80216-80216
USA

SEE BELOW FOR SECURED PARTY CONTACT INFORMATION

**FILING NUMBER:** 24-0018665507
**FILING DATE:** 02/28/2024   10:13 AM
**DOCUMENT NUMBER:** 1337275610002
**FILED:** Texas Secretary of State
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME - Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | Ralls | Eric | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 6961 Park Slope | Tyler | TX | 75703 | USA |

2. DEBTOR'S NAME - Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY) - Provide only one Secured Party name (3a or 3b)

| | 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | **PlantSnap Inc.** | | | |
| | 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 1040 S. Gaylord St., Suite 67 | Denver | CO | 80209 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
All of Debtor's right, title and interest in and to all of the shares of common stock of Digital Earth Media Inc., a Delaware corporation, now or hereafter owned by Debtor, and all proceeds thereof.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box.
☐ Agricultural Lien   ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable):   ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
15819-2

FILING OFFICE COPY

EXHIBIT 3