# Sussman, Brenda

| | |
|---|---|
| **From:** | Richardson, Dean |
| **Sent:** | Wednesday, July 10, 2024 12:39 PM |
| **To:** | 'Robert Kitsmiller - Podoll & Podoll (bob@podoll.net)'; 'Michael Melito (melito@melitolaw.com)'; 'ralls@earth.com' |
| **Cc:** | 'Pete W. Thomas (peter@praxidicelaw.com)'; Akers, Patrick |
| **Subject:** | RE: Notice of Monetary Default |

DATE FILED
July 29, 2024 1:27 PM
FILING ID: F35DDEC95FE00
CASE NUMBER: 2021CV30005

(EarthSnap is carved out of this Notice).

---

**From:** Richardson, Dean
**Sent:** Wednesday, July 10, 2024 12:30 PM
**To:** Robert Kitsmiller - Podoll & Podoll (bob@podoll.net) <bob@podoll.net>; Michael Melito (melito@melitolaw.com) <melito@melitolaw.com>; ralls@earth.com
**Cc:** Pete W. Thomas (peter@praxidicelaw.com) <peter@praxidicelaw.com>; Akers, Patrick <pakers@fennemorelaw.com>
**Subject:** Notice of Monetary Default

All:

This email serves as notice of a monetary default under the terms of the Binding Term Sheet.

Per section 3(F)(a), the Ralls Parties were required to make their second installment payment of $7,500 to PlantSnap on or before June 7, 2024.

This email serves as the notice of a monetary default under section 3(F)(a) of the Binding Term Sheet.

Dean

1

EXHIBIT 4

**EXHIBIT 6**