EarthSnap, Inc. is redacted from and not subject to this document based on the 11 U.S.C. § 362(a) automatic stay.

| | |
|---|---|
| DISTRICT COURT, SAN MIGUEL COUNTY, COLORADO<br>Court Address: 305 West Colorado Avenue<br>P.O. Box 919<br>Telluride, Colorado 81435 | DATE FILED<br>July 31, 2024 9:14 AM<br>CASE NUMBER: 2021CV30005 |
| **Plaintiff**,<br>PLANTSNAP, INC.;<br><br>v.<br><br>**Defendant**,<br>ERIC RALLS and EARTH.COM, INC.;<br><br>v.<br><br>**Third Party Plaintiff**,<br>DEJ PARTNERS, LLC;<br><br>v.<br><br>**Third Party Defendants**,<br>EARTHSNAP, INC.; DIGITAL EARTH MEDIA, INC.; METAVERSAL KNOWLEDGE, INC. | ▲ COURT USE ONLY ▲ |
| | Case Number: 2021CV30005<br><br>Division: 3 |
| **CONFESSION OF JUDGMENT** | |

UPON Stipulation between the parties to this action, IT IS ORDERED, ADJUDGED, AND DECREED that Judgment enter in favor of Plaintiff, PlantSnap, Inc. ("Plaintiff"), and against Defendants Eric Christian Ralls and Earth.com, Inc. ("Earth.com"), and Third-Party Defendants ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Digital Earth Media, Inc. ("Digital Earth"); Metaversal Knowledge, Inc. ("Metaversal") (Defendants Ralls and Earth.com, and Third-Party Defendants

EXHIBIT 5

████████ Digital Earth and Metaversal, shall be, unless otherwise indicated, collectively referred to as "Defendants"), jointly and severally, in the principal sum of $2,500,000.00 (the "Confession of Judgment").

This Confession of Judgment arises from Case No. 2021CV30005, brought in the San Miguel County Combined Court, by PlantSnap against Ralls, Earth.com, Digital Earth, ████████ and Metaversal (the "Entities" and the "Action").

The Action contained claims against Ralls and the Entities for Conversion, Civil Theft, Fraud, and Fraudulent Transfer, etc. (the "Claims").

The Claims, and the resulting Confession of Judgment, were predicated on Ralls' and the Entities' intent to cause willful and malicious injuries to PlantSnap.

The Claims all occurred while Ralls acted in a fiduciary capacity as an officer and director of PlantSnap.

The Claims, and the resulting Confession of Judgment, relate to Ralls' and the Entities' intentional acts and false representations, that they knew were false at the time they made them, and Ralls and the Entities acknowledge that his representations were made with the intention and purpose of deceiving PlantSnap, that PlantSnap relied on the representations, and sustained damages based on his misrepresentations.

The Claims, and the resulting Confession of Judgement, are also based on Ralls' and the Entities' civil theft of PlantSnap property, and Ralls' and the Entities' acknowledge taking and depositing funds belonging to PlantSnap, exerting control or possession over those funds, with the intention to permanently deprive PlantSnap of its property, and Ralls' and the Entities' acknowledge that their actions were willful, wanton, and malicious.

EXHIBIT 5

The Claims were based on Ralls' and the Entities' taking money, property, and/or services obtained by false pretenses, false representations, and actual fraud, and Ralls and the Entities agree that such conduct, and the resulting Confession of Judgment, meets the standards set forth in 11 U.S.C. §§ 523(a)(2).

Ralls and the Entities acknowledge that the Claims, and the resulting Confession of Judgment, are non-dischargeable by Ralls and/or the Entities, as they relate to a debt for fraud and/or defalcation while Ralls was acting in a fiduciary capacity, and Ralls agrees that such conduct meets the standards set forth as outlined in 11 U.S.C. §§ 523(a)(4).

The Claims, and the resulting Confession of Judgement, are non-dischargeable by Ralls and/or the Entities as they relate to the willful and malicious injuries caused to PlantSnap's property, and Ralls and the Entities agree that such conduct meets the standards set forth as outlined in 11 U.S.C. §§ 523(a)(6).

The Claims, and the resulting Confession of Judgement, also relate to Ralls' and the Entities' common law fraud, deceit, or manipulation in connection with the sale of securities, and Ralls and the Entities agree that such conduct meets the standards set forth as outlined in 11 U.S.C. §§ 523(a)(19).

The Judgment shall bear interest at the rate of 12% per annum, compounded annually, until paid in full.

The Clerk of the District Court is hereby directed to enter the Judgment in the Registry of Actions of this Court pursuant to C.R.C.P. 79(a)(4).

EXHIBIT 5

SO ORDERED this ____ day of _____July 31, 2024_____, 202__.

BY THE COURT:

_____
District Court Judge

This Judgment is confessed by:

_Eric Ralls_
_____
Eric Ralls
Date: 2-19-24

_Eric Ralls_
_____
Earth.com, Inc.
By: Eric Ralls
Date: 2-19-24

_Eric Ralls_
_____
Digital Earth Media, Inc.
By: Eric Ralls
Date: 2-19-24

_Eric Ralls_
_____
Metaversal Knowledge, Inc.
By: Eric Ralls
Date: 2-19-24

4

EXHIBIT 5

# Confession of Judgment.PlantSnap.signature version

Final Audit Report      2024-02-19

| | |
|---|---|
| Created: | 2024-02-19 |
| By: | Michael Melito (melito@melitolaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAl2t5gzYMSyWyz4CWOXljrcP6LUTrnCSU |

## "Confession of Judgment.PlantSnap.signature version" History

📄 Document created by Michael Melito (melito@melitolaw.com)
2024-02-19 - 6:26:46 PM GMT- IP address: 204.144.183.247

✉ Document emailed to Eric Ralls (ralls@earth.com) for signature
2024-02-19 - 6:26:50 PM GMT

📄 Email viewed by Eric Ralls (ralls@earth.com)
2024-02-19 - 6:52:18 PM GMT- IP address: 68.52.91.184

✒ Document e-signed by Eric Ralls (ralls@earth.com)
Signature Date: 2024-02-19 - 6:52:38 PM GMT - Time Source: server- IP address: 68.52.91.184

✅ Agreement completed.
2024-02-19 - 6:52:38 PM GMT

Adobe Acrobat Sign

EXHIBIT 5