```
              IN THE UNITED STATES BANKRUPTCY COURT
                FOR THE EASTERN DISTRICT OF TEXAS
                        SHERMAN DIVISION


 IN RE:                    )    BK. NO: 24-60363-JPS
                           )
 EARTHSNAP, INC.           )
     D E B T O R.          )



              *   *   *   *   *   *   *   *   *
                  TRANSCRIPT OF PROCEEDINGS
              *   *   *   *   *   *   *   *   *

                  (Testimony of Eric Ralls)

                      (Court's Ruling)
```

BE IT REMEMBERED, that on the 19th day of December, 2024, before the HONORABLE JOSHUA P. SEARCY, United States Bankruptcy Judge at Tyler, Texas, the above styled and numbered cause came on for hearing, and the following constitutes the transcript of such proceedings as hereinafter set forth:

CINDY SUMNER, CSR (214) 802-7196

EXHIBIT 8

links.  They share content.  They share riders and editors.
And that's the structure.

    Q.  So technically the income of EarthSnap, Inc., and
the income of Digital Earth Media, if you will, and the
income of EarthCom (sic), these are affiliates that
essentially are plan supporters instead of direct debtors,
correct?

    A.  Kevin, I'm sorry, I can't hear you.  You need to
turn that ringer off.

    Q.  I'm sorry.  The entities that I mentioned, EarthCom
and Digital Earth Media are basically plan supporters,
they're not -- the income that they make is not the income of
the debtor EarthSnap or for you, Eric Ralls, correct?

    A.  Well, I'm in bankruptcy.

    Q.  Yeah.  I'm saying that the income is generated --
describe for the Court how the funds -- these companies make
money, the (inaudible word due to attorney trailing off).

    A.  Yes.  Earth.com earns revenue through advertising.
It's shown on a website.  Just like you would go to CNN.com
to read foreign politics and see ads on CNN.com, you go to
Earth.com to read about nature and the environment.  And you
see ads on there.  And the more ads -- the more traffic we
get, the more ads that we serve.  The more ads that we serve,
the more revenue is earned by Earth.com.  EarthSnap is a
mobile application.  And its revenue is mostly derived from

CINDY SUMNER, CSR (214) 802-7196

EXHIBIT 8

subscriptions, which is people pay a yearly or monthly fee to use the application.

Q. And one of these entities is making money now and one of them is not, correct? Can you identify for the Court which one is making money?

A. Earth.com is earning significant revenue right now. EarthSnap has entered into an agreement with a third party to handle all marketing. And it is a revenue share agreement. After you complete -- after you build an app, the cost of building an app is the biggest cost to incur. Second to that is marketing costs. Marketing the app, getting people to use the app. There's a large upfront cash outlay. So finding a partner who will come in and pay upfront for all of the marketing costs and then split the revenue with you for all of the revenue earned from their marketing efforts to me sounds like a great deal. Where we are in that situation, the first step was they came in and audited the app. Looked for problems. Sent us a list of issues that needed to be fixed. Sent us a list of software that needed to be installed in the app. That's what we've done. And now we're in the testing phase of this marketing relationship with a company called Maddock.

Q. Would you consider the EarthSnap, its relationship with the marketing company to be ordinary course of business transaction where are you getting marketing services in

EXHIBIT 8

```
 1       A.   That is correct.
 2       Q.   And part of that judgment was that PlantSnap would
 3  be entitled to foreclose on 87 percent of the stock of
 4  Digital Earth Media, thereby acquiring the funding sources
 5  for the plan of reorganization of EarthSnap and you
 6  individually; is that not correct?
 7       A.   That is correct.
 8       Q.   And the reason that you filed your Chapter 11
 9  individually was that you could utilize the settlement
10  agreement as an executory contract to cure defaults
11  thereunder and be able to demonstrate to the Court the
12  ability to perform the rest of the settlement agreement,
13  thereby salvaging the 86 percent interest Digital Earth Media
14  owns in EarthCom, which is the only thing that's generating
15  money in this case, correct?
16       A.   Yeah.  The only way for me to pay my debts is to
17  generate revenue for the company that I own 86 percent of
18  because it's all -- it's the only thing that I own --
19       Q.   If this case is dismissed --
20       A.   -- on earth.
21       Q.   Excuse me.  Didn't mean to cut you off, but the
22  Court has little time.
23        If this case is dismissed or converted, EarthSnap will
24  lose the revenue source of a contributing affiliate EarthCom,
25  because that will be foreclosed upon by PlantSnap, yes or no?
```

CINDY SUMNER, CSR (214) 802-7196

EXHIBIT 8

         A.   Yes.  If my stock is taken away from me, then I'll
no longer be involved with either company.  And removing the
person who's the founder and does everything for both
companies is not a good idea if you're trying to pay debts
with those companies and make them generate revenue.
         Q.   When these cases were filed, it was unclear whether
or not there was going to be substantial revenue from
EarthCom that could support the plan, even if EarthSnap
mobile app did not take off; is that correct?
         A.   There's -- there was no guarantee.  Revenue was low
at the time, right.
         Q.   So now we have a track record -- now we have a
track record of supporting earnings of EarthCom that could
actually fund a plan for both the EarthSnap app -- EarthSnap,
Inc., and Eric Ralls collectively?
         A.   That's correct.  Our marketing partner was -- while
we were fixing -- it cost money to fix the app.  And while we
fixed the app and our marketing partner started testing the
app, I never stopped working on Earth.com.  Starting in June
from when we filed for bankruptcy through yesterday, revenue
for Earth.com has exponentially -- grown exponentially.  So
in my opinion, this Chapter 11 filing has done exactly what
the creators of Chapter 11 meant for these companies to do.
It gave me breathing room and latitude to grow the business
and grow the revenue to satisfy my debts.

                    CINDY SUMNER, CSR (214) 802-7196

EXHIBIT 8

to do. But it's not difficult to verify that I do have debtor-in-possession accounts at ANB Bank.

Q. But there's no revenues going in them, correct?

A. No. I don't even know how to access those accounts.

Q. And the only revenues that have been generated have not been generated by the debtor in the first place, correct?

A. Earth.com is not in bankruptcy.

Kevin, you've got to turn that ringer off.

Q. I've turned it off.

So there is no revenues for the monthly operating reports of -- actually a report in the EarthSnap case, is there?

A. No. All I've done as a month is send you -- I mean, EarthSnap earns minimal revenue right now. And I've sent you the bank statements every month. But there's no significant --

Q. And with --

A. -- operating report. I hired -- excuse me for a second.

I hired accounting firms last week for each of these entities, Pilot Accounting.

Q. Well, we (inaudible word) we hired them, yet.

THE COURT: Mr. Wiley -- Mr. Wiley, can you please let Mr. Ralls answer the question before you start

CINDY SUMNER, CSR (214) 802-7196

EXHIBIT 8

                    MS. SAX-BOLDER:  I have no further questions.
                    THE COURT:  All right.  Mr. Salitore, do you
have any questions for Mr. Ralls?
                    MR. SALITORE:  No, Your Honor.
                    THE COURT:  Okay.  All right.
     Any redirect, Mr. Wiley?
                    MR. THOMAS:  I'm sorry, Your Honor, this is
Peter Thomas on behalf of DEJ Partners, one of the creditors.
I do have just a very quick follow-up question for Mr. Ralls.
                    THE COURT:  All right.  I'm sorry, Mr. Thomas,
go ahead.
                    MR. THOMAS:  Thank you very much.
                    CROSS-EXAMINATION
BY MR. THOMAS:
     Q.   Mr. Ralls, I heard you mention that you were on
track, or Earth.com is on track to generate, I believe you
said $550,000 this month; is that correct?
     A.   That is correct.
     Q.   And when I look at the screen shots that Claudia
from Mr. Wiley's office circulated to all of the creditor
counsel yesterday and this morning, it looks as though
Earth.com has been earning over the past six months roughly,
you know, in the neighborhood of 200, $250,000 over the past
few months every month, correct?
     A.   That's correct.  So far this month we've done

                    CINDY SUMNER, CSR (214) 802-7196

EXHIBIT 8

```
 1      Q.   So essentially Earth.com is funneling all of its
 2 revenues to another non-debtor entity that is solely 100
 3 percent owned and controlled by you, correct?
 4      A.   That is correct.  The management company of
 5 Earth.com is 100 percent owned by me.  And I'm the --
 6           MR. THOMAS:  No more questions, Your Honor.
 7      A.   -- only person who manages and works on Earth.com.
 8           MR. THOMAS:  No further questions, Your Honor.
 9           THE COURT:  All right.  Redirect, Mr. Wiley?
10           MR. WILEY:  None, Your Honor.
11           THE COURT:  Okay.
12                *  *  *  *  *  *
13           THE COURT:  Give me one second.
14      All right.  Here's what we're going to do.  So first
15 off, let me set all the (inaudible few words), I think, at
16 least some of the things you mentioned, Ms. Sax-Bolder, I'm
17 not today prepared to prejudice anyone's rights with respect
18 to what any plan may say.  In other words, nothing we do
19 today will affect you all's ability to object to confirmation
20 if a plan is filed (inaudible word) the issue, okay.  I'm
21 not -- that's not what we're here about today.
22      Secondarily, you know, we're not here about conversion
23 or dismissal.  That being said, Mr. Wiley, I've heard a lot
24 of things today and, Mr. Ralls, I've heard a lot of things
25 today that give me great concern.
```

CINDY SUMNER, CSR (214) 802-7196

EXHIBIT 8