```
 1              IN THE UNITED STATES BANKRUPTCY COURT
                 FOR THE EASTERN DISTRICT OF TEXAS
 2                         TYLER DIVISION

 3

 4   IN RE:                    )   BK. NO:  24-60363-JPS

 5                             )

 6   EARTHSNAP, INC.           )

 7         D E B T O R.        )

 8

 9

10

11              *  *  *  *  *  *  *  *  *

12              TRANSCRIPT OF PROCEEDINGS

13              *  *  *  *  *  *  *  *  *

14                 (Section 341 Meeting)

15

16

17

18

19

20

21

22      BE IT REMEMBERED, that on the 22nd day of May, 2025, the

23   above styled and numbered cause came on for hearing, and that

24   the following constitutes the transcript of such proceedings

25   as hereinafter set forth:
```

CINDY SUMNER, CSR (214) 802-7196

EXHIBIT 9

```
 1  answer.  Are there any --
 2              THE WITNESS:  We have a development team that
 3  if something breaks then we -- I call them and then they fix
 4  it.
 5              MS. AURZADA:  Okay.  Does EarthSnap have --
 6  does EarthSnap have any employees right now?
 7              THE WITNESS:  No.
 8              MS. AURZADA:  And so how much money per month
 9  is EarthSnap currently generating?
10              THE WITNESS:  Oh, not much.  It just started.
11  Probably -- I think we'll probably generate $1,500 this
12  month.
13              MS. AURZADA:  Okay.
14              THE WITNESS:  Around 10,000 -- around 10,000
15  users.
16              MS. AURZADA:  And that money is going into
17  which bank account?
18              THE WITNESS:  Into the DIP account.
19              MS. AURZADA:  Have you taken any money out of
20  that DIP account since the case has been converted?
21              THE WITNESS:  No.
22              MS. AURZADA:  And you understand you're not
23  allowed to take any money out of that account?
24              THE WITNESS:  Yes.  Now I do.
25              MS. AURZADA:  Okay.  I'll need you to forward
```

CINDY SUMNER, CSR (214) 802-7196

EXHIBIT 9