```
1                IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE EASTERN DISTRICT OF TEXAS
2                       TYLER DIVISION

3

4    IN RE:                    )   BK. NO: 24-60504-JPS

5                              )

6    ERIC RALLS                )

7         D E B T O R.         )

8

9

10

11           *  *  *  *  *  *  *  *  *  *

12              TRANSCRIPT OF PROCEEDINGS

13           *  *  *  *  *  *  *  *  *  *

14              (Section 341 Meeting)

15

16

17

18

19

20

21

22      BE IT REMEMBERED, that on the 22nd day of May, 2025, the

23   above styled and numbered cause came on for hearing, and that

24   the following constitutes the transcript of such proceedings

25   as hereinafter set forth:
```

CINDY SUMNER, CSR (214) 802-7196

EXHIBIT 10

1                MS. AURZADA:  So you're an employee of Green

2    Mind?

3                THE WITNESS:  Well, I'm -- no.  I'm just a

4    contract laborer for Green Mind.

5                MS. AURZADA:  Do you receive a 1099 from Green

6    Mind?

7                THE WITNESS:  Yes.  1099 will issue --

8    actually, 10 -- Earth.com issues the 1099 to me, not Green

9    Mind.

10               MS. AURZADA:  Okay.  So I'm having -- I'm

11    having trouble following.  Do you work for Metaversal, Green

12    Mind, Earth.com?  Who do you work for?

13               THE WITNESS:  My notes say I'm still working

14    as contract labor managing Earth.com and EarthSnap.  But now

15    I'm doing so through the entity Green Mind LLC.  Began

16    running Green Mind LLC in September 2024.  Earth.com -- the

17    Earth.com books are where my payments are reflected.  So that

18    makes -- I run Green Mind LLC, but get paid by Earth.com.

19               MS. AURZADA:  Okay.  And how much are you

20    getting paid per month?

21               THE WITNESS:  Roughly -- roughly 16,000.

22               MS. AURZADA:  Okay.  So you're getting paid

23    16,000 a month from which entity?

24               THE WITNESS:  Earth.com, Inc.

25               MS. AURZADA:  And if I look at the bank

CINDY SUMNER, CSR (214) 802-7196

EXHIBIT 10

1  statements for Earth.com, Inc., will I see 16,000 a month

2  going out as payment to you every month?

3              THE WITNESS:  Earth.com, Inc., does not have a

4  bank account.  Digital Earth Media, Inc., has a bank account

5  that's been doing -- been using the d/b/a for .com since

6  2023.

7              MS. AURZADA:  Okay.  So if I look at the

8  Digital Earth Media bank account -- bank statements, will I

9  see payments of 16,000 a month going out to you?

10             THE WITNESS:  No.  Because there's a lien and

11 garnishment on the Digital Earth Media bank account.  So we

12 don't use that bank account.  We use the Green Mind LLC bank

13 account for .com, Inc.

14             MS. AURZADA:  Okay.  So DEM, Metaversal, and

15 Green Mind, those are the three entities that you personally

16 own an interest in, correct?

17             THE WITNESS:  Correct.  And they all have

18 liens and garnishments on them.

19             MS. AURZADA:  Okay.  And so which of the

20 entities, including EarthSnap, because EarthSnap wasn't

21 listed in the three that I just named off.  Which of the

22 entities is generating money over $10,000 a month?

23             THE WITNESS:  Earth.com, Inc.

24             MS. AURZADA:  Okay.  So Earth.com is the

25 entity that's actually generating revenue of any significance

CINDY SUMNER, CSR (214) 802-7196

EXHIBIT 10

1           THE WITNESS:  Yes.

2           MS. AURZADA:  Okay.  Is there any other entity

3  that's generating revenue, besides Earth.com?

4           THE WITNESS:  EarthSnap is generating a little

5  bit of revenue now, but not significant.

6           MS. AURZADA:  And I think in the EarthSnap

7  bankruptcy case that you just testified that was roughly

8  1,500 a month; is that right?

9           THE WITNESS:  Well, just it launched -- it

10  hasn't even been -- it hasn't even been a full month yet.

11          MS. AURZADA:  Right.  But it launched on April

12  23rd and so that hasn't even -- like you say, today is May

13  22nd, so we're barely a month in; is that right?

14          THE WITNESS:  That's right.

15          MS. AURZADA:  Okay.  Are there any other

16  entities besides EarthSnap that you just talked about, the

17  Earth.com money that's being generated by Earth.com that's

18  going into the Green Mind bank account, are there any other

19  entities that you own that are generating money?

20          THE WITNESS:  No.

21          MS. AURZADA:  Okay.  And then I may have

22  already asked this.  Green Mind, the Green Mind bank account,

23  am I going to see payments going out of that account in the

24  amount of $16,000 a month to you?

25          THE WITNESS:  No.  You're going to see

CINDY SUMNER, CSR (214) 802-7196

EXHIBIT 10

1  payments going -- it's all -- a lot of it is from using the

2  debit card, because I'm not allowed to have a debit card.  It

3  might deactivate the account.  And I don't know anyone who

4  accepts checks.  So that's also where the bookkeeping comes

5  in.

6           MS. AURZADA:  Okay.  So you are personally

7  using the money and the Green Mind bank account for personal

8  expenses; is that what you're saying?

9           THE WITNESS:  That's what I have been doing,

10 yes.

11          MS. AURZADA:  Okay.

12          THE WITNESS:  It's an LLC.

13          MS. AURZADA:  Other than --  understood, Green

14 Minds is an LLC.

15     Who -- who are the members of Green Mind?

16          THE WITNESS:  Me.

17          MS. AURZADA:  Okay.  Other than the money

18 going out to you -- and you're saying that's approximately

19 $16,000 a month, or is it more -- is it 16,000 a month as a

20 salary plus your personal expenses?

21          THE WITNESS:  No.  It's all factored in

22 together.

23          MS. AURZADA:  Okay.  Other than that money

24 that's being transferred out to pay your personal expenses,

25 are there any other transfers that are going out of Green


                 CINDY SUMNER, CSR (214) 802-7196


                                              EXHIBIT 10

1  Mind?

2             THE WITNESS:  Green Mind pays all the bills

3  for Earth.com.

4             MS. AURZADA:  Okay.  What else does it pay?

5             THE WITNESS:  It pays all the bills for

6  Earth.com.  It pays my personal expenses.  I think that's all

7  it pays.  That's all it would pay.

8             MS. AURZADA:  So there wouldn't be any other

9  transfers going out of Green Mind, other than the payment of

10  the Earth.com expenses and the personal expenses of your's

11  that you're paying?

12             THE WITNESS:  Correct.  And Earth.com has been

13  spending Earth.com money to develop EarthSnap.

14             MS. AURZADA:  Okay.  And so what does that

15  mean, exactly?  What -- how much is Earth.com spending

16  roughly per month to develop EarthSnap?

17             THE WITNESS:  It's not a per month.  It was

18  during the run up to the relaunch there was a lot of

19  development going on.  Probably somewhere around 100 --

20  $175,000 in development costs to get the app relaunched.  And

21  Earth.com and EarthSnap share an AWS account.  So Earth.com

22  pays that.

23             MS. AURZADA:  All right.  Do you personally

24  have any other source of income?

25             THE WITNESS:  No.  I work 12 hours a day on


                CINDY SUMNER, CSR (214) 802-7196

EXHIBIT 10

1  Earth.com.

2            MS. AURZADA:  Okay.  Do you own any real

3  estate, land, houses?

4            THE WITNESS:  I don't -- no.  I don't own

5  anything.

6            MS. AURZADA:  Okay.  Have you owned a house,

7  land, or any real estate in the last four years?

8            THE WITNESS:  I've owned -- I had a trust that

9  had a farm, pieces of a farm that my grandparents left me a

10  long time ago.

11            MS. AURZADA:  Okay.

12            THE WITNESS:  But I guess it doesn't mean --

13  but I personally did not own it.  It was part of a trust.

14            MS. AURZADA:  Is that trust still in

15  existence?

16            THE WITNESS:  It is.  My portion of the trust

17  went -- was sold to another trust member in order to pay

18  legal fees.

19            MS. AURZADA:  And when was your portion of the

20  trust sold?

21            THE WITNESS:  I believe that was 2023.

22            MS. AURZADA:  And how much did you sell your

23  portion of the trust for?

24            THE WITNESS:  I think it was 32,000.

25            MS. AURZADA:  And what was that that was

CINDY SUMNER, CSR (214) 802-7196

EXHIBIT 10

1  owned?

2                 THE WITNESS:  Farmland in West Texas that

3  grows cotton.

4                 MS. AURZADA:  Okay.  And do you know how many

5  acres?

6                 THE WITNESS:  I think it's around 400

7  something.  But I don't know.  I don't recall.  But my

8  grandparents gave it to us when we were -- I was 10, I think.

9                 MS. AURZADA:  Okay.  And when you sold it for

10  32,000, do you think that was the fair market value of that

11  land?

12                 THE WITNESS:  As far as I know.  The person

13  who operates the farm purchased it from me.

14                 MS. AURZADA:  And was that a family member?

15                 THE WITNESS:  He's not a family member.

16  He's -- he's just been running the farm since forever.  It's

17  not something I ever kept up with.  We would just get checks

18  twice a year for the cotton --

19                 MS. AURZADA:  Okay.

20                 THE WITNESS:  -- distributed among the trust

21  members.

22                 MS. AURZADA:  And is there anything else still

23  in the trust?

24                 THE WITNESS:  Yeah.  There's still -- no,

25  there's still five members in the trust.


                CINDY SUMNER, CSR (214) 802-7196

EXHIBIT 10

1   thousand a month from a company called News Break.

2            MS. AURZADA:  Okay.

3        All right.  Mr. Akers, do you have any questions for

4   Mr. Ralls individually?

5            MR. AKERS:  I do have a couple.

6            MS. AURZADA:  Okay.

7            CROSS-EXAMINATION

8   BY MR. AKERS:

9        Q.   Mr. Ralls, how many bank accounts does Green Mind

10  have?

11       A.   One.

12       Q.   And how much is in the Green Mind account today?

13       A.   You want me to go look?

14        I have to log in.

15       Q.   If you have an idea.  Do you have a general idea of

16  how much is in there?

17       A.   I'd say probably 42,000.  Or wait, no.  I got to go

18  log in.

19            MS. AURZADA:  Yeah, you don't have to log in

20  right now, sir.  He's just asking if you have an estimate.

21       A.   It depends.  It just depends on if a payment has

22  cleared yet or not that's an auto payment.

23       Q.   Well, how much would you expect to see in there

24  today?

25       A.   Around 75,000, somewhere around there.  The Amazon


                    CINDY SUMNER, CSR (214) 802-7196


EXHIBIT 10

1  payment auto pay is at some point.  That's 27,000 gone.

2      Q.   Okay.  Does Green Mind use an electronic payment

3  system like Zelle or Paypal?

4      A.   Green Mind has Paypal.  But all of the payments go

5  through the bank.

6      Q.   So -- just so I understand.  So when you use Paypal

7  it's synced up with the Green Mind account?

8      A.   Yes.

9      Q.   And you said that you receive about $16,000 from

10  Green Mind for your services, right?

11      A.   No.  Earth.com on the books is -- pays me.

12      Q.   Okay.  And that comes out of the Green Mind

13  account, correct?

14      A.   Earth.com's revenue goes into the Green Mind

15  account, correct.

16      Q.   And how do you know it's about $16,000?

17      A.   Just from looking at the bookkeeping.

18      Q.   And when you say, looking at the bookkeeping, what

19  exactly are you looking at?

20      A.   We use a service called Pilot that keeps the books.

21      Q.   And is there a representative you work with at

22  Pilot?

23      A.   There's a few.  It's a big company and they work

24  with mostly tech companies.  It's mostly automated.

25      Q.   You said you use Pilot as your bookkeeper?


                    CINDY SUMNER, CSR (214) 802-7196

EXHIBIT 10

1      A.    Pilot is the bookkeeper, correct.

2      Q.    And is that for you individually?

3      A.    No.  I don't have a bookkeeper or an accountant.

4      Q.    Is there an agreement in place between you and

5  Green Mind?

6      A.    No.

7      Q.    Is there an agreement in place between Green Mind

8  and Earth.com?

9      A.    No.

10     Q.    How much was deposited in the Green Mind account in

11  February of 2025?

12     A.    I'd have to go look at the bank statement.  Hold

13  on.

14     Q.    How -- you can give me a ball park.

15     A.    I -- I don't -- I have no idea.  That was three

16  months ago.

17     Q.    Well, could you tell me for April of 2025?

18     A.    I can.  I'm going to open the bank statement and

19  tell you.  Hold on.

20           MS. AURZADA:  Yeah --

21     A.    Deposits in April of 2025 were $196,213.62.

22     Q.    And how much do you expect to deposit in the

23  account for May of 2025?

24     A.    I'll go and find out.  Hold on.

25      In May, that would be -- that would be March earnings.


CINDY SUMNER, CSR (214) 802-7196

EXHIBIT 10

1    In March we earned 200 -- a net of $230,354.

2        Q.    So you would expect that amount to be deposited for

3    May?

4        A.    That's correct.  Again, we received March revenue

5    in May in a 35-day net payment period.

6        Q.    Okay.  And I believe you earlier said that

7    Earth.com is -- is slated to generate about $500,000 this

8    month; is that correct?

9        A.    We're on track for roughly $500,000 this month,

10   that's correct.

11       Q.    And when would that be deposited into the Green

12   Mind account?

13       A.    July.

14       Q.    And outside of the expenses to you, what other

15   expenses are -- are paid from that Green Mind account?

16       A.    Anything having to do with creating content or

17   development of Earth.com.

18       Q.    Does that include paying other people?

19       A.    It does.

20       Q.    And how many people?

21       A.    Let's see.  Human beings, one, two, three, four,

22   five -- I think about between eight and ten.

23       Q.    And how much are they paid a month for their

24   services?

25       A.    It varies.  They're not -- they're not employees.


CINDY SUMNER, CSR (214) 802-7196


EXHIBIT 10

1      Q.    How are they paid then?  What kind of system, if

2   they're not salary?

3      A.    They're paid on a contract.  They're contractors.

4      Q.    Are they paid an hourly wage?

5      A.    Some are paid hourly.  Some are paid per article.

6      Q.    And how much collectively a month are paid to, I

7   guess these contractors?

8      A.    Oh, it varies every month, depending on what we

9   have to do.

10     Q.    What would be a regular -- an average month?

11     A.    I'd say 60,000, probably.

12     Q.    And outside of employees you had mentioned human

13  beings, I think.  Is Earth.com using AI, as well?

14     A.    No.  I meant corporations.

15     Q.    Okay.  How much are you paying corporations?

16     A.    That also varies depending on how much development

17  work we do and how much traffic we have is directly

18  correlated to what our AWS bill is.

19     Q.    On an average what would you pay that at?

20     A.    The Amazon average is 26,000 a month.  This month

21  we'll have from -- we're going to do around 25 million

22  visitors this month, so I expect it to be in the 35,000

23  range.

24     Q.    So outside of Amazon, what -- what other

25  corporations are you paying?


                CINDY SUMNER, CSR (214) 802-7196


EXHIBIT 10

1    A.    Our -- the company we use for web development and

2    design is a company called Ignite Code.

3    Q.    And how much do you pay them a month on average?

4    A.    On average, it's been very -- it's been a highly

5    variable recently, anywhere from -- anywhere from 10 to

6    40,000 a month.

7    Q.    And outside of Ignite Code and AWS, what other

8    corporations?

9    A.    It looks like mostly law firms.

10    Q.    And when you say, law firms, which law firms is

11    Earth.com paying?

12    A.    Let's see.  Earth.com pays -- oh, that's a good

13    question.  I'm not sure how to break -- how all of this

14    breaks out.  Earth.com has some debt from the past.  Debt to

15    old lawyers in the past.  It's hard to tell who represents

16    who since there's five debtors on the -- on the term sheet.

17            MS. AURZADA:  Mr. Akers, if you can just --

18    just a few more minutes.

19    Q.    No, I decided just going to go there.

20     Mr. Ralls, I'll probably reserve further questions, but

21    just big picture here.  The $500,000, is that revenue?

22    A.    It is revenue.

23    Q.    And how much in expenses does Earth.com have a

24    month?

25    A.    Did you -- did you have a chance to read the

CINDY SUMNER, CSR (214) 802-7196

EXHIBIT 10

1  valuation report and the profit margins in the valuation?

2      Q.    Mr. Ralls, I have not.  I'm just asking you, you

3  know, kind of big picture, what is --

4      A.    Our gross prof -- our gross profit margin is

5  roughly 70 percent.

6      Q.    Okay.  Okay.  And then just two very quick

7  questions, I guess.

8       Do you -- do you rent two properties?

9      A.    No.

10     Q.    Do you rent the Nashville property?

11     A.    No.  That's rented by Metaversal Knowledge.

12     Q.    And does Metaversal pay the entirety of the rent?

13     A.    They have been, yes.

14     Q.    And from where does Metaversal get the money to pay

15  that?

16     A.    Well, the rent was paid upfront.  And Metaversal

17  got the money to pay that from Earth.com.

18     Q.    And so there are no -- there are not ongoing

19  payments for the Nashville rent?

20     A.    That's correct.

21     Q.    Okay.  And the Tyler property, do you rent that?

22     A.    No.  That's my mom's house.

23     Q.    And do you pay rent to your mom?

24     A.    No.

25     Q.    And last question here.  Who, if anyone, is


CINDY SUMNER, CSR (214) 802-7196


EXHIBIT 10

1                    <u>CROSS-EXAMINATION</u>

2    BY MR. FRENCH:

3         Q.    Mr. Ralls, Ryan French here with HI Investments.

4          You mentioned several times, and I've seen that there

5    was a valuation that was recently prepared as part of a

6    filing that was submitted in the bankruptcy court; is that

7    correct?

8         A.    Yes, sir.

9         Q.    And you said the name of the -- the contractor that

10   did that was Quip?

11        A.    Qwist.

12        Q.    Qwist.  Was Qwist paid for providing that

13   valuation?

14        A.    They were.

15        Q.    Do you know about how much?

16        A.    It was around 45,000.

17        Q.    And where did the money come from for that?

18        A.    Earth.com.

19        Q.    Directly from Earth.com, or did it come from by way

20   of Green Mind LLC's bank account?

21        A.    It came -- well, everything goes through Green Mind

22   LLC bank account.

23        Q.    So because Earth.com's revenue goes into Green Mind

24   LLC's bank account and then that bank account was used to pay

25   Qwist, that is how you're saying Earth.com paid Qwist?


                    CINDY SUMNER, CSR (214) 802-7196


EXHIBIT 10

1    A.    That's correct.  Green Mind doesn't own the money

2 that it gets from Mediavine.

3    Q.    I've also seen as part of your recent filings there

4 was a -- some type of marketing consulting report that was

5 prepared that was a pretty lengthy -- pretty lengthy

6 valuation of the AI natural recognition app Universe; is that

7 correct?

8    A.    That's correct.

9    Q.    And was money paid in order to obtain that -- that

10 report?

11    A.    Yes.

12    Q.    Do you know about how much?

13    A.    I think it was 80 -- 80 -- it was 8,000 something.

14    Q.    80 or 8,000?

15    A.    Eight.

16    Q.    Oh, about 8,000?

17    A.    Yes.

18    Q.    And did the money for that also come from Earth.com

19 through Green Mind LLC?

20    A.    It did.

21    Q.    I saw -- I believe there was an affidavit by an

22 attorney who asserted that there may have been some legal

23 malpractice committed by Mr. Wiley.  Do you know what I'm

24 talking about?

25    A.    I do.


CINDY SUMNER, CSR (214) 802-7196


EXHIBIT 10

1     Q.    Was -- was any money paid for that attorney's time

2   in connection with that consultation?

3     A.    The -- the ethics attorney?

4     Q.    Yes.

5     A.    No.  I haven't -- he never billed me.

6     Q.    Do you have any plans, or was there any arrangement

7   made to pay him later with a retainer or any -- or any cash

8   of any kind?

9     A.    He said he was going to send me an invoice, but he

10  hasn't.

11    Q.    And do you know when he -- when you say, send you

12  an invoice, is that you, Ralls, Mr. Ralls personally, or --

13    A.    No.  That would have been for -- he'd send it to

14  Earth.com.

15    Q.    And are you doing anything to divide these various

16  invoices that we just talked about between EarthSnap,

17  Earth.com, you, or you would just attribute them all to

18  Earth.com?

19    A.    Well, that's -- that's what I'm going to do when I

20  hire an accountant.  I wasn't aware that I'm able to hire an

21  accountant right now.  But that's the main thing that I

22  needed help with from an accountant.

23    Q.    I saw as part of that valuation report that

24  attached to it was some type of balance sheet provided to

25  Qwist for Earth.com and it -- it listed the domain name as


CINDY SUMNER, CSR (214) 802-7196


**EXHIBIT 10**

1  being $6 million on the balance sheet of Earth.com.  Has

2  anything -- do you know what I'm talking about?

3      A.   Yes.  It's -- they didn't -- they didn't put it on

4  there as a liability.

5      Q.   Is -- is it your position that Earth.com now does

6  own the domain Earth.com?

7      A.   No.  You can -- the valuation was done -- the

8  valuation that they did did not include the domain name.

9      Q.   Okay.  And you would not consider that domain name

10 to be owned by Earth.com now?

11     A.   No.  Right -- at this moment, no.

12              MR. FRENCH:  Thank you.  No further questions.

13              MS. AURZADA:  All right.  Thank you.

14     Mr. Thomas, do you have any questions briefly for

15 Mr. Ralls?

16     All right.  Mr. Giblin, do you have any questions

17 briefly for Mr. Ralls?

18     All right.  I don't have any other questions.

19              MR. RICHARDSON:  I --

20              MS. AURZADA:  Go ahead.

21              MR. RICHARDSON:  I have -- I have one -- this

22 is Dean Richardson.  I have one quick follow-up.

23              MS. AURZADA:  Sure.

24

25              (no omission)


                 CINDY SUMNER, CSR (214) 802-7196

EXHIBIT 10

1                    RECROSS-EXAMINATION

2  BY MR. RICHARDSON:

3       Q.   Mr. Ralls, you mentioned rent in Nashville and that

4  you prepaid rent in Nashville.  Who is your lease with?

5       A.   It's with --

6       Q.   And what entity is the lease's name?

7       A.   It's called -- one moment.  Let me look it up.

8       Q.   No, no.  I mean who is the tenant?  Is it you

9  personally?

10      A.   The tenant is Metaversal Knowledge.

11      Q.   And you said you prepaid rent.  How much rent did

12  you prepay in terms of months and in terms of dollars?

13      A.   The prepaid portion of the rent was for the final

14  six months, or -- wait, the final five months, so it was

15  around, right around $24,000.

16      Q.   And so that's about four to five grand a month for

17  the Nashville apartment?

18      A.   It's a house.

19      Q.   It's a house.  Does anyone else live there?

20      A.   No.  Just the five companies.

21      Q.   How many bedrooms?

22      A.   Three.

23      Q.   Three bedrooms just for you?

24      A.   No.  There's a couple of offices.

25      Q.   Okay.  And why did you prepay close to half of your


                CINDY SUMNER, CSR (214) 802-7196


EXHIBIT 10

1  rent?

2      A.   He gave me a 10 percent discount for doing so.

3      Q.   Okay.  And when did you make that payment?

4      A.   I don't know the exact date.  I'd have to go back

5  and look.  Do you want me to do that?

6      Q.   Give me a ball park.  You can just give me a ball

7  park.

8      A.   Probably, I'd say I guess probably March, early

9  March.

10     Q.   And my understanding is Metaversal -- Metaversal

11 Knowledge has no business operation; is that correct?

12     A.   Not any more, that's correct.  You all -- whenever

13 you put a lien on it and a garnishment, that's when I had to

14 change.

15     Q.   Is there any particular reason why a company with

16 no business operations would prepay six months of rent for

17 you?

18     A.   Oh, it --

19          MR. MITCHELL:  I'm going to go ahead and jump

20 in here.  I think we're getting beyond questions that relate

21 to this Chapter 7 bankruptcy case.

22          MR. RICHARDSON:  Okay.  That's the only

23 questions I have.

24          MS. AURZADA:  All right.  Thank you.

25      All right.  I'm going to adjourn the Meeting also to


                CINDY SUMNER, CSR (214) 802-7196

EXHIBIT 10

1  June 9th.  That was our first one, June 9th at 10:45.

2       Again, Mr. Ralls, I need to get a copy of your Social

3  Security Card, driver's license, and last filed tax return.

4                 THE WITNESS:  Okay.

5                 MS. AURZADA:  So we did 10:30 for EarthSnap

6  and you at 10:45.  Again, the primary purpose of adjourning

7  the Meeting is the collection of those items.  I am

8  separately scheduling a 2004 Examination with your lawyer, so

9  make sure you keep in contact with Mr. Mitchell so we can

10  coordinate dates sooner rather than later.

11      As I'm sure you're expecting, we need to set up an

12  auction process.  And by we, I mean, me.  Because your

13  interest in all of these businesses are not exempt property

14  that will need to be sold as part of the administration of

15  this Chapter 7 bankruptcy estate.  That's kind of standard

16  operating procedure in a Chapter 7.  So if you know of any

17  interested purchasers, anybody who may be interested in

18  purchasing your interest in these various entities, DEM,

19  Metaversal, Green Mind, please make sure you communicate that

20  to Mr. Mitchell so he can send that information to me.

21  Because obviously the more interested purchasers the better

22  so that we can get the highest and best value for your

23  ownership interest in those entities.

24      Please make sure you are not taking any money out of

25  those entities.  You are not allowed to dissipate funds from

EXHIBIT 10

1  those entities.  They should not be transferring any funds

2  out of the -- out of the bank accounts that are outside the

3  ordinary course of business operations for that entity.  So,

4  again, I'll coordinate with Mr. Mitchell a time to go through

5  some of these various things.  But it's really important, I

6  just want to make sure we're all on the same page.  You know

7  the companies that -- your membership interest in those

8  companies are property of the bankruptcy estate.  And so,

9  again, the entities themselves are not in bankruptcy, but

10  your ownership interest in those entities is part of your

11  bankruptcy estate and, again, will need to be administered.

12         So the Meeting will be adjourned until June 9th at

13  10:45.  Thank you everyone.

14                  (End of Section 341 Hearing.)

15

16

17

18

19

20

21

22

23

24

25


                    CINDY SUMNER, CSR (214) 802-7196

EXHIBIT 10