```
 1                    UNITED STATES BANKRUPTCY COURT
                        EASTERN DISTRICT OF TEXAS
 2                                           . Chapter 11
     IN RE:                                  .
 3                                           . Case No. 24-60504
     ERIC RALLS,                             .
 4                                           .
                    Debtor.                  .
 5                                           . July 9, 2024
     . . . . . . . . . . . . . . . . .
 6
                  TRANSCRIPT OF 341 MEETINGS OF CREDITORS
 7                    BEFORE TRUSTEE MARCUS SALITORE
                      UNITED STATES BANKRUPTCY TRUSTEE
 8
     APPEARANCES:
 9
     FOR THE DEBTOR:              Kevin S. Wiley, Sr.
10                                THE WILEY LAW GROUP, PLLC
                                  325 North St. Paul Street
11                                Suite 2250
                                  Dallas, TX 75201
12
     (Continued)
13
     ORDERING PARTY:              Amalia Y. Sax-Bolder, Esq.
14                                BROWNSTEIN HYATT FARBER
                                    SCHRECK, LLP
15                                675 15th Street, Suite 2900
                                  Denver, CO 80202
16
     DATE ORDERED:                Friday, October 11, 2024
17
     DATE DELIVERED:              Thursday, October 24, 2024
18
     TRANSCRIPT COST:             45 pages x $4.00 per page = $180.00
19
     Audio Operator:              Electronically Recorded
20
     Transcription Company:       A&S Transcript Providers
21                                6 Trout Brook Road
                                  Stanhope, NJ 07874
22                                (973) 914-3080

23

24

25   Proceedings recorded by electronic sound recording, transcript
     produced by transcription service.
```

EXHIBIT 11

1  account and are directly deposited into Metaversal Knowledge.
2  All funds that enter Metaversal Knowledge bank account enter
3  via a Digital Earth Media bank account.
4  A.  Yeah.  Either Digital Earth Media bank account or
5  Earth.com, or when we had a bank, when Earth.com had a bank
6  account, or from EarthSnap.  Now, if it's ever happened in the
7  past, I don't recall, but if you're talking about something
8  specifically, I'm happy to look at it and address it.
9  Q.  All right.  Just to clarify, I think your answer was 100
10 percent of the funds that enter into Metaversal Knowledge come
11 directly from the DEM corporate bank account, and that has been
12 that way for some period of time.
13 A.  No.  A hundred percent of the revenue paid to Metaversal is
14 earned by Earth.com or EarthSnap.
15 Q.  So, are you saying that Earth.com has revenue contracts,
16 where Earth.com is earning revenue, but you are redirecting
17 that revenue where it never enters a Earth.com or DEM, which
18 DEM is the sole banking institution for Earth.com currently
19 today.  Is that correct?
20 A.  Yes, that's correct.
21 Q.  Okay. So I couldn't understand the last piece, because it
22 sounded like first, you said all of the funds in Metaversal
23 come directly from Digital Earth Media, and then just now you
24 said something that sounded a little bit different, you said
25 all of the revenue that Metaversal Knowledge comes from revenue

EXHIBIT 11