Gregory W. Mitchell
THE MITCHELL LAW FIRM, L.P.
1100 W. Campbell
Suite 200
Richardson, Texas 75080
(972)463-8417 – Office
(972)432-7540 – Facsimile
State Bar ID: 00791285
ATTORNEYS FOR DEBTORS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| In re: **Earthsnap, Inc.** § *Debtor* § § § | Case No. 24-60363 <br> Chapter 11, Subchapter V <br> (Jointly Administered) |
| In re: **Eric Ralls** § *Debtor* § § | Case No. 24-60504 <br> Chapter 11, Subchapter V |

## DESIGNATION OF RECORD ON APPEAL AND
## IDENTIFICATION OF ISSUES PRESENTED

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW** Earthsnap, Inc. ("**Earthsnap**") and Eric Ralls ("**Ralls**") (Earthsnap and Ralls collectively "**Appellants**" or individually an "**Appellant**"), Appellants, and file this their Designation of Record on Appeal and Identification of Issues Presented (the "**Designation**"). Appellant designates the following documents as part of the record on appeal:

| | From Case No. 24-60303 (Earthsnap) | Date Filed | ECF No. |
|---|---|---|---|
| 1. | Notice of Appeal and Statement of Election | 6/24/2025 | 198 |
| 2. | Order Appealed #1 (Order Denying Motion to Reconsider) | 6/10/2025 | 191 |
| 3. | Order Appealed #2 (Order Granting Motion to Convert) | 4/21/2025 | 167 |

| | | | |
|---|---|---|---|
| 4. | Docket Sheet | N/A | N/A |
| 5. | Original Chapter 11 Petition | 6/17/2024 | 1 |
| 6. | Notice of Meeting of Creditors | 6/20/2024 | 3 |
| 7. | Original Schedules | 7/2/2024 | 7 |
| 8. | Original Statement of Financial Affairs | 7/2/2024 | 9 |
| 9. | Amended Chapter 11 Petition | 7/22/2024 | 12 |
| 10. | Amended Schedules | 7/22/2024 | 13 |
| 11. | Amended Statement of Financial Affairs | 7/22/2024 | 14 |
| 12. | Amended creditor matrix | 7/23/2024 | 15 |
| 13. | Application to Employ Attorney | 7/30/2024 | 18 |
| 14. | Debtor's Subchapter V Consensual Reorganization Report | 8/4/2024 | 20 |
| 15. | Debtor's Amended Subchapter V Consensual Reorganization Report | 8/5/2024 | 21 |
| 16. | Motion for Joint Administration | 8/21/2024 | 25 |
| 17. | Order Dismissing Without Prejudice Motion for Joint Administration | 8/23/2024 | 26 |
| 18. | Amended Motion for Joint Administration | 8/27/2024 | 28 |
| 19. | Order Approving Employment of Attorney | 9/3/2024 | 31 |
| 20. | Motion to Extend Time to File Chapter 11 Subchapter V Plan | 9/16/2024 | 34 |
| 21. | Operating Report (07-2024) | 10/8/2024 | 42 |
| 22. | Operating Report (06-2024) | 10/8/2024 | 43 |
| 23. | Operating Report (08-2024) | 10/8/2024 | 44 |
| 24. | Operating Report (09-2024) | 10/8/2024 | 45 |
| 25. | Amended Motion to Extend Time to File Chapter 11 Subchapter V Plan | 10/11/2024 | 46 |
| 26. | Second Amended Motion to Extend Time to File Chapter 11 Subchapter V Plan | 10/16/2024 | 49 |
| 27. | Order Granting Joint Administration of Bankruptcy Estates | 10/17/2024 | 50 |
| 28. | Motion to Continue Hearing (*Emergency*) | 11/19/2024 | 60 |
| 29. | Second Motion to Continue Hearing | 11/27/2024 | 63 |
| 30. | Debtor's Subchapter V Consensual Reorganization Report | 12/10/2024 | 66 |
| 31. | Operating Report (10-2024) | 12/19/2024 | 67 |
| 32. | Operating Report (11-2024) | 12/19/2024 | 68 |
| 33. | Order Granting Second Amended Motion to Extend Time to File Chapter 11 Subchapter V Plan | 12/20/2024 | 69 |
| 34. | Motion to Compel Debtor to Comply with 2004 Discovery Order | 12/20/2024 | 70 |
| 35. | Amended Motion to Compel Debtor to Comply with 2004 Discovery Order | 12/23/2024 | 72 |

| | | | |
|---|---|---|---|
| 36. | Motion to Compel Debtor to Comply with 2004 Discovery Order | 12/23/2024 | 73 |
| 37. | Transcript of Hearing Held on 12/19/2024 | 1/2/2025 | 74 |
| 38. | Chapter 11 Small Business Subchapter V Plan | 1/16/2025 | 75 |
| 39. | Order Granting HI Investments, LLC's Motion To Compel Debtor to Comply with October 25, 2024 Order Granting Rule 2004 Discovery | 1/17/2025 | 76 |
| 40. | Order Granting Plantsnap Inc.'s Motion To Compel Debtor to Comply with September 17, 2024 Order Granting Rule 2004 Discovery | 1/17/2025 | 77 |
| 41. | Application to Employ Jonathan Solsbery, Solsbery CPA, LLC | 1/30/2025 | 86 |
| 42. | Request for Expedited Hearing On *Discovery Matters* Filed by HI Investments, LLC | 2/5/2025 | 87 |
| 43. | Order Granting Expedited Hearing Regarding Discovery Matters | 2/6/2025 | 88 |
| 44. | Order Dismissing Employment Application of Jonathan Solsbery, Solsbery CPA, LLC as Accountant for the Estate | 2/11/2025 | 93 |
| 45. | Order To Show Cause Why Case Should Not Be Dismissed Or Converted For Cause Under § 1112. | 2/13/2025 | 94 |
| 46. | Joint Motion to Convert Chapter 11 Case to Chapter 7 Case Without Waiver of 30-Day Hearing Requirement Filed by PlantSnap Inc | 2/17/2025 | 97 |
| 47. | Operating Report (12-2024) | 2/24/2025 | 99 |
| 48. | Operating Report (01-2025) | 2/24/2025 | 100 |
| 49. | Joinder in Support *of PlantSnap Inc. and DEJ Partners, LLC's Joint Motion to Convert Chapter 11 Cases* Filed by HI Investments, LLC | 3/3/2025 | 101 |
| 50. | Joint Objection to Confirmation of Chapter 11 Plan Filed by PlantSnap Inc. | 3/4/2025 | 103 |
| 51. | Objection to Confirmation of Chapter 11 Plan Filed by HI Investments, LLC | 3/5/2025 | 104 |
| 52. | Objection to Confirmation of Chapter 11 Plan Filed by Amazon Web Services, Inc | 3/5/2025 | 105 |
| 53. | Unopposed Request for Emergency Hearing On *the March 19, 2025 Hearing* Filed by PlantSnap Inc. | 3/11/2025 | 107 |
| 54. | Motion to Continue Hearing *(Emergency) (Opposed)* Filed by EarthSnap, Inc. | 3/13/2025 | 110 |
| 55. | Request for Emergency Hearing On *Motion for Continuance* Filed by EarthSnap, Inc. | 3/13/2025 | 111 |
| 56. | Joint Objection Filed by PlantSnap Inc. | 3/13/2025 | 112 |
| 57. | Order Denying Emergency Motion for Continuance | 3/14/2025 | 114 |

| | | | |
|---|---|---|---|
| 58. | Witness & Exhibit List | 3/14/2025 | 115 |
| 59. | Witness & Exhibit List | 3/14/2025 | 116 |
| 60. | Witness & Exhibit List | 3/14/2025 | 117 |
| 61. | Witness & Exhibit List | 3/14/2025 | 118 |
| 62. | Supplemental Witness & Exhibit List | 3/18/2025 | 122 |
| 63. | Supplemental Witness & Exhibit List | 3/18/2025 | 123 |
| 64. | Amended Witness & Exhibit List | 3/19/2025 | 124 |
| 65. | Supplemental Witness & Exhibit List | 3/21/2025 | 128 |
| 66. | Transcript of Hearing on 3/25/2025 (to be ordered) | 3/25/2025 | N/A |
| 67. | Application to Employ | 3/26/2025 | 134 |
| 68. | Amended Operating Report (2024-06) | 3/28/2025 | 135 |
| 69. | Amended Operating Report (2024-07) | 3/28/2025 | 136 |
| 70. | Amended Operating Report (2024-08) | 3/28/2025 | 137 |
| 71. | Amended Operating Report (2024-09) | 3/28/2025 | 138 |
| 72. | Amended Operating Report (2024-10) | 3/29/2025 | 140 |
| 73. | Application to Employ Accountant | 3/30/2025 | 141 |
| 74. | Amended Operating Report (2024-11) | 3/30/2025 | 142 |
| 75. | Amended Operating Report (2024-12) | 3/30/2025 | 143 |
| 76. | Amended Operating Report (2025-01) | 3/30/2025 | 144 |
| 77. | Amended Operating Report (2025-02) | 3/30/2025 | 145 |
| 78. | Amended Schedules | 4/1/2025 | 146 |
| 79. | Amended Operating Report (2024-06) (to add signatures only) | 4/1/2025 | 147 |
| 80. | Amended Operating Report (2024-07) (to add signatures only) | 4/1/2025 | 148 |
| 81. | Amended Operating Report (2024-08) (to add signatures only) | 4/1/2025 | 149 |
| 82. | Amended Operating Report (2024-09) (to add signatures only) | 4/1/2025 | 150 |
| 83. | Amended Operating Report (2024-10) (to add signatures only) | 4/1/2025 | 151 |
| 84. | Amended Operating Report (2024-11) (to add signatures only) | 4/1/2025 | 152 |
| 85. | Amended Operating Report (2024-12) (to add signatures only) | 4/1/2025 | 153 |
| 86. | Amended Operating Report (2025-01) (to add signatures only) | 4/1/2025 | 154 |
| 87. | Amended Operating Report (2025-02) (to add signatures only) | 4/1/2025 | 155 |
| 88. | Amended Operating Report (2024-12) (to add non-DIP bank statement) | 4/6/2025 | 156 |
| 89. | Amended Operating Report (2025-01) (to add final non-DIP bank statements) | 4/6/2025 | 157 |

| | | | |
|---|---|---|---|
| 90. | Operating Report (2024-08) (Jointly Administered Debtor Eric Ralls) | 4/9/2025 | 159 |
| 91. | Operating Report (2024-09) (Jointly Administered Debtor Eric Ralls) | 4/9/2025 | 160 |
| 92. | Operating Report (2024-10) (Jointly Administered Debtor Eric Ralls) | 4/9/2025 | 161 |
| 93. | Operating Report (2024-11) (Jointly Administered Debtor Eric Ralls) | 4/9/2025 | 162 |
| 94. | Operating Report (2024-12) (Jointly Administered Debtor Eric Ralls) | 4/9/2025 | 163 |
| 95. | Operating Report (2025-01) (Jointly Administered Debtor Eric Ralls) | 4/9/2025 | 164 |
| 96. | Operating Report (2025-02) (Jointly Administered Debtor Eric Ralls) | 4/9/2025 | 165 |
| 97. | Amended Chapter 11 Small Business Subchapter V Plan | 4/13/2025 | 166 |
| 98. | Motion to Reconsider | 5/5/2025 | 176 |
| 99. | Motion to Withdraw as Attorney | 5/12/2025 | 178 |
| 100. | Amended Motion to Withdraw as Attorney | 5/14/2025 | 179 |
| 101. | Joint Objection Filed by Plantsnap, Inc. | 5/22/2025 | 180 |
| 102. | Amended Statement of Financial Affairs | 5/22/2025 | 181 |
| 103. | Operating Report (2025-03) | 5/23/2025 | 183 |
| 104. | Amended Schedules | 5/23/2025 | 184 |
| 105. | Joinder in Support *of PlantSnap Inc. and DEJ Partners, LLC's Joint Opposition to Debtors' Motion for Reconsideration Regarding Order Converting Cases to Chapter 7* Filed by HI Investments, LLC | 5/27/2025 | 186 |
| 106. | Joinder in Support *of Joint Opposition to Debtors' Motion for Reconsideration Regarding Order Converting Cases to Chapter 7* Filed by Areya Aurzada | 5/27/2025 | 187 |
| 107. | Amended Operating Report (2025-03) | 5/28/2025 | 189 |
| 108. | Objection to Motion to Withdraw as Attorney | 6/3/2025 | 190 |
| 109. | Order Granting Amended Motion To Withdraw As Attorney | 6/10/2025 | 192 |
| | | | |
| | **From Case No. 24-60504 (Eric Ralls)** | **Date Filed** | **ECF No.** |
| 110. | **Notice of Appeal of Order of Conversion entered in Case No. 24-60363 and Order Denying Reconsideration regarding same** | **7/15/2025** | **77** |
| 111. | **Order Appealed #1 (Order Granting Motion to Convert)** | **4/21/2025** | 167 (in Case No. 24-60363) |
| 112. | **Order Appealed #2 (Order Denying Motion to Reconsider)** | **7/1/2025** | 65 |

| | | | |
|---|---|---|---|
| 113. | Chapter 11 Subchapter V Voluntary Petition | 8/18/2024 | 1 |
| 114. | Original Schedules | 9/3/2024 | 11 |
| 115. | Original Statement of Financial Affairs | 9/3/2024 | 12 |
| 116. | Amended Schedules | 9/25/2024 | 14 |
| 117. | Amended Statement of Financial Affairs | 9/25/2024 | 15 |
| 118. | Order Granting Joint Administration Of Bankruptcy Estates | 10/17/2024 | 21 |
| 119. | Operating Report (2024-09) | 12/28/2024 | 36 |
| 120. | Operating Report (2024-10) | 12/28/2024 | 37 |
| 121. | Operating Report (2024-11) | 12/28/2024 | 38 |
| 121. | Operating Report (2025-01) | 3/12/2025 | 39 |
| 122. | Motion to Withdraw as attorney | 5/13/2025 | 47 |
| 123. | Amended Motion to Withdraw as attorney | 5/14/2025 | 48 |
| 124. | Objection Filed by HI Investments, LLC | 6/3/2025 | 49 |
| 125. | Motion to Reconsider *Order of Conversion* (Copy of Motion filed in Case #: 24-60303 (Dkt. No. 176 therein) on May 5, 2025) | 6/3/2025 | 50 |
| 126 | Order granting Amended Motion to Withdraw | 6/10/2025 | 52 |
| | | | |

## Statement of Issues to Be Presented on Appeal

Appellant hereby states that the issues to be presented on appeal are as follows:

1. Whether the trial court erred in converting Appellants' chapter 11 bankruptcy cases to chapter 7;
2. Whether the trial court erred in denying Appellants' Motions for Reconsideration regarding Order Converting Cases to Chapter 7.

**DATED this 29th day of July, 2025**

        Respectfully submitted,

        **THE MITCHELL LAW FIRM, L.P.**

        **/s/ Gregory W. Mitchell**
        Gregory W. Mitchell
        1100 W. Campbell Road, Suite 200
        Richardson, Texas 75080
        (972)463-8417 – Office
        (972)432-7540 – Facsimile
        State Bar ID: 00791285
        E-mail: greg@mitchellps.com

Attorney for Debtors/Appellants

## CERTIFICATE OF SERVICE

    I hereby certify that on **July 29, 2025**, a true and correct copy of the foregoing was served via U.S. Mail and/or via the court's ECF system to all parties receiving notice via the Court's ECF system.

                        /s/ **Gregory W. Mitchell**
                        Gregory W. Mitchell
                        Attorney for Debtors/Appellants