IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ERIC RALLS | § | CASE NO. 24-60504 |
| | § | (Chapter 7) |
| | § | |
| DEBTOR | § | Hearing: August 5, 2025, at 10:30 a.m. |

**TRUSTEE'S WITNESS AND EXHIBIT LIST**

Areya Holder Aurzada, Trustee, submits this Witness and Exhibit List for hearing on Trustee's *Motion to Approve Auction and Bid Procedures for the Sale and Transfer of Business Interests* [Docket #51] in the above captioned bankruptcy proceeding set for hearing on August 5, 2025 at 10:30 a.m. and all subsequent settings on the Motion as follows:

**WITNESSES**

1. Eric Ralls
2. Areya Holder Aurzada, Trustee
3. Any witness listed by any other party
4. Rebuttal witnesses

**EXHIBIT LIST**

| EXHIBIT | DESCRIPTION OF EXHIBIT | OFFERED | OBJECTION | ADMITTED |
|---|---|---|---|---|
| 1 | Amended Bankruptcy Schedules A-J [Docket #14] | | | |
| 2 | Report – Valuation of Earth.com, Inc. and Earthsnap, Inc. dated March 31, 2025 [Docket #51-1] | | | |
| 3 | Digital Earth Media Inc. Stockholders' Agreement | | | |
| | All pleadings and attached exhibits filed in the above bankruptcy case 24-60504 | | | |
| | Any exhibits listed by any other party in their exhibit list | | | |
| | Rebuttal Exhibits | | | |

Trustee reserves the right to amend or supplement this Witness and Exhibit List at any time prior to the hearing.

Respectfully submitted,

QUILLING, SELANDER, LOWNDS,
  WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)

By: */s/ John Paul Stanford*
    John Paul Stanford
    State Bar No. 19037350

ATTORNEYS FOR TRUSTEE

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2025, a true and correct copy of the foregoing instrument has been served via the Court's CM/ECF notification system (or by other means identified below) on all parties in this case entitled to receive such notification including the following:

Gregory W. Mitchell
THE MITCHELL LAW FIRM, L.P.
1100 W. Campbell, Suite 200
Richardson, Texas 75080
greg@mitchellps.com

Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
117 S. Dallas Street
Ennis, Texas 75119
joyce@joycelindauer.com

Patrick R. Akers
MARKUS WILLIAMS YOUNG & HUNSICKER LLC
1775 Sherman Street, Suite 1950
Denver, Colorado 80203
pakers@markuswilliams.com

Dean E. Richardson (CO 35349)
GOULD & RATNER LLP
1801 Wewatta Street, 11th Floor
Denver, Colorado 80202
drichardson@gouldratner.com

    */s/ John Paul Stanford*