**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 24-60504 |
| | ) | |
| ERIC RALLS, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

## PLANTSNAP'S AMENDED WITNESS AND EXHIBIT LIST[1]

PlantSnap Inc. ("**PlantSnap**") submits this witness and exhibit list for hearing on Areya Holder Aurzada's (the "**Trustee**") *Motion to Approve Auction and Bid Procedures for the Sale and Transfer of Business Interests* [Docket No. 51], which is set for a hearing on August 5, 2025 at 10:30 AM and all subsequent settings on the Motion as follows:

### WITNESSSES

1. Eric Ralls
2. Areya Holder Aurzada
3. Any witness listed by any other party
4. Rebuttal witnesses

### EXHIBITS

| Exhibit | Description of Exhibit | Offered | Objection | Admitted |
|---|---|---|---|---|
| 1 | Amended Schedules [Docket No. 14] | | | |
| 2 | Report – Valuation of Earth.com, Inc. and EarthSnap, Inc. dated March 31, 2025 [Docket No. 51-1] | | | |
| A | PlantSnap Inc.'s Proof of Claim No. 6-1 | | | |
| B | DEJ Partners, LLC's Proof of Claim No. 10-2 | | | |
| C | Debtors' Consolidated Plan and Disclosure Statement [EarthSnap Case,[2] Docket No. 75] | | | |
| D | Debtors' First Amended Consolidated Plan and Disclosure Statement [EarthSnap Case, Docket No. 166] | | | |
| E | Order Converting Motion to Convert Subchapter V, Chapter 11 Cases into | | | |

---

[1] This witness and exhibit list was amended solely to change exhibit designations from number to letter pursuant to LBR 7016-1(d)(3).

[2] The "EarthSnap Case" is the case styled, *In re EarthSnap, Inc.*, No. 24-60363 (Bankr. E.D. Tex. June 17, 2024).

|   |   |   |   |   |
|---|---|---|---|---|
|   | Chapter 7 Bankruptcy Cases [EarthSnap Case, Docket No. 167] |   |   |   |
| F | Certificated DEM Shares [Docket No. 64-1] |   |   |   |
| * | All pleadings and attachments filed in the above-captioned case and the EarthSnap Case |   |   |   |
| * | Any exhibits listed by any other party in their exhibit lists |   |   |   |
| * | Rebuttal exhibits |   |   |   |

PlantSnap reserves the right to amend or supplement this witness and exhibit list at any time prior to the hearing.

Respectfully submitted,

Dated: August 1, 2025

*/s/ Patrick R. Akers*
Patrick R. Akers (CO 54803)
MARKUS WILLIAMS YOUNG & HUNSICKER LLC
1775 Sherman Street, Suite 1950
Denver, Colorado 80203
(303) 830-0800
(303) 830-0809 (facsimile)
pakers@markuswilliams.com

Dean E. Richardson (CO 35349)
GOULD & RATNER LLP
1801 Wewatta Street, 11th Floor
Denver, Colorado 80202
(303) 284-1062
(312) 236-3241 (facsimile)
drichardson@gouldratner.com

*Counsel for PlantSnap*

## CERTIFICATE OF SERVICE

I certify that on August 1, 2025, a copy of the foregoing *PlantSnap's Amended Witness and Exhibit List* was electronically filed using the Court's electronic filing system. Notice of this filing will be sent by all parties by operation of the Court's system. Parties may access this filing through the Court's system.

*/s/ Patrick R. Akers*
Patrick R. Akers (CO 54803)

*Counsel for PlantSnap*