**Fill in this information to identify the case:**

Debtor 1 _____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of _____

Case number _____

Official Form 410

# Proof of Claim

12/15

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

| Part 1: | Identify the Claim |
|---|---|

1. **Who is the current creditor?**
   _____
   Name of the current creditor (the person or entity to be paid for this claim)
   
   Other names the creditor used with the debtor _____

2. **Has this claim been acquired from someone else?**
   ☐ No
   ☐ Yes. From whom? _____

3. **Where should notices and payments to the creditor be sent?**
   
   Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

   **Where should notices to the creditor be sent?**
   
   _____
   Name
   
   _____
   Number      Street
   
   _____
   City              State           ZIP Code
   
   Contact phone _____
   
   Contact email _____

   **Where should payments to the creditor be sent?** (if different)
   
   _____
   Name
   
   _____
   Number      Street
   
   _____
   City              State           ZIP Code
   
   Contact phone _____
   
   Contact email _____

   Uniform claim identifier for electronic payments in chapter 13 (if you use one):
   
   __ __ __ — __ __ __ — __ __ __ — __ __ __ __ __ __ __ __

4. **Does this claim amend one already filed?**
   ☐ No
   ☐ Yes. Claim number on court claims registry (if known) _____   Filed on _____
                                                                                  MM  / DD  / YYYY

5. **Do you know if anyone else has filed a proof of claim for this claim?**
   ☐ No
   ☐ Yes. Who made the earlier filing? _____

Official Form 410                            **Proof of Claim**                            page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☐ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**7. How much is the claim?**   $_____.   **Does this amount include interest or other charges?**
☐ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

_____

**9. Is all or part of the claim secured?**

☐ No
☐ Yes.   The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property**:              $_____
**Amount of the claim that is secured:**   $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**   $_____

**Annual Interest Rate** (when case was filed) _____ %
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☐ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.**   $_____

**11. Is this claim subject to a right of setoff?**

☐ No
☐ Yes. Identify the property: _____

| | | |
|---|---|---|
| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | ☐ No | |
| | ☐ Yes. *Check one:* | **Amount entitled to priority** |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/16 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  _____
                    MM / DD / YYYY

_____
Signature

**Print the name of the person who is completing and signing this claim:**

Name  _____
      First name          Middle name          Last name

Title  _____

Company  _____
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address  _____
         Number      Street

         _____
         City                                State        ZIP Code

Contact phone  _____    Email  _____

---

Official Form 410                                **Proof of Claim**                                page 3

EarthSnap, Inc. is redacted from and not subject to this document based on the 11 U.S.C. § 362(a) automatic stay.

| | |
|---|---|
| DISTRICT COURT, SAN MIGUEL COUNTY, COLORADO<br>Court Address: 305 West Colorado Avenue<br>P.O. Box 919<br>Telluride, Colorado 81435 | |
| **Plaintiff:** PLANTSNAP, INC<br><br>v.<br><br>**Defendants:** ERIC RALLS and EARTH.COM, INC.<br><br>v.<br><br>**Third Party Plaintiff:** DEJ PARTNERS, LLC<br><br>v.<br><br>**Third Party Defendants**: EARTHSNAP, INC.; DIGITAL EARTH MEDIA, INC.; and METAVERSAL KNOWLEDGE, INC. | ☐ COURT USE ONLY ☐ |
| Attorney: Peter W. Thomas, No. 27657<br>Firm Name: PRAXIDICE, PC<br>Address: 124 W Hyman Ave, Ste 1A<br>Aspen, Colorado 81611<br>Phone Number: (970) 544-5900<br>E-Mail: peter@praxidicelaw.com | Case No: 2021 CV 30005<br><br>Division: Courtroom: |
| **CONFESSION OF JUDGMENT** ||

UPON Stipulation between the parties to this action, IT IS ORDERED, ADJUDGED, AND DECREED that Judgment enter in favor of Third Party Plaintiff DEJ Partners, LLC ("Third Party Plaintiff"), and against Defendants Eric Christian Ralls and Earth.com, Inc. ("Earth.com"), and Third-Party Defendants ███████████ Digital Earth Media, Inc ("Digital Earth"); Metaversal Knowledge, Inc. ("Metaversal") (Defendants Ralls and Earth.com, and Third-Party Defendants ███████ Digital Earth and Metaversal, shall be, unless otherwise indicated,

collectively referred to as "Defendants"), jointly and severally, in the principal sum of $1,500,000.00 (the "Confession of Judgment").

This Confession of Judgment arises from Case No. 2021 CV 30005, brought in the San Miguel County Combined Court, by PlantSnap, Inc. and DEJ Partners, LLC against Ralls, Earth.com, Digital Earth, ▒▒▒▒▒▒ and Metaversal (the "Entities" and the "Action").

The Action contained claims against Ralls and the Entities for, among others, Fraud, Fraudulent Inducement, Fraudulent Transfer, Conversion, and Civil Theft (the "Claims");

The Claims, and the resulting Confession of Judgment, were predicated on Ralls' and the Entities' intent to cause willful and malicious injuries to DEJP.

The Claims occurred while Ralls acted in a fiduciary capacity as an officer and director of PlantSnap and continued during the course of the Action.

The Claims, and the resulting Confession of Judgment, relate to Ralls' and the Entities' intentional acts and false representations, that they knew were false at the time they made them, and Ralls and the Entities acknowledge that his representations were made with the intention and purpose of deceiving DEJP, that DEJP relied on the misrepresentations and omissions, and sustained damages based on their misrepresentations.

The Claims, and the resulting Confession of Judgment, are also based on Ralls' and the Entities' fraudulent transfers by and between Ralls and the Entities, in knowing violation of C.R.S. § 38-8-105, with the actual intent of preventing DEJP from realizing repayment of loans fraudulently induced by Ralls and the Entities and of further delaying and defrauding DEJP from recovering its monies from Ralls or the Entities. Ralls and the Entities acknowledge taking such actions and exerting control or possession over DEJP's funds with the intention to permanently

deprive DEJP of its monies, and Ralls and the Entities acknowledge that their actions were willful, wanton, and malicious.

The Claims were based on Ralls' and the Entities' taking money, property, and/or services obtained by false pretenses, false representations, and actual fraud, and Ralls and the Entities agree that such conduct, and the resulting Confession of Judgment, meets the standards set forth in 11 U.S.C. §§ 523(a)(2).

Ralls and the Entities acknowledge that the Claims, and the resulting Confession of Judgment, are non-dischargeable by Ralls and/or the Entities, as they relate to a debt for fraud and/or defalcation while Ralls was acting in a fiduciary capacity, and Ralls agrees that such conduct meets the standards set forth as outlined in 11 U.S.C. §§ 523(a)(4).

The Claims, and the resulting Confession of Judgment, are non-dischargeable by Ralls and/or the Entities as they relate to the willful and malicious injuries caused to DEJP's property, and Ralls and the Entities agree that such conduct meets the standards set forth as outlined in 11 U.S.C. §§ 523(a)(6).

The Claims, and the resulting Confession of Judgment, also relate to Ralls' and the Entities' common law fraud, deceit, or manipulation in connection with the sale of securities, and Ralls and the Entities agree that such conduct meets the standards set forth as outlined in 11 U.S.C. §§ 523(a)(19).

The Judgment shall bear interest at the rate of 12% per annum, compounded annually, until paid in full.

The Clerk of the District Court is hereby directed to enter the Judgment in the Registry of Actions of this Court pursuant to C.R.C.P. 79(a)(4).

SO ORDERED this \_\_\_\_ day of _____, 202\_\_.

BY THE COURT:

_____
District Court Judge

This Judgement is confessed by:

*Eric Ralls*
_____
Eric Ralls
Date: 2-19-24

*Eric Ralls*
_____
Earth.com, Inc.
By: Eric Ralls
Date:2-19-24

*Eric Ralls*
_____
Digital Earth Media, Inc.
By: Eric Ralls
Date:  2-19-24

*Eric Ralls*
_____
Metaversal Knowledge, Inc.
By: Eric Ralls
Date:2-19-24

4

# Confession of Judgment in Favor of DEJP.signature verson

Final Audit Report            2024-02-19

| | |
|---|---|
| Created: | 2024-02-19 |
| By: | Michael Melito (melito@melitolaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA8onbfwjyZ3d5J3hS7b8iwaFlBV9PMJ26 |

## "Confession of Judgment in Favor of DEJP.signature verson" History

- 📄 **Document created by Michael Melito (melito@melitolaw.com)**
  2024-02-19 - 6:29:35 PM GMT- IP address: 204.144.183.247

- ✉️ **Document emailed to Eric Ralls (ralls@earth.com) for signature**
  2024-02-19 - 6:29:39 PM GMT

- 📄 **Email viewed by Eric Ralls (ralls@earth.com)**
  2024-02-19 - 6:52:41 PM GMT- IP address: 68.52.91.184

- ✍️ **Document e-signed by Eric Ralls (ralls@earth.com)**
  Signature Date: 2024-02-19 - 6:52:53 PM GMT - Time Source: server- IP address: 68.52.91.184

- ✅ **Agreement completed.**
  2024-02-19 - 6:52:53 PM GMT

![Adobe Acrobat Sign]