# Digital Earth Media Inc.

INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE

2021

NUMBER

SHARES

AUTHORIZED: 10000000 SHARES COMMON STOCK $.001 PAR VALUE EACH

**This Certifies that** registered holder of 8,178,571

of the above named Corporation, transferable only on the books of the Corporation by the holder hereof in person or by Attorney upon surrender of this Certificate properly endorsed.

Eric Calls is the _____ Shares

**In Witness Whereof,** the said Corporation has caused the Certificate to be signed by its duly authorized officers and its Corporate Seal to be hereunto affixed

this 26th day of May A.D. 2021

Secretary

President