# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| In re:<br><br>ERIC RALLS<br><br>Debtor. | Case No. 24-60504<br><br>Chapter 7 |

## DEJ PARTNERS, LLC'S JOINDER IN PLANTSNAP INC.'S OBJECTION TO TRUSTEE'S MOTION TO APPROVE AUCTION AND BID PROCEDURES FOR THE SALE AND TRANSFER OF BUSINESS INTERESTS

DEJ Partners, LLC ("DEJP") hereby incorporates and joins in the arguments raised and relief sought in PlantSnap Inc's Objection to Trustee's Motion to Approve Auction and Bid Procedures for the Sale and Transfer of Business Interests [Docket No. 64].

Dated: August 2, 2025.

*/s/ Peter W Thomas*
Peter W Thomas (CO 27657)
PRAXIDICE, PC
124 W Hyman Ave 1A
Aspen, Colorado 81611
(970) 544-5900
peter@praxidicelaw.com

*Counsel for Creditor DEJ Partners, LLC*

## **CERTIFICATE OF SERVICE**

I certify that on August 2, 2025, a copy of the foregoing Joinder in PlantSnap Inc.'s *Objection to Trustee's Motion to Approve Auction and Bid Procedures for the Sale and Transfer of Business Interests* was electronically filed using the Court's electronic filing system. Notice of this filing will be sent by all parties by operation of the Court's system. Parties may access this filing through the Court's system.

*/s/ Peter W Thomas*

_____
Peter W Thomas (CO 27657)

*Counsel for DEJ Partners, LLC*