Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

Eastern District of Texas

Plaza Tower
110 N. College Avenue
Ninth Floor
Tyler, TX 75702

Bankruptcy Proceeding No.: 24–60504
Chapter: 7
Judge: Joshua P. Searcy

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Eric Ralls
   6691 Park Slope
   Tyler, TX 75703

Social Security / Individual Taxpayer ID No.:
   xxx–xx–0447

Employer Tax ID / Other nos.:

PLEASE TAKE NOTICE that a hearing will be held at

https://us–courts.webex.com/meet/Searcy, Instructions at www.txeb.uscourts.gov

on 8/19/25 at 01:30 PM

to consider and act upon the following:

Preliminary Hearing Set (RE: related document(s)80 Motion for Relief from Automatic Stay WITHOUT Waiver of 30–Day Hearing Requirement As To Exercise Voting and Other Rights with Respect to the DEM Shares and for Other Relief Filed by Creditor PlantSnap Inc.). Preliminary Hearing scheduled for 8/19/2025 at 01:30 PM at Virtual Hearing JSwebex. (jd)

Dated: 8/5/25

                                         Jason K. McDonald
                                         Clerk, U.S. Bankruptcy Court