Form 103Webex                                                                                          Entered: 8/5/25

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Texas

Bankruptcy Case No.: 24−60504
Chapter: 7
Judge: Joshua P. Searcy

In Re:

Eric Ralls

PLEASE TAKE NOTICE that a CONTINUED/RESCHEDULED hearing will be held at

Virtual Hearing Link: https://us−courts.webex.com/meet/Searcy, Instructions at www.txeb.uscourts.gov.

on September 9, 2025 at 09:30 AM

to consider and act upon the following:

51 − Motion to Approve Bidding Procedures Filed by Areya Aurzada (Attachments: # 1 Service List # 2 Proposed Order) (Aurzada, Areya)

Virtual Hearing Continued (RE: related document(s)51 Motion to Approve Bidding Procedures Filed by Trustee Areya Aurzada). Hearing scheduled for 9/9/2025 at 09:30 AM at Virtual Hearing JSwebex. (jd)

Signed on:

August 5, 2025

_____

Jason K. McDonald
CLERK OF THE COURT

YOU ARE ADVISED that, in any hearing before this Court, corporations and partnerships must be represented by attorneys duly admitted to practice before this Court.