**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 24-60504 |
| | ) | |
| ERIC RALLS, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

## **JOINT DESIGNATION OF ADDITIONAL ITEMS TO INCLUDE IN THE RECORD**

Pursuant to Rule 8009(a)(2) of the Federal Rules of Bankruptcy Procedure, PlantSnap Inc. and DEJ Partners, LLC designate the following additional items to include in the record on appeal:

The following documents from the above-captioned bankruptcy case:

| Document Name | Docket Number |
|---|---|
| Joint Opposition to Debtors' Motion for Reconsideration Regarding Order Converting Cases to Chapter 7 | 58 |
| Trustee's Joinder in Support of PlantSnap Inc. and DEJ Partners, LLC's Joint Opposition to Debtors' Motion for Reconsideration Regarding Order Converting Cases to Chapter 7 | 60 |

The following documents from the bankruptcy case styled, *In re EarthSnap, Inc.*, No. 24-60363 (Bankr. E.D. Tex. June 17, 2024):

| Document Name | Docket Number |
|---|---|
| Movants' Ex. 1 | 116-1 |
| Movants' Ex. 5 | 116-5 |
| Movants' Ex. 6 | 116-6 |
| Movants' Ex. 11 | 116-11 |
| Movants' Ex. 17 | 116-17 |
| Movants' Ex. 18 | 116-18 |
| Movants' Ex. 25 | 116-24 |
| Movants' Ex. 26 | 116-25 |
| Movants' Ex. 27 | 116-26 |
| Movants' Ex. 28 | 116-27 |
| Movants' Ex. 29 | 116-28 |

| | |
|---|---|
| Movants' Ex. 36 | 116-35 |
| Movants' Ex. 37 | 116-36 |
| Movants' Ex. 38 | 116-37 |
| Movants' Ex. 39 | 116-38 |
| Movants' Ex. 40 | 116-39 |
| Movants' Ex. 41 | 116-40 |
| Movants' Ex. 42 | 116-41 |
| Movants' Ex. 43 | 116-42 |
| Movants' Ex. 44 | 116-43 |
| Movants' Ex. 45 | 116-44 |
| Movants' Ex. 46 | 116-45 |
| Movants' Ex. 47 | 116-46 |
| Movants' Ex. 48 | 116-47 |
| Movants' Ex. 49 | 116-48 |
| Movants' Ex. 50 | 116-49 |
| Movants' Ex. 51 | 116-50 |
| Movants' Ex. 52 | 116-51 |
| Movants' Ex. 53 | 116-52 |
| Movants' Ex. 54 | 116-53 |
| Movants' Ex. 55 | 116-54 |
| Movants' Ex. 56 | 116-55 |
| Movants' Ex. 57 | 116-56 |
| Movants' Ex. 58 | 116-57 |
| Movants' Ex. 59 | 116-58 |
| Movants' Ex. 60 | 116-59 |
| Movants' Ex. 61 | 116-60 |
| Movants' Ex. 62 | 116-61 |
| Movants' Ex. 63 | 116-62 |
| Movants' Ex. 64 | 116-63 |
| Movants' Ex. 65 | 116-64 |
| Movants' Ex. 66 | 116-65 |
| Movants' Ex. 67 | 116-66 |
| Movants' Ex. 68 | 116-67 |
| Movants' Ex. 69 | 116-68 |
| Movants' Ex. 70 | 116-69 |
| Movants' Ex. 71 | 116-70 |
| Movants' Ex. 72 | 116-71 |
| Movants' Ex. 73 | 116-72 |
| Movants' Ex. 74 | 116-73 |
| Movants' Ex. 75 | 116-74 |
| Movants' Ex. 76 | 116-75 |
| Movants' Ex. 77 | 116-76 |
| Movants' Ex. 78 | 116-77 |
| Movants' Ex. 79 | 116-78 |
| Movants' Ex. 80 | 116-79 |

| | |
|---|---|
| Movants' Ex. 81 | 116-80 |
| Movants' Ex. 82 | 116-81 |
| Movants' Ex. 83 | 116-82 |
| Movants' Ex. 84 | 116-83 |
| Movants' Ex. 85 | 116-84 |
| Movants' Ex. 86 | 116-85 |
| Movants' Ex. 87 | 116-86 |
| Movants' Ex. 88 | 116-87 |
| Movants' Ex. 89 | 116-88 |
| Movants' Ex. 90 | 116-89 |
| Movants' Ex. 91 | 116-90 |
| Movants' Ex. 92 | 116-91 |
| Movants' Ex. 93 | 116-92 |
| Movants' Ex. 94 | 116-93 |
| Debtor's Exs. 2, 4 | 117-1 |

Respectfully submitted,

Dated: August 7, 2025

/s/ *Patrick R. Akers*
Patrick R. Akers (CO 54803)
MARKUS WILLIAMS YOUNG & HUNSICKER LLC
1775 Sherman Street, Suite 1950
Denver, Colorado 80203
(303) 830-0800
(303) 830-0809 (facsimile)
pakers@markuswilliams.com

Dean E. Richardson (CO 35349)
GOULD & RATNER LLP
1801 Wewatta Street, 11th Floor
Denver, Colorado 80202
(303) 284-1062
(312) 236-3241 (facsimile)
drichardson@gouldratner.com

*Counsel for PlantSnap Inc.*

3

                */s/ Peter W. Thomas*
                Peter W. Thomas (CO 27657)
                PRAXIDICE, PC
                124 West Hyman Avenue, Suite 1A
                Aspen, Colorado 81611
                (970) 544-5900
                peter@praxidicelaw.com

                *Counsel for DEJ Partners, LLC*

## **CERTIFICATE OF SERVICE**

I certify that on August 7, 2025, a copy of the foregoing *Joint Designation of Additional Items to Include in the Record* was electronically filed using the Court's electronic filing system. Notice of this filing will be sent by all parties by operation of the Court's system. Parties may access this filing through the Court's system.

*/s/ Patrick R. Akers*
Patrick R. Akers (CO 54803)

*Counsel for PlantSnap Inc.*