

EOD
09/11/2025

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **Eric Ralls** | § | |
| xxx-xx-0447 | § | Case No. 24-60504 |
| 6691 Park Slope, Tyler, TX 75703 | § | |
| | § | |
| Debtor | § | Chapter 7 |

### INTERIM ORDER EXTENDING AUTOMATIC STAY
### AND CONTINUING HEARING

On September 9, 2025, came on for hearing the "Motion for Relief from Automatic Stay Without Waiver of 30-Day Hearing Requirement As To Exercise Voting and Other Rights with Respect to the DEM Shares and for Other Relief" (the "Motion") filed by the PlantSnap Inc., on July 18, 2025, a preliminary hearing having been held on August 14, 2025. Counsel for all relevant parties appeared as set forth on the record. After hearing the arguments and presentations of counsel, and for the reasons expressed on the record in open court, the Court finds that just cause exists for entry of the following order.

**IT IS THEREFORE ORDERED** that the automatic stay is hereby **EXTENDED** as contemplated by 11 U.S.C. § 362(e)(2)(B) until the continued hearing below, subject to further continuance by the Court as permitted.

**IT IS FURTHER ORDERED** that hearing of the Motion is CONTINUED and the Court will convene a *Virtual Hearing* on the Motion to consider entry of a final order granting the relief requested therein on:

## Tuesday, September 23, 2025 at 9:30 a.m.

**\*\*\* Virtual Hearing Link: https://us-courts.webex.com/meet/Searcy \*\*\***

Any questions regarding the virtual hearing may be forwarded to the Courtroom Deputy as set forth below:

>Ms. Julie Davis
>Phone: (903) 590-3240
>or
>Email: **CRD_TYL@txeb.uscourts.gov**

## This is the only notice that will be provided for this hearing.

Such hearing shall be conducted pursuant to the virtual hearing directives issued by the Court.[1]

Signed on 9/11/2025

_____
THE HONORABLE JOSHUA P. SEARCY
UNITED STATES BANKRUPTCY JUDGE

---

[1] The directives regarding the conduct of virtual hearings are located on Judge Searcy's webpage on the Court's website, https://www.txeb.uscourts.gov/content/judgesearcy under the *Court Appearances and Hearing Methods* tab. As set forth therein, the presentation of exhibits under LBR 9014(d) is altered to require each party seeking to introduce exhibits to attach (separately) each of those designated exhibits to the exhibit list that is filed with the Court. Attorneys are further reminded that they are responsible for the virtual appearance of any witness sponsored by that attorney at the hearing and that any such witness must: (1) join the hearing as a separate participant from the sponsoring attorney; (2) use a different camera and microphone than the sponsoring attorney; and (3) be capable of accessing any exhibit needed for the examination.