UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

IN RE:
Eric Ralls
6691 Park Slope
Tyler , TX 75703
SSN: XXX-XX-0447
Debtor

Case No. 24-60504 jps
Chapter: 7

ORDER DISMISSING WITHOUT PREJUDICE OBJECTION
TO CLAIM OF PLANTSNAP, INC.

**ON THIS DATE** the Court considered the Objection to Claim of **Plantsnap, Inc.** filed by **Eric Ralls** on **September 9, 2025** The Court finds that the Objection to Claim should be dismissed without prejudice since it fails to comply with the requirements of Local Rule 3007 or Local Regulation 3007(a) in the following respects:

☑ Failure to include an affidavit and/or other documentary proof offered in support of the objection which is sufficient to overcome the presumption of validity imposed by Fed. R. Bankr. P. 3001(f). [Loc. R. Bankr. P. 3007(a)(2)]

☑ Failure to include signed certificate of service evidencing service of the claims objection upon the claimant at the address disclosed by the claimant in its proof of claim and upon all other parties entitled to notice under applicable service rules. [Loc. R. Bankr. P. 3007(a)(3)]

**IT IS THEREFORE ORDERED** that the Objection to the Claim of Plantsnap, Inc. filed by Eric Ralls on **September 9, 2025** is **DISMISSED** without prejudice.

Signed on 9/11/2025

THE HONORABLE JOSHUA P. SEARCY
UNITED STATES BANKRUPTCY JUDGE