# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 24-60504 |
| | § | |
| **Eric Ralls** | § | |
| | § | Chapter 7 (converted from |
| *Debtor* | § | chapter 11) |

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY

| | |
|---|---|
| State of Texas | § |
| | § |
| County of Dallas | § |

1. "My name is Eric Ralls. I filed a voluntary petition under Chapter 11 of the Bankruptcy Code, and I am the Debtor in Case No. 24-60504. My case was later converted to Chapter 7.

2. I verify that the documents attached as exhibits are true and correct copies of the originals and that the claims and statements made in my Objection to Claim is true to the best of my knowledge and belief.

3. I understand that this statement is made under penalty of perjury just as though I had been sworn by and executed this statement before a notary public, and I have read 28 U.S.C. § 1746."

I declare under penalty of perjury that the foregoing is true and correct.

**EXECUTED this 8th day of October, 2025.**

  **/s/   Eric Ralls**
  Eric Ralls