Form ntchrgbk	Entered: 10/30/25

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Texas

Bankruptcy Case No.: 24−60504
Chapter: 7
Judge: Joshua P. Searcy

In Re:

Eric Ralls

## NOTICE OF COURT PROCEEDING

PLEASE TAKE NOTICE that a hearing will be held at

https://us−courts.webex.com/meet/Searcy, Instructions at www.txeb.uscourts.gov

on Tuesday, December 9, 2025 at 09:30 AM

to consider and act upon the following:

Preliminary Virtual Hearing Set (RE: related document(s)119 Objection to Claim (With Objection Language) 6 of Plantsnap, Inc. in the amount of $ $3,434,927.85 Filed by Debtor Eric Ralls). Preliminary Hearing scheduled for 12/9/2025 at 09:30 AM at Virtual Hearing JSwebex. (jd)

Dated: October 30, 2025

Jason K. McDonald
Clerk, U.S. Bankruptcy Court