**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 24-60504 |
| | ) | |
| ERIC RALLS, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

## PLANTSNAP INC. AND DEJ PARTNERS, LLC'S WITNESS AND EXHIBIT LIST

PlantSnap Inc. ("**PlantSnap**") and DEJ Partners, LLC ("**DEJP**," and together, "**Creditors**") submit this witness and exhibit list for the preliminary hearing on the Debtor's *Objection to Proof of Claim No. 6 Filed by PlantSnap, Inc.* [Docket No. 119] and *Objection to Proof of Claim No. 10 Filed by DEJ Partners, LLC* [Docket No. 120] (together, the "**Objections**"), which is set for a virtual hearing on December 9, 2025 at 9:30 AM CT.

Creditors believe the Court can rule on the Objections by looking within four corners of the Binding Term Sheets (which incorporate state court judgments). To the extent the Court believes extrinsic evidence is needed to resolve the Objections, Creditors reserve the right to amend or supplement this witness and exhibit list at any time prior to the final hearing.

### WITNESSSES

PlantSnap **may call** the following witnesses:

| Witness Name | Nature of Testimony |
|---|---|
| Eric C. Ralls | Authenticate documents. |
| Matt Giblin | Authenticate documents. |
| Daniel E. Johnson | Authenticate documents. |
| Any witness listed or called by another party | |
| Any witness for purposes of authentication or laying a foundation | |
| Any witness for purposes of rebuttal or impeachment | |

### EXHIBITS

| Exhibit | Description of Exhibit | Offer | Object | Admit |
|---|---|---|---|---|
| A | Binding Term Sheet (PlantSnap) | | | |
| B | First Judgment (PlantSnap) | | | |
| C | Second Judgment (PlantSnap) | | | |
| D | Confession of Judgment (PlantSnap) | | | |
| E | UCC-1 Financing Statements (PlantSnap) | | | |
| F | Proof of Claim No. 6 (PlantSnap) | | | |
| G | Binding Term Sheet (DEJP) | | | |

| H | First Judgment (DEJP) | | | |
|---|---|---|---|---|
| I | Second Judgment (DEJP) | | | |
| J | Confession of Judgment (DEJP) | | | |
| K | UCC-1 Financing Statement (DEJP) | | | |
| L | Proof of Claim No. 10 (DEJP) | | | |

                Respectfully submitted,

Dated: December 4, 2025

*/s/ Patrick R. Akers*
Patrick R. Akers (CO 54803)
MARKUS WILLIAMS YOUNG & HUNSICKER LLC
1775 Sherman Street, Suite 1950
Denver, Colorado 80203
(303) 830-0800
(303) 830-0809 (facsimile)
pakers@markuswilliams.com

Dean E. Richardson (CO 35349)
GOULD & RATNER LLP
1801 Wewatta Street, 11th Floor
Denver, Colorado 80202
(303) 284-1062
(312) 236-3241 (facsimile)
drichardson@gouldratner.com

*Counsel for PlantSnap*


*/s/ Peter W. Thomas*
Peter W. Thomas (CO 27657)
PRAXADICE, PC
124 West Hyman Avenue 1A
Aspen, Colorado 81611
(970) 544-5900
peter@praxidicelaw.com

*Counsel for DEJP*

## **CERTIFICATE OF SERVICE**

I certify that on December 4, 2025, a copy of the foregoing *Joint Witness and Exhibit List* was electronically filed using the Court's electronic filing system. Notice of this filing will be sent by all parties by operation of the Court's system. Parties may access this filing through the Court's system.

*/s/ Patrick R. Akers*
Patrick R. Akers (CO 54803)

*Counsel for PlantSnap*