IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **Eric Ralls** | § | |
| xxx-xx-0447 | § | Case No. 24-60504 |
| 6691 Park Slope, Tyler, TX 75703 | § | |
| | § | |
| Debtor | § | Chapter 7 |

**ORDER DENYING WITHOUT PREJUDICE DEBTOR'S**
**OBJECTION TO CLAIM 6 OF PLANTSNAP, INC.**

On December 9, 2025, the Court conducted a preliminary hearing on the "Objection to Claim 6 of Plantsnap, Inc. in the amount of $3,434,927.85" (the "Claim Objection")[1] filed by the Debtor, Eric Ralls (the "Movant") on October 8, 2025. The Court finds that notice of the preliminary hearing was properly given under the Federal and Local Rules of Bankruptcy Procedure. The Court considered the pleadings, presentations of counsel, and representations of the parties on the record. For the reasons set forth by the Court on the record at the hearing, the Court finds that just cause exists for the entry of the following Order.

**IT IS THEREFORE ORDERED** that the Objection filed by Movant is hereby DENIED without prejudice.

Signed on 12/9/2025

_____
THE HONORABLE JOSHUA P. SEARCY
UNITED STATES BANKRUPTCY JUDGE

---

[1] ECF No. 119.