IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **Eric Ralls** | § | |
| xxx-xx-0447 | § | Case No. 24-60504 |
| 6691 Park Slope, Tyler, TX 75703 | § | |
| | § | |
| Debtor | § | Chapter 7 |

**ORDER DENYING WITHOUT PREJUDICE DEBTOR'S
<u>OBJECTION TO CLAIM 6 OF PLANTSNAP, INC.</u>**

On December 9, 2025, the Court conducted a preliminary hearing on the "Objection to Claim 6 of Plantsnap, Inc. in the amount of $3,434,927.85" (the "Claim Objection")[1] filed by the Debtor, Eric Ralls (the "Movant") on October 8, 2025. The Court finds that notice of the preliminary hearing was properly given under the Federal and Local Rules of Bankruptcy Procedure. The Court considered the pleadings, presentations of counsel, and representations of the parties on the record. For the reasons set forth by the Court on the record at the hearing, the Court finds that just cause exists for the entry of the following Order.

**IT IS THEREFORE ORDERED** that the Objection filed by Movant is hereby DENIED without prejudice.

Signed on 12/9/2025

THE HONORABLE JOSHUA P. SEARCY
UNITED STATES BANKRUPTCY JUDGE

---

[1] ECF No. 119.

United States Bankruptcy Court
Eastern District of Texas

| | |
|---|---|
| In re: | Case No. 24-60504-jps |
| Eric Ralls | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0540-6    User: admin    Page 1 of 2
Date Rcvd: Dec 09, 2025    Form ID: pdf400    Total Noticed: 6

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/codb | | Eric Ralls, EarthSnap, Inc., 6691 Park Slope, Tyler, TX 75703 |
| cr | + | Bill Jaris, c/o Joyce W. Lindauer, Joyce W. Lindauer Attorney, PLLC, 117 S. Dallas Street, Ennis, TX 75119-4744 |
| cr | + | Bill Jaris Consulting, LLC, c/o Joyce W. Lindauer, Joyce W. Lindauer Attorney, PLLC, 117 S. Dallas Street, Ennis, TX 75119-4744 |
| cr | + | Brian Funk, c/o Bell Nunnally & Martin LLP, 2323 Ross Avenue, Suite 1900, Dallas, TX 75201-2721 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 10 2025 00:30:49 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: d.johnson@cascaffold.com | Dec 10 2025 00:16:00 | DEJ Partners, LLC, 331 Vineland Avenue, City of Commercie, CA 91746 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2025    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2025 at the address(es) listed below:

**Name    Email Address**

Amalia Y Sax-Bolder
    on behalf of Plaintiff HI Investments  LLC asax-bolder@bhfs.com, aciabattoni@bhfs.com;mhardy@bhfs.com

| | | |
|---|---|---|
| District/off: 0540-6 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 09, 2025 | Form ID: pdf400 | Total Noticed: 6 |

Amalia Y Sax-Bolder
    on behalf of Creditor HI Investments  LLC asax-bolder@bhfs.com, aciabattoni@bhfs.com;mhardy@bhfs.com

Areya Aurzada
    areya@holderlawpc.com aha@trustesolutions.net

Areya Holder Aurzada
    on behalf of Trustee Areya Aurzada areya@holderlawpc.com caha11@trustesolutions.net;holder.igotnotices@gmail.com

Dean E. Richardson
    on behalf of Creditor PlantSnap Inc. drichardson@gouldratner.com
    mhuerta@gouldratner.com;mbradbury@gouldratner.com;mspinner@gouldratner.com;gould-ecfs_notice@juralaw.net

Dean E. Richardson
    on behalf of Plaintiff PlantSnap Inc. drichardson@gouldratner.com
    mhuerta@gouldratner.com;mbradbury@gouldratner.com;mspinner@gouldratner.com;gould-ecfs_notice@juralaw.net

Diane Carter
    on behalf of Trustee Diane Carter dsbarron@rbarronlaw.com dbc@trustesolutions.net

Gregory W. Mitchell
    on behalf of Defendant Eric Ralls greg@mitchellps.com

Gregory W. Mitchell
    on behalf of Debtor Eric Ralls greg@mitchellps.com

John Paul Stanford
    on behalf of Trustee Areya Holder AURZADA (SBRA V) jstanford@qslwm.com jadams@qslwm.com;cprice@qslwm.com

John Paul Stanford
    on behalf of Trustee Areya Aurzada jstanford@qslwm.com jadams@qslwm.com;cprice@qslwm.com

Joyce W. Lindauer
    on behalf of Creditor Bill Jaris joyce@joycelindauer.com
    dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net

Joyce W. Lindauer
    on behalf of Creditor Bill Jaris Consulting  LLC joyce@joycelindauer.com,
    dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net

Kevin S Wiley, Sr
    on behalf of Defendant Eric Ralls kwiley@wileylawgroup.com

Kevin S Wiley, Sr
    on behalf of Debtor Eric Ralls kwiley@wileylawgroup.com

Marcus Salitore
    on behalf of U.S. Trustee US Trustee marc@salitorelaw.com

Patrick R. Akers
    on behalf of Creditor PlantSnap Inc. pakers@markuswilliams.com
    janderson@markuswilliams.com;docket@markuswilliams.com

Patrick R. Akers
    on behalf of Plaintiff PlantSnap Inc. pakers@markuswilliams.com
    janderson@markuswilliams.com;docket@markuswilliams.com

Pete Thomas
    on behalf of Plaintiff DEJ Partners  LLC peter@praxidicelaw.com

Pete Thomas
    on behalf of Creditor DEJ Partners  LLC peter@praxidicelaw.com

Russell W. Mills
    on behalf of Creditor Brian Funk rmills@bellnunnally.com nsummerville@bellnunnally.com;tstephenson@bellnunnally.com

Steven Rech
    on behalf of Plaintiff DEJ Partners  LLC srech@vorys.com

TOTAL: 22