**EXHIBIT A**

| | |
|---|---|
| COMBINED COURT, SAN MIGUEL COUNTY, COLORADO<br><br>Court Address: 305 West Colorado Avenue<br>P.O. Box 919<br>Telluride, Colorado 81435 | DATE FILED: February 15, 2023 8:21 AM<br>CASE NUMBER: 2021CV30005 |
| PLANTSNAP INC.,<br><br>    Plaintiff,<br><br>v.<br><br>ERIC RALLS and EARTH.COM, INC.<br><br>    Defendants,<br>v.<br><br>DEJ PARTNERS, LLC<br><br>    Third Party Plaintiff,<br><br>v.<br><br>EARTHSNAP, INC.; DIGITAL EARTH MEDIA, INC.; METAVERSAL KNOWLEDGE, INC.<br><br>    Third Party Defendants. | ▲ COURT USE ONLY ▲<br><br>Case Number: 2021CV030005<br><br>Division: 3 |

## ORDER RE: MOTION FOR ENTRY OF FINAL JUDGMENT FOR AWARD OF ATTORNEYS' FEES

This matter comes before the Court on Plaintiff PlantSnap Inc.'s ("**PlantSnap**") Motion for Entry of Final Judgment for Award of Attorneys' Fees (the "**Motion**"). This Court, having reviewed the Motion and related filings, the relevant legal authority, and being fully advised in the premises, hereby FINDS and ORDERS as follows:

The Motion is GRANTED.

The Court has previously awarded PlantSnap attorneys' fees in the amount of $84,189.00 and costs in the amount of $749.76 against Defendant Eric Ralls ("**Ralls**").

FINAL JUDGMENT IS HEREBY ENTERED in favor of PlantSnap in the total amount of $84,938.76 against Ralls. Statutory interest in the amount of 8% per annum shall accrue on any principal amount owing until the judgment has been fully satisfied.

Dated:   February 15, 2023

District Court Judge