**EXHIBIT C**

| | |
|---|---|
| COMBINED COURT, SAN MIGUEL COUNTY, COLORADO<br><br>Court Address:  305 West Colorado Avenue<br>                          P.O. Box 919<br>                          Telluride, Colorado 81435 | DATE FILED: February 29, 2024 3:58 PM<br>CASE NUMBER: 2021CV30005 |
| PLANTSNAP INC.,<br><br>        Plaintiff,<br><br>v.<br><br>ERIC RALLS and EARTH.COM, INC.<br><br>        Defendants,<br>v.<br><br>DEJ PARTNERS, LLC<br><br>        Third Party Plaintiff,<br><br>v.<br><br>EARTHSNAP, INC.; DIGITAL EARTH MEDIA, INC.; METAVERSAL KNOWLEDGE, INC.<br><br>        Third Party Defendants. | ▲  COURT USE ONLY  ▲<br>_____<br>Case Number: 2021CV030005<br><br>Division: 3 |
| **ORDER RE: MOTION FOR ENTRY OF FINAL JUDGMENT FOR SUMMARY JUDGMENT RULING** | |

This matter comes before the Court on Plaintiff PlantSnap Inc.'s ("**PlantSnap**") Motion for Entry of Final Judgment for Summary Judgment (the "**Motion**"). This Court, having reviewed the Motion and related filings, the relevant legal authority, and being fully advised in the premises, hereby FINDS and ORDERS as follows:

The Motion is GRANTED.

The Court has previously awarded PlantSnap a judgment of $705,000.00 against Defendant Eric Ralls ("**Ralls**").

FINAL JUDGMENT IS HEREBY ENTERED in favor of PlantSnap in the total amount of $705,000.00 against Ralls. Statutory interest in the amount of 8% per annum shall accrue on any principal amount owing until the judgment has been fully satisfied.

Dated: __February 29, 2024__   _____
District Court Judge