**greg@mitchellps.com**

---

**Subject:**      FW: DRAFT Binding Term Sheet
**Attachments:**  PlantSnap Domains.xlsx; Binding Term Sheet - PDF.pdf

> **EXHIBIT D**

---

**From:** Dean Richardson <Dean.Richardson@moyewhite.com>
**Sent:** Saturday, February 10, 2024 2:42 PM
**To:** Bob Kitsmiller <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Cc:** Patrick R. Akers <Patrick.Akers@moyewhite.com>
**Subject:** DRAFT Binding Term Sheet

Bob/Mike:
Attached is our proposed binding term sheet (and an exhibit).  I am not posturing when I say there isn't much room for movement on my side.
We realize that this term sheet, along with DEJP's proposed term sheet, use the same collateral.  That is an issue we will work through on our side if your clients are inclined to settle with PS and DEJP.  If your clients decide to only settle with the company, or only with DEJP, it's a non-issue.
We need to know your position on this ASAP (Monday at the latest).
Dean

# Dean E. Richardson

*Partner*

**Direct:** *303-292-7948*

▸ *Profile* | ▸ *vCard* | ▸ *Linkedin*



3615 Delgany Street, Suite 1100
Denver, CO 80216-3997

**Office:** 303-292-2900
**Fax:** 303-292-4510
www.moyewhite.com

---

The information contained in this communication is confidential, may constitute inside information, is intended only for the use of the addressee, and is the property of Moye White LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email and destroy this communication and all copies thereof, including all attachments.

1

**greg@mitchellps.com**

| | |
|---|---|
| **Subject:** | FW: Our redlined terms sheets |
| **Attachments:** | BINDING TERM SHEET.CLEAN COPY.02152024v.5.pdf; BINDING TERM SHEET.PWTredline.02152024v.5.docx; Binding Term Sheet REDLINE.2.15.24.PDF.Final..pdf; Binding Term Sheet REDLINE.2.15.24.Final..docx |

**From:** Dean Richardson <Dean.Richardson@moyewhite.com>
**Sent:** Thursday, February 15, 2024 12:09 PM
**To:** Michael Melito <melito@melitolaw.com>; Bob Kitsmiller <bob@podoll.net>
**Cc:** Peter Thomas <peter@praxidicelaw.com>; Patrick R. Akers <Patrick.Akers@moyewhite.com>
**Subject:** Our redlined terms sheets

Mike and Bob:

Attached are our revised term sheets (clean and redline).

They should be pretty much mirrors of one another – tried to be consistent.

If you have edits, please accept all our redline and redline over.

Let us know,

Dean

# Dean E. Richardson
*Partner*

**Direct:** *303-292-7948*

‣ *Profile* | ‣ *vCard* | ‣ *Linkedin*

3615 Delgany Street, Suite 1100
Denver, CO 80216-3997

**Office:** 303-292-2900
**Fax:** 303-292-4510
www.moyewhite.com

The information contained in this communication is confidential, may constitute inside information, is intended only for the use of the addressee, and is the property of Moye White LLP. Unauthorized use, disclosure or copying of this

1

RALLS002

communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email and destroy this communication and all copies thereof, including all attachments.

RALLS003

**greg@mitchellps.com**

| | |
|---|---|
| **Subject:** | FW: Final Versions |
| **Attachments:** | Binding Term Sheet.PlantSnap.Signature Verison.PDF.pdf; 24-02-15 Stipulated Mot for Entry of Confessed Judgment.PlanSnap.Signature Version.PDF.pdf; BINDING TERM SHEET.DEJP.Signature Version.PDF.pdf; Confession of Judgment in Favor of DEJP.signature verson.PDF.pdf; Stipulated Motion for Entry of Confession of Judgment in favor of DEJP.Signature Version.PDF.pdf; Confession of Judgment.PlantSnap.signature version.PDF.pdf |

**From:** Dean Richardson <Dean.Richardson@moyewhite.com>
**Sent:** Friday, February 16, 2024 7:43 AM
**To:** Michael Melito <melito@melitolaw.com>; Bob Kitsmiller <bob@podoll.net>
**Cc:** Peter Thomas <peter@praxidicelaw.com>
**Subject:** Final Versions

Mike and Bob:

Attached are what I think are the final versions.  The only thing I edited from the last time around:

I included the number of shares in the definition of Pledges Shares, and noted the total shares:

1. The Note shall be secured by all of Ralls' founder's shares in in the Entities (**8,178,571, or** the "Pledged Shares").  **There are currently a total of 9,563,007 outstanding shares.**

I also included an additional sentence in this rep/warranty (the date tracks the date of the corporations formation docs, at least the ones that were produced):

a. The Ralls Entities will warrant and represent the Pledged Shares shall be free and clear of any liens at the time of the pledge and that Ralls has authority to pledge the shares.  **Ralls further warrants that he has not transferred any of the Ralls Entities' assets since February 2022**.

Lastly, I fixed a typo in the DEJP Agreement (on the first page 4H became 4G.

That's it.  I will also have my assistant, who is copied, create DocuSign versions once I hear back that these are acceptable.  Almost there.

Dean

# Dean E. Richardson
*Partner*

**Direct:** *303-292-7948*

▸ *Profile* | ▸ *vCard* | ▸ *Linkedin*

1

RALLS004

3615 Delgany Street, Suite 1100
Denver, CO 80216-3997

**Office:** 303-292-2900
**Fax:** 303-292-4510
www.moyewhite.com

The information contained in this communication is confidential, may constitute inside information, is intended only for the use of the addressee, and is the property of Moye White LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email and destroy this communication and all copies thereof, including all attachments.

RALLS005

**greg@mitchellps.com**

| | |
|---|---|
| **Subject:** | FW: Final Signature Versions |
| **Attachments:** | 24-02-16 Stipulated Mot for Entry of Confessed Judgment.PlantSnap.Signature Version.PDF.pdf; BINDING TERM SHEET.DEJP.Signature Version.PDF.pdf; Binding Term Sheet.PlantSnap.Signature Verison.PDF.pdf; Confession of Judgment in Favor of DEJP.signature verson.PDF.pdf; Confession of Judgment.PlantSnap.signature version.PDF.pdf; Stipulated Motion for Entry of Confession of Judgment in favor of DEJP.Signature Version.PDF.pdf |

---

**From:** Dean Richardson <Dean.Richardson@moyewhite.com>
**Sent:** Friday, February 16, 2024 10:01 AM
**To:** Bob Kitsmiller <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Cc:** Peter Thomas <peter@praxidicelaw.com>; Brenda K. Sussman <Brenda.Sussman@moyewhite.com>; Patrick R. Akers <Patrick.Akers@moyewhite.com>
**Subject:** Final Signature Versions

Bob and Mike:

Final versions with all my typos corrected (thank you for catching those, Brenda).

I have a message into Matt, but he knows about the 1pm call, and he will get the invite out prior (he is just out of pocket for a bit).

Let us know if these are acceptable and I will have Brenda circulate DocuSign versions.

Dean

# Dean E. Richardson
*Partner*

**Direct:** *303-292-7948*

‣ *Profile* | ‣ *vCard* | ‣ *Linkedin*

3615 Delgany Street, Suite 1100
Denver, CO 80216-3997

**Office:** 303-292-2900
**Fax:** 303-292-4510
www.moyewhite.com

1

RALLS006

The information contained in this communication is confidential, may constitute inside information, is intended only for the use of the addressee, and is the property of Moye White LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email and destroy this communication and all copies thereof, including all attachments.

2

RALLS007

**greg@mitchellps.com**

**Subject:**         FW: Final Signature Versions

---

**From:** Dean Richardson <Dean.Richardson@moyewhite.com>
**Sent:** Friday, February 16, 2024 10:26 AM
**To:** Bob Kitsmiller <bob@podoll.net>
**Cc:** Michael Melito <melito@melitolaw.com>; Peter Thomas <peter@praxidicelaw.com>; Brenda K. Sussman <Brenda.Sussman@moyewhite.com>; Patrick R. Akers <Patrick.Akers@moyewhite.com>
**Subject:** Re: Final Signature Versions

I will inquire
Sent from my iPhone


On Feb 16, 2024, at 10:12 AM, Bob Kitsmiller <bob@podoll.net> wrote:


<span style="color:red">Caution: External E-Mail</span>
Dean one last item. I think we need to add a provision regarding when payments will start. Eric needs a little runway to start making payments. Can we make the first payment due on 6/30?

---

**From:** Dean Richardson <Dean.Richardson@moyewhite.com>
**Sent:** Friday, February 16, 2024 10:01 AM
**To:** Bob Kitsmiller <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Cc:** Peter Thomas <peter@praxidicelaw.com>; Brenda K. Sussman <Brenda.Sussman@moyewhite.com>; Patrick R. Akers <Patrick.Akers@moyewhite.com>
**Subject:** Final Signature Versions
**Importance:** High

Bob and Mike:

Final versions with all my typos corrected (thank you for catching those, Brenda).

I have a message into Matt, but he knows about the 1pm call, and he will get the invite out prior (he is just out of pocket for a bit).

Let us know if these are acceptable and I will have Brenda circulate DocuSign versions.

Dean

# Dean E. Richardson
*Partner*

**Direct:** *303-292-7948*

1

RALLS008

▸ *Profile* | ▸ *vCard* | ▸ *Linkedin*

3615 Delgany Street, Suite 1100
Denver, CO 80216-3997

**Office:** 303-292-2900
**Fax:** 303-292-4510
www.moyewhite.com

The information contained in this communication is confidential, may constitute inside information, is intended only for the use of the addressee, and is the property of Moye White LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email and destroy this communication and all copies thereof, including all attachments.

2

RALLS009

**greg@mitchellps.com**

---

**Subject:** FW: Masten NDA
**Attachments:** Mutual Confidentiality Agreement.pdf

---

**From:** Dean Richardson <Dean.Richardson@moyewhite.com>
**Sent:** Friday, February 16, 2024 12:33 PM
**To:** Michael Melito <melito@melitolaw.com>; Bob Kitsmiller <bob@podoll.net>; Peter Thomas <peter@praxidicelaw.com>
**Subject:** RE: Masten NDA

Guys, looks like you all signed a previous version of the NDA (the one dated the 14th).  I will append the signatures to the one dated the 15th including the changes Bob wanted yesterday.  That version is attached.  Please confirm that this is correct.

dean

---

**From:** Michael Melito <melito@melitolaw.com>
**Sent:** Friday, February 16, 2024 11:16 AM
**To:** Bob Kitsmiller <bob@podoll.net>; Dean Richardson <Dean.Richardson@moyewhite.com>; Peter Thomas <peter@praxidicelaw.com>
**Subject:** Re: Masten NDA

Caution: External E-Mail
My signed copy....

---

**From:** Bob Kitsmiller <bob@podoll.net>
**Sent:** Friday, February 16, 2024 9:53 AM
**To:** Dean Richardson <Dean.Richardson@moyewhite.com>; Peter Thomas <peter@praxidicelaw.com>
**Cc:** Michael Melito <melito@melitolaw.com>
**Subject:** Masten NDA

Robert Kitsmiller, Esq.
Podoll & Podoll, P.C.
5619 DTC Parkway, Suite 1100
Greenwood Village, CO 80111
(303) 861-4000
Fax (303) 861-4004

# Dean E. Richardson
*Partner*

**Direct:** *303-292-7948*

1

RALLS010

▸ *Profile* | ▸ *vCard* | ▸ *Linkedin*

3615 Delgany Street, Suite 1100
Denver, CO 80216-3997

**Office:** 303-292-2900
**Fax:** 303-292-4510
www.moyewhite.com

The information contained in this communication is confidential, may constitute inside information, is intended only for the use of the addressee, and is the property of Moye White LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email and destroy this communication and all copies thereof, including all attachments.

2

RALLS011

**greg@mitchellps.com**

**Subject:** FW: NDA
**Attachments:** Mutual Confidentiality Agreement.pdf; 2024 0215 NDA for Ralls PlantSnap Masten Signature (1).pdf; doc06423620240216095027.pdf

---

**From:** Dean Richardson <Dean.Richardson@moyewhite.com>
**Sent:** Friday, February 16, 2024 12:46 PM
**To:** Bob Kitsmiller <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Cc:** Peter Thomas <peter@praxidicelaw.com>
**Subject:** FW: NDA

So, yall signed the one without any of Bob's requested changes from yesterday….the one attached is the version that includes all Bob's requested language.  Please let me know if I have permission to append your signatures to the correct version (again, attached).

---

**From:** Brenda K. Sussman <Brenda.Sussman@moyewhite.com>
**Sent:** Friday, February 16, 2024 12:24 PM
**To:** Dean Richardson <Dean.Richardson@moyewhite.com>
**Subject:** NDA

# Dean E. Richardson
*Partner*

**Direct:** *303-292-7948*

‣ *Profile* | ‣ *vCard* | ‣ *Linkedin*

3615 Delgany Street, Suite 1100
Denver, CO 80216-3997

**Office:** 303-292-2900
**Fax:** 303-292-4510
www.moyewhite.com

The information contained in this communication is confidential, may constitute inside information, is intended only for the use of the addressee, and is the property of Moye White LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in

1

RALLS012

error, please notify us immediately by return email and destroy this communication and all copies thereof, including all attachments.

RALLS013

**greg@mitchellps.com**

| | |
|---|---|
| **Subject:** | FW: Final Settlement Documents |
| **Attachments:** | 24-02-16 Stipulated Mot for Entry of Confessed Judgment.PlantSnap.Signature Version.PDF.pdf; BINDING TERM SHEET.DEJP.Signature Version.PDF.pdf; Binding Term Sheet.PlantSnap.Signature Verison.PDF.pdf; Confession of Judgment in Favor of DEJP.signature verson.PDF.pdf; Confession of Judgment.PlantSnap.signature version.PDF.pdf; Stipulated Motion for Entry of Confession of Judgment in favor of DEJP.Signature Version.PDF.pdf |

---

**From:** Dean Richardson <Dean.Richardson@moyewhite.com>
**Sent:** Friday, February 16, 2024 4:23 PM
**To:** Bob Kitsmiller <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Cc:** Peter Thomas <peter@praxidicelaw.com>; Patrick R. Akers <Patrick.Akers@moyewhite.com>; Hope S. Stone <Hope.Stone@moyewhite.com>; Brenda K. Sussman <Brenda.Sussman@moyewhite.com>
**Subject:** Final Settlement Documents

Bob and Mike:

Attached are the final settlement documents.

Please confirm that we have a deal.

DocuSign to follow – but still need Eric's email address in order to send those around.

Dean

# Dean E. Richardson
*Partner*

**Direct:** *303-292-7948*

‣ *Profile* | ‣ *vCard* | ‣ *Linkedin*

3615 Delgany Street, Suite 1100
Denver, CO 80216-3997

**Office:** 303-292-2900
**Fax:** 303-292-4510
www.moyewhite.com

1

RALLS014

The information contained in this communication is confidential, may constitute inside information, is intended only for the use of the addressee, and is the property of Moye White LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email and destroy this communication and all copies thereof, including all attachments.

2

RALLS015

**greg@mitchellps.com**

| | |
|---|---|
| **Subject:** | FW: Signed documents Plant Snap DEJ v. Ralls et al |
| **Attachments:** | Bindsing Term Sheet DEJP-Ralls 2-19-2024 (DEJP signed version).pdf; Binding Term Sheet.PlantSnap.Redline Verison.02182024.FINAL (PDF.Giblin Signature Copy).pdf |

**From:** Dean Richardson <Dean.Richardson@moyewhite.com>
**Sent:** Monday, February 19, 2024 12:48 PM
**To:** Michael Melito <melito@melitolaw.com>; Peter Thomas <peter@praxidicelaw.com>
**Cc:** Bob Kitsmiller <bob@podoll.net>
**Subject:** RE: Signed documents Plant Snap DEJ v. Ralls et al

Here are our attached signed copies.

dean

**From:** Michael Melito <melito@melitolaw.com>
**Sent:** Monday, February 19, 2024 12:41 PM
**To:** Dean Richardson <Dean.Richardson@moyewhite.com>; Peter Thomas <peter@praxidicelaw.com>
**Cc:** Bob Kitsmiller <bob@podoll.net>
**Subject:** Signed documents Plant Snap DEJ v. Ralls et al

Caution: External E-Mail
Dean and Pete,

Please find attached the signed documents (we used Adobe e-sign on our side and have left the attached history/metadata document as part of the respective PDFs) and the stock cert.

Regards,
Melito

# Dean E. Richardson
*Partner*

**Direct:** *303-292-7948*

▸ *Profile* | ▸ *vCard* | ▸ *Linkedin*



3615 Delgany Street, Suite 1100
Denver, CO 80216-3997

**Office:** 303-292-2900
**Fax:** 303-292-4510
www.moyewhite.com

1

RALLS016

The information contained in this communication is confidential, may constitute inside information, is intended only for the use of the addressee, and is the property of Moye White LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email and destroy this communication and all copies thereof, including all attachments.

RALLS017

**greg@mitchellps.com**

| | |
|---|---|
| **Subject:** | FW: Draft Settlement Documents |
| **Attachments:** | PlantSnap Inc. - Promissory Note.docx; PlantSnap Settlement Agreement (Final).docx; PlantSnap - Pledge Agreement.docx |

**From:** Dean Richardson <Dean.Richardson@moyewhite.com>
**Sent:** Friday, March 22, 2024 9:17 AM
**To:** Michael Melito <melito@melitolaw.com>; Bob Kitsmiller <bob@podoll.net>
**Cc:** Peter Thomas <peter@praxidicelaw.com>; Patrick R. Akers <Patrick.Akers@moyewhite.com>; Hope S. Stone <Hope.Stone@moyewhite.com>; Brenda K. Sussman <Brenda.Sussman@moyewhite.com>
**Subject:** Draft Settlement Documents

Gentlemen:

Sorry, drafting these took a bit longer than expected (and I had to rely on others to draft the more technical docs).

Please use redline so we can track the changes being made.

Let us know if you have any questions.

Dean

# Dean E. Richardson
*Partner*

**Direct:** *303-292-7948*

‣ *Profile* | ‣ *vCard* | ‣ *Linkedin*

3615 Delgany Street, Suite 1100
Denver, CO 80216-3997

**Office:** 303-292-2900
**Fax:** 303-292-4510
www.moyewhite.com

The information contained in this communication is confidential, may constitute inside information, is intended only for the use of the addressee, and is the property of Moye White LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email and destroy this communication and all copies thereof, including all attachments.

1

RALLS018

**greg@mitchellps.com**

**Subject:**      FW: Draft Settlement Documents

**From:** Dean Richardson <Dean.Richardson@moyewhite.com>
**Sent:** Wednesday, April 3, 2024 2:29 PM
**To:** Michael Melito <melito@melitolaw.com>; Bob Kitsmiller <bob@podoll.net>
**Cc:** Peter Thomas <peter@praxidicelaw.com>; Patrick R. Akers <Patrick.Akers@moyewhite.com>; Hope S. Stone <Hope.Stone@moyewhite.com>; Brenda K. Sussman <Brenda.Sussman@moyewhite.com>
**Subject:** RE: Draft Settlement Documents

Any follow up here? Let us know – would love to make headway before we have to advise the court again.

**From:** Dean Richardson
**Sent:** Friday, March 22, 2024 9:17 AM
**To:** 'Michael Melito' ; Bob Kitsmiller
**Cc:** Peter Thomas ; Patrick R. Akers ; Hope S. Stone ; Brenda K. Sussman
**Subject:** Draft Settlement Documents

Gentlemen:

Sorry, drafting these took a bit longer than expected (and I had to rely on others to draft the more technical docs).

Please use redline so we can track the changes being made.

Let us know if you have any questions.

Dean

# Dean E. Richardson
*Partner*

**Direct:** *303-292-7948*

‣ *Profile* | ‣ *vCard* | ‣ *Linkedin*



3615 Delgany Street, Suite 1100
Denver, CO 80216-3997

**Office:** 303-292-2900
**Fax:** 303-292-4510
www.moyewhite.com

1

RALLS019

The information contained in this communication is confidential, may constitute inside information, is intended only for the use of the addressee, and is the property of Moye White LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email and destroy this communication and all copies thereof, including all attachments.

2

RALLS020

## greg@mitchellps.com

**Subject:**          FW: Draft Settlement Documents

**From:** Bob Kitsmiller <bob@podoll.net>
**Sent:** Wednesday, April 3, 2024 3:24 PM
**To:** Dean Richardson <Dean.Richardson@moyewhite.com>; Michael Melito <melito@melitolaw.com>
**Cc:** Peter Thomas <peter@praxidicelaw.com>; Patrick R. Akers <Patrick.Akers@moyewhite.com>; Hope S. Stone <Hope.Stone@moyewhite.com>; Brenda K. Sussman <Brenda.Sussman@moyewhite.com>
**Subject:** RE: Draft Settlement Documents

Sorry Dean. Ill get with Mike and Eric and get this turned around

**From:** Dean Richardson
**Sent:** Wednesday, April 3, 2024 2:29 PM
**To:** Michael Melito ; Bob Kitsmiller
**Cc:** Peter Thomas ; Patrick R. Akers ; Hope S. Stone ; Brenda K. Sussman
**Subject:** RE: Draft Settlement Documents

Any follow up here? Let us know – would love to make headway before we have to advise the court again.

**From:** Dean Richardson
**Sent:** Friday, March 22, 2024 9:17 AM
**To:** 'Michael Melito' <melito@melitolaw.com>; Bob Kitsmiller <bob@podoll.net>
**Cc:** Peter Thomas <peter@praxidicelaw.com>; Patrick R. Akers <Patrick.Akers@moyewhite.com>; Hope S. Stone <Hope.Stone@moyewhite.com>; Brenda K. Sussman <Brenda.Sussman@moyewhite.com>
**Subject:** Draft Settlement Documents

Gentlemen:

Sorry, drafting these took a bit longer than expected (and I had to rely on others to draft the more technical docs).

Please use redline so we can track the changes being made.

Let us know if you have any questions.

Dean

Dean E. Richardson
*Partner*

**Direct:** *303-292-7948*

▸ *Profile* | ▸ *vCard* | ▸ *Linkedin*

RALLS021

3615 Delgany Street, Suite 1100
Denver, CO 80216-3997

**Office:** 303-292-2900
**Fax:** 303-292-4510
www.moyewhite.com

The information contained in this communication is confidential, may constitute inside information, is intended only for the use of the addressee, and is the property of Moye White LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email and destroy this communication and all copies thereof, including all attachments.

RALLS022

**greg@mitchellps.com**

**Subject:**            FW: Draft Settlement Documents

**From:** Dean Richardson <Dean.Richardson@moyewhite.com>
**Sent:** Thursday, April 11, 2024 2:31 PM
**To:** Bob Kitsmiller <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Cc:** Peter Thomas <peter@praxidicelaw.com>; Patrick R. Akers <Patrick.Akers@moyewhite.com>; Hope S. Stone <Hope.Stone@moyewhite.com>; Brenda K. Sussman <Brenda.Sussman@moyewhite.com>
**Subject:** RE: Draft Settlement Documents

Any updates?

**From:** Bob Kitsmiller
**Sent:** Wednesday, April 3, 2024 3:24 PM
**To:** Dean Richardson ; Michael Melito
**Cc:** Peter Thomas ; Patrick R. Akers ; Hope S. Stone ; Brenda K. Sussman
**Subject:** RE: Draft Settlement Documents

Caution: External E-Mail
Sorry Dean. Ill get with Mike and Eric and get this turned around

**From:** Dean Richardson <Dean.Richardson@moyewhite.com>
**Sent:** Wednesday, April 3, 2024 2:29 PM
**To:** Michael Melito <melito@melitolaw.com>; Bob Kitsmiller <bob@podoll.net>
**Cc:** Peter Thomas <peter@praxidicelaw.com>; Patrick R. Akers <Patrick.Akers@moyewhite.com>; Hope S. Stone <Hope.Stone@moyewhite.com>; Brenda K. Sussman <Brenda.Sussman@moyewhite.com>
**Subject:** RE: Draft Settlement Documents

Any follow up here? Let us know – would love to make headway before we have to advise the court again.

**From:** Dean Richardson
**Sent:** Friday, March 22, 2024 9:17 AM
**To:** 'Michael Melito' <melito@melitolaw.com>; Bob Kitsmiller <bob@podoll.net>
**Cc:** Peter Thomas <peter@praxidicelaw.com>; Patrick R. Akers <Patrick.Akers@moyewhite.com>; Hope S. Stone <Hope.Stone@moyewhite.com>; Brenda K. Sussman <Brenda.Sussman@moyewhite.com>
**Subject:** Draft Settlement Documents

Gentlemen:

Sorry, drafting these took a bit longer than expected (and I had to rely on others to draft the more technical docs).

Please use redline so we can track the changes being made.

Let us know if you have any questions.

Dean

1

RALLS023

Dean E. Richardson
*Partner*

**Direct:** *303-292-7948*

▸ *Profile* | ▸ *vCard* | ▸ *Linkedin*

3615 Delgany Street, Suite 1100
Denver, CO 80216-3997

**Office:** 303-292-2900
**Fax:** 303-292-4510
www.moyewhite.com

The information contained in this communication is confidential, may constitute inside information, is intended only for the use of the addressee, and is the property of Moye White LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email and destroy this communication and all copies thereof, including all attachments.

2

RALLS024

## greg@mitchellps.com

**Subject:** FW: Draft Settlement Documents

**From:** Michael Melito <melito@melitolaw.com>
**Sent:** Thursday, April 11, 2024 2:44 PM
**To:** Dean Richardson <Dean.Richardson@moyewhite.com>; Bob Kitsmiller <bob@podoll.net>
**Cc:** Peter Thomas <peter@praxidicelaw.com>; Patrick R. Akers <Patrick.Akers@moyewhite.com>; Hope S. Stone <Hope.Stone@moyewhite.com>; Brenda K. Sussman <Brenda.Sussman@moyewhite.com>
**Subject:** Re: Draft Settlement Documents

Dean,

We will get back to you no later than Monday. Bob got tied up with some other matters. I have already started reviewing with Eric.

I did notice that the Schedule A was not filled out - although the schedule is detailed in the main body. I don't know if you want to eliminate the schedule A language...?

Melito

**From:** Dean Richardson
**Sent:** Thursday, April 11, 2024 2:30 PM
**To:** Bob Kitsmiller ; Michael Melito
**Cc:** Peter Thomas ; Patrick R. Akers ; Hope S. Stone ; Brenda K. Sussman
**Subject:** RE: Draft Settlement Documents
Any updates?

**From:** Bob Kitsmiller
**Sent:** Wednesday, April 3, 2024 3:24 PM
**To:** Dean Richardson ; Michael Melito
**Cc:** Peter Thomas ; Patrick R. Akers ; Hope S. Stone ; Brenda K. Sussman
**Subject:** RE: Draft Settlement Documents
Caution: External E-Mail
Sorry Dean. Ill get with Mike and Eric and get this turned around

**From:** Dean Richardson <Dean.Richardson@moyewhite.com>
**Sent:** Wednesday, April 3, 2024 2:29 PM
**To:** Michael Melito <melito@melitolaw.com>; Bob Kitsmiller <bob@podoll.net>
**Cc:** Peter Thomas <peter@praxidicelaw.com>; Patrick R. Akers <Patrick.Akers@moyewhite.com>; Hope S. Stone <Hope.Stone@moyewhite.com>; Brenda K. Sussman <Brenda.Sussman@moyewhite.com>
**Subject:** RE: Draft Settlement Documents
Any follow up here? Let us know – would love to make headway before we have to advise the court again.

**From:** Dean Richardson
**Sent:** Friday, March 22, 2024 9:17 AM
**To:** 'Michael Melito' <melito@melitolaw.com>; Bob Kitsmiller <bob@podoll.net>
**Cc:** Peter Thomas <peter@praxidicelaw.com>; Patrick R. Akers <Patrick.Akers@moyewhite.com>; Hope S. Stone <Hope.Stone@moyewhite.com>; Brenda K. Sussman <Brenda.Sussman@moyewhite.com>
**Subject:** Draft Settlement Documents

1

RALLS025

Gentlemen:

Sorry, drafting these took a bit longer than expected (and I had to rely on others to draft the more technical docs).

Please use redline so we can track the changes being made.

Let us know if you have any questions.

Dean

Dean E. Richardson
*Partner*

**Direct:** *303-292-7948*

▸ *Profile* | ▸ *vCard* | ▸ *Linkedin*



3615 Delgany Street, Suite 1100
Denver, CO 80216-3997

**Office:** 303-292-2900
**Fax:** 303-292-4510
www.moyewhite.com

The information contained in this communication is confidential, may constitute inside information, is intended only for the use of the addressee, and is the property of Moye White LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email and destroy this communication and all copies thereof, including all attachments.

2

RALLS026

## greg@mitchellps.com

**Subject:**           FW: Draft Settlement Documents

---

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Monday, April 15, 2024 4:30 PM
**To:** Bob Kitsmiller <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Cc:** Patrick R. Akers <Patrick.Akers@moyewhite.com>; Dean Richardson <Dean.Richardson@moyewhite.com>; Hope S. Stone <Hope.Stone@moyewhite.com>; Brenda K. Sussman <Brenda.Sussman@moyewhite.com>
**Subject:** Re: Draft Settlement Documents

Checking on status....any comments or other feedback?

---

**From:** Dean Richardson
**Sent:** Thursday, April 11, 2024 4:30 PM
**To:** Bob Kitsmiller ; Michael Melito
**Cc:** Peter Thomas ; Patrick R. Akers ; Hope S. Stone ; Brenda K. Sussman
**Subject:** RE: Draft Settlement Documents
Any updates?

**From:** Bob Kitsmiller
**Sent:** Wednesday, April 3, 2024 3:24 PM
**To:** Dean Richardson ; Michael Melito
**Cc:** Peter Thomas ; Patrick R. Akers ; Hope S. Stone ; Brenda K. Sussman
**Subject:** RE: Draft Settlement Documents
Caution: External E-Mail
Sorry Dean. Ill get with Mike and Eric and get this turned around

**From:** Dean Richardson <Dean.Richardson@moyewhite.com>
**Sent:** Wednesday, April 3, 2024 2:29 PM
**To:** Michael Melito <melito@melitolaw.com>; Bob Kitsmiller <bob@podoll.net>
**Cc:** Peter Thomas <peter@praxidicelaw.com>; Patrick R. Akers <Patrick.Akers@moyewhite.com>; Hope S. Stone <Hope.Stone@moyewhite.com>; Brenda K. Sussman <Brenda.Sussman@moyewhite.com>
**Subject:** RE: Draft Settlement Documents
Any follow up here? Let us know – would love to make headway before we have to advise the court again.

**From:** Dean Richardson
**Sent:** Friday, March 22, 2024 9:17 AM
**To:** 'Michael Melito' <melito@melitolaw.com>; Bob Kitsmiller <bob@podoll.net>
**Cc:** Peter Thomas <peter@praxidicelaw.com>; Patrick R. Akers <Patrick.Akers@moyewhite.com>; Hope S. Stone <Hope.Stone@moyewhite.com>; Brenda K. Sussman <Brenda.Sussman@moyewhite.com>
**Subject:** Draft Settlement Documents
Gentlemen:
Sorry, drafting these took a bit longer than expected (and I had to rely on others to draft the more technical docs).
Please use redline so we can track the changes being made.
Let us know if you have any questions.
Dean

Dean E. Richardson
*Partner*

1

RALLS027

**Direct:** *303-292-7948*

‣ *Profile* | ‣ *vCard* | ‣ *Linkedin*

3615 Delgany Street, Suite 1100
Denver, CO 80216-3997

**Office:** 303-292-2900
**Fax:** 303-292-4510
www.moyewhite.com

The information contained in this communication is confidential, may constitute inside information, is intended only for the use of the addressee, and is the property of Moye White LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email and destroy this communication and all copies thereof, including all attachments.

RALLS028

**greg@mitchellps.com**

**Subject:** FW: Draft Settlement Documents

**From:** Michael Melito <melito@melitolaw.com>
**Sent:** Monday, April 15, 2024 4:38 PM
**To:** Peter Thomas <peter@praxidicelaw.com>; Bob Kitsmiller <bob@podoll.net>
**Cc:** Patrick R. Akers <Patrick.Akers@moyewhite.com>; Dean Richardson <Dean.Richardson@moyewhite.com>; Hope S. Stone <Hope.Stone@moyewhite.com>; Brenda K. Sussman <Brenda.Sussman@moyewhite.com>
**Subject:** Re: Draft Settlement Documents

Dean,

Will call you in a little bit. Bob is just finishing something up. We do have some comments.

Melito

**From:** Peter Thomas
**Sent:** Monday, April 15, 2024 4:30 PM
**To:** Bob Kitsmiller ; Michael Melito
**Cc:** Patrick R. Akers ; Dean Richardson ; Hope S. Stone ; Brenda K. Sussman
**Subject:** Re: Draft Settlement Documents
Checking on status....any comments or other feedback?

**From:** Dean Richardson
**Sent:** Thursday, April 11, 2024 4:30 PM
**To:** Bob Kitsmiller ; Michael Melito
**Cc:** Peter Thomas ; Patrick R. Akers ; Hope S. Stone ; Brenda K. Sussman
**Subject:** RE: Draft Settlement Documents
Any updates?

**From:** Bob Kitsmiller
**Sent:** Wednesday, April 3, 2024 3:24 PM
**To:** Dean Richardson ; Michael Melito
**Cc:** Peter Thomas ; Patrick R. Akers ; Hope S. Stone ; Brenda K. Sussman
**Subject:** RE: Draft Settlement Documents
Caution: External E-Mail
Sorry Dean. Ill get with Mike and Eric and get this turned around

**From:** Dean Richardson <Dean.Richardson@moyewhite.com>
**Sent:** Wednesday, April 3, 2024 2:29 PM
**To:** Michael Melito <melito@melitolaw.com>; Bob Kitsmiller <bob@podoll.net>
**Cc:** Peter Thomas <peter@praxidicelaw.com>; Patrick R. Akers <Patrick.Akers@moyewhite.com>; Hope S. Stone <Hope.Stone@moyewhite.com>; Brenda K. Sussman <Brenda.Sussman@moyewhite.com>
**Subject:** RE: Draft Settlement Documents
Any follow up here? Let us know – would love to make headway before we have to advise the court again.

**From:** Dean Richardson
**Sent:** Friday, March 22, 2024 9:17 AM
**To:** 'Michael Melito' <melito@melitolaw.com>; Bob Kitsmiller <bob@podoll.net>

1

RALLS029

**Cc:** Peter Thomas <peter@praxidicelaw.com>; Patrick R. Akers <Patrick.Akers@moyewhite.com>; Hope S. Stone <Hope.Stone@moyewhite.com>; Brenda K. Sussman <Brenda.Sussman@moyewhite.com>

**Subject:** Draft Settlement Documents

Gentlemen:

Sorry, drafting these took a bit longer than expected (and I had to rely on others to draft the more technical docs). Please use redline so we can track the changes being made.

Let us know if you have any questions.

Dean

Dean E. Richardson
*Partner*

**Direct:** *303-292-7948*

▸ *Profile* | ▸ *vCard* | ▸ *Linkedin*

3615 Delgany Street, Suite 1100
Denver, CO 80216-3997

**Office:** 303-292-2900
**Fax:** 303-292-4510
www.moyewhite.com

The information contained in this communication is confidential, may constitute inside information, is intended only for the use of the addressee, and is the property of Moye White LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email and destroy this communication and all copies thereof, including all attachments.

RALLS030

## greg@mitchellps.com

**Subject:**          FW: Draft Settlement Documents

---

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Monday, April 15, 2024 4:41 PM
**To:** Michael Melito <melito@melitolaw.com>; Bob Kitsmiller <bob@podoll.net>
**Cc:** Patrick R. Akers <Patrick.Akers@moyewhite.com>; Dean Richardson <Dean.Richardson@moyewhite.com>; Hope S. Stone <Hope.Stone@moyewhite.com>; Brenda K. Sussman <Brenda.Sussman@moyewhite.com>
**Subject:** Re: Draft Settlement Documents

Mike,

Dean is jammed up the next few days but I make time tomorrow afternoon for a call with you and Bob to go through the docs together.

Pete

---

**From:** Michael Melito
**Sent:** Monday, April 15, 2024 6:37 PM
**To:** Peter Thomas ; Bob Kitsmiller
**Cc:** Patrick R. Akers ; Dean Richardson ; Hope S. Stone ; Brenda K. Sussman
**Subject:** Re: Draft Settlement Documents
Dean,

Will call you in a little bit. Bob is just finishing something up. We do have some comments.

Melito

---

**From:** Peter Thomas
**Sent:** Monday, April 15, 2024 4:30 PM
**To:** Bob Kitsmiller ; Michael Melito
**Cc:** Patrick R. Akers ; Dean Richardson ; Hope S. Stone ; Brenda K. Sussman
**Subject:** Re: Draft Settlement Documents
Checking on status....any comments or other feedback?

---

**From:** Dean Richardson
**Sent:** Thursday, April 11, 2024 4:30 PM
**To:** Bob Kitsmiller ; Michael Melito
**Cc:** Peter Thomas ; Patrick R. Akers ; Hope S. Stone ; Brenda K. Sussman
**Subject:** RE: Draft Settlement Documents

Any updates?

---

**From:** Bob Kitsmiller
**Sent:** Wednesday, April 3, 2024 3:24 PM
**To:** Dean Richardson ; Michael Melito

1

RALLS031

**Cc:** Peter Thomas ; Patrick R. Akers ; Hope S. Stone ; Brenda K. Sussman
**Subject:** RE: Draft Settlement Documents

<span style="color:red">Caution: External E-Mail</span>

Sorry Dean. Ill get with Mike and Eric and get this turned around

---

**From:** Dean Richardson <Dean.Richardson@moyewhite.com>
**Sent:** Wednesday, April 3, 2024 2:29 PM
**To:** Michael Melito <melito@melitolaw.com>; Bob Kitsmiller <bob@podoll.net>
**Cc:** Peter Thomas <peter@praxidicelaw.com>; Patrick R. Akers <Patrick.Akers@moyewhite.com>; Hope S. Stone <Hope.Stone@moyewhite.com>; Brenda K. Sussman <Brenda.Sussman@moyewhite.com>
**Subject:** RE: Draft Settlement Documents

Any follow up here? Let us know – would love to make headway before we have to advise the court again.

---

**From:** Dean Richardson
**Sent:** Friday, March 22, 2024 9:17 AM
**To:** 'Michael Melito' <melito@melitolaw.com>; Bob Kitsmiller <bob@podoll.net>
**Cc:** Peter Thomas <peter@praxidicelaw.com>; Patrick R. Akers <Patrick.Akers@moyewhite.com>; Hope S. Stone <Hope.Stone@moyewhite.com>; Brenda K. Sussman <Brenda.Sussman@moyewhite.com>
**Subject:** Draft Settlement Documents

Gentlemen:

Sorry, drafting these took a bit longer than expected (and I had to rely on others to draft the more technical docs).

Please use redline so we can track the changes being made.

Let us know if you have any questions.

Dean

Dean E. Richardson
*Partner*

**Direct:** *303-292-7948*

‣ *Profile* | ‣ *vCard* | ‣ *Linkedin*



3615 Delgany Street, Suite 1100
Denver, CO 80216-3997

**Office:** 303-292-2900
**Fax:** 303-292-4510
www.moyewhite.com

2

The information contained in this communication is confidential, may constitute inside information, is intended only for the use of the addressee, and is the property of Moye White LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email and destroy this communication and all copies thereof, including all attachments.

3

RALLS033

## greg@mitchellps.com

**Subject:**                FW: Draft Settlement Documents

**From:** Richardson, Dean <drichardson@fennemorelaw.com>
**Sent:** Tuesday, April 16, 2024 5:13 PM
**To:** Michael Melito <melito@melitolaw.com>; Peter Thomas <peter@praxidicelaw.com>; Bob Kitsmiller
<bob@podoll.net>
**Cc:** Akers, Patrick <patrick.akers@moyewhite.com>; Stone, Hope <hope.stone@moyewhite.com>; Sussman, Brenda
<brenda.sussman@moyewhite.com>
**Subject:** RE: Draft Settlement Documents

I am underwater with training for the next day or so. I think Pete is available to field comments…
(and this is my new email address, so use this one from here on out).

## Dean Richardson
Director

1700 Lincoln St, Suite 2400, Denver, CO 80203
T:
drichardson@fennemorelaw.com

**CONFIDENTIALITY NOTICE:** The information contained in this message may be protected by the attorney-client
privilege. If you believe that it has been sent to you in error, do not read it. Please immediately reply to the
sender that you have received the message in error. Then delete it. Thank you.

**From:** Michael Melito
**Sent:** Monday, April 15, 2024 4:38 PM
**To:** Peter Thomas ; Bob Kitsmiller
**Cc:** Akers, Patrick ; Richardson, Dean ; Stone, Hope ; Sussman, Brenda
**Subject:** Re: Draft Settlement Documents
Dean,
Will call you in a little bit. Bob is just finishing something up. We do have some comments.
Melito

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Monday, April 15, 2024 4:30 PM
**To:** Bob Kitsmiller <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Cc:** Patrick R. Akers <Patrick.Akers@moyewhite.com>; Dean Richardson <Dean.Richardson@moyewhite.com>; Hope S.
Stone <Hope.Stone@moyewhite.com>; Brenda K. Sussman <Brenda.Sussman@moyewhite.com>
**Subject:** Re: Draft Settlement Documents
Checking on status....any comments or other feedback?

1

**From:** Dean Richardson <Dean.Richardson@moyewhite.com>
**Sent:** Thursday, April 11, 2024 4:30 PM
**To:** Bob Kitsmiller <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Cc:** Peter Thomas <peter@praxidicelaw.com>; Patrick R. Akers <Patrick.Akers@moyewhite.com>; Hope S. Stone <Hope.Stone@moyewhite.com>; Brenda K. Sussman <Brenda.Sussman@moyewhite.com>
**Subject:** RE: Draft Settlement Documents
Any updates?

**From:** Bob Kitsmiller <bob@podoll.net>
**Sent:** Wednesday, April 3, 2024 3:24 PM
**To:** Dean Richardson <Dean.Richardson@moyewhite.com>; Michael Melito <melito@melitolaw.com>
**Cc:** Peter Thomas <peter@praxidicelaw.com>; Patrick R. Akers <Patrick.Akers@moyewhite.com>; Hope S. Stone <Hope.Stone@moyewhite.com>; Brenda K. Sussman <Brenda.Sussman@moyewhite.com>
**Subject:** RE: Draft Settlement Documents
Caution: External E-Mail
Sorry Dean. Ill get with Mike and Eric and get this turned around

**From:** Dean Richardson <Dean.Richardson@moyewhite.com>
**Sent:** Wednesday, April 3, 2024 2:29 PM
**To:** Michael Melito <melito@melitolaw.com>; Bob Kitsmiller <bob@podoll.net>
**Cc:** Peter Thomas <peter@praxidicelaw.com>; Patrick R. Akers <Patrick.Akers@moyewhite.com>; Hope S. Stone <Hope.Stone@moyewhite.com>; Brenda K. Sussman <Brenda.Sussman@moyewhite.com>
**Subject:** RE: Draft Settlement Documents
Any follow up here? Let us know – would love to make headway before we have to advise the court again.

**From:** Dean Richardson
**Sent:** Friday, March 22, 2024 9:17 AM
**To:** 'Michael Melito' <melito@melitolaw.com>; Bob Kitsmiller <bob@podoll.net>
**Cc:** Peter Thomas <peter@praxidicelaw.com>; Patrick R. Akers <Patrick.Akers@moyewhite.com>; Hope S. Stone <Hope.Stone@moyewhite.com>; Brenda K. Sussman <Brenda.Sussman@moyewhite.com>
**Subject:** Draft Settlement Documents
Gentlemen:
Sorry, drafting these took a bit longer than expected (and I had to rely on others to draft the more technical docs). Please use redline so we can track the changes being made.
Let us know if you have any questions.
Dean

Dean E. Richardson
*Partner*

**Direct:** *303-292-7948*

‣ *Profile* | ‣ *vCard* | ‣ *Linkedin*

3615 Delgany Street, Suite 1100
Denver, CO 80216-3997

**Office:** 303-292-2900
**Fax:** 303-292-4510
www.moyewhite.com

RALLS035

The information contained in this communication is confidential, may constitute inside information, is intended only for the use of the addressee, and is the property of Moye White LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email and destroy this communication and all copies thereof, including all attachments.

3

RALLS036

## greg@mitchellps.com

| | |
|---|---|
| **Subject:** | FW: Escrow Services |
| **Sensitivity:** | Confidential |

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Thursday, April 18, 2024 7:18 AM
**To:** Stites, Greg <Greg.Stites@truist.com>
**Cc:** Ward, Matthew <Matthew.Ward@truist.com>; Spinelli, Christopher <Christopher.Spinelli@truist.com>; Richardson, Dean <drichardson@fennemorelaw.com>; Patrick R. Akers <Patrick.Akers@moyewhite.com>; Michael Melito <melito@melitolaw.com>; Bob Kitsmiller <bob@podoll.net>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Greg,

It's a pleasure to meet you as well and I appreciate the quick follow up. I am looping all counsel involved in the case into this email thread. We will coordinate offline regarding the various questions you asked and circle back with you within the next few days.

Regards,

Peter W. Thomas, Esq.
124 West Hyman, Ste 1-A
Aspen, Colorado 81611
Telephone: (970) 544-5900



*This e-mail message (and/or documents accompanying it) is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error and are an attorney or law firm, consult Title I of the Federal Electronic Communications Privacy Act of 1986 which requires you refrain from examining these materials. If you received the communication in error, please notify us immediately by telephone, to arrange return of the communication. Thank you.*

 ***Please consider the environment before printing this email***

**From:** Stites, Greg
**Sent:** Wednesday, April 17, 2024 8:58 PM
**To:** Peter Thomas
**Cc:** Ward, Matthew ; Spinelli, Christopher

1

RALLS037

**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Thanks Matt!

Hi Peter – great to meet you via email. We can serve as escrow agent for stock deposits within certain circumstances. Just a couple of questions below to help me make a determination:

- What type of stock will be deposited? Physical shares, book-entry at a transfer agent, DTC eligible?
- Who is the depositor of the shares? Entity or individual? US domestic or foreign?
- Who is the escrow counterparty/secured party or parties? I assume that the opposing parties will enter into the escrow agreement with the bank.
- What is the expected timing of the deposit and the expected duration of the escrow?

Please also keep in mind that we will need to enter into an escrow agreement, which will need to be negotiated between the parties (perhaps that is what you are working on in terms of escrow instructions?). And, we will need to complete KYC reviews of the parties entering into the escrow agreement with the bank. Please keep these factors in mind as you make plans.

I am copying the relationship manager we will be working with on this transaction, Chris Spinelli. He will assist in agreement negotiation/execution and will be helpful in making a determination as to our ability to accept the appointment.

I will be out of the office tomorrow and part of Friday, so please be sure to keep Chris in the loop. And please let me know if you have any questions for us.

Thanks!

***Greg Stites, Senior Vice President***
Corporate Trust & Escrow Services

**TRUIST**

3801 North Capital of Texas Hwy
Austin, TX 78746
(512) 574-7584
Greg.Stites@Truist.com

Greg Stites | LinkedIn
Greg Stites | Truist Bank

---

**From:** Ward, Matthew <Matthew.Ward@truist.com>
**Sent:** Wednesday, April 17, 2024 7:33 PM
**To:** Peter Thomas <peter@praxidicelaw.com>
**Cc:** Stites, Greg <Greg.Stites@truist.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Hi Peter. Thanks for the email. I'd like to introduce you to my teammate, Greg Stites (copied), who is my counterpart covering the western part of the country. I've included Greg's contact information below as well. You'll be in excellent hands with Greg. I'll leave it to the two of you to connect on this transaction. Thanks!

2

RALLS038

*Greg Stites, Senior Vice President*
Corporate Trust & Escrow Services

**TRUIST** ⊞

3801 North Capital of Texas Hwy
Austin, TX 78746
(512) 574-7584
Greg.Stites@Truist.com


Best,


**Matthew Ward**
**Vice President**
**Business Development / Truist**
**Corporate Trust and Escrow Services**
919 E Main Street, 2nd FL, Richmond, VA 23219
Office: 804-782-7182
Mobile: 804-955-8997
matthew.ward@truist.com


---

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Wednesday, April 17, 2024 7:13 PM
**To:** Ward, Matthew <Matthew.Ward@truist.com>
**Subject:** Escrow Services
**Sensitivity:** Confidential

Hi Matt,

Tim Martin gave Dean Richardson at Fennemore and myself your name and recommended Truist as a potential escrow agent. Does Truist serve as escrow agents for shares of stock in companies? We have a case where the debtor has pledged his shares in various entities to secure two large payments. We are working on escrow instructions now. Let us know if this is a service you perform, what the fee would be, and whatever else we need to know.

Regards, Pete Thomas

Peter W. Thomas, Esq.
124 West Hyman, Ste 1-A
Aspen, Colorado 81611
Telephone: (970) 544-5900



*This e-mail message (and/or documents accompanying it) is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any*

RALLS039

*dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error and are an attorney or law firm, consult Title I of the Federal Electronic Communications Privacy Act of 1986 which requires you refrain from examining these materials. If you received the communication in error, please notify us immediately by telephone, to arrange return of the communication. Thank you.*

 **Please consider the environment before printing this email**

*The information transmitted is intended solely for the individual or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of or taking action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you have received this email in error please contact the sender and delete the material from any computer.*

RALLS040

## greg@mitchellps.com

**Subject:** FW: Escrow Services

**Sensitivity:** Confidential

---

**From:** Stites, Greg <Greg.Stites@truist.com>
**Sent:** Thursday, April 18, 2024 5:23 PM
**To:** Peter Thomas <peter@praxidicelaw.com>
**Cc:** Spinelli, Christopher <Christopher.Spinelli@truist.com>; Richardson, Dean <drichardson@fennemorelaw.com>; Patrick R. Akers <Patrick.Akers@moyewhite.com>; Michael Melito <melito@melitolaw.com>; Bob Kitsmiller <bob@podoll.net>
**Subject:** Re: Escrow Services
**Sensitivity:** Confidential

Okay - thanks

Greg Stites
Truist Bank
(512) 574-7584
Greg.Stites@truist.com

Get Outlook for iOS

---

**From:** Peter Thomas
**Sent:** Thursday, April 18, 2024 8:17:54 AM
**To:** Stites, Greg
**Cc:** Ward, Matthew ; Spinelli, Christopher ; Richardson, Dean ; Patrick R. Akers ; Michael Melito ; Bob Kitsmiller
**Subject:** RE: Escrow Services
Greg,
It's a pleasure to meet you as well and I appreciate the quick follow up. I am looping all counsel involved in the case into this email thread. We will coordinate offline regarding the various questions you asked and circle back with you within the next few days.
Regards,
Peter W. Thomas, Esq.
124 West Hyman, Ste 1-A
Aspen, Colorado 81611
Telephone: (970) 544-5900

## PRAXIDICE
### A LITIGATION AND TRIAL FIRM

*This e-mail message (and/or documents accompanying it) is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error and are an attorney or law firm, consult Title I of the Federal Electronic Communications Privacy Act of 1986 which requires you refrain from examining these materials. If you received the communication in error, please notify us immediately by telephone, to arrange return of the communication. Thank you.*

1

RALLS041

🌲 *Please consider the environment before printing this email*

**From:** Stites, Greg
**Sent:** Wednesday, April 17, 2024 8:58 PM
**To:** Peter Thomas
**Cc:** Ward, Matthew ; Spinelli, Christopher
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Thanks Matt!

Hi Peter – great to meet you via email. We can serve as escrow agent for stock deposits within certain circumstances. Just a couple of questions below to help me make a determination:

- What type of stock will be deposited? Physical shares, book-entry at a transfer agent, DTC eligible?
- Who is the depositor of the shares? Entity or individual? US domestic or foreign?
- Who is the escrow counterparty/secured party or parties? I assume that the opposing parties will enter into the escrow agreement with the bank.
- What is the expected timing of the deposit and the expected duration of the escrow?

Please also keep in mind that we will need to enter into an escrow agreement, which will need to be negotiated between the parties (perhaps that is what you are working on in terms of escrow instructions?). And, we will need to complete KYC reviews of the parties entering into the escrow agreement with the bank. Please keep these factors in mind as you make plans.

I am copying the relationship manager we will be working with on this transaction, Chris Spinelli. He will assist in agreement negotiation/execution and will be helpful in making a determination as to our ability to accept the appointment.

I will be out of the office tomorrow and part of Friday, so please be sure to keep Chris in the loop. And please let me know if you have any questions for us.

Thanks!

**Greg Stites, Senior Vice President**
Corporate Trust & Escrow Services

**TRUIST** ⊞

3801 North Capital of Texas Hwy
Austin, TX 78746
(512) 574-7584
Greg.Stites@Truist.com
Greg Stites | LinkedIn
Greg Stites | Truist Bank

**From:** Ward, Matthew <Matthew.Ward@truist.com>
**Sent:** Wednesday, April 17, 2024 7:33 PM
**To:** Peter Thomas <peter@praxidicelaw.com>
**Cc:** Stites, Greg <Greg.Stites@truist.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Hi Peter. Thanks for the email. I'd like to introduce you to my teammate, Greg Stites (copied), who is my counterpart covering the western part of the country. I've included Greg's contact information below as well. You'll be in excellent hands with Greg. I'll leave it to the two of you to connect on this transaction. Thanks!

**Greg Stites, Senior Vice President**
Corporate Trust & Escrow Services

**TRUIST** ⊞

3801 North Capital of Texas Hwy
Austin, TX 78746
(512) 574-7584
Greg.Stites@Truist.com

2

Best,

**Matthew Ward**
**Vice President**
**Business Development / Truist**
**Corporate Trust and Escrow Services**
919 E Main Street, 2nd FL, Richmond, VA 23219
Office: 804-782-7182
Mobile: 804-955-8997
matthew.ward@truist.com

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Wednesday, April 17, 2024 7:13 PM
**To:** Ward, Matthew <Matthew.Ward@truist.com>
**Subject:** Escrow Services
**Sensitivity:** Confidential

Hi Matt,

Tim Martin gave Dean Richardson at Fennemore and myself your name and recommended Truist as a potential escrow agent. Does Truist serve as escrow agents for shares of stock in companies? We have a case where the debtor has pledged his shares in various entities to secure two large payments. We are working on escrow instructions now. Let us know if this is a service you perform, what the fee would be, and whatever else we need to know.

Regards, Pete Thomas

Peter W. Thomas, Esq.
124 West Hyman, Ste 1-A
Aspen, Colorado 81611
Telephone: (970) 544-5900

**PRAXIDICE**
A LITIGATION AND TRIAL FIRM

*This e-mail message (and/or documents accompanying it) is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error and are an attorney or law firm, consult Title I of the Federal Electronic Communications Privacy Act of 1986 which requires you refrain from examining these materials. If you received the communication in error, please notify us immediately by telephone, to arrange return of the communication. Thank you.*

*Please consider the environment before printing this email*

*The information transmitted is intended solely for the individual or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of or taking action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you have received this email in error please contact the sender and delete the material from any computer.*

*The information transmitted is intended solely for the individual or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of or taking action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you have received this email in error please contact the sender and delete the material from any computer.*

RALLS043

## greg@mitchellps.com

**Subject:** FW: Escrow Services

**Sensitivity:** Confidential

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Monday, April 22, 2024 5:11 PM
**To:** Bob Kitsmiller <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Cc:** Dean Richardson <Dean.Richardson@moyewhite.com>
**Subject:** FW: Escrow Services
**Sensitivity:** Confidential

Bob and Mike,

Regarding the below questions asked by this potential escrow agent, can you confirm that Ralls will be delivering physical stock certificates?

**From:** Peter Thomas
**Sent:** Thursday, April 18, 2024 7:18 AM
**To:** Stites, Greg
**Cc:** Ward, Matthew ; Spinelli, Christopher ; Richardson, Dean ; Patrick R. Akers ; Michael Melito ; Bob Kitsmiller
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Greg,

It's a pleasure to meet you as well and I appreciate the quick follow up. I am looping all counsel involved in the case into this email thread. We will coordinate offline regarding the various questions you asked and circle back with you within the next few days.

Regards,

Peter W. Thomas, Esq.
124 West Hyman, Ste 1-A
Aspen, Colorado 81611
Telephone: (970) 544-5900



*This e-mail message (and/or documents accompanying it) is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error and are an attorney or law firm, consult Title I of the Federal Electronic Communications*

RALLS044

*Privacy Act of 1986 which requires you refrain from examining these materials. If you received the communication in error, please notify us immediately by telephone, to arrange return of the communication. Thank you.*

 ***Please consider the environment before printing this email***

---

**From:** Stites, Greg <Greg.Stites@truist.com>
**Sent:** Wednesday, April 17, 2024 8:58 PM
**To:** Peter Thomas <peter@praxidicelaw.com>
**Cc:** Ward, Matthew <Matthew.Ward@truist.com>; Spinelli, Christopher <Christopher.Spinelli@truist.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Thanks Matt!

Hi Peter – great to meet you via email. We can serve as escrow agent for stock deposits within certain circumstances. Just a couple of questions below to help me make a determination:

- What type of stock will be deposited? Physical shares, book-entry at a transfer agent, DTC eligible?
- Who is the depositor of the shares? Entity or individual? US domestic or foreign?
- Who is the escrow counterparty/secured party or parties? I assume that the opposing parties will enter into the escrow agreement with the bank.
- What is the expected timing of the deposit and the expected duration of the escrow?

Please also keep in mind that we will need to enter into an escrow agreement, which will need to be negotiated between the parties (perhaps that is what you are working on in terms of escrow instructions?). And, we will need to complete KYC reviews of the parties entering into the escrow agreement with the bank. Please keep these factors in mind as you make plans.

I am copying the relationship manager we will be working with on this transaction, Chris Spinelli. He will assist in agreement negotiation/execution and will be helpful in making a determination as to our ability to accept the appointment.

I will be out of the office tomorrow and part of Friday, so please be sure to keep Chris in the loop. And please let me know if you have any questions for us.

Thanks!

***Greg Stites, Senior Vice President***
Corporate Trust & Escrow Services

**TRUIST** ⊞

3801 North Capital of Texas Hwy
Austin, TX 78746
(512) 574-7584
Greg.Stites@Truist.com

Greg Stites | LinkedIn
Greg Stites | Truist Bank

2

RALLS045

**From:** Ward, Matthew <Matthew.Ward@truist.com>
**Sent:** Wednesday, April 17, 2024 7:33 PM
**To:** Peter Thomas <peter@praxidicelaw.com>
**Cc:** Stites, Greg <Greg.Stites@truist.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Hi Peter. Thanks for the email. I'd like to introduce you to my teammate, Greg Stites (copied), who is my counterpart covering the western part of the country. I've included Greg's contact information below as well. You'll be in excellent hands with Greg. I'll leave it to the two of you to connect on this transaction. Thanks!

***Greg Stites, Senior Vice President***
Corporate Trust & Escrow Services

**TRUIST** ⊞

3801 North Capital of Texas Hwy
Austin, TX 78746
(512) 574-7584
Greg.Stites@Truist.com


Best,


**Matthew Ward**
**Vice President**
**Business Development / Truist**
**Corporate Trust and Escrow Services**
919 E Main Street, 2nd FL, Richmond, VA 23219
Office: 804-782-7182
Mobile: 804-955-8997
matthew.ward@truist.com


**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Wednesday, April 17, 2024 7:13 PM
**To:** Ward, Matthew <Matthew.Ward@truist.com>
**Subject:** Escrow Services
**Sensitivity:** Confidential

Hi Matt,

Tim Martin gave Dean Richardson at Fennemore and myself your name and recommended Truist as a potential escrow agent. Does Truist serve as escrow agents for shares of stock in companies? We have a case where the debtor has pledged his shares in various entities to secure two large payments. We are working on escrow instructions now. Let us know if this is a service you perform, what the fee would be, and whatever else we need to know.

Regards, Pete Thomas

Peter W. Thomas, Esq.

RALLS046

124 West Hyman, Ste 1-A
Aspen, Colorado 81611
Telephone: (970) 544-5900



*This e-mail message (and/or documents accompanying it) is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error and are an attorney or law firm, consult Title I of the Federal Electronic Communications Privacy Act of 1986 which requires you refrain from examining these materials. If you received the communication in error, please notify us immediately by telephone, to arrange return of the communication. Thank you.*

 ***Please consider the environment before printing this email***

*The information transmitted is intended solely for the individual or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of or taking action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you have received this email in error please contact the sender and delete the material from any computer.*

4

RALLS047

**greg@mitchellps.com**

| | |
|---|---|
| **Subject:** | FW: Redlines of Settlement Docs |
| **Attachments:** | PlantSnap Inc. - Promissory Note.RAK redine.docx; PlantSnap - Pledge Agreement.RAK redline.docx; PlantSnap Settlement Agreement.RAK redline.docx |

**From:** Bob Kitsmiller
**Sent:** Tuesday, April 23, 2024 1:32 PM
**To:** Dean Richardson <Dean.Richardson@moyewhite.com>; Peter Thomas <peter@praxidicelaw.com>
**Cc:** melito@melitolaw.com
**Subject:** Redlines of Settlement Docs

Please see enclosed. Sorry for the delay.

Robert Kitsmiller, Esq.
Podoll & Podoll, P.C.
5619 DTC Parkway, Suite 1100
Greenwood Village, CO 80111
(303) 861-4000
Fax (303) 861-4004

1

RALLS048

**greg@mitchellps.com**

**Subject:** FW: Redlines of Settlement Docs

---

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Tuesday, April 23, 2024 2:08 PM
**To:** Bob Kitsmiller <bob@podoll.net>; Dean Richardson <Dean.Richardson@moyewhite.com>
**Cc:** Michael Melito <melito@melitolaw.com>
**Subject:** RE: Redlines of Settlement Docs

Thanks Bob

---

**From:** Bob Kitsmiller
**Sent:** Tuesday, April 23, 2024 1:32 PM
**To:** Dean Richardson ; Peter Thomas
**Cc:** melito@melitolaw.com
**Subject:** Redlines of Settlement Docs

Please see enclosed. Sorry for the delay.

Robert Kitsmiller, Esq.
Podoll & Podoll, P.C.
5619 DTC Parkway, Suite 1100
Greenwood Village, CO 80111
(303) 861-4000
Fax (303) 861-4004

1

**greg@mitchellps.com**

---

**Subject:**       FW: Redlines of Settlement Docs

---

**From:** Richardson, Dean <drichardson@fennemorelaw.com>
**Sent:** Thursday, April 25, 2024 12:35 PM
**To:** Bob Kitsmiller <bob@podoll.net>; Richardson, Dean <dean.richardson@moyewhite.com>; Peter Thomas <peter@praxidicelaw.com>
**Cc:** Michael Melito <melito@melitolaw.com>
**Subject:** RE: Redlines of Settlement Docs


Thanks, Bob.
We are circling up with the clients and will be in touch (probably next week).
dean


## Dean E. Richardson
Director



3615 Delgany St, Suite 1100, Denver, CO 80216-3997
T: 303.291.3200 | F: 303.291.3201
drichardson@fennemorelaw.com

**CONFIDENTIALITY NOTICE:** The information contained in this message may be protected by the attorney-client privilege. If you believe that it has been sent to you in error, do not read it. Please immediately reply to the sender that you have received the message in error. Then delete it. Thank you.

---

**From:** Bob Kitsmiller
**Sent:** Tuesday, April 23, 2024 1:32 PM
**To:** Richardson, Dean ; Peter Thomas
**Cc:** melito@melitolaw.com
**Subject:** Redlines of Settlement Docs
Your attachments have been security checked by Mimecast Attachment Protection. Files where no threat or malware was detected are attached.

---

Please see enclosed. Sorry for the delay.
Robert Kitsmiller, Esq.
Podoll & Podoll, P.C.
5619 DTC Parkway, Suite 1100
Greenwood Village, CO 80111
(303) 861-4000
Fax (303) 861-4004

1

RALLS050

**greg@mitchellps.com**

**Subject:**  FW: Redlines of Settlement Docs

---

**From:** Richardson, Dean <drichardson@fennemorelaw.com>
**Sent:** Tuesday, April 30, 2024 3:00 PM
**To:** Bob Kitsmiller <bob@podoll.net>; Richardson, Dean <dean.richardson@moyewhite.com>; Peter Thomas <peter@praxidicelaw.com>
**Cc:** Michael Melito <melito@melitolaw.com>; Akers, Patrick <pakers@fennemorelaw.com>
**Subject:** RE: Redlines of Settlement Docs

Bob/Mike:

I can get you edits to the agreements but thought I would start by raising some concerns via email to see if we can work through these issues constructively.

Pledge Agreement:

• Digital Earth was removed as a grantor; therefore, none of the subsidiaries' equity is pledged. This is a conflict with the Term sheet that defines Entities as all the companies, and which states "the Note shall be secured by all of Ralls' founders shares in the Entities. If you think there is a work around to get all the Entities wrapped into the pledge – happy to entertain it, we just thought the easiest way to do it was through a pledge by DEM. Although there are provisions in the note and pledge agreement limiting Digital Earth's right to sell the subsidiaries' assets and equity, a pledge of the subsidiaries' equity is what the term sheet required, so that's why it's drafted that way.

• The definition of Pledged Securities was revised to remove future equity interests Ralls acquires in the entities and equity interests resulting from a merger or consolidation of the entities. This is a standard definition and the language should be reinserted.

• You deleted the representation relating to Ralls and Digital Earth's name and address. Again, this is a standard rep and the language should be reinserted. The purpose of this section is to get the grantors to rep to the information that will be included on the financing statement – so it's necessity, not just superfluous.

Promissory Note:

• The only change was deleting the following sentence: "If any Borrower Transfers its assets or ownership interests for less than fair market value, an amount equal to the difference between the Transfer price and such fair market value shall be added to the outstanding balance of this Note." Again, this is a standard representation and should be reinserted.

Settlement Agreement:

• The Term Sheet, which is binding, called for a 1/3 split (DEJP, PS, and the Ralls Parties each shall be responsible for one-third (1/3) of any fees or expenses charged by the escrow agent.
    o On this point, you also have not answered Pete's question relating to the escrow agent – we need to get him signed up and only Eric can provide the answer to his question (hard certificates, or not).

• I am not even sure what your edits to the indemnification are meant to do. You seemingly has said that the provision doesn't apply to any efforts "to mitigate any losses related to the Ralls Parties conduct that is not disclosed as of the signing of this Agreement." Perhaps I am just missing the point, but can you clarify what you were trying to accomplish here (maybe I am just missing it).

• The cross-collateralization language you removed is a copy paste from the binding term sheet – so not sure why it was removed?

• You took out the this sentence in the attorney fee section "with the exception of the Current Judgments which shall remain in place until the Note is paid in full." Again, that was a cut and paste from the binding term sheet – so not sure why you removed it. It also related directly to other language in the term sheet also reads "the current judgments in PS's favor will remain in place (attorney fees and conversion), and the Ralls Parties shall cooperate with and not oppose PS's CRCP 54 certification [which we already moved for]

1

RALLS051

previously entered...Once the Note has been paid in full, those judgments will be deemed satisfied and vacated." Did you just find it to be repetitive since it's in two different places?

- My client is insisting on Ralls removing any reference to accounts he controls on social media. Obviously he can't remove all the references to PS from the internet, but it should be easy for him to remove those references from his accounts.

Let us know when you can hop on a call to discuss. I think we are close and should be able to work through these last few points and get this wrapped up in short order.

Dean

**Dean E. Richardson**
Director

# FENNEMORE.

3615 Delgany St, Suite 1100, Denver, CO 80216-3997
T: 303.291.3200 | F: 303.291.3201
drichardson@fennemorelaw.com



**CONFIDENTIALITY NOTICE:** The information contained in this message may be protected by the attorney-client privilege. If you believe that it has been sent to you in error, do not read it. Please immediately reply to the sender that you have received the message in error. Then delete it. Thank you.

---

**From:** Bob Kitsmiller
**Sent:** Tuesday, April 23, 2024 1:32 PM
**To:** Richardson, Dean ; Peter Thomas
**Cc:** melito@melitolaw.com
**Subject:** Redlines of Settlement Docs

Your attachments have been security checked by Mimecast Attachment Protection. Files where no threat or malware was detected are attached.

---

Please see enclosed. Sorry for the delay.
Robert Kitsmiller, Esq.
Podoll & Podoll, P.C.
5619 DTC Parkway, Suite 1100
Greenwood Village, CO 80111
(303) 861-4000
Fax (303) 861-4004

2

RALLS052

## greg@mitchellps.com

**Subject:**                FW: Redlines of Settlement Docs

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Thursday, May 2, 2024 3:15 PM
**To:** Richardson, Dean <drichardson@fennemorelaw.com>; Bob Kitsmiller <bob@podoll.net>; Richardson, Dean <dean.richardson@moyewhite.com>
**Cc:** Michael Melito <melito@melitolaw.com>; Akers, Patrick <pakers@fennemorelaw.com>
**Subject:** RE: Redlines of Settlement Docs

Mike and Dean, any feedback re the below? Let's get this buttoned up and signed.

**From:** Richardson, Dean
**Sent:** Tuesday, April 30, 2024 5:00 PM
**To:** Bob Kitsmiller ; Richardson, Dean ; Peter Thomas
**Cc:** melito@melitolaw.com; Akers, Patrick
**Subject:** RE: Redlines of Settlement Docs

Bob/Mike:

I can get you edits to the agreements but thought I would start by raising some concerns via email to see if we can work through these issues constructively.

Pledge Agreement:

• Digital Earth was removed as a grantor; therefore, none of the subsidiaries' equity is pledged. This is a conflict with the Term sheet that defines Entities as all the companies, and which states "the Note shall be secured by all of Ralls' founders shares in the Entities. If you think there is a work around to get all the Entities wrapped into the pledge – happy to entertain it, we just thought the easiest way to do it was through a pledge by DEM. Although there are provisions in the note and pledge agreement limiting Digital Earth's right to sell the subsidiaries' assets and equity, a pledge of the subsidiaries' equity is what the term sheet required, so that's why it's drafted that way.
• The definition of Pledged Securities was revised to remove future equity interests Ralls acquires in the entities and equity interests resulting from a merger or consolidation of the entities. This is a standard definition and the language should be reinserted.
• You deleted the representation relating to Ralls and Digital Earth's name and address. Again, this is a standard rep and the language should be reinserted. The purpose of this section is to get the grantors to rep to the information that will be included on the financing statement – so it's necessity, not just superfluous.

Promissory Note:

• The only change was deleting the following sentence: "If any Borrower Transfers its assets or ownership interests for less than fair market value, an amount equal to the difference between the Transfer price and such fair market value shall be added to the outstanding balance of this Note." Again, this is a standard representation and should be reinserted.

Settlement Agreement:

1

RALLS053

- The Term Sheet, which is binding, called for a 1/3 split (DEJP, PS, and the Ralls Parties each shall be responsible for one-third (1/3) of any fees or expenses charged by the escrow agent.
  - On this point, you also have not answered Pete's question relating to the escrow agent – we need to get him signed up and only Eric can provide the answer to his question (hard certificates, or not).
- I am not even sure what your edits to the indemnification are meant to do. You seemingly has said that the provision doesn't apply to any efforts "to mitigate any losses related to the Ralls Parties conduct that is not disclosed as of the signing of this Agreement." Perhaps I am just missing the point, but can you clarify what you were trying to accomplish here (maybe I am just missing it).
- The cross-collateralization language you removed is a copy paste from the binding term sheet – so not sure why it was removed?
- You took out the this sentence in the attorney fee section "with the exception of the Current Judgments which shall remain in place until the Note is paid in full." Again, that was a cut and paste from the binding term sheet – so not sure why you removed it. It also related directly to other language in the term sheet also reads "the current judgments in PS's favor will remain in place (attorney fees and conversion), and the Ralls Parties shall cooperate with and not oppose PS's CRCP 54 certification [which we already moved for] previously entered...Once the Note has been paid in full, those judgments will be deemed satisfied and vacated." Did you just find it to be repetitive since it's in two different places?
- My client is insisting on Ralls removing any reference to accounts he controls on social media. Obviously he can't remove all the references to PS from the internet, but it should be easy for him to remove those references from his accounts.

Let us know when you can hop on a call to discuss. I think we are close and should be able to work through these last few points and get this wrapped up in short order.

Dean


Dean E. Richardson
Director

**FENNEMORE.**

3615 Delgany St, Suite 1100, Denver, CO 80216-3997
T: 303.291.3200 | F: 303.291.3201
drichardson@fennemorelaw.com



**CONFIDENTIALITY NOTICE:** The information contained in this message may be protected by the attorney-client privilege. If you believe that it has been sent to you in error, do not read it. Please immediately reply to the sender that you have received the message in error. Then delete it. Thank you.

**From:** Bob Kitsmiller <bob@podoll.net>
**Sent:** Tuesday, April 23, 2024 1:32 PM
**To:** Richardson, Dean <dean.richardson@moyewhite.com>; Peter Thomas <peter@praxidicelaw.com>
**Cc:** melito@melitolaw.com
**Subject:** Redlines of Settlement Docs

Your attachments have been security checked by Mimecast Attachment Protection. Files where no threat or malware was detected are attached.

RALLS054

Please see enclosed. Sorry for the delay.


Robert Kitsmiller, Esq.
Podoll & Podoll, P.C.
5619 DTC Parkway, Suite 1100
Greenwood Village, CO 80111
(303) 861-4000
Fax (303) 861-4004

RALLS055

**greg@mitchellps.com**

**Subject:**                FW: Redlines of Settlement Docs

**From:** Bob Kitsmiller <bob@podoll.net>
**Sent:** Thursday, May 2, 2024 3:19 PM
**To:** Peter Thomas <peter@praxidicelaw.com>; Richardson, Dean <drichardson@fennemorelaw.com>; Richardson, Dean <dean.richardson@moyewhite.com>
**Cc:** Michael Melito <melito@melitolaw.com>; Akers, Patrick <pakers@fennemorelaw.com>
**Subject:** RE: Redlines of Settlement Docs

We are speaking with our client tomorrow and should be able to get back to you tomorrow afternoon.

**From:** Peter Thomas
**Sent:** Thursday, May 2, 2024 3:15 PM
**To:** Richardson, Dean ; Bob Kitsmiller ; Richardson, Dean
**Cc:** melito@melitolaw.com; Akers, Patrick
**Subject:** RE: Redlines of Settlement Docs

Mike and Dean, any feedback re the below? Let's get this buttoned up and signed.

**From:** Richardson, Dean <drichardson@fennemorelaw.com>
**Sent:** Tuesday, April 30, 2024 5:00 PM
**To:** Bob Kitsmiller <bob@podoll.net>; Richardson, Dean <dean.richardson@moyewhite.com>; Peter Thomas <peter@praxidicelaw.com>
**Cc:** melito@melitolaw.com; Akers, Patrick <pakers@fennemorelaw.com>
**Subject:** RE: Redlines of Settlement Docs

Bob/Mike:

I can get you edits to the agreements but thought I would start by raising some concerns via email to see if we can work through these issues constructively.

Pledge Agreement:

• Digital Earth was removed as a grantor; therefore, none of the subsidiaries' equity is pledged. This is a conflict with the Term sheet that defines Entities as all the companies, and which states "the Note shall be secured by all of Ralls' founders shares in the Entities. If you think there is a work around to get all the Entities wrapped into the pledge – happy to entertain it, we just thought the easiest way to do it was through a pledge by DEM. Although there are provisions in the note and pledge agreement limiting Digital Earth's right to sell the subsidiaries' assets and equity, a pledge of the subsidiaries' equity is what the term sheet required, so that's why it's drafted that way.
• The definition of Pledged Securities was revised to remove future equity interests Ralls acquires in the entities and equity interests resulting from a merger or consolidation of the entities. This is a standard definition and the language should be reinserted.

1

RALLS056

• You deleted the representation relating to Ralls and Digital Earth's name and address. Again, this is a standard rep and the language should be reinserted. The purpose of this section is to get the grantors to rep to the information that will be included on the financing statement – so it's necessity, not just superfluous.

Promissory Note:

• The only change was deleting the following sentence: "If any Borrower Transfers its assets or ownership interests for less than fair market value, an amount equal to the difference between the Transfer price and such fair market value shall be added to the outstanding balance of this Note." Again, this is a standard representation and should be reinserted.

Settlement Agreement:

- The Term Sheet, which is binding, called for a 1/3 split (DEJP, PS, and the Ralls Parties each shall be responsible for one-third (1/3) of any fees or expenses charged by the escrow agent.
  - On this point, you also have not answered Pete's question relating to the escrow agent – we need to get him signed up and only Eric can provide the answer to his question (hard certificates, or not).
- I am not even sure what your edits to the indemnification are meant to do. You seemingly has said that the provision doesn't apply to any efforts "to mitigate any losses related to the Ralls Parties conduct that is not disclosed as of the signing of this Agreement." Perhaps I am just missing the point, but can you clarify what you were trying to accomplish here (maybe I am just missing it).
- The cross-collateralization language you removed is a copy paste from the binding term sheet – so not sure why it was removed?
- You took out the this sentence in the attorney fee section "with the exception of the Current Judgments which shall remain in place until the Note is paid in full." Again, that was a cut and paste from the binding term sheet – so not sure why you removed it. It also related directly to other language in the term sheet also reads "the current judgments in PS's favor will remain in place (attorney fees and conversion), and the Ralls Parties shall cooperate with and not oppose PS's CRCP 54 certification [which we already moved for] previously entered…Once the Note has been paid in full, those judgments will be deemed satisfied and vacated." Did you just find it to be repetitive since it's in two different places?
- My client is insisting on Ralls removing any reference to accounts he controls on social media. Obviously he can't remove all the references to PS from the internet, but it should be easy for him to remove those references from his accounts.

Let us know when you can hop on a call to discuss. I think we are close and should be able to work through these last few points and get this wrapped up in short order.

Dean


Dean E. Richardson
Director

## FENNEMORE.

3615 Delgany St, Suite 1100, Denver, CO 80216-3997
T: 303.291.3200 | F: 303.291.3201
drichardson@fennemorelaw.com



2

**CONFIDENTIALITY NOTICE:** The information contained in this message may be protected by the attorney-client privilege. If you believe that it has been sent to you in error, do not read it. Please immediately reply to the sender that you have received the message in error. Then delete it. Thank you.

**From:** Bob Kitsmiller <bob@podoll.net>
**Sent:** Tuesday, April 23, 2024 1:32 PM
**To:** Richardson, Dean <dean.richardson@moyewhite.com>; Peter Thomas <peter@praxidicelaw.com>
**Cc:** melito@melitolaw.com
**Subject:** Redlines of Settlement Docs

Your attachments have been security checked by Mimecast Attachment Protection. Files where no threat or malware was detected are attached.

Please see enclosed. Sorry for the delay.

Robert Kitsmiller, Esq.
Podoll & Podoll, P.C.
5619 DTC Parkway, Suite 1100
Greenwood Village, CO 80111
(303) 861-4000
Fax (303) 861-4004

3

RALLS058

**greg@mitchellps.com**

**Subject:**  FW: Redlines of Settlement Docs

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Thursday, May 2, 2024 3:28 PM
**To:** Bob Kitsmiller <bob@podoll.net>; Richardson, Dean <drichardson@fennemorelaw.com>; Richardson, Dean <dean.richardson@moyewhite.com>
**Cc:** Michael Melito <melito@melitolaw.com>; Akers, Patrick <pakers@fennemorelaw.com>
**Subject:** RE: Redlines of Settlement Docs

Sounds good, thank you.

**From:** Bob Kitsmiller
**Sent:** Thursday, May 2, 2024 5:19 PM
**To:** Peter Thomas ; Richardson, Dean ; Richardson, Dean
**Cc:** melito@melitolaw.com; Akers, Patrick
**Subject:** RE: Redlines of Settlement Docs

We are speaking with our client tomorrow and should be able to get back to you tomorrow afternoon.

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Thursday, May 2, 2024 3:15 PM
**To:** Richardson, Dean <drichardson@fennemorelaw.com>; Bob Kitsmiller <bob@podoll.net>; Richardson, Dean <dean.richardson@moyewhite.com>
**Cc:** melito@melitolaw.com; Akers, Patrick <pakers@fennemorelaw.com>
**Subject:** RE: Redlines of Settlement Docs

Mike and Dean, any feedback re the below? Let's get this buttoned up and signed.

**From:** Richardson, Dean <drichardson@fennemorelaw.com>
**Sent:** Tuesday, April 30, 2024 5:00 PM
**To:** Bob Kitsmiller <bob@podoll.net>; Richardson, Dean <dean.richardson@moyewhite.com>; Peter Thomas <peter@praxidicelaw.com>
**Cc:** melito@melitolaw.com; Akers, Patrick <pakers@fennemorelaw.com>
**Subject:** RE: Redlines of Settlement Docs

Bob/Mike:

I can get you edits to the agreements but thought I would start by raising some concerns via email to see if we can work through these issues constructively.

Pledge Agreement:

• Digital Earth was removed as a grantor; therefore, none of the subsidiaries' equity is pledged. This is a conflict with the Term sheet that defines Entities as all the companies, and which states "the Note shall be secured by all of Ralls' founders shares in the Entities. If you think there is a work around to get all the Entities wrapped into the pledge – happy to entertain it, we just thought the easiest way to do it was through a

1

RALLS059

pledge by DEM. Although there are provisions in the note and pledge agreement limiting Digital Earth's right to sell the subsidiaries' assets and equity, a pledge of the subsidiaries' equity is what the term sheet required, so that's why it's drafted that way.

- The definition of Pledged Securities was revised to remove future equity interests Ralls acquires in the entities and equity interests resulting from a merger or consolidation of the entities. This is a standard definition and the language should be reinserted.
- You deleted the representation relating to Ralls and Digital Earth's name and address. Again, this is a standard rep and the language should be reinserted. The purpose of this section is to get the grantors to rep to the information that will be included on the financing statement – so it's necessity, not just superfluous.

Promissory Note:

- The only change was deleting the following sentence: "If any Borrower Transfers its assets or ownership interests for less than fair market value, an amount equal to the difference between the Transfer price and such fair market value shall be added to the outstanding balance of this Note." Again, this is a standard representation and should be reinserted.

Settlement Agreement:

- The Term Sheet, which is binding, called for a 1/3 split (DEJP, PS, and the Ralls Parties each shall be responsible for one-third (1/3) of any fees or expenses charged by the escrow agent.
    - On this point, you also have not answered Pete's question relating to the escrow agent – we need to get him signed up and only Eric can provide the answer to his question (hard certificates, or not).
- I am not even sure what your edits to the indemnification are meant to do. You seemingly has said that the provision doesn't apply to any efforts "to mitigate any losses related to the Ralls Parties conduct that is not disclosed as of the signing of this Agreement." Perhaps I am just missing the point, but can you clarify what you were trying to accomplish here (maybe I am just missing it).
- The cross-collateralization language you removed is a copy paste from the binding term sheet – so not sure why it was removed?
- You took out the this sentence in the attorney fee section "with the exception of the Current Judgments which shall remain in place until the Note is paid in full." Again, that was a cut and paste from the binding term sheet – so not sure why you removed it. It also related directly to other language in the term sheet also reads "the current judgments in PS's favor will remain in place (attorney fees and conversion), and the Ralls Parties shall cooperate with and not oppose PS's CRCP 54 certification [which we already moved for] previously entered...Once the Note has been paid in full, those judgments will be deemed satisfied and vacated." Did you just find it to be repetitive since it's in two different places?
- My client is insisting on Ralls removing any reference to accounts he controls on social media. Obviously he can't remove all the references to PS from the internet, but it should be easy for him to remove those references from his accounts.

Let us know when you can hop on a call to discuss. I think we are close and should be able to work through these last few points and get this wrapped up in short order.

Dean


Dean E. Richardson
Director

**FENNEMORE.**

2

RALLS060

3615 Delgany St, Suite 1100, Denver, CO 80216-3997

T: 303.291.3200 | F: 303.291.3201

drichardson@fennemorelaw.com



**CONFIDENTIALITY NOTICE:** The information contained in this message may be protected by the attorney-client privilege. If you believe that it has been sent to you in error, do not read it. Please immediately reply to the sender that you have received the message in error. Then delete it. Thank you.

---

**From:** Bob Kitsmiller <bob@podoll.net>
**Sent:** Tuesday, April 23, 2024 1:32 PM
**To:** Richardson, Dean <dean.richardson@moyewhite.com>; Peter Thomas <peter@praxidicelaw.com>
**Cc:** melito@melitolaw.com
**Subject:** Redlines of Settlement Docs

Your attachments have been security checked by Mimecast Attachment Protection. Files where no threat or malware was detected are attached.

---

Please see enclosed. Sorry for the delay.

Robert Kitsmiller, Esq.
Podoll & Podoll, P.C.
5619 DTC Parkway, Suite 1100
Greenwood Village, CO 80111
(303) 861-4000
Fax (303) 861-4004

RALLS061

**greg@mitchellps.com**

**Subject:** FW: Redlines of Settlement Docs

**From:** Richardson, Dean <drichardson@fennemorelaw.com>
**Sent:** Thursday, May 2, 2024 4:45 PM
**To:** Bob Kitsmiller <bob@podoll.net>; Peter Thomas <peter@praxidicelaw.com>; Richardson, Dean <dean.richardson@moyewhite.com>
**Cc:** Michael Melito <melito@melitolaw.com>; Akers, Patrick <pakers@fennemorelaw.com>
**Subject:** RE: Redlines of Settlement Docs

Bob and Mike:
I need to clarify one point.
On the removal of any reference to PlantSnap from socials, it is something that relates directly to PlantSnap's business.
PlantSnap has lost some major opportunities by Eric still having PlantSnap on his socials. The evidence shows that he took more than one opportunity from PlantSnap in the past, and we want to minimize the chances of that happening again. More than a few people, in the past, have reached out to Eric thinking he had a role with PlantSnap, and Eric then directed those opportunities to his new companies. The idea is not rooted in ill will at all, it's an attempt to try and minimize future litigation.
This is a serious business concern, nothing personal, and it's in everyone's best interest to protect everyone from future litigation.
Dean

**Dean E. Richardson,** Director
T: 303.291.3200 | F: 303.291.3201
drichardson@fennemorelaw.com

**From:** Bob Kitsmiller
**Sent:** Thursday, May 2, 2024 3:19 PM
**To:** Peter Thomas ; Richardson, Dean ; Richardson, Dean
**Cc:** melito@melitolaw.com; Akers, Patrick
**Subject:** RE: Redlines of Settlement Docs
We are speaking with our client tomorrow and should be able to get back to you tomorrow afternoon.

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Thursday, May 2, 2024 3:15 PM
**To:** Richardson, Dean <drichardson@fennemorelaw.com>; Bob Kitsmiller <bob@podoll.net>; Richardson, Dean <dean.richardson@moyewhite.com>
**Cc:** melito@melitolaw.com; Akers, Patrick <pakers@fennemorelaw.com>
**Subject:** RE: Redlines of Settlement Docs
Mike and Dean, any feedback re the below? Let's get this buttoned up and signed.

**From:** Richardson, Dean <drichardson@fennemorelaw.com>
**Sent:** Tuesday, April 30, 2024 5:00 PM
**To:** Bob Kitsmiller <bob@podoll.net>; Richardson, Dean <dean.richardson@moyewhite.com>; Peter Thomas <peter@praxidicelaw.com>
**Cc:** melito@melitolaw.com; Akers, Patrick <pakers@fennemorelaw.com>
**Subject:** RE: Redlines of Settlement Docs
Bob/Mike:

1

I can get you edits to the agreements but thought I would start by raising some concerns via email to see if we can work through these issues constructively.

Pledge Agreement:

• Digital Earth was removed as a grantor; therefore, none of the subsidiaries' equity is pledged. This is a conflict with the Term sheet that defines Entities as all the companies, and which states "the Note shall be secured by all of Ralls' founders shares in the Entities. If you think there is a work around to get all the Entities wrapped into the pledge – happy to entertain it, we just thought the easiest way to do it was through a pledge by DEM. Although there are provisions in the note and pledge agreement limiting Digital Earth's right to sell the subsidiaries' assets and equity, a pledge of the subsidiaries' equity is what the term sheet required, so that's why it's drafted that way.

• The definition of Pledged Securities was revised to remove future equity interests Ralls acquires in the entities and equity interests resulting from a merger or consolidation of the entities. This is a standard definition and the language should be reinserted.

• You deleted the representation relating to Ralls and Digital Earth's name and address. Again, this is a standard rep and the language should be reinserted. The purpose of this section is to get the grantors to rep to the information that will be included on the financing statement – so it's necessity, not just superfluous.

Promissory Note:

• The only change was deleting the following sentence: "If any Borrower Transfers its assets or ownership interests for less than fair market value, an amount equal to the difference between the Transfer price and such fair market value shall be added to the outstanding balance of this Note." Again, this is a standard representation and should be reinserted.

Settlement Agreement:

• The Term Sheet, which is binding, called for a 1/3 split (DEJP, PS, and the Ralls Parties each shall be responsible for one-third (1/3) of any fees or expenses charged by the escrow agent.
  ○ On this point, you also have not answered Pete's question relating to the escrow agent – we need to get him signed up and only Eric can provide the answer to his question (hard certificates, or not).

• I am not even sure what your edits to the indemnification are meant to do. You seemingly has said that the provision doesn't apply to any efforts "to mitigate any losses related to the Ralls Parties conduct that is not disclosed as of the signing of this Agreement." Perhaps I am just missing the point, but can you clarify what you were trying to accomplish here (maybe I am just missing it).

• The cross-collateralization language you removed is a copy paste from the binding term sheet – so not sure why it was removed?

• You took out the this sentence in the attorney fee section "with the exception of the Current Judgments which shall remain in place until the Note is paid in full." Again, that was a cut and paste from the binding term sheet – so not sure why you removed it. It also related directly to other language in the term sheet also reads "the current judgments in PS's favor will remain in place (attorney fees and conversion), and the Ralls Parties shall cooperate with and not oppose PS's CRCP 54 certification [which we already moved for] previously entered…Once the Note has been paid in full, those judgments will be deemed satisfied and vacated." Did you just find it to be repetitive since it's in two different places?

• My client is insisting on Ralls removing any reference to accounts he controls on social media. Obviously he can't remove all the references to PS from the internet, but it should be easy for him to remove those references from his accounts.

Let us know when you can hop on a call to discuss. I think we are close and should be able to work through these last few points and get this wrapped up in short order.

Dean


Dean E. Richardson
Director
_____



RALLS063

3615 Delgany St, Suite 1100, Denver, CO 80216-3997
T: 303.291.3200 | F: 303.291.3201
drichardson@fennemorelaw.com



**CONFIDENTIALITY NOTICE:** The information contained in this message may be protected by the attorney-client privilege. If you believe that it has been sent to you in error, do not read it. Please immediately reply to the sender that you have received the message in error. Then delete it. Thank you.

---

**From:** Bob Kitsmiller <bob@podoll.net>
**Sent:** Tuesday, April 23, 2024 1:32 PM
**To:** Richardson, Dean <dean.richardson@moyewhite.com>; Peter Thomas <peter@praxidicelaw.com>
**Cc:** melito@melitolaw.com
**Subject:** Redlines of Settlement Docs
Your attachments have been security checked by Mimecast Attachment Protection. Files where no threat or malware was detected are attached.

---

Please see enclosed. Sorry for the delay.
Robert Kitsmiller, Esq.
Podoll & Podoll, P.C.
5619 DTC Parkway, Suite 1100
Greenwood Village, CO 80111
(303) 861-4000
Fax (303) 861-4004

RALLS064

**greg@mitchellps.com**

**Subject:**               FW: Redlines of Settlement Docs

**From:** Bob Kitsmiller <bob@podoll.net>
**Sent:** Friday, May 3, 2024 2:59 PM
**To:** Peter Thomas <peter@praxidicelaw.com>; Richardson, Dean <drichardson@fennemorelaw.com>; Richardson, Dean <dean.richardson@moyewhite.com>
**Cc:** Michael Melito <melito@melitolaw.com>; Akers, Patrick <pakers@fennemorelaw.com>
**Subject:** RE: Redlines of Settlement Docs

Guys sorry for about the delay in getting back to you. Our client, I don't recall if I advised you previously, is taking care of a family emergency involving his brother. I guess his brother is very ill right now and Eric is taking care of hi kids who, I believe, are in California. That was a long way to say I haven't spoken with him yet regarding the comments you had. I will touch base with him over the weekend and will go over your comments with him and get back to you Monday if my communication with him goes well. Bob

**From:** Peter Thomas
**Sent:** Thursday, May 2, 2024 3:28 PM
**To:** Bob Kitsmiller ; Richardson, Dean ; Richardson, Dean
**Cc:** melito@melitolaw.com; Akers, Patrick
**Subject:** RE: Redlines of Settlement Docs

Sounds good, thank you.

**From:** Bob Kitsmiller <bob@podoll.net>
**Sent:** Thursday, May 2, 2024 5:19 PM
**To:** Peter Thomas <peter@praxidicelaw.com>; Richardson, Dean <drichardson@fennemorelaw.com>; Richardson, Dean <dean.richardson@moyewhite.com>
**Cc:** melito@melitolaw.com; Akers, Patrick <pakers@fennemorelaw.com>
**Subject:** RE: Redlines of Settlement Docs

We are speaking with our client tomorrow and should be able to get back to you tomorrow afternoon.

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Thursday, May 2, 2024 3:15 PM
**To:** Richardson, Dean <drichardson@fennemorelaw.com>; Bob Kitsmiller <bob@podoll.net>; Richardson, Dean <dean.richardson@moyewhite.com>
**Cc:** melito@melitolaw.com; Akers, Patrick <pakers@fennemorelaw.com>
**Subject:** RE: Redlines of Settlement Docs

Mike and Dean, any feedback re the below? Let's get this buttoned up and signed.

**From:** Richardson, Dean <drichardson@fennemorelaw.com>
**Sent:** Tuesday, April 30, 2024 5:00 PM
**To:** Bob Kitsmiller <bob@podoll.net>; Richardson, Dean <dean.richardson@moyewhite.com>; Peter Thomas <peter@praxidicelaw.com>
**Cc:** melito@melitolaw.com; Akers, Patrick <pakers@fennemorelaw.com>
**Subject:** RE: Redlines of Settlement Docs

1

RALLS065

Bob/Mike:

I can get you edits to the agreements but thought I would start by raising some concerns via email to see if we can work through these issues constructively.

Pledge Agreement:

• Digital Earth was removed as a grantor; therefore, none of the subsidiaries' equity is pledged. This is a conflict with the Term sheet that defines Entities as all the companies, and which states "the Note shall be secured by all of Ralls' founders shares in the Entities. If you think there is a work around to get all the Entities wrapped into the pledge – happy to entertain it, we just thought the easiest way to do it was through a pledge by DEM. Although there are provisions in the note and pledge agreement limiting Digital Earth's right to sell the subsidiaries' assets and equity, a pledge of the subsidiaries' equity is what the term sheet required, so that's why it's drafted that way.
• The definition of Pledged Securities was revised to remove future equity interests Ralls acquires in the entities and equity interests resulting from a merger or consolidation of the entities. This is a standard definition and the language should be reinserted.
• You deleted the representation relating to Ralls and Digital Earth's name and address. Again, this is a standard rep and the language should be reinserted. The purpose of this section is to get the grantors to rep to the information that will be included on the financing statement – so it's necessity, not just superfluous.

Promissory Note:

• The only change was deleting the following sentence: "If any Borrower Transfers its assets or ownership interests for less than fair market value, an amount equal to the difference between the Transfer price and such fair market value shall be added to the outstanding balance of this Note." Again, this is a standard representation and should be reinserted.

Settlement Agreement:

• The Term Sheet, which is binding, called for a 1/3 split (DEJP, PS, and the Ralls Parties each shall be responsible for one-third (1/3) of any fees or expenses charged by the escrow agent.
    o On this point, you also have not answered Pete's question relating to the escrow agent – we need to get him signed up and only Eric can provide the answer to his question (hard certificates, or not).
• I am not even sure what your edits to the indemnification are meant to do. You seemingly has said that the provision doesn't apply to any efforts "to mitigate any losses related to the Ralls Parties conduct that is not disclosed as of the signing of this Agreement." Perhaps I am just missing the point, but can you clarify what you were trying to accomplish here (maybe I am just missing it).
• The cross-collateralization language you removed is a copy paste from the binding term sheet – so not sure why it was removed?
• You took out the this sentence in the attorney fee section "with the exception of the Current Judgments which shall remain in place until the Note is paid in full." Again, that was a cut and paste from the binding term sheet – so not sure why you removed it. It also related directly to other language in the term sheet also reads "the current judgments in PS's favor will remain in place (attorney fees and conversion), and the Ralls Parties shall cooperate with and not oppose PS's CRCP 54 certification [which we already moved for] previously entered...Once the Note has been paid in full, those judgments will be deemed satisfied and vacated." Did you just find it to be repetitive since it's in two different places?
• My client is insisting on Ralls removing any reference to accounts he controls on social media. Obviously he can't remove all the references to PS from the internet, but it should be easy for him to remove those references from his accounts.

2

RALLS066

Let us know when you can hop on a call to discuss. I think we are close and should be able to work through these last few points and get this wrapped up in short order.

Dean


Dean E. Richardson
Director



**FENNEMORE.**

3615 Delgany St, Suite 1100, Denver, CO 80216-3997
T: 303.291.3200 | F: 303.291.3201
drichardson@fennemorelaw.com

**CONFIDENTIALITY NOTICE:** The information contained in this message may be protected by the attorney-client privilege. If you believe that it has been sent to you in error, do not read it. Please immediately reply to the sender that you have received the message in error. Then delete it. Thank you.

---

**From:** Bob Kitsmiller <bob@podoll.net>
**Sent:** Tuesday, April 23, 2024 1:32 PM
**To:** Richardson, Dean <dean.richardson@moyewhite.com>; Peter Thomas <peter@praxidicelaw.com>
**Cc:** melito@melitolaw.com
**Subject:** Redlines of Settlement Docs

Your attachments have been security checked by Mimecast Attachment Protection. Files where no threat or malware was detected are attached.

---

Please see enclosed. Sorry for the delay.

Robert Kitsmiller, Esq.
Podoll & Podoll, P.C.
5619 DTC Parkway, Suite 1100
Greenwood Village, CO 80111
(303) 861-4000
Fax (303) 861-4004

RALLS067

**greg@mitchellps.com**

**Subject:**            FW: Redlines of Settlement Docs

**From:** Richardson, Dean <drichardson@fennemorelaw.com>
**Sent:** Friday, May 3, 2024 3:12 PM
**To:** Bob Kitsmiller <bob@podoll.net>; Peter Thomas <peter@praxidicelaw.com>; Richardson, Dean <dean.richardson@moyewhite.com>
**Cc:** Michael Melito <melito@melitolaw.com>; Akers, Patrick <pakers@fennemorelaw.com>
**Subject:** RE: Redlines of Settlement Docs


Thanks, Bob. Have a good weekend.

Dean E. Richardson, Director
T: 303.291.3200 | F: 303.291.3201
drichardson@fennemorelaw.com

**From:** Bob Kitsmiller
**Sent:** Friday, May 3, 2024 2:59 PM
**To:** Peter Thomas ; Richardson, Dean ; Richardson, Dean
**Cc:** melito@melitolaw.com; Akers, Patrick
**Subject:** RE: Redlines of Settlement Docs

Guys sorry for about the delay in getting back to you. Our client, I don't recall if I advised you previously, is taking care of a family emergency involving his brother. I guess his brother is very ill right now and Eric is taking care of hi kids who, I believe, are in California. That was a long way to say I haven't spoken with him yet regarding the comments you had. I will touch base with him over the weekend and will go over your comments with him and get back to you Monday if my communication with him goes well. Bob

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Thursday, May 2, 2024 3:28 PM
**To:** Bob Kitsmiller <bob@podoll.net>; Richardson, Dean <drichardson@fennemorelaw.com>; Richardson, Dean <dean.richardson@moyewhite.com>
**Cc:** melito@melitolaw.com; Akers, Patrick <pakers@fennemorelaw.com>
**Subject:** RE: Redlines of Settlement Docs
Sounds good, thank you.

**From:** Bob Kitsmiller <bob@podoll.net>
**Sent:** Thursday, May 2, 2024 5:19 PM
**To:** Peter Thomas <peter@praxidicelaw.com>; Richardson, Dean <drichardson@fennemorelaw.com>; Richardson, Dean <dean.richardson@moyewhite.com>
**Cc:** melito@melitolaw.com; Akers, Patrick <pakers@fennemorelaw.com>
**Subject:** RE: Redlines of Settlement Docs
We are speaking with our client tomorrow and should be able to get back to you tomorrow afternoon.

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Thursday, May 2, 2024 3:15 PM
**To:** Richardson, Dean <drichardson@fennemorelaw.com>; Bob Kitsmiller <bob@podoll.net>; Richardson, Dean <dean.richardson@moyewhite.com>
**Cc:** melito@melitolaw.com; Akers, Patrick <pakers@fennemorelaw.com>
**Subject:** RE: Redlines of Settlement Docs
Mike and Dean, any feedback re the below? Let's get this buttoned up and signed.

1

RALLS068

**From:** Richardson, Dean <drichardson@fennemorelaw.com>
**Sent:** Tuesday, April 30, 2024 5:00 PM
**To:** Bob Kitsmiller <bob@podoll.net>; Richardson, Dean <dean.richardson@moyewhite.com>; Peter Thomas <peter@praxidicelaw.com>
**Cc:** melito@melitolaw.com; Akers, Patrick <pakers@fennemorelaw.com>
**Subject:** RE: Redlines of Settlement Docs

Bob/Mike:

I can get you edits to the agreements but thought I would start by raising some concerns via email to see if we can work through these issues constructively.

Pledge Agreement:

• Digital Earth was removed as a grantor; therefore, none of the subsidiaries' equity is pledged. This is a conflict with the Term sheet that defines Entities as all the companies, and which states "the Note shall be secured by all of Ralls' founders shares in the Entities. If you think there is a work around to get all the Entities wrapped into the pledge – happy to entertain it, we just thought the easiest way to do it was through a pledge by DEM. Although there are provisions in the note and pledge agreement limiting Digital Earth's right to sell the subsidiaries' assets and equity, a pledge of the subsidiaries' equity is what the term sheet required, so that's why it's drafted that way.

• The definition of Pledged Securities was revised to remove future equity interests Ralls acquires in the entities and equity interests resulting from a merger or consolidation of the entities. This is a standard definition and the language should be reinserted.

• You deleted the representation relating to Ralls and Digital Earth's name and address. Again, this is a standard rep and the language should be reinserted. The purpose of this section is to get the grantors to rep to the information that will be included on the financing statement – so it's necessity, not just superfluous.

Promissory Note:

• The only change was deleting the following sentence: "If any Borrower Transfers its assets or ownership interests for less than fair market value, an amount equal to the difference between the Transfer price and such fair market value shall be added to the outstanding balance of this Note." Again, this is a standard representation and should be reinserted.

Settlement Agreement:

• The Term Sheet, which is binding, called for a 1/3 split (DEJP, PS, and the Ralls Parties each shall be responsible for one-third (1/3) of any fees or expenses charged by the escrow agent.
    o On this point, you also have not answered Pete's question relating to the escrow agent – we need to get him signed up and only Eric can provide the answer to his question (hard certificates, or not).

• I am not even sure what your edits to the indemnification are meant to do. You seemingly has said that the provision doesn't apply to any efforts "to mitigate any losses related to the Ralls Parties conduct that is not disclosed as of the signing of this Agreement." Perhaps I am just missing the point, but can you clarify what you were trying to accomplish here (maybe I am just missing it).

• The cross-collateralization language you removed is a copy paste from the binding term sheet – so not sure why it was removed?

• You took out the this sentence in the attorney fee section "with the exception of the Current Judgments which shall remain in place until the Note is paid in full." Again, that was a cut and paste from the binding term sheet – so not sure why you removed it. It also related directly to other language in the term sheet also reads "the current judgments in PS's favor will remain in place (attorney fees and conversion), and the Ralls Parties shall cooperate with and not oppose PS's CRCP 54 certification [which we already moved for] previously entered...Once the Note has been paid in full, those judgments will be deemed satisfied and vacated." Did you just find it to be repetitive since it's in two different places?

• My client is insisting on Ralls removing any reference to accounts he controls on social media. Obviously he can't remove all the references to PS from the internet, but it should be easy for him to remove those references from his accounts.

Let us know when you can hop on a call to discuss. I think we are close and should be able to work through these last few points and get this wrapped up in short order.

Dean

2

RALLS069

Dean E. Richardson
Director


FENNEMORE.

3615 Delgany St, Suite 1100, Denver, CO 80216-3997
T: 303.291.3200 | F: 303.291.3201
drichardson@fennemorelaw.com

**CONFIDENTIALITY NOTICE:** The information contained in this message may be protected by the attorney-client privilege. If you believe that it has been sent to you in error, do not read it. Please immediately reply to the sender that you have received the message in error. Then delete it. Thank you.

---

**From:** Bob Kitsmiller <bob@podoll.net>
**Sent:** Tuesday, April 23, 2024 1:32 PM
**To:** Richardson, Dean <dean.richardson@moyewhite.com>; Peter Thomas <peter@praxidicelaw.com>
**Cc:** melito@melitolaw.com
**Subject:** Redlines of Settlement Docs

Your attachments have been security checked by Mimecast Attachment Protection. Files where no threat or malware was detected are attached.

---

Please see enclosed. Sorry for the delay.
Robert Kitsmiller, Esq.
Podoll & Podoll, P.C.
5619 DTC Parkway, Suite 1100
Greenwood Village, CO 80111
(303) 861-4000
Fax (303) 861-4004

3

RALLS070

**greg@mitchellps.com**

---

**Subject:**          FW: Redlines of Settlement Docs

---

**From:** Richardson, Dean <drichardson@fennemorelaw.com>
**Sent:** Friday, May 3, 2024 4:23 PM
**To:** Bob Kitsmiller <bob@podoll.net>; Peter Thomas <peter@praxidicelaw.com>; Richardson, Dean <dean.richardson@moyewhite.com>
**Cc:** Michael Melito <melito@melitolaw.com>; Akers, Patrick <pakers@fennemorelaw.com>
**Subject:** RE: Redlines of Settlement Docs


Bob and Mike,
Also, the first payment is due to PlantSnap on Tuesday per the binding term sheet.
Here is the account info again in case your client needs it while travelling.
PlantSnap Inc.
Chase Bank
ABA Wire number# 021000021
Account# 697896873
Pete will provide Dan's account information under separate cover.
Please confirm the payments will be made.
Dean

**Dean E. Richardson,** Director
T: 303.291.3200 | F: 303.291.3201
drichardson@fennemorelaw.com

---

**From:** Bob Kitsmiller
**Sent:** Friday, May 3, 2024 2:59 PM
**To:** Peter Thomas ; Richardson, Dean ; Richardson, Dean
**Cc:** melito@melitolaw.com; Akers, Patrick
**Subject:** RE: Redlines of Settlement Docs
Guys sorry for about the delay in getting back to you. Our client, I don't recall if I advised you previously, is taking care of a family emergency involving his brother. I guess his brother is very ill right now and Eric is taking care of hi kids who, I believe, are in California. That was a long way to say I haven't spoken with him yet regarding the comments you had. I will touch base with him over the weekend and will go over your comments with him and get back to you Monday if my communication with him goes well. Bob

---

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Thursday, May 2, 2024 3:28 PM
**To:** Bob Kitsmiller <bob@podoll.net>; Richardson, Dean <drichardson@fennemorelaw.com>; Richardson, Dean <dean.richardson@moyewhite.com>
**Cc:** melito@melitolaw.com; Akers, Patrick <pakers@fennemorelaw.com>
**Subject:** RE: Redlines of Settlement Docs
Sounds good, thank you.

---

**From:** Bob Kitsmiller <bob@podoll.net>
**Sent:** Thursday, May 2, 2024 5:19 PM
**To:** Peter Thomas <peter@praxidicelaw.com>; Richardson, Dean <drichardson@fennemorelaw.com>;
Richardson, Dean <dean.richardson@moyewhite.com>

1

RALLS071

**Cc:** melito@melitolaw.com; Akers, Patrick <pakers@fennemorelaw.com>
**Subject:** RE: Redlines of Settlement Docs
We are speaking with our client tomorrow and should be able to get back to you tomorrow afternoon.

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Thursday, May 2, 2024 3:15 PM
**To:** Richardson, Dean <drichardson@fennemorelaw.com>; Bob Kitsmiller <bob@podoll.net>; Richardson, Dean <dean.richardson@moyewhite.com>
**Cc:** melito@melitolaw.com; Akers, Patrick <pakers@fennemorelaw.com>
**Subject:** RE: Redlines of Settlement Docs
Mike and Dean, any feedback re the below? Let's get this buttoned up and signed.

**From:** Richardson, Dean <drichardson@fennemorelaw.com>
**Sent:** Tuesday, April 30, 2024 5:00 PM
**To:** Bob Kitsmiller <bob@podoll.net>; Richardson, Dean <dean.richardson@moyewhite.com>; Peter Thomas <peter@praxidicelaw.com>
**Cc:** melito@melitolaw.com; Akers, Patrick <pakers@fennemorelaw.com>
**Subject:** RE: Redlines of Settlement Docs
Bob/Mike:
I can get you edits to the agreements but thought I would start by raising some concerns via email to see if we can work through these issues constructively.
Pledge Agreement:
• Digital Earth was removed as a grantor; therefore, none of the subsidiaries' equity is pledged. This is a conflict with the Term sheet that defines Entities as all the companies, and which states "the Note shall be secured by all of Ralls' founders shares in the Entities. If you think there is a work around to get all the Entities wrapped into the pledge – happy to entertain it, we just thought the easiest way to do it was through a pledge by DEM. Although there are provisions in the note and pledge agreement limiting Digital Earth's right to sell the subsidiaries' assets and equity, a pledge of the subsidiaries' equity is what the term sheet required, so that's why it's drafted that way.
• The definition of Pledged Securities was revised to remove future equity interests Ralls acquires in the entities and equity interests resulting from a merger or consolidation of the entities. This is a standard definition and the language should be reinserted.
• You deleted the representation relating to Ralls and Digital Earth's name and address. Again, this is a standard rep and the language should be reinserted. The purpose of this section is to get the grantors to rep to the information that will be included on the financing statement – so it's necessity, not just superfluous.
Promissory Note:
• The only change was deleting the following sentence: "If any Borrower Transfers its assets or ownership interests for less than fair market value, an amount equal to the difference between the Transfer price and such fair market value shall be added to the outstanding balance of this Note." Again, this is a standard representation and should be reinserted.
Settlement Agreement:
• The Term Sheet, which is binding, called for a 1/3 split (DEJP, PS, and the Ralls Parties each shall be responsible for one-third (1/3) of any fees or expenses charged by the escrow agent.
   o On this point, you also have not answered Pete's question relating to the escrow agent – we need to get him signed up and only Eric can provide the answer to his question (hard certificates, or not).
• I am not even sure what your edits to the indemnification are meant to do. You seemingly has said that the provision doesn't apply to any efforts "to mitigate any losses related to the Ralls Parties conduct that is not disclosed as of the signing of this Agreement." Perhaps I am just missing the point, but can you clarify what you were trying to accomplish here (maybe I am just missing it).
• The cross-collateralization language you removed is a copy paste from the binding term sheet – so not sure why it was removed?
• You took out the this sentence in the attorney fee section "with the exception of the Current Judgments which shall remain in place until the Note is paid in full." Again, that was a cut and paste from the binding term sheet – so not sure why you removed it. It also related directly to other language in the term sheet also

2

RALLS072

reads "the current judgments in PS's favor will remain in place (attorney fees and conversion), and the Ralls Parties shall cooperate with and not oppose PS's CRCP 54 certification [which we already moved for] previously entered...Once the Note has been paid in full, those judgments will be deemed satisfied and vacated." Did you just find it to be repetitive since it's in two different places?

- My client is insisting on Ralls removing any reference to accounts he controls on social media. Obviously he can't remove all the references to PS from the internet, but it should be easy for him to remove those references from his accounts.

Let us know when you can hop on a call to discuss. I think we are close and should be able to work through these last few points and get this wrapped up in short order.

Dean

Dean E. Richardson
Director



3615 Delgany St, Suite 1100, Denver, CO 80216-3997
T: 303.291.3200 | F: 303.291.3201
drichardson@fennemorelaw.com

in f y

**CONFIDENTIALITY NOTICE:** The information contained in this message may be protected by the attorney-client privilege. If you believe that it has been sent to you in error, do not read it. Please immediately reply to the sender that you have received the message in error. Then delete it. Thank you.

---

**From:** Bob Kitsmiller <bob@podoll.net>
**Sent:** Tuesday, April 23, 2024 1:32 PM
**To:** Richardson, Dean <dean.richardson@moyewhite.com>; Peter Thomas <peter@praxidicelaw.com>
**Cc:** melito@melitolaw.com
**Subject:** Redlines of Settlement Docs

Your attachments have been security checked by Mimecast Attachment Protection. Files where no threat or malware was detected are attached.

---

Please see enclosed. Sorry for the delay.
Robert Kitsmiller, Esq.
Podoll & Podoll, P.C.
5619 DTC Parkway, Suite 1100
Greenwood Village, CO 80111
(303) 861-4000
Fax (303) 861-4004

RALLS073

**greg@mitchellps.com**

---

**Subject:**          FW: DEJP Wiring Instructions

**Sensitivity:**       Confidential

---

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Monday, May 6, 2024 3:27 PM
**To:** Michael Melito <melito@melitolaw.com>; Bob Kitsmiller <bob@podoll.net>
**Subject:** RE: DEJP Wiring Instructions
**Sensitivity:** Confidential

Yes, DEJ Partners, LLC

Phone number is 818-638-0139.

---

**From:** Michael Melito
**Sent:** Monday, May 6, 2024 4:57 PM
**To:** Peter Thomas ; Bob Kitsmiller
**Subject:** Re: DEJP Wiring Instructions
**Sensitivity:** Confidential

Pete,

Is your client's name on the bank account listed as: "DEJ Partners, LLC" ?

Also, we need the Bank's phone number and we should be good to go. Can you please send it?

Melito

---

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Monday, May 6, 2024 2:13 PM
**To:** Bob Kitsmiller <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Subject:** RE: DEJP Wiring Instructions

Bank name/address below



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

RALLS074

**From:** Peter Thomas
**Sent:** Sunday, May 5, 2024 10:08 AM
**To:** Bob Kitsmiller <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Subject:** DEJP Wiring Instructions
**Sensitivity:** Confidential

DEJ Partners, LLC wiring instructions are as follows:



Account number                                              731

Routing number                                          322271€

Peter W. Thomas, Esq.
124 West Hyman, Ste 1-A
Aspen, Colorado 81611
Telephone: (970) 544-5900

# PRAXIDICE
### A LITIGATION AND TRIAL FIRM

*This e-mail message (and/or documents accompanying it) is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error and are an attorney or law firm, consult Title I of the Federal Electronic Communications Privacy Act of 1986 which requires you refrain from examining these materials. If you received the communication in error, please notify us immediately by telephone, to arrange return of the communication. Thank you.*

 ***Please consider the environment before printing this email***

RALLS075

**greg@mitchellps.com**

**Subject:**                FW: DEJP Wiring Instructions

**From:** Richardson, Dean <drichardson@fennemorelaw.com>
**Sent:** Monday, May 6, 2024 4:34 PM
**To:** Michael Melito <melito@melitolaw.com>; Peter Thomas <peter@praxidicelaw.com>
**Cc:** Bob Kitsmiller <bob@podoll.net>
**Subject:** RE: DEJP Wiring Instructions

Mike:
Respectfully, the Term Sheet is binding – and your client is obligated to make timely payments per its terms.
Having said that, we too look forward to finalizing this thing so everyone can move on.
I am around this week - but have a hearing in Grand Junction on TH (traveling on W). Should be back in Denver on Friday.
dean

**From:** Michael Melito
**Sent:** Monday, May 6, 2024 3:55 PM
**To:** Peter Thomas ; Richardson, Dean
**Cc:** Bob Kitsmiller
**Subject:** Re: DEJP Wiring Instructions
Pete and Dean,
Just a quick note to let you know that we still have work to do on arriving at a final agreement and we look forward to continuing discussions/negotiations with each of you.
Of course, we also wanted to let you know that Eric's payment is not meant to signal that we have arrived at a final agreement to the terms that we are still currently negotiating.
The payments to your clients are being made in good faith to live up to the expectations laid out in the payment schedule.
That said, we are still preserving all rights of Eric's and the entities as we continue to wind through the negotiations with you and your respective clients.
We look forward to your continued efforts in reaching a final agreement in the near future.
Lastly, I will be traveling out of country between May 22 and June 14 and will have limited access to the internet.
Regards,
Michael Melito, Esq.
Melito Law LLC
Melito@melitolaw.com
719.205.1684
CONFIDENTIALITY NOTICE: This e-mail and any attached files contain information belonging to the sender and intended recipient listed above that may be confidential and subject to attorney-client, attorney work product, and/or investigative privileges. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this e-mail is strictly prohibited.

RALLS076

On May 6, 2024, at 15:27, Peter Thomas <peter@praxidicelaw.com> wrote:

## Dean E. Richardson
Director



3615 Delgany St, Suite 1100, Denver, CO 80216-3997
T: 303.291.3200 | F: 303.291.3201
drichardson@fennemorelaw.com

in f t

**CONFIDENTIALITY NOTICE:** The information contained in this message may be protected by the attorney-client privilege. If you believe that it has been sent to you in error, do not read it. Please immediately reply to the sender that you have received the message in error. Then delete it. Thank you.

Yes, DEJ Partners, LLC
Phone number is 818-638-0139.

**From:** Michael Melito <melito@melitolaw.com>
**Sent:** Monday, May 6, 2024 4:57 PM
**To:** Peter Thomas <peter@praxidicelaw.com>; Bob Kitsmiller <bob@podoll.net>
**Subject:** Re: DEJP Wiring Instructions
**Sensitivity:** Confidential
Pete,
Is your client's name on the bank account listed as: "DEJ Partners, LLC" ?
Also, we need the Bank's phone number and we should be good to go. Can you please send it?
Melito

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Monday, May 6, 2024 2:13 PM
**To:** Bob Kitsmiller <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Subject:** RE: DEJP Wiring Instructions
Bank name/address below



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

**From:** Peter Thomas
**Sent:** Sunday, May 5, 2024 10:08 AM
**To:** Bob Kitsmiller <bob@podoll.net>; Michael Melito <melito@melitolaw.com>

2

RALLS077

**Subject:** DEJP Wiring Instructions
**Sensitivity:** Confidential
DEJ Partners, LLC wiring instructions are as follows:

## Account number

## Routing number

Peter W. Thomas, Esq.
124 West Hyman, Ste 1-A
Aspen, Colorado 81611
Telephone: (970) 544-5900

# PRAXIDICE
## A LITIGATION AND TRIAL FIRM

*This e-mail message (and/or documents accompanying it) is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error and are an attorney or law firm, consult Title I of the Federal Electronic Communications Privacy Act of 1986 which requires you refrain from examining these materials. If you received the communication in error, please notify us immediately by telephone, to arrange return of the communication. Thank you.*

 ***Please consider the environment before printing this email***

3

RALLS078

**greg@mitchellps.com**

**Subject:**          FW: Escrow Services

**Sensitivity:**     Confidential

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Wednesday, May 8, 2024 9:45 AM
**To:** Bob Kitsmiller <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Cc:** Dean Richardson <Dean.Richardson@moyewhite.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Bob and Mike,

I am following up again on the below regarding the Escrow Agent. Please advise.

Thanks, Pete

**From:** Peter Thomas
**Sent:** Monday, April 22, 2024 5:11 PM
**To:** Bob Kitsmiller ; Michael Melito
**Cc:** Dean Richardson
**Subject:** FW: Escrow Services
**Sensitivity:** Confidential

Bob and Mike,

Regarding the below questions asked by this potential escrow agent, can you confirm that Ralls will be delivering physical stock certificates?

**From:** Peter Thomas
**Sent:** Thursday, April 18, 2024 7:18 AM
**To:** Stites, Greg <Greg.Stites@truist.com>
**Cc:** Ward, Matthew <Matthew.Ward@truist.com>; Spinelli, Christopher <Christopher.Spinelli@truist.com>; Richardson, Dean <drichardson@fennemorelaw.com>; Patrick R. Akers <Patrick.Akers@moyewhite.com>; Michael Melito <melito@melitolaw.com>; Bob Kitsmiller <bob@podoll.net>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Greg,

It's a pleasure to meet you as well and I appreciate the quick follow up. I am looping all counsel involved in the case into this email thread. We will coordinate offline regarding the various questions you asked and circle back with you within the next few days.

Regards,

Peter W. Thomas, Esq.

1

RALLS079

124 West Hyman, Ste 1-A
Aspen, Colorado 81611
Telephone: (970) 544-5900



*This e-mail message (and/or documents accompanying it) is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error and are an attorney or law firm, consult Title I of the Federal Electronic Communications Privacy Act of 1986 which requires you refrain from examining these materials. If you received the communication in error, please notify us immediately by telephone, to arrange return of the communication. Thank you.*

 **Please consider the environment before printing this email**

---

**From:** Stites, Greg <Greg.Stites@truist.com>
**Sent:** Wednesday, April 17, 2024 8:58 PM
**To:** Peter Thomas <peter@praxidicelaw.com>
**Cc:** Ward, Matthew <Matthew.Ward@truist.com>; Spinelli, Christopher <Christopher.Spinelli@truist.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Thanks Matt!

Hi Peter – great to meet you via email. We can serve as escrow agent for stock deposits within certain circumstances. Just a couple of questions below to help me make a determination:

- What type of stock will be deposited? Physical shares, book-entry at a transfer agent, DTC eligible?
- Who is the depositor of the shares? Entity or individual? US domestic or foreign?
- Who is the escrow counterparty/secured party or parties? I assume that the opposing parties will enter into the escrow agreement with the bank.
- What is the expected timing of the deposit and the expected duration of the escrow?

Please also keep in mind that we will need to enter into an escrow agreement, which will need to be negotiated between the parties (perhaps that is what you are working on in terms of escrow instructions?). And, we will need to complete KYC reviews of the parties entering into the escrow agreement with the bank. Please keep these factors in mind as you make plans.

I am copying the relationship manager we will be working with on this transaction, Chris Spinelli. He will assist in agreement negotiation/execution and will be helpful in making a determination as to our ability to accept the appointment.

I will be out of the office tomorrow and part of Friday, so please be sure to keep Chris in the loop. And please let me know if you have any questions for us.

Thanks!

2

RALLS080

***Greg Stites, Senior Vice President***
Corporate Trust & Escrow Services

**TRUIST** ᕼᕼ

3801 North Capital of Texas Hwy
Austin, TX 78746
(512) 574-7584
Greg.Stites@Truist.com

Greg Stites | LinkedIn
Greg Stites | Truist Bank

---

**From:** Ward, Matthew <Matthew.Ward@truist.com>
**Sent:** Wednesday, April 17, 2024 7:33 PM
**To:** Peter Thomas <peter@praxidicelaw.com>
**Cc:** Stites, Greg <Greg.Stites@truist.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Hi Peter. Thanks for the email. I'd like to introduce you to my teammate, Greg Stites (copied), who is my counterpart covering the western part of the country. I've included Greg's contact information below as well. You'll be in excellent hands with Greg. I'll leave it to the two of you to connect on this transaction. Thanks!

***Greg Stites, Senior Vice President***
Corporate Trust & Escrow Services

**TRUIST** ᕼᕼ

3801 North Capital of Texas Hwy
Austin, TX 78746
(512) 574-7584
Greg.Stites@Truist.com

Best,

**Matthew Ward**
**Vice President**
**Business Development / Truist**
**Corporate Trust and Escrow Services**
919 E Main Street, 2nd FL, Richmond, VA 23219
Office: 804-782-7182
Mobile: 804-955-8997
matthew.ward@truist.com

---

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Wednesday, April 17, 2024 7:13 PM
**To:** Ward, Matthew <Matthew.Ward@truist.com>

3

RALLS081

**Subject:** Escrow Services
**Sensitivity:** Confidential

Hi Matt,

Tim Martin gave Dean Richardson at Fennemore and myself your name and recommended Truist as a potential escrow agent. Does Truist serve as escrow agents for shares of stock in companies? We have a case where the debtor has pledged his shares in various entities to secure two large payments. We are working on escrow instructions now. Let us know if this is a service you perform, what the fee would be, and whatever else we need to know.

Regards, Pete Thomas

Peter W. Thomas, Esq.
124 West Hyman, Ste 1-A
Aspen, Colorado 81611
Telephone: (970) 544-5900



*This e-mail message (and/or documents accompanying it) is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error and are an attorney or law firm, consult Title I of the Federal Electronic Communications Privacy Act of 1986 which requires you refrain from examining these materials. If you received the communication in error, please notify us immediately by telephone, to arrange return of the communication. Thank you.*

 ***Please consider the environment before printing this email***

*The information transmitted is intended solely for the individual or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of or taking action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you have received this email in error please contact the sender and delete the material from any computer.*

RALLS082

**greg@mitchellps.com**

| | |
|---|---|
| **Subject:** | FW: Escrow Services |
| **Sensitivity:** | Confidential |

**From:** Bob Kitsmiller <bob@podoll.net>
**Sent:** Wednesday, May 8, 2024 9:51 AM
**To:** Peter Thomas <peter@praxidicelaw.com>; Michael Melito <melito@melitolaw.com>
**Cc:** Dean Richardson <Dean.Richardson@moyewhite.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Pete, I think Mike told you about some of Eric's issues with his family and his own health. I Will speak with him. One thing I noticed is that you or Dean wanted to divide the cost three ways. The escrow is really for you clients' benefit. I don't believe Eric should be required to share in the cost necessary to provide security to your clients.

**From:** Peter Thomas
**Sent:** Wednesday, May 8, 2024 9:45 AM
**To:** Bob Kitsmiller ; Michael Melito
**Cc:** Dean Richardson
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Bob and Mike,

I am following up again on the below regarding the Escrow Agent. Please advise.

Thanks, Pete

**From:** Peter Thomas
**Sent:** Monday, April 22, 2024 5:11 PM
**To:** Bob Kitsmiller <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Cc:** Dean Richardson <Dean.Richardson@moyewhite.com>
**Subject:** FW: Escrow Services
**Sensitivity:** Confidential

Bob and Mike,

Regarding the below questions asked by this potential escrow agent, can you confirm that Ralls will be delivering physical stock certificates?

**From:** Peter Thomas
**Sent:** Thursday, April 18, 2024 7:18 AM
**To:** Stites, Greg <Greg.Stites@truist.com>
**Cc:** Ward, Matthew <Matthew.Ward@truist.com>; Spinelli, Christopher <Christopher.Spinelli@truist.com>; Richardson, Dean <drichardson@fennemorelaw.com>; Patrick R. Akers <Patrick.Akers@moyewhite.com>; Michael Melito <melito@melitolaw.com>; Bob Kitsmiller <bob@podoll.net>

1

RALLS083

**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Greg,

It's a pleasure to meet you as well and I appreciate the quick follow up. I am looping all counsel involved in the case into this email thread. We will coordinate offline regarding the various questions you asked and circle back with you within the next few days.

Regards,

Peter W. Thomas, Esq.
124 West Hyman, Ste 1-A
Aspen, Colorado 81611
Telephone: (970) 544-5900



*This e-mail message (and/or documents accompanying it) is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error and are an attorney or law firm, consult Title I of the Federal Electronic Communications Privacy Act of 1986 which requires you refrain from examining these materials. If you received the communication in error, please notify us immediately by telephone, to arrange return of the communication. Thank you.*

 ***Please consider the environment before printing this email***

---

**From:** Stites, Greg <Greg.Stites@truist.com>
**Sent:** Wednesday, April 17, 2024 8:58 PM
**To:** Peter Thomas <peter@praxidicelaw.com>
**Cc:** Ward, Matthew <Matthew.Ward@truist.com>; Spinelli, Christopher <Christopher.Spinelli@truist.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Thanks Matt!

Hi Peter – great to meet you via email. We can serve as escrow agent for stock deposits within certain circumstances. Just a couple of questions below to help me make a determination:

- What type of stock will be deposited? Physical shares, book-entry at a transfer agent, DTC eligible?
- Who is the depositor of the shares? Entity or individual? US domestic or foreign?
- Who is the escrow counterparty/secured party or parties? I assume that the opposing parties will enter into the escrow agreement with the bank.
- What is the expected timing of the deposit and the expected duration of the escrow?

RALLS084

Please also keep in mind that we will need to enter into an escrow agreement, which will need to be negotiated between the parties (perhaps that is what you are working on in terms of escrow instructions?). And, we will need to complete KYC reviews of the parties entering into the escrow agreement with the bank. Please keep these factors in mind as you make plans.

I am copying the relationship manager we will be working with on this transaction, Chris Spinelli. He will assist in agreement negotiation/execution and will be helpful in making a determination as to our ability to accept the appointment.

I will be out of the office tomorrow and part of Friday, so please be sure to keep Chris in the loop. And please let me know if you have any questions for us.

Thanks!

**_Greg Stites, Senior Vice President_**
Corporate Trust & Escrow Services

**TRUIST** ⊞

3801 North Capital of Texas Hwy
Austin, TX 78746
(512) 574-7584
Greg.Stites@Truist.com

Greg Stites | LinkedIn
Greg Stites | Truist Bank

---

**From:** Ward, Matthew <Matthew.Ward@truist.com>
**Sent:** Wednesday, April 17, 2024 7:33 PM
**To:** Peter Thomas <peter@praxidicelaw.com>
**Cc:** Stites, Greg <Greg.Stites@truist.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Hi Peter. Thanks for the email. I'd like to introduce you to my teammate, Greg Stites (copied), who is my counterpart covering the western part of the country. I've included Greg's contact information below as well. You'll be in excellent hands with Greg. I'll leave it to the two of you to connect on this transaction. Thanks!

**_Greg Stites, Senior Vice President_**
Corporate Trust & Escrow Services

**TRUIST** ⊞

3801 North Capital of Texas Hwy
Austin, TX 78746
(512) 574-7584
Greg.Stites@Truist.com

Best,

RALLS085

**Matthew Ward**
**Vice President**
**Business Development / Truist**
**Corporate Trust and Escrow Services**
919 E Main Street, 2nd FL, Richmond, VA 23219
Office: 804-782-7182
Mobile: 804-955-8997
matthew.ward@truist.com

---

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Wednesday, April 17, 2024 7:13 PM
**To:** Ward, Matthew <Matthew.Ward@truist.com>
**Subject:** Escrow Services
**Sensitivity:** Confidential

Hi Matt,

Tim Martin gave Dean Richardson at Fennemore and myself your name and recommended Truist as a potential escrow agent. Does Truist serve as escrow agents for shares of stock in companies? We have a case where the debtor has pledged his shares in various entities to secure two large payments. We are working on escrow instructions now. Let us know if this is a service you perform, what the fee would be, and whatever else we need to know.

Regards, Pete Thomas

Peter W. Thomas, Esq.
124 West Hyman, Ste 1-A
Aspen, Colorado 81611
Telephone: (970) 544-5900



*This e-mail message (and/or documents accompanying it) is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error and are an attorney or law firm, consult Title I of the Federal Electronic Communications Privacy Act of 1986 which requires you refrain from examining these materials. If you received the communication in error, please notify us immediately by telephone, to arrange return of the communication. Thank you.*

 ***Please consider the environment before printing this email***

*The information transmitted is intended solely for the individual or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of or taking action in reliance upon this information by persons or entities other than the intended recipient*

4

*is prohibited. If you have received this email in error please contact the sender and delete the material from any computer.*

RALLS087

**greg@mitchellps.com**

| | |
|---|---|
| **Subject:** | FW: Escrow Services |
| **Sensitivity:** | Confidential |

**From:** Richardson, Dean <drichardson@fennemorelaw.com>
**Sent:** Wednesday, May 8, 2024 9:56 AM
**To:** Bob Kitsmiller <bob@podoll.net>; Peter Thomas <peter@praxidicelaw.com>; Michael Melito <melito@melitolaw.com>
**Cc:** Richardson, Dean <dean.richardson@moyewhite.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Of course – family first.
The binding term sheet speaks to the division – and it was agreed that it would be split three ways.
Dean

## Dean E. Richardson
Director



3615 Delgany St, Suite 1100, Denver, CO 80216-3997
T: 303.291.3200 | F: 303.291.3201
drichardson@fennemorelaw.com

**CONFIDENTIALITY NOTICE:** The information contained in this message may be protected by the attorney-client privilege. If you believe that it has been sent to you in error, do not read it. Please immediately reply to the sender that you have received the message in error. Then delete it. Thank you.

**From:** Bob Kitsmiller
**Sent:** Wednesday, May 8, 2024 9:51 AM
**To:** Peter Thomas ; Michael Melito
**Cc:** Richardson, Dean
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential
Pete, I think Mike told you about some of Eric's issues with his family and his own health. I Will speak with him. One thing I noticed is that you or Dean wanted to divide the cost three ways. The escrow is really for you clients' benefit. I don't believe Eric should be required to share in the cost necessary to provide security to your clients.

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Wednesday, May 8, 2024 9:45 AM
**To:** Bob Kitsmiller <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Cc:** Dean Richardson <Dean.Richardson@moyewhite.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential
Bob and Mike,

1

RALLS088

I am following up again on the below regarding the Escrow Agent. Please advise.

Thanks, Pete

**From:** Peter Thomas
**Sent:** Monday, April 22, 2024 5:11 PM
**To:** Bob Kitsmiller <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Cc:** Dean Richardson <Dean.Richardson@moyewhite.com>
**Subject:** FW: Escrow Services
**Sensitivity:** Confidential

Bob and Mike,

Regarding the below questions asked by this potential escrow agent, can you confirm that Ralls will be delivering physical stock certificates?

**From:** Peter Thomas
**Sent:** Thursday, April 18, 2024 7:18 AM
**To:** Stites, Greg <Greg.Stites@truist.com>
**Cc:** Ward, Matthew <Matthew.Ward@truist.com>; Spinelli, Christopher <Christopher.Spinelli@truist.com>; Richardson, Dean <drichardson@fennemorelaw.com>; Patrick R. Akers <Patrick.Akers@moyewhite.com>; Michael Melito <melito@melitolaw.com>; Bob Kitsmiller <bob@podoll.net>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Greg,

It's a pleasure to meet you as well and I appreciate the quick follow up. I am looping all counsel involved in the case into this email thread. We will coordinate offline regarding the various questions you asked and circle back with you within the next few days.

Regards,

Peter W. Thomas, Esq.
124 West Hyman, Ste 1-A
Aspen, Colorado 81611
Telephone: (970) 544-5900

# PRAXIDICE
## A LITIGATION AND TRIAL FIRM

*This e-mail message (and/or documents accompanying it) is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error and are an attorney or law firm, consult Title I of the Federal Electronic Communications Privacy Act of 1986 which requires you refrain from examining these materials. If you received the communication in error, please notify us immediately by telephone, to arrange return of the communication. Thank you.*

*Please consider the environment before printing this email*

**From:** Stites, Greg <Greg.Stites@truist.com>
**Sent:** Wednesday, April 17, 2024 8:58 PM
**To:** Peter Thomas <peter@praxidicelaw.com>
**Cc:** Ward, Matthew <Matthew.Ward@truist.com>; Spinelli, Christopher <Christopher.Spinelli@truist.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Thanks Matt!

Hi Peter – great to meet you via email. We can serve as escrow agent for stock deposits within certain circumstances. Just a couple of questions below to help me make a determination:

- What type of stock will be deposited? Physical shares, book-entry at a transfer agent, DTC eligible?
- Who is the depositor of the shares? Entity or individual? US domestic or foreign?

2

RALLS089

- Who is the escrow counterparty/secured party or parties? I assume that the opposing parties will enter into the escrow agreement with the bank.
- What is the expected timing of the deposit and the expected duration of the escrow?

Please also keep in mind that we will need to enter into an escrow agreement, which will need to be negotiated between the parties (perhaps that is what you are working on in terms of escrow instructions?). And, we will need to complete KYC reviews of the parties entering into the escrow agreement with the bank. Please keep these factors in mind as you make plans.

I am copying the relationship manager we will be working with on this transaction, Chris Spinelli. He will assist in agreement negotiation/execution and will be helpful in making a determination as to our ability to accept the appointment.

I will be out of the office tomorrow and part of Friday, so please be sure to keep Chris in the loop. And please let me know if you have any questions for us.

Thanks!

***Greg Stites, Senior Vice President***
Corporate Trust & Escrow Services

**TRUIST** ⊞

3801 North Capital of Texas Hwy
Austin, TX 78746
(512) 574-7584
Greg.Stites@Truist.com
Greg Stites | LinkedIn
Greg Stites | Truist Bank

**From:** Ward, Matthew <Matthew.Ward@truist.com>
**Sent:** Wednesday, April 17, 2024 7:33 PM
**To:** Peter Thomas <peter@praxidicelaw.com>
**Cc:** Stites, Greg <Greg.Stites@truist.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Hi Peter. Thanks for the email. I'd like to introduce you to my teammate, Greg Stites (copied), who is my counterpart covering the western part of the country. I've included Greg's contact information below as well. You'll be in excellent hands with Greg. I'll leave it to the two of you to connect on this transaction. Thanks!

***Greg Stites, Senior Vice President***
Corporate Trust & Escrow Services

**TRUIST** ⊞

3801 North Capital of Texas Hwy
Austin, TX 78746
(512) 574-7584
Greg.Stites@Truist.com
Best,
**Matthew Ward**
**Vice President**
**Business Development / Truist**
**Corporate Trust and Escrow Services**
919 E Main Street, 2nd FL, Richmond, VA 23219
Office: 804-782-7182
Mobile: 804-955-8997
matthew.ward@truist.com

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Wednesday, April 17, 2024 7:13 PM
**To:** Ward, Matthew <Matthew.Ward@truist.com>

RALLS090

**Subject:** Escrow Services
**Sensitivity:** Confidential
Hi Matt,

Tim Martin gave Dean Richardson at Fennemore and myself your name and recommended Truist as a potential escrow agent. Does Truist serve as escrow agents for shares of stock in companies? We have a case where the debtor has pledged his shares in various entities to secure two large payments. We are working on escrow instructions now. Let us know if this is a service you perform, what the fee would be, and whatever else we need to know.

Regards, Pete Thomas

Peter W. Thomas, Esq.
124 West Hyman, Ste 1-A
Aspen, Colorado 81611
Telephone: (970) 544-5900

# PRAXIDICE
A LITIGATION AND TRIAL FIRM

*This e-mail message (and/or documents accompanying it) is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error and are an attorney or law firm, consult Title I of the Federal Electronic Communications Privacy Act of 1986 which requires you refrain from examining these materials. If you received the communication in error, please notify us immediately by telephone, to arrange return of the communication. Thank you.*

 ***Please consider the environment before printing this email***

*The information transmitted is intended solely for the individual or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of or taking action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you have received this email in error please contact the sender and delete the material from any computer.*

4

**greg@mitchellps.com**

| | |
|---|---|
| **Subject:** | FW: Escrow Services |
| **Sensitivity:** | Confidential |

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Wednesday, May 8, 2024 11:00 AM
**To:** Richardson, Dean <drichardson@fennemorelaw.com>; Bob Kitsmiller <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Cc:** Richardson, Dean <dean.richardson@moyewhite.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Ignoring the division of costs for the moment, we need answers from Eric to the questions posed by the prospective Escrow Agent. Most specifically being the question of the stock certificates.

**From:** Richardson, Dean
**Sent:** Wednesday, May 8, 2024 9:56 AM
**To:** Bob Kitsmiller ; Peter Thomas ; Michael Melito
**Cc:** Richardson, Dean
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Of course – family first.

The binding term sheet speaks to the division – and it was agreed that it would be split three ways.

Dean

Dean E. Richardson
Director

# FENNEMORE.

3615 Delgany St, Suite 1100, Denver, CO 80216-3997
T: 303.291.3200 | F: 303.291.3201
drichardson@fennemorelaw.com



**CONFIDENTIALITY NOTICE:** The information contained in this message may be protected by the attorney-client privilege. If you believe that it has been sent to you in error, do not read it. Please immediately reply to the sender that you have received the message in error. Then delete it. Thank you.

**From:** Bob Kitsmiller <bob@podoll.net>
**Sent:** Wednesday, May 8, 2024 9:51 AM

1

RALLS092

**To:** Peter Thomas <peter@praxidicelaw.com>; Michael Melito <melito@melitolaw.com>
**Cc:** Richardson, Dean <dean.richardson@moyewhite.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Pete, I think Mike told you about some of Eric's issues with his family and his own health. I Will speak with him. One thing I noticed is that you or Dean wanted to divide the cost three ways. The escrow is really for you clients' benefit. I don't believe Eric should be required to share in the cost necessary to provide security to your clients.

---

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Wednesday, May 8, 2024 9:45 AM
**To:** Bob Kitsmiller <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Cc:** Dean Richardson <Dean.Richardson@moyewhite.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Bob and Mike,

I am following up again on the below regarding the Escrow Agent. Please advise.

Thanks, Pete

---

**From:** Peter Thomas
**Sent:** Monday, April 22, 2024 5:11 PM
**To:** Bob Kitsmiller <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Cc:** Dean Richardson <Dean.Richardson@moyewhite.com>
**Subject:** FW: Escrow Services
**Sensitivity:** Confidential

Bob and Mike,

Regarding the below questions asked by this potential escrow agent, can you confirm that Ralls will be delivering physical stock certificates?

---

**From:** Peter Thomas
**Sent:** Thursday, April 18, 2024 7:18 AM
**To:** Stites, Greg <Greg.Stites@truist.com>
**Cc:** Ward, Matthew <Matthew.Ward@truist.com>; Spinelli, Christopher <Christopher.Spinelli@truist.com>; Richardson, Dean <drichardson@fennemorelaw.com>; Patrick R. Akers <Patrick.Akers@moyewhite.com>; Michael Melito <melito@melitolaw.com>; Bob Kitsmiller <bob@podoll.net>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Greg,

It's a pleasure to meet you as well and I appreciate the quick follow up. I am looping all counsel involved in the case into this email thread. We will coordinate offline regarding the various questions you asked and circle back with you within the next few days.

Regards,

2

RALLS093

Peter W. Thomas, Esq.
124 West Hyman, Ste 1-A
Aspen, Colorado 81611
Telephone: (970) 544-5900



*This e-mail message (and/or documents accompanying it) is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error and are an attorney or law firm, consult Title I of the Federal Electronic Communications Privacy Act of 1986 which requires you refrain from examining these materials. If you received the communication in error, please notify us immediately by telephone, to arrange return of the communication. Thank you.*

 **Please consider the environment before printing this email**

**From:** Stites, Greg <Greg.Stites@truist.com>
**Sent:** Wednesday, April 17, 2024 8:58 PM
**To:** Peter Thomas <peter@praxidicelaw.com>
**Cc:** Ward, Matthew <Matthew.Ward@truist.com>; Spinelli, Christopher <Christopher.Spinelli@truist.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Thanks Matt!

Hi Peter – great to meet you via email. We can serve as escrow agent for stock deposits within certain circumstances. Just a couple of questions below to help me make a determination:

- What type of stock will be deposited? Physical shares, book-entry at a transfer agent, DTC eligible?
- Who is the depositor of the shares? Entity or individual? US domestic or foreign?
- Who is the escrow counterparty/secured party or parties? I assume that the opposing parties will enter into the escrow agreement with the bank.
- What is the expected timing of the deposit and the expected duration of the escrow?

Please also keep in mind that we will need to enter into an escrow agreement, which will need to be negotiated between the parties (perhaps that is what you are working on in terms of escrow instructions?). And, we will need to complete KYC reviews of the parties entering into the escrow agreement with the bank. Please keep these factors in mind as you make plans.

I am copying the relationship manager we will be working with on this transaction, Chris Spinelli. He will assist in agreement negotiation/execution and will be helpful in making a determination as to our ability to accept the appointment.

I will be out of the office tomorrow and part of Friday, so please be sure to keep Chris in the loop. And please let me know if you have any questions for us.

RALLS094

Thanks!

**_Greg Stites, Senior Vice President_**
Corporate Trust & Escrow Services

**TRUIST** ⊞

3801 North Capital of Texas Hwy
Austin, TX 78746
(512) 574-7584
Greg.Stites@Truist.com

Greg Stites | LinkedIn
Greg Stites | Truist Bank

---

**From:** Ward, Matthew <Matthew.Ward@truist.com>
**Sent:** Wednesday, April 17, 2024 7:33 PM
**To:** Peter Thomas <peter@praxidicelaw.com>
**Cc:** Stites, Greg <Greg.Stites@truist.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Hi Peter. Thanks for the email. I'd like to introduce you to my teammate, Greg Stites (copied), who is my counterpart covering the western part of the country. I've included Greg's contact information below as well. You'll be in excellent hands with Greg. I'll leave it to the two of you to connect on this transaction. Thanks!

**_Greg Stites, Senior Vice President_**
Corporate Trust & Escrow Services

**TRUIST** ⊞

3801 North Capital of Texas Hwy
Austin, TX 78746
(512) 574-7584
Greg.Stites@Truist.com

Best,

**Matthew Ward**
**Vice President**
**Business Development / Truist**
**Corporate Trust and Escrow Services**
919 E Main Street, 2nd FL, Richmond, VA 23219
Office: 804-782-7182
Mobile: 804-955-8997
matthew.ward@truist.com

---

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Wednesday, April 17, 2024 7:13 PM

4

RALLS095

**To:** Ward, Matthew <Matthew.Ward@truist.com>
**Subject:** Escrow Services
**Sensitivity:** Confidential

Hi Matt,

Tim Martin gave Dean Richardson at Fennemore and myself your name and recommended Truist as a potential escrow agent. Does Truist serve as escrow agents for shares of stock in companies? We have a case where the debtor has pledged his shares in various entities to secure two large payments. We are working on escrow instructions now. Let us know if this is a service you perform, what the fee would be, and whatever else we need to know.

Regards, Pete Thomas

Peter W. Thomas, Esq.
124 West Hyman, Ste 1-A
Aspen, Colorado 81611
Telephone: (970) 544-5900



*This e-mail message (and/or documents accompanying it) is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error and are an attorney or law firm, consult Title I of the Federal Electronic Communications Privacy Act of 1986 which requires you refrain from examining these materials. If you received the communication in error, please notify us immediately by telephone, to arrange return of the communication. Thank you.*

 ***Please consider the environment before printing this email***

*The information transmitted is intended solely for the individual or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of or taking action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you have received this email in error please contact the sender and delete the material from any computer.*

RALLS096

**greg@mitchellps.com**

---

**Subject:**          FW: Escrow Services

**Sensitivity:**      Confidential

---

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Friday, May 10, 2024 8:42 AM
**To:** Richardson, Dean <drichardson@fennemorelaw.com>; Bob Kitsmiller <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Cc:** Richardson, Dean <dean.richardson@moyewhite.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Gentlemen

For the fourth time, please promptly provide the information requested by the prospective escrow agent as we cannot move forward with engaging an escrow agent, as agreed and required by the Binding Term Sheet, without this information from Eric.

Thanks.

---

**From:** Peter Thomas
**Sent:** Wednesday, May 8, 2024 11:00 AM
**To:** Richardson, Dean ; Bob Kitsmiller ; Michael Melito
**Cc:** Richardson, Dean
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Ignoring the division of costs for the moment, we need answers from Eric to the questions posed by the prospective Escrow Agent. Most specifically being the question of the stock certificates.

---

**From:** Richardson, Dean <drichardson@fennemorelaw.com>
**Sent:** Wednesday, May 8, 2024 9:56 AM
**To:** Bob Kitsmiller <bob@podoll.net>; Peter Thomas <peter@praxidicelaw.com>; Michael Melito <melito@melitolaw.com>
**Cc:** Richardson, Dean <dean.richardson@moyewhite.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Of course – family first.

The binding term sheet speaks to the division – and it was agreed that it would be split three ways.

Dean

1

RALLS097

Dean E. Richardson
Director



3615 Delgany St, Suite 1100, Denver, CO 80216-3997
T: 303.291.3200 | F: 303.291.3201
drichardson@fennemorelaw.com

**CONFIDENTIALITY NOTICE:** The information contained in this message may be protected by the attorney-client privilege. If you believe that it has been sent to you in error, do not read it. Please immediately reply to the sender that you have received the message in error. Then delete it. Thank you.

---

**From:** Bob Kitsmiller <bob@podoll.net>
**Sent:** Wednesday, May 8, 2024 9:51 AM
**To:** Peter Thomas <peter@praxidicelaw.com>; Michael Melito <melito@melitolaw.com>
**Cc:** Richardson, Dean <dean.richardson@moyewhite.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Pete, I think Mike told you about some of Eric's issues with his family and his own health. I Will speak with him. One thing I noticed is that you or Dean wanted to divide the cost three ways. The escrow is really for you clients' benefit. I don't believe Eric should be required to share in the cost necessary to provide security to your clients.

---

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Wednesday, May 8, 2024 9:45 AM
**To:** Bob Kitsmiller <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Cc:** Dean Richardson <Dean.Richardson@moyewhite.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Bob and Mike,

I am following up again on the below regarding the Escrow Agent. Please advise.

Thanks, Pete

---

**From:** Peter Thomas
**Sent:** Monday, April 22, 2024 5:11 PM
**To:** Bob Kitsmiller <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Cc:** Dean Richardson <Dean.Richardson@moyewhite.com>
**Subject:** FW: Escrow Services
**Sensitivity:** Confidential

Bob and Mike,

Regarding the below questions asked by this potential escrow agent, can you confirm that Ralls will be delivering physical stock certificates?

2

RALLS098

**From:** Peter Thomas
**Sent:** Thursday, April 18, 2024 7:18 AM
**To:** Stites, Greg <Greg.Stites@truist.com>
**Cc:** Ward, Matthew <Matthew.Ward@truist.com>; Spinelli, Christopher <Christopher.Spinelli@truist.com>; Richardson, Dean <drichardson@fennemorelaw.com>; Patrick R. Akers <Patrick.Akers@moyewhite.com>; Michael Melito <melito@melitolaw.com>; Bob Kitsmiller <bob@podoll.net>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Greg,

It's a pleasure to meet you as well and I appreciate the quick follow up. I am looping all counsel involved in the case into this email thread. We will coordinate offline regarding the various questions you asked and circle back with you within the next few days.

Regards,

Peter W. Thomas, Esq.
124 West Hyman, Ste 1-A
Aspen, Colorado 81611
Telephone: (970) 544-5900



*This e-mail message (and/or documents accompanying it) is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error and are an attorney or law firm, consult Title I of the Federal Electronic Communications Privacy Act of 1986 which requires you refrain from examining these materials. If you received the communication in error, please notify us immediately by telephone, to arrange return of the communication. Thank you.*

 ***Please consider the environment before printing this email***

**From:** Stites, Greg <Greg.Stites@truist.com>
**Sent:** Wednesday, April 17, 2024 8:58 PM
**To:** Peter Thomas <peter@praxidicelaw.com>
**Cc:** Ward, Matthew <Matthew.Ward@truist.com>; Spinelli, Christopher <Christopher.Spinelli@truist.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Thanks Matt!

Hi Peter – great to meet you via email. We can serve as escrow agent for stock deposits within certain circumstances. Just a couple of questions below to help me make a determination:

- What type of stock will be deposited? Physical shares, book-entry at a transfer agent, DTC eligible?

3

RALLS099

- Who is the depositor of the shares? Entity or individual? US domestic or foreign?
- Who is the escrow counterparty/secured party or parties? I assume that the opposing parties will enter into the escrow agreement with the bank.
- What is the expected timing of the deposit and the expected duration of the escrow?

Please also keep in mind that we will need to enter into an escrow agreement, which will need to be negotiated between the parties (perhaps that is what you are working on in terms of escrow instructions?). And, we will need to complete KYC reviews of the parties entering into the escrow agreement with the bank. Please keep these factors in mind as you make plans.

I am copying the relationship manager we will be working with on this transaction, Chris Spinelli. He will assist in agreement negotiation/execution and will be helpful in making a determination as to our ability to accept the appointment.

I will be out of the office tomorrow and part of Friday, so please be sure to keep Chris in the loop. And please let me know if you have any questions for us.

Thanks!

***Greg Stites, Senior Vice President***
Corporate Trust & Escrow Services

**TRUIST** ⊞

3801 North Capital of Texas Hwy
Austin, TX 78746
(512) 574-7584
Greg.Stites@Truist.com

Greg Stites | LinkedIn
Greg Stites | Truist Bank

---

**From:** Ward, Matthew <Matthew.Ward@truist.com>
**Sent:** Wednesday, April 17, 2024 7:33 PM
**To:** Peter Thomas <peter@praxidicelaw.com>
**Cc:** Stites, Greg <Greg.Stites@truist.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Hi Peter. Thanks for the email. I'd like to introduce you to my teammate, Greg Stites (copied), who is my counterpart covering the western part of the country. I've included Greg's contact information below as well. You'll be in excellent hands with Greg. I'll leave it to the two of you to connect on this transaction. Thanks!

***Greg Stites, Senior Vice President***
Corporate Trust & Escrow Services

**TRUIST** ⊞

3801 North Capital of Texas Hwy
Austin, TX 78746
(512) 574-7584
Greg.Stites@Truist.com

4

Best,


**Matthew Ward**
**Vice President**
**Business Development / Truist**
**Corporate Trust and Escrow Services**
919 E Main Street, 2nd FL, Richmond, VA 23219
Office: 804-782-7182
Mobile: 804-955-8997
matthew.ward@truist.com

---

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Wednesday, April 17, 2024 7:13 PM
**To:** Ward, Matthew <Matthew.Ward@truist.com>
**Subject:** Escrow Services
**Sensitivity:** Confidential

Hi Matt,

Tim Martin gave Dean Richardson at Fennemore and myself your name and recommended Truist as a potential escrow agent. Does Truist serve as escrow agents for shares of stock in companies? We have a case where the debtor has pledged his shares in various entities to secure two large payments. We are working on escrow instructions now. Let us know if this is a service you perform, what the fee would be, and whatever else we need to know.

Regards, Pete Thomas

Peter W. Thomas, Esq.
124 West Hyman, Ste 1-A
Aspen, Colorado 81611
Telephone: (970) 544-5900



*This e-mail message (and/or documents accompanying it) is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error and are an attorney or law firm, consult Title I of the Federal Electronic Communications Privacy Act of 1986 which requires you refrain from examining these materials. If you received the communication in error, please notify us immediately by telephone, to arrange return of the communication. Thank you.*

 **Please consider the environment before printing this email**

RALLS101

*The information transmitted is intended solely for the individual or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of or taking action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you have received this email in error please contact the sender and delete the material from any computer.*

6

RALLS102

**greg@mitchellps.com**

| | |
|---|---|
| **Subject:** | FW: DEJP Wiring Instructions |

**From:** Michael Melito
**Sent:** Friday, May 10, 2024 12:21 PM
**To:** Richardson, Dean <drichardson@fennemorelaw.com>
**Cc:** Peter Thomas <peter@praxidicelaw.com>; Bob Kitsmiller <bob@podoll.net>
**Subject:** Re: DEJP Wiring Instructions

Dean,
Thanks for the email and safe travels.
Hopefully, we resolve everything soon.
Regards,

Michael Melito, Esq.
Melito Law LLC
Melito@melitolaw.com
719.205.1684

CONFIDENTIALITY NOTICE: This e-mail and any attached files contain information belonging to the sender and intended recipient listed above that may be confidential and subject to attorney-client, attorney work product, and/or investigative privileges. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this e-mail is strictly prohibited.

On May 6, 2024, at 16:34, Richardson, Dean wrote:

Mike:
Respectfully, the Term Sheet is binding – and your client is obligated to make timely payments per its terms.
Having said that, we too look forward to finalizing this thing so everyone can move on.
I am around this week - but have a hearing in Grand Junction on TH (traveling on W). Should be back in Denver on Friday.
dean

**From:** Michael Melito
**Sent:** Monday, May 6, 2024 3:55 PM
**To:** Peter Thomas ; Richardson, Dean
**Cc:** Bob Kitsmiller
**Subject:** Re: DEJP Wiring Instructions
Pete and Dean,
Just a quick note to let you know that we still have work to do on arriving at a final agreement and we look forward to continuing discussions/negotiations with each of you.

1

RALLS103

Of course, we also wanted to let you know that Eric's payment is not meant to signal that we have arrived at a final agreement to the terms that we are still currently negotiating. The payments to your clients are being made in good faith to live up to the expectations laid out in the payment schedule.

That said, we are still preserving all rights of Eric's and the entities as we continue to wind through the negotiations with you and your respective clients.

We look forward to your continued efforts in reaching a final agreement in the near future.

Lastly, I will be traveling out of country between May 22 and June 14 and will have limited access to the internet.

Regards,

Michael Melito, Esq.

Melito Law LLC

Melito@melitolaw.com

719.205.1684

CONFIDENTIALITY NOTICE: This e-mail and any attached files contain information belonging to the sender and intended recipient listed above that may be confidential and subject to attorney-client, attorney work product, and/or investigative privileges. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this e-mail is strictly prohibited.

On May 6, 2024, at 15:27, Peter Thomas <peter@praxidicelaw.com> wrote:

Dean E. Richardson
Director

3615 Delgany St, Suite 1100, Denver, CO 80216-3997
T: 303.291.3200 | F: 303.291.3201
drichardson@fennemorelaw.com

**CONFIDENTIALITY NOTICE:** The information contained in this message may be protected by the attorney-client privilege. If you believe that it has been sent to you in error, do not read it. Please immediately reply to the sender that you have received the message in error. Then delete it. Thank you.

Yes, DEJ Partners, LLC
Phone number is 818-638-0139.

**From:** Michael Melito <melito@melitolaw.com>
**Sent:** Monday, May 6, 2024 4:57 PM
**To:** Peter Thomas <peter@praxidicelaw.com>; Bob Kitsmiller <bob@podoll.net>
**Subject:** Re: DEJP Wiring Instructions
**Sensitivity:** Confidential

Pete,

2

RALLS104

Is your client's name on the bank account listed as: "DEJ Partners, LLC" ?

Also, we need the Bank's phone number and we should be good to go. Can you please send it?

Melito

---

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Monday, May 6, 2024 2:13 PM
**To:** Bob Kitsmiller <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Subject:** RE: DEJP Wiring Instructions

Bank name/address below

---

**From:** Peter Thomas
**Sent:** Sunday, May 5, 2024 10:08 AM
**To:** Bob Kitsmiller <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Subject:** DEJP Wiring Instructions
**Sensitivity:** Confidential

DEJ Partners, LLC wiring instructions are as follows:

Peter W. Thomas, Esq.
124 West Hyman, Ste 1-A
Aspen, Colorado 81611
Telephone: (970) 544-5900

*This e-mail message (and/or documents accompanying it) is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error and are an attorney or law firm, consult Title I of the Federal Electronic Communications Privacy Act of 1986 which requires you refrain from examining these materials. If you received the communication in error, please notify us immediately by telephone, to arrange return of the communication. Thank you.*

 ***Please consider the environment before printing this email***

RALLS105

**greg@mitchellps.com**

**Subject:**          FW: DEJP Wiring Instructions

**From:** Richardson, Dean <drichardson@fennemorelaw.com>
**Sent:** Friday, May 10, 2024 12:27 PM
**To:** Michael Melito <melito@melitolaw.com>
**Cc:** Peter Thomas <peter@praxidicelaw.com>; Bob Kitsmiller <bob@podoll.net>
**Subject:** RE: DEJP Wiring Instructions

Judge moved my hearing to later in May....so I didn't get the pleasure of Grand Junction – at least not quite yet.
Yes, we would like to get this wrapped sooner rather than later (and Hope Eric's brother is ok).
Dean

**From:** Michael Melito
**Sent:** Friday, May 10, 2024 12:21 PM
**To:** Richardson, Dean
**Cc:** Peter Thomas ; Bob Kitsmiller
**Subject:** Re: DEJP Wiring Instructions
Dean,
Thanks for the email and safe travels.
Hopefully, we resolve everything soon.
Regards,
Michael Melito, Esq.
Melito Law LLC
Melito@melitolaw.com
719.205.1684
CONFIDENTIALITY NOTICE: This e-mail and any attached files contain information belonging to the sender and intended recipient listed above that may be confidential and subject to attorney-client, attorney work product, and/or investigative privileges. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this e-mail is strictly prohibited.

On May 6, 2024, at 16:34, Richardson, Dean <drichardson@fennemorelaw.com> wrote:

Dean E. Richardson, Director
T: 303.291.3200 | F: 303.291.3201
drichardson@fennemorelaw.com

Mike:
Respectfully, the Term Sheet is binding – and your client is obligated to make timely payments per its terms.
Having said that, we too look forward to finalizing this thing so everyone can move on.

1

I am around this week - but have a hearing in Grand Junction on TH (traveling on W). Should be back in Denver on Friday.

dean

**From:** Michael Melito <melito@melitolaw.com>
**Sent:** Monday, May 6, 2024 3:55 PM
**To:** Peter Thomas <peter@praxidicelaw.com>; Richardson, Dean <drichardson@fennemorelaw.com>
**Cc:** Bob Kitsmiller <bob@podoll.net>
**Subject:** Re: DEJP Wiring Instructions

Pete and Dean,

Just a quick note to let you know that we still have work to do on arriving at a final agreement and we look forward to continuing discussions/negotiations with each of you. Of course, we also wanted to let you know that Eric's payment is not meant to signal that we have arrived at a final agreement to the terms that we are still currently negotiating. The payments to your clients are being made in good faith to live up to the expectations laid out in the payment schedule.

That said, we are still preserving all rights of Eric's and the entities as we continue to wind through the negotiations with you and your respective clients.

We look forward to your continued efforts in reaching a final agreement in the near future. Lastly, I will be traveling out of country between May 22 and June 14 and will have limited access to the internet.

Regards,

Michael Melito, Esq.

Melito Law LLC

Melito@melitolaw.com

719.205.1684

CONFIDENTIALITY NOTICE: This e-mail and any attached files contain information belonging to the sender and intended recipient listed above that may be confidential and subject to attorney-client, attorney work product, and/or investigative privileges. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this e-mail is strictly prohibited.

> On May 6, 2024, at 15:27, Peter Thomas <peter@praxidicelaw.com> wrote:

Dean E. Richardson
Director

3615 Delgany St, Suite 1100, Denver, CO 80216-3997
T: 303.291.3200 | F: 303.291.3201
drichardson@fennemorelaw.com

**CONFIDENTIALITY NOTICE:** The information contained in this message may be protected by the attorney-client privilege. If you believe that it has been sent to you in error, do not read it. Please immediately reply to the sender that you have received the message in error. Then delete it. Thank you.

2

RALLS107

Yes, DEJ Partners, LLC

Phone number is 818-638-0139.

**From:** Michael Melito <melito@melitolaw.com>
**Sent:** Monday, May 6, 2024 4:57 PM
**To:** Peter Thomas <peter@praxidicelaw.com>; Bob Kitsmiller <bob@podoll.net>
**Subject:** Re: DEJP Wiring Instructions
**Sensitivity:** Confidential

Pete,

Is your client's name on the bank account listed as: "DEJ Partners, LLC" ?
Also, we need the Bank's phone number and we should be good to go. Can you please send it?

Melito

---

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Monday, May 6, 2024 2:13 PM
**To:** Bob Kitsmiller <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Subject:** RE: DEJP Wiring Instructions

Bank name/address below

---

**From:** Peter Thomas
**Sent:** Sunday, May 5, 2024 10:08 AM
**To:** Bob Kitsmiller <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Subject:** DEJP Wiring Instructions
**Sensitivity:** Confidential

DEJ Partners, LLC wiring instructions are as follows:
Peter W. Thomas, Esq.
124 West Hyman, Ste 1-A
Aspen, Colorado 81611
Telephone: (970) 544-5900

*This e-mail message (and/or documents accompanying it) is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error and are an attorney or law firm, consult Title I of the Federal Electronic Communications Privacy Act of 1986 which requires you refrain from examining these materials. If you received the communication in error, please notify us immediately by telephone, to arrange return of the communication. Thank you.*

🌲 **Please consider the environment before printing this email**

RALLS108

## greg@mitchellps.com

**Subject:**          FW: Escrow Services

**Sensitivity:**       Confidential

---

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Tuesday, May 14, 2024 2:07 PM
**To:** Richardson, Dean <drichardson@fennemorelaw.com>; Bob Kitsmiller <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Cc:** Richardson, Dean <dean.richardson@moyewhite.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

This really shouldn't be so difficult guys. Ralls' refusal to answer a couple of simple questions is frustrating our ability to engage an Escrow Agent in compliance with mandatory covenants in the Binding Term Sheet. Get your client engaged in this process now so that we can get this buttoned up. We have another Status Report due to the Court this week and none of us want to have to report a breakdown.

Thanks, Pete

---

**From:** Peter Thomas
**Sent:** Friday, May 10, 2024 8:42 AM
**To:** 'Richardson, Dean' ; 'Bob Kitsmiller' ; 'Michael Melito'
**Cc:** 'Richardson, Dean'
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Gentlemen

For the fourth time, please promptly provide the information requested by the prospective escrow agent as we cannot move forward with engaging an escrow agent, as agreed and required by the Binding Term Sheet, without this information from Eric.

Thanks.

---

**From:** Peter Thomas
**Sent:** Wednesday, May 8, 2024 11:00 AM
**To:** Richardson, Dean <drichardson@fennemorelaw.com>; Bob Kitsmiller <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Cc:** Richardson, Dean <dean.richardson@moyewhite.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Ignoring the division of costs for the moment, we need answers from Eric to the questions posed by the prospective Escrow Agent. Most specifically being the question of the stock certificates.

---

**From:** Richardson, Dean <drichardson@fennemorelaw.com>
**Sent:** Wednesday, May 8, 2024 9:56 AM

1

**To:** Bob Kitsmiller <bob@podoll.net>; Peter Thomas <peter@praxidicelaw.com>; Michael Melito <melito@melitolaw.com>
**Cc:** Richardson, Dean <dean.richardson@moyewhite.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential


Of course – family first.

The binding term sheet speaks to the division – and it was agreed that it would be split three ways.

Dean


Dean E. Richardson
Director



3615 Delgany St, Suite 1100, Denver, CO 80216-3997
T: 303.291.3200 | F: 303.291.3201
drichardson@fennemorelaw.com

**CONFIDENTIALITY NOTICE:** The information contained in this message may be protected by the attorney-client privilege. If you believe that it has been sent to you in error, do not read it. Please immediately reply to the sender that you have received the message in error. Then delete it. Thank you.

---

**From:** Bob Kitsmiller <bob@podoll.net>
**Sent:** Wednesday, May 8, 2024 9:51 AM
**To:** Peter Thomas <peter@praxidicelaw.com>; Michael Melito <melito@melitolaw.com>
**Cc:** Richardson, Dean <dean.richardson@moyewhite.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Pete, I think Mike told you about some of Eric's issues with his family and his own health. I Will speak with him. One thing I noticed is that you or Dean wanted to divide the cost three ways. The escrow is really for you clients' benefit. I don't believe Eric should be required to share in the cost necessary to provide security to your clients.

---

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Wednesday, May 8, 2024 9:45 AM
**To:** Bob Kitsmiller <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Cc:** Dean Richardson <Dean.Richardson@moyewhite.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Bob and Mike,

I am following up again on the below regarding the Escrow Agent. Please advise.

2

RALLS110

Thanks, Pete

---

**From:** Peter Thomas
**Sent:** Monday, April 22, 2024 5:11 PM
**To:** Bob Kitsmiller <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Cc:** Dean Richardson <Dean.Richardson@moyewhite.com>
**Subject:** FW: Escrow Services
**Sensitivity:** Confidential

Bob and Mike,

Regarding the below questions asked by this potential escrow agent, can you confirm that Ralls will be delivering physical stock certificates?

---

**From:** Peter Thomas
**Sent:** Thursday, April 18, 2024 7:18 AM
**To:** Stites, Greg <Greg.Stites@truist.com>
**Cc:** Ward, Matthew <Matthew.Ward@truist.com>; Spinelli, Christopher <Christopher.Spinelli@truist.com>; Richardson, Dean <drichardson@fennemorelaw.com>; Patrick R. Akers <Patrick.Akers@moyewhite.com>; Michael Melito <melito@melitolaw.com>; Bob Kitsmiller <bob@podoll.net>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Greg,

It's a pleasure to meet you as well and I appreciate the quick follow up. I am looping all counsel involved in the case into this email thread. We will coordinate offline regarding the various questions you asked and circle back with you within the next few days.

Regards,

Peter W. Thomas, Esq.
124 West Hyman, Ste 1-A
Aspen, Colorado 81611
Telephone: (970) 544-5900



*This e-mail message (and/or documents accompanying it) is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error and are an attorney or law firm, consult Title I of the Federal Electronic Communications Privacy Act of 1986 which requires you refrain from examining these materials. If you received the communication in error, please notify us immediately by telephone, to arrange return of the communication. Thank you.*

 ***Please consider the environment before printing this email***

3

**From:** Stites, Greg <Greg.Stites@truist.com>
**Sent:** Wednesday, April 17, 2024 8:58 PM
**To:** Peter Thomas <peter@praxidicelaw.com>
**Cc:** Ward, Matthew <Matthew.Ward@truist.com>; Spinelli, Christopher <Christopher.Spinelli@truist.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Thanks Matt!

Hi Peter – great to meet you via email. We can serve as escrow agent for stock deposits within certain circumstances. Just a couple of questions below to help me make a determination:

- What type of stock will be deposited? Physical shares, book-entry at a transfer agent, DTC eligible?
- Who is the depositor of the shares? Entity or individual? US domestic or foreign?
- Who is the escrow counterparty/secured party or parties? I assume that the opposing parties will enter into the escrow agreement with the bank.
- What is the expected timing of the deposit and the expected duration of the escrow?

Please also keep in mind that we will need to enter into an escrow agreement, which will need to be negotiated between the parties (perhaps that is what you are working on in terms of escrow instructions?). And, we will need to complete KYC reviews of the parties entering into the escrow agreement with the bank. Please keep these factors in mind as you make plans.

I am copying the relationship manager we will be working with on this transaction, Chris Spinelli. He will assist in agreement negotiation/execution and will be helpful in making a determination as to our ability to accept the appointment.

I will be out of the office tomorrow and part of Friday, so please be sure to keep Chris in the loop. And please let me know if you have any questions for us.

Thanks!

**_Greg Stites, Senior Vice President_**
Corporate Trust & Escrow Services

**TRUIST HH**

3801 North Capital of Texas Hwy
Austin, TX 78746
(512) 574-7584
Greg.Stites@Truist.com

Greg Stites | LinkedIn
Greg Stites | Truist Bank

---

**From:** Ward, Matthew <Matthew.Ward@truist.com>
**Sent:** Wednesday, April 17, 2024 7:33 PM
**To:** Peter Thomas <peter@praxidicelaw.com>
**Cc:** Stites, Greg <Greg.Stites@truist.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

RALLS112

Hi Peter. Thanks for the email. I'd like to introduce you to my teammate, Greg Stites (copied), who is my counterpart covering the western part of the country. I've included Greg's contact information below as well. You'll be in excellent hands with Greg. I'll leave it to the two of you to connect on this transaction. Thanks!

***Greg Stites, Senior Vice President***
Corporate Trust & Escrow Services

**TRUIST** ⊞

3801 North Capital of Texas Hwy
Austin, TX 78746
(512) 574-7584
Greg.Stites@Truist.com

Best,


**Matthew Ward**
**Vice President**
**Business Development / Truist**
**Corporate Trust and Escrow Services**
919 E Main Street, 2nd FL, Richmond, VA 23219
Office: 804-782-7182
Mobile: 804-955-8997
matthew.ward@truist.com

---

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Wednesday, April 17, 2024 7:13 PM
**To:** Ward, Matthew <Matthew.Ward@truist.com>
**Subject:** Escrow Services
**Sensitivity:** Confidential

Hi Matt,

Tim Martin gave Dean Richardson at Fennemore and myself your name and recommended Truist as a potential escrow agent. Does Truist serve as escrow agents for shares of stock in companies? We have a case where the debtor has pledged his shares in various entities to secure two large payments. We are working on escrow instructions now. Let us know if this is a service you perform, what the fee would be, and whatever else we need to know.

Regards, Pete Thomas

Peter W. Thomas, Esq.
124 West Hyman, Ste 1-A
Aspen, Colorado 81611
Telephone: (970) 544-5900



5

RALLS113

*This e-mail message (and/or documents accompanying it) is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error and are an attorney or law firm, consult Title I of the Federal Electronic Communications Privacy Act of 1986 which requires you refrain from examining these materials. If you received the communication in error, please notify us immediately by telephone, to arrange return of the communication. Thank you.*

 ***Please consider the environment before printing this email***

*The information transmitted is intended solely for the individual or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of or taking action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you have received this email in error please contact the sender and delete the material from any computer.*

RALLS114

**greg@mitchellps.com**

---

**Subject:**         FW: Escrow Services

**Sensitivity:**     Confidential

---

**From:** Michael Melito <melito@melitolaw.com>
**Sent:** Thursday, May 16, 2024 2:54 PM
**To:** Peter Thomas <peter@praxidicelaw.com>; Richardson, Dean <drichardson@fennemorelaw.com>; Bob Kitsmiller <bob@podoll.net>
**Subject:** Re: Escrow Services
**Sensitivity:** Confidential

Pete,
I'm terribly sorry to say that we have been unable to connect with Eric to have a meaningful conversation. It's not for a lack of trying. Unfortunately, his brother's severe medical problems have had Eric extremely tied up. We understand he is taking care of his brother's children and assisting in other matters to help out during this family tragedy.

By way of example, we spoke to Eric yesterday but only for a few moments. Even then it was only enough time to schedule a call for today because he had to hurry off the phone.

I know we need to keep the court informed, but Eric's family medical issues are significant.

I sincerely appreciate your patience.

Melito

---

**From:** Peter Thomas
**Sent:** Tuesday, May 14, 2024 2:07 PM
**To:** Richardson, Dean ; Bob Kitsmiller ; Michael Melito
**Cc:** Richardson, Dean
**Subject:** RE: Escrow Services
This really shouldn't be so difficult guys. Ralls' refusal to answer a couple of simple questions is frustrating our ability to engage an Escrow Agent in compliance with mandatory covenants in the Binding Term Sheet. Get your client engaged in this process now so that we can get this buttoned up. We have another Status Report due to the Court this week and none of us want to have to report a breakdown.
Thanks, Pete

---

**From:** Peter Thomas
**Sent:** Friday, May 10, 2024 8:42 AM
**To:** 'Richardson, Dean' ; 'Bob Kitsmiller' ; 'Michael Melito'
**Cc:** 'Richardson, Dean'
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential
Gentlemen
For the fourth time, please promptly provide the information requested by the prospective escrow agent as we cannot move forward with engaging an escrow agent, as agreed and required by the Binding Term Sheet, without this information from Eric.

1

Thanks.

**From:** Peter Thomas
**Sent:** Wednesday, May 8, 2024 11:00 AM
**To:** Richardson, Dean <drichardson@fennemorelaw.com>; Bob Kitsmiller <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Cc:** Richardson, Dean <dean.richardson@moyewhite.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential
Ignoring the division of costs for the moment, we need answers from Eric to the questions posed by the prospective Escrow Agent. Most specifically being the question of the stock certificates.

**From:** Richardson, Dean <drichardson@fennemorelaw.com>
**Sent:** Wednesday, May 8, 2024 9:56 AM
**To:** Bob Kitsmiller <bob@podoll.net>; Peter Thomas <peter@praxidicelaw.com>; Michael Melito <melito@melitolaw.com>
**Cc:** Richardson, Dean <dean.richardson@moyewhite.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential
Of course – family first.
The binding term sheet speaks to the division – and it was agreed that it would be split three ways.
Dean


Dean E. Richardson
Director




3615 Delgany St, Suite 1100, Denver, CO 80216-3997
T: 303.291.3200 | F: 303.291.3201
drichardson@fennemorelaw.com

**CONFIDENTIALITY NOTICE:** The information contained in this message may be protected by the attorney-client privilege. If you believe that it has been sent to you in error, do not read it. Please immediately reply to the sender that you have received the message in error. Then delete it. Thank you.

**From:** Bob Kitsmiller <bob@podoll.net>
**Sent:** Wednesday, May 8, 2024 9:51 AM
**To:** Peter Thomas <peter@praxidicelaw.com>; Michael Melito <melito@melitolaw.com>
**Cc:** Richardson, Dean <dean.richardson@moyewhite.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential
Pete, I think Mike told you about some of Eric's issues with his family and his own health. I Will speak with him. One thing I noticed is that you or Dean wanted to divide the cost three ways. The escrow is really for you clients' benefit. I don't believe Eric should be required to share in the cost necessary to provide security to your clients.

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Wednesday, May 8, 2024 9:45 AM
**To:** Bob Kitsmiller <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Cc:** Dean Richardson <Dean.Richardson@moyewhite.com>

RALLS116

**Subject:** RE: Escrow Services
**Sensitivity:** Confidential
Bob and Mike,
I am following up again on the below regarding the Escrow Agent. Please advise.
Thanks, Pete

**From:** Peter Thomas
**Sent:** Monday, April 22, 2024 5:11 PM
**To:** Bob Kitsmiller <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Cc:** Dean Richardson <Dean.Richardson@moyewhite.com>
**Subject:** FW: Escrow Services
**Sensitivity:** Confidential
Bob and Mike,
Regarding the below questions asked by this potential escrow agent, can you confirm that Ralls will be delivering physical stock certificates?

**From:** Peter Thomas
**Sent:** Thursday, April 18, 2024 7:18 AM
**To:** Stites, Greg <Greg.Stites@truist.com>
**Cc:** Ward, Matthew <Matthew.Ward@truist.com>; Spinelli, Christopher <Christopher.Spinelli@truist.com>; Richardson, Dean <drichardson@fennemorelaw.com>; Patrick R. Akers <Patrick.Akers@moyewhite.com>; Michael Melito <melito@melitolaw.com>; Bob Kitsmiller <bob@podoll.net>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential
Greg,
It's a pleasure to meet you as well and I appreciate the quick follow up. I am looping all counsel involved in the case into this email thread. We will coordinate offline regarding the various questions you asked and circle back with you within the next few days.
Regards,
Peter W. Thomas, Esq.
124 West Hyman, Ste 1-A
Aspen, Colorado 81611
Telephone: (970) 544-5900

## PRAXIDICE
### A LITIGATION AND TRIAL FIRM

*This e-mail message (and/or documents accompanying it) is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error and are an attorney or law firm, consult Title I of the Federal Electronic Communications Privacy Act of 1986 which requires you refrain from examining these materials. If you received the communication in error, please notify us immediately by telephone, to arrange return of the communication. Thank you.*

🌲 *Please consider the environment before printing this email*

**From:** Stites, Greg <Greg.Stites@truist.com>
**Sent:** Wednesday, April 17, 2024 8:58 PM
**To:** Peter Thomas <peter@praxidicelaw.com>
**Cc:** Ward, Matthew <Matthew.Ward@truist.com>; Spinelli, Christopher <Christopher.Spinelli@truist.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential
Thanks Matt!
Hi Peter – great to meet you via email. We can serve as escrow agent for stock deposits within certain circumstances. Just a couple of questions below to help me make a determination:

3

RALLS117

- What type of stock will be deposited? Physical shares, book-entry at a transfer agent, DTC eligible?
- Who is the depositor of the shares? Entity or individual? US domestic or foreign?
- Who is the escrow counterparty/secured party or parties? I assume that the opposing parties will enter into the escrow agreement with the bank.
- What is the expected timing of the deposit and the expected duration of the escrow?

Please also keep in mind that we will need to enter into an escrow agreement, which will need to be negotiated between the parties (perhaps that is what you are working on in terms of escrow instructions?). And, we will need to complete KYC reviews of the parties entering into the escrow agreement with the bank. Please keep these factors in mind as you make plans.

I am copying the relationship manager we will be working with on this transaction, Chris Spinelli. He will assist in agreement negotiation/execution and will be helpful in making a determination as to our ability to accept the appointment.

I will be out of the office tomorrow and part of Friday, so please be sure to keep Chris in the loop. And please let me know if you have any questions for us.

Thanks!

***Greg Stites, Senior Vice President***
Corporate Trust & Escrow Services

**TRUIST** ⊞

3801 North Capital of Texas Hwy
Austin, TX 78746
(512) 574-7584
Greg.Stites@Truist.com
Greg Stites | LinkedIn
Greg Stites | Truist Bank

---

**From:** Ward, Matthew <Matthew.Ward@truist.com>
**Sent:** Wednesday, April 17, 2024 7:33 PM
**To:** Peter Thomas <peter@praxidicelaw.com>
**Cc:** Stites, Greg <Greg.Stites@truist.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Hi Peter. Thanks for the email. I'd like to introduce you to my teammate, Greg Stites (copied), who is my counterpart covering the western part of the country. I've included Greg's contact information below as well. You'll be in excellent hands with Greg. I'll leave it to the two of you to connect on this transaction. Thanks!

***Greg Stites, Senior Vice President***
Corporate Trust & Escrow Services

**TRUIST** ⊞

3801 North Capital of Texas Hwy
Austin, TX 78746
(512) 574-7584
Greg.Stites@Truist.com
Best,
**Matthew Ward**
**Vice President**
**Business Development / Truist**
**Corporate Trust and Escrow Services**
919 E Main Street, 2nd FL, Richmond, VA 23219
Office: 804-782-7182
Mobile: 804-955-8997
matthew.ward@truist.com

RALLS118

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Wednesday, April 17, 2024 7:13 PM
**To:** Ward, Matthew <Matthew.Ward@truist.com>
**Subject:** Escrow Services
**Sensitivity:** Confidential

Hi Matt,

Tim Martin gave Dean Richardson at Fennemore and myself your name and recommended Truist as a potential escrow agent. Does Truist serve as escrow agents for shares of stock in companies? We have a case where the debtor has pledged his shares in various entities to secure two large payments. We are working on escrow instructions now. Let us know if this is a service you perform, what the fee would be, and whatever else we need to know.

Regards, Pete Thomas

Peter W. Thomas, Esq.
124 West Hyman, Ste 1-A
Aspen, Colorado 81611
Telephone: (970) 544-5900



PRAXIDICE
A LITIGATION AND TRIAL FIRM

*This e-mail message (and/or documents accompanying it) is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error and are an attorney or law firm, consult Title I of the Federal Electronic Communications Privacy Act of 1986 which requires you refrain from examining these materials. If you received the communication in error, please notify us immediately by telephone, to arrange return of the communication. Thank you.*

🌲 **Please consider the environment before printing this email**

*The information transmitted is intended solely for the individual or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of or taking action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you have received this email in error please contact the sender and delete the material from any computer.*

5

**greg@mitchellps.com**

| | |
|---|---|
| **Subject:** | FW: Escrow Services |
| **Sensitivity:** | Confidential |

**From:** Richardson, Dean <drichardson@fennemorelaw.com>
**Sent:** Wednesday, May 29, 2024 2:39 PM
**To:** 'Bob Kitsmiller' <bob@podoll.net>; 'Peter Thomas' <peter@praxidicelaw.com>; Michael Melito <melito@melitolaw.com>
**Cc:** Richardson, Dean <dean.richardson@moyewhite.com>; Akers, Patrick <pakers@fennemorelaw.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Guys – any movement here?
While we are fine speaking to the court – we really want to square this away prior to having to do that.
Let us know,
Dean

## Dean E. Richardson
Director



3615 Delgany St, Suite 1100, Denver, CO 80216-3997
T: 303.291.3200 | F: 303.291.3201
drichardson@fennemorelaw.com

**CONFIDENTIALITY NOTICE:** The information contained in this message may be protected by the attorney-client privilege. If you believe that it has been sent to you in error, do not read it. Please immediately reply to the sender that you have received the message in error. Then delete it. Thank you.

**From:** Richardson, Dean
**Sent:** Wednesday, May 8, 2024 9:56 AM
**To:** 'Bob Kitsmiller' ; 'Peter Thomas' ; 'Michael Melito'
**Cc:** Richardson, Dean
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential
Of course – family first.
The binding term sheet speaks to the division – and it was agreed that it would be split three ways.
Dean

**From:** Bob Kitsmiller <bob@podoll.net>
**Sent:** Wednesday, May 8, 2024 9:51 AM
**To:** Peter Thomas <peter@praxidicelaw.com>; Michael Melito <melito@melitolaw.com>
**Cc:** Richardson, Dean <dean.richardson@moyewhite.com>

1

RALLS120

**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Pete, I think Mike told you about some of Eric's issues with his family and his own health. I Will speak with him. One thing I noticed is that you or Dean wanted to divide the cost three ways. The escrow is really for you clients' benefit. I don't believe Eric should be required to share in the cost necessary to provide security to your clients.

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Wednesday, May 8, 2024 9:45 AM
**To:** Bob Kitsmiller <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Cc:** Dean Richardson <Dean.Richardson@moyewhite.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Bob and Mike,
I am following up again on the below regarding the Escrow Agent. Please advise.
Thanks, Pete

**From:** Peter Thomas
**Sent:** Monday, April 22, 2024 5:11 PM
**To:** Bob Kitsmiller <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Cc:** Dean Richardson <Dean.Richardson@moyewhite.com>
**Subject:** FW: Escrow Services
**Sensitivity:** Confidential

Bob and Mike,
Regarding the below questions asked by this potential escrow agent, can you confirm that Ralls will be delivering physical stock certificates?

**From:** Peter Thomas
**Sent:** Thursday, April 18, 2024 7:18 AM
**To:** Stites, Greg <Greg.Stites@truist.com>
**Cc:** Ward, Matthew <Matthew.Ward@truist.com>; Spinelli, Christopher <Christopher.Spinelli@truist.com>; Richardson, Dean <drichardson@fennemorelaw.com>; Patrick R. Akers <Patrick.Akers@moyewhite.com>; Michael Melito <melito@melitolaw.com>; Bob Kitsmiller <bob@podoll.net>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Greg,
It's a pleasure to meet you as well and I appreciate the quick follow up. I am looping all counsel involved in the case into this email thread. We will coordinate offline regarding the various questions you asked and circle back with you within the next few days.
Regards,
Peter W. Thomas, Esq.
124 West Hyman, Ste 1-A
Aspen, Colorado 81611
Telephone: (970) 544-5900

**PRAXIDICE**
A LITIGATION AND TRIAL FIRM

*This e-mail message (and/or documents accompanying it) is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error and are an attorney or law firm, consult Title I of the Federal Electronic Communications Privacy Act of 1986 which requires you refrain from examining these materials. If you received the communication in error, please notify us immediately by telephone, to arrange return of the communication. Thank you.*

🌲 *Please consider the environment before printing this email*

RALLS121

**From:** Stites, Greg <Greg.Stites@truist.com>
**Sent:** Wednesday, April 17, 2024 8:58 PM
**To:** Peter Thomas <peter@praxidicelaw.com>
**Cc:** Ward, Matthew <Matthew.Ward@truist.com>; Spinelli, Christopher <Christopher.Spinelli@truist.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Thanks Matt!

Hi Peter – great to meet you via email. We can serve as escrow agent for stock deposits within certain circumstances. Just a couple of questions below to help me make a determination:

- What type of stock will be deposited? Physical shares, book-entry at a transfer agent, DTC eligible?
- Who is the depositor of the shares? Entity or individual? US domestic or foreign?
- Who is the escrow counterparty/secured party or parties? I assume that the opposing parties will enter into the escrow agreement with the bank.
- What is the expected timing of the deposit and the expected duration of the escrow?

Please also keep in mind that we will need to enter into an escrow agreement, which will need to be negotiated between the parties (perhaps that is what you are working on in terms of escrow instructions?). And, we will need to complete KYC reviews of the parties entering into the escrow agreement with the bank. Please keep these factors in mind as you make plans.

I am copying the relationship manager we will be working with on this transaction, Chris Spinelli. He will assist in agreement negotiation/execution and will be helpful in making a determination as to our ability to accept the appointment.

I will be out of the office tomorrow and part of Friday, so please be sure to keep Chris in the loop. And please let me know if you have any questions for us.

Thanks!

***Greg Stites, Senior Vice President***
Corporate Trust & Escrow Services

**TRUIST** ⊞

3801 North Capital of Texas Hwy
Austin, TX 78746
(512) 574-7584
Greg.Stites@Truist.com
Greg Stites | LinkedIn
Greg Stites | Truist Bank

**From:** Ward, Matthew <Matthew.Ward@truist.com>
**Sent:** Wednesday, April 17, 2024 7:33 PM
**To:** Peter Thomas <peter@praxidicelaw.com>
**Cc:** Stites, Greg <Greg.Stites@truist.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Hi Peter. Thanks for the email. I'd like to introduce you to my teammate, Greg Stites (copied), who is my counterpart covering the western part of the country. I've included Greg's contact information below as well. You'll be in excellent hands with Greg. I'll leave it to the two of you to connect on this transaction. Thanks!

***Greg Stites, Senior Vice President***
Corporate Trust & Escrow Services

**TRUIST** ⊞

3801 North Capital of Texas Hwy
Austin, TX 78746
(512) 574-7584
Greg.Stites@Truist.com
Best,

3

RALLS122

**Matthew Ward**
**Vice President**
**Business Development / Truist**
**Corporate Trust and Escrow Services**
919 E Main Street, 2nd FL, Richmond, VA 23219
Office: 804-782-7182
Mobile: 804-955-8997
matthew.ward@truist.com

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Wednesday, April 17, 2024 7:13 PM
**To:** Ward, Matthew <Matthew.Ward@truist.com>
**Subject:** Escrow Services
**Sensitivity:** Confidential

Hi Matt,

Tim Martin gave Dean Richardson at Fennemore and myself your name and recommended Truist as a potential escrow agent. Does Truist serve as escrow agents for shares of stock in companies? We have a case where the debtor has pledged his shares in various entities to secure two large payments. We are working on escrow instructions now. Let us know if this is a service you perform, what the fee would be, and whatever else we need to know.

Regards, Pete Thomas

Peter W. Thomas, Esq.
124 West Hyman, Ste 1-A
Aspen, Colorado 81611
Telephone: (970) 544-5900

## PRAXIDICE
A LITIGATION AND TRIAL FIRM

*This e-mail message (and/or documents accompanying it) is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error and are an attorney or law firm, consult Title I of the Federal Electronic Communications Privacy Act of 1986 which requires you refrain from examining these materials. If you received the communication in error, please notify us immediately by telephone, to arrange return of the communication. Thank you.*

 *Please consider the environment before printing this email*

*The information transmitted is intended solely for the individual or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of or taking action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you have received this email in error please contact the sender and delete the material from any computer.*

RALLS123

**greg@mitchellps.com**

**Subject:**       FW: Escrow Services

**Sensitivity:**       Confidential

**From:** Michael Melito
**Sent:** Thursday, May 30, 2024 1:28 AM
**To:** Richardson, Dean <drichardson@fennemorelaw.com>
**Cc:** Bob Kitsmiller <bob@podoll.net>; Peter Thomas <peter@praxidicelaw.com>; Richardson, Dean <dean.richardson@moyewhite.com>; Akers, Patrick <pakers@fennemorelaw.com>
**Subject:** Re: Escrow Services
**Sensitivity:** Confidential

Guys,
I'm out of the country and not back to work until the 14th.
Regards,

Michael Melito, Esq.
Melito Law LLC
Melito@melitolaw.com
719.205.1684

CONFIDENTIALITY NOTICE: This e-mail and any attached files contain information belonging to the sender and intended recipient listed above that may be confidential and subject to attorney-client, attorney work product, and/or investigative privileges. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this e-mail is strictly prohibited.

On May 29, 2024, at 22:38, Richardson, Dean wrote:

Guys – any movement here?
While we are fine speaking to the court – we really want to square this away prior to having to do that.
Let us know,
Dean

**Dean E. Richardson**
Director

3615 Delgany St, Suite 1100, Denver, CO 80216-3997
T: 303.291.3200 | F: 303.291.3201
drichardson@fennemorelaw.com

1

RALLS124

CONFIDENTIALITY NOTICE: The information contained in this message may be protected by the attorney-client privilege. If you believe that it has been sent to you in error, do not read it. Please immediately reply to the sender that you have received the message in error. Then delete it. Thank you.

**From:** Richardson, Dean
**Sent:** Wednesday, May 8, 2024 9:56 AM
**To:** 'Bob Kitsmiller' ; 'Peter Thomas' ; 'Michael Melito'
**Cc:** Richardson, Dean
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential
Of course – family first.
The binding term sheet speaks to the division – and it was agreed that it would be split three ways.
Dean

**From:** Bob Kitsmiller <bob@podoll.net>
**Sent:** Wednesday, May 8, 2024 9:51 AM
**To:** Peter Thomas <peter@praxidicelaw.com>; Michael Melito <melito@melitolaw.com>
**Cc:** Richardson, Dean <dean.richardson@moyewhite.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential
Pete, I think Mike told you about some of Eric's issues with his family and his own health. I Will speak with him. One thing I noticed is that you or Dean wanted to divide the cost three ways. The escrow is really for you clients' benefit. I don't believe Eric should be required to share in the cost necessary to provide security to your clients.

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Wednesday, May 8, 2024 9:45 AM
**To:** Bob Kitsmiller <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Cc:** Dean Richardson <Dean.Richardson@moyewhite.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential
Bob and Mike,
I am following up again on the below regarding the Escrow Agent. Please advise.
Thanks, Pete

**From:** Peter Thomas
**Sent:** Monday, April 22, 2024 5:11 PM
**To:** Bob Kitsmiller <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Cc:** Dean Richardson <Dean.Richardson@moyewhite.com>
**Subject:** FW: Escrow Services
**Sensitivity:** Confidential
Bob and Mike,
Regarding the below questions asked by this potential escrow agent, can you confirm that Ralls will be delivering physical stock certificates?

**From:** Peter Thomas
**Sent:** Thursday, April 18, 2024 7:18 AM
**To:** Stites, Greg <Greg.Stites@truist.com>
**Cc:** Ward, Matthew <Matthew.Ward@truist.com>; Spinelli, Christopher <Christopher.Spinelli@truist.com>; Richardson, Dean <drichardson@fennemorelaw.com>; Patrick R. Akers <Patrick.Akers@moyewhite.com>; Michael Melito <melito@melitolaw.com>; Bob Kitsmiller <bob@podoll.net>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

RALLS125

Greg,

It's a pleasure to meet you as well and I appreciate the quick follow up. I am looping all counsel involved in the case into this email thread. We will coordinate offline regarding the various questions you asked and circle back with you within the next few days.

Regards,

Peter W. Thomas, Esq.

124 West Hyman, Ste 1-A

Aspen, Colorado 81611

Telephone: (970) 544-5900

*This e-mail message (and/or documents accompanying it) is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error and are an attorney or law firm, consult Title I of the Federal Electronic Communications Privacy Act of 1986 which requires you refrain from examining these materials. If you received the communication in error, please notify us immediately by telephone, to arrange return of the communication. Thank you.*

 ***Please consider the environment before printing this email***

**From:** Stites, Greg <Greg.Stites@truist.com>

**Sent:** Wednesday, April 17, 2024 8:58 PM

**To:** Peter Thomas <peter@praxidicelaw.com>

**Cc:** Ward, Matthew <Matthew.Ward@truist.com>; Spinelli, Christopher <Christopher.Spinelli@truist.com>

**Subject:** RE: Escrow Services

**Sensitivity:** Confidential

Thanks Matt!

Hi Peter – great to meet you via email. We can serve as escrow agent for stock deposits within certain circumstances. Just a couple of questions below to help me make a determination:

1. What type of stock will be deposited? Physical shares, book-entry at a transfer agent, DTC eligible?
2. Who is the depositor of the shares? Entity or individual? US domestic or foreign?
3. Who is the escrow counterparty/secured party or parties? I assume that the opposing parties will enter into the escrow agreement with the bank.
4. What is the expected timing of the deposit and the expected duration of the escrow?

Please also keep in mind that we will need to enter into an escrow agreement, which will need to be negotiated between the parties (perhaps that is what you are working on in terms of escrow instructions?). And, we will need to complete KYC reviews of the parties entering into the escrow agreement with the bank. Please keep these factors in mind as you make plans.

I am copying the relationship manager we will be working with on this transaction, Chris Spinelli. He will assist in agreement negotiation/execution and will be helpful in making a determination as to our ability to accept the appointment.

I will be out of the office tomorrow and part of Friday, so please be sure to keep Chris in the loop. And please let me know if you have any questions for us.

Thanks!

***Greg Stites, Senior Vice President***

Corporate Trust & Escrow Services

3801 North Capital of Texas Hwy

Austin, TX 78746

(512) 574-7584

RALLS126

Greg.Stites@Truist.com
Greg Stites | LinkedIn
Greg Stites | Truist Bank

**From:** Ward, Matthew <Matthew.Ward@truist.com>
**Sent:** Wednesday, April 17, 2024 7:33 PM
**To:** Peter Thomas <peter@praxidicelaw.com>
**Cc:** Stites, Greg <Greg.Stites@truist.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Hi Peter. Thanks for the email. I'd like to introduce you to my teammate, Greg Stites (copied), who is my counterpart covering the western part of the country. I've included Greg's contact information below as well. You'll be in excellent hands with Greg. I'll leave it to the two of you to connect on this transaction. Thanks!

***Greg Stites, Senior Vice President***
Corporate Trust & Escrow Services
3801 North Capital of Texas Hwy
Austin, TX 78746
(512) 574-7584
Greg.Stites@Truist.com

Best,

**Matthew Ward**
**Vice President**
**Business Development / Truist**
**Corporate Trust and Escrow Services**
919 E Main Street, 2nd FL, Richmond, VA 23219
Office: 804-782-7182
Mobile: 804-955-8997
matthew.ward@truist.com

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Wednesday, April 17, 2024 7:13 PM
**To:** Ward, Matthew <Matthew.Ward@truist.com>
**Subject:** Escrow Services
**Sensitivity:** Confidential

Hi Matt,

Tim Martin gave Dean Richardson at Fennemore and myself your name and recommended Truist as a potential escrow agent. Does Truist serve as escrow agents for shares of stock in companies? We have a case where the debtor has pledged his shares in various entities to secure two large payments. We are working on escrow instructions now. Let us know if this is a service you perform, what the fee would be, and whatever else we need to know.

Regards, Pete Thomas
Peter W. Thomas, Esq.
124 West Hyman, Ste 1-A
Aspen, Colorado 81611
Telephone: (970) 544-5900

*This e-mail message (and/or documents accompanying it) is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error and are an attorney or law firm, consult Title I of the Federal Electronic Communications Privacy Act of 1986*

4

RALLS127

*which requires you refrain from examining these materials. If you received the communication in error, please notify us immediately by telephone, to arrange return of the communication. Thank you.*

 ***Please consider the environment before printing this email***

*The information transmitted is intended solely for the individual or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of or taking action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you have received this email in error please contact the sender and delete the material from any computer.*

5

RALLS128

## greg@mitchellps.com

**Subject:**          FW: Escrow Services

**Sensitivity:**       Confidential

---

**From:** Bob Kitsmiller <bob@podoll.net>
**Sent:** Thursday, May 30, 2024 2:45 AM
**To:** Michael Melito <melito@melitolaw.com>
**Cc:** Richardson, Dean <drichardson@fennemorelaw.com>; Peter Thomas <peter@praxidicelaw.com>; Richardson, Dean <dean.richardson@moyewhite.com>; Akers, Patrick <pakers@fennemorelaw.com>
**Subject:** Re: Escrow Services
**Sensitivity:** Confidential

I have a call scheduled tomorrow afternoon with Eric. I'll get back to you on Friday.

Robert Kitsmiller, Esq.
Podoll & Podoll, P.C.
5619 DTC Parkway, Suite 1100
Greenwood Village, CO 80111
(303) 861-4000

> On May 30, 2024, at 1:27 AM, Michael Melito wrote:
>
> Guys,
> I'm out of the country and not back to work until the 14th.
> Regards,
>
> Michael Melito, Esq.
> Melito Law LLC
> Melito@melitolaw.com
> 719.205.1684
>
>
> CONFIDENTIALITY NOTICE: This e-mail and any attached files contain information belonging to the sender and intended recipient listed above that may be confidential and subject to attorney-client, attorney work product, and/or investigative privileges. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this e-mail is strictly prohibited.
>
>
>> On May 29, 2024, at 22:38, Richardson, Dean wrote:
>>
>>
>> Guys – any movement here?
>> While we are fine speaking to the court – we really want to square this away prior to having to do that.

1

RALLS129

Let us know,
Dean

**Dean E. Richardson**
Director

3615 Delgany St, Suite 1100, Denver, CO 80216-3997
T: 303.291.3200 | F: 303.291.3201
drichardson@fennemorelaw.com

**CONFIDENTIALITY NOTICE:** The information contained in this message may be protected by the attorney-client privilege. If you believe that it has been sent to you in error, do not read it. Please immediately reply to the sender that you have received the message in error. Then delete it. Thank you.

**From:** Richardson, Dean
**Sent:** Wednesday, May 8, 2024 9:56 AM
**To:** 'Bob Kitsmiller' ; 'Peter Thomas' ; 'Michael Melito'
**Cc:** Richardson, Dean
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential
Of course – family first.
The binding term sheet speaks to the division – and it was agreed that it would be split three ways.
Dean

**From:** Bob Kitsmiller <bob@podoll.net>
**Sent:** Wednesday, May 8, 2024 9:51 AM
**To:** Peter Thomas <peter@praxidicelaw.com>; Michael Melito <melito@melitolaw.com>
**Cc:** Richardson, Dean <dean.richardson@moyewhite.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential
Pete, I think Mike told you about some of Eric's issues with his family and his own health. I Will speak with him. One thing I noticed is that you or Dean wanted to divide the cost three ways. The escrow is really for you clients' benefit. I don't believe Eric should be required to share in the cost necessary to provide security to your clients.

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Wednesday, May 8, 2024 9:45 AM
**To:** Bob Kitsmiller <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Cc:** Dean Richardson <Dean.Richardson@moyewhite.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential
Bob and Mike,
I am following up again on the below regarding the Escrow Agent. Please advise.
Thanks, Pete

**From:** Peter Thomas
**Sent:** Monday, April 22, 2024 5:11 PM

2

RALLS130

**To:** Bob Kitsmiller <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Cc:** Dean Richardson <Dean.Richardson@moyewhite.com>
**Subject:** FW: Escrow Services
**Sensitivity:** Confidential

Bob and Mike,

Regarding the below questions asked by this potential escrow agent, can you confirm that Ralls will be delivering physical stock certificates?

**From:** Peter Thomas
**Sent:** Thursday, April 18, 2024 7:18 AM
**To:** Stites, Greg <Greg.Stites@truist.com>
**Cc:** Ward, Matthew <Matthew.Ward@truist.com>; Spinelli, Christopher <Christopher.Spinelli@truist.com>; Richardson, Dean <drichardson@fennemorelaw.com>; Patrick R. Akers <Patrick.Akers@moyewhite.com>; Michael Melito <melito@melitolaw.com>; Bob Kitsmiller <bob@podoll.net>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Greg,

It's a pleasure to meet you as well and I appreciate the quick follow up. I am looping all counsel involved in the case into this email thread. We will coordinate offline regarding the various questions you asked and circle back with you within the next few days.

Regards,

Peter W. Thomas, Esq.
124 West Hyman, Ste 1-A
Aspen, Colorado 81611
Telephone: (970) 544-5900

*This e-mail message (and/or documents accompanying it) is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error and are an attorney or law firm, consult Title I of the Federal Electronic Communications Privacy Act of 1986 which requires you refrain from examining these materials. If you received the communication in error, please notify us immediately by telephone, to arrange return of the communication. Thank you.*

 ***Please consider the environment before printing this email***

**From:** Stites, Greg <Greg.Stites@truist.com>
**Sent:** Wednesday, April 17, 2024 8:58 PM
**To:** Peter Thomas <peter@praxidicelaw.com>
**Cc:** Ward, Matthew <Matthew.Ward@truist.com>; Spinelli, Christopher <Christopher.Spinelli@truist.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Thanks Matt!

Hi Peter – great to meet you via email. We can serve as escrow agent for stock deposits within certain circumstances. Just a couple of questions below to help me make a determination:

RALLS131

1. What type of stock will be deposited? Physical shares, book-entry at a transfer agent, DTC eligible?
2. Who is the depositor of the shares? Entity or individual? US domestic or foreign?
3. Who is the escrow counterparty/secured party or parties? I assume that the opposing parties will enter into the escrow agreement with the bank.
4. What is the expected timing of the deposit and the expected duration of the escrow?

Please also keep in mind that we will need to enter into an escrow agreement, which will need to be negotiated between the parties (perhaps that is what you are working on in terms of escrow instructions?). And, we will need to complete KYC reviews of the parties entering into the escrow agreement with the bank. Please keep these factors in mind as you make plans.

I am copying the relationship manager we will be working with on this transaction, Chris Spinelli. He will assist in agreement negotiation/execution and will be helpful in making a determination as to our ability to accept the appointment.

I will be out of the office tomorrow and part of Friday, so please be sure to keep Chris in the loop. And please let me know if you have any questions for us.

Thanks!

***Greg Stites, Senior Vice President***
Corporate Trust & Escrow Services
3801 North Capital of Texas Hwy
Austin, TX 78746
(512) 574-7584
Greg.Stites@Truist.com
Greg Stites | LinkedIn
Greg Stites | Truist Bank

**From:** Ward, Matthew <Matthew.Ward@truist.com>
**Sent:** Wednesday, April 17, 2024 7:33 PM
**To:** Peter Thomas <peter@praxidicelaw.com>
**Cc:** Stites, Greg <Greg.Stites@truist.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Hi Peter. Thanks for the email. I'd like to introduce you to my teammate, Greg Stites (copied), who is my counterpart covering the western part of the country. I've included Greg's contact information below as well. You'll be in excellent hands with Greg. I'll leave it to the two of you to connect on this transaction. Thanks!

***Greg Stites, Senior Vice President***
Corporate Trust & Escrow Services
3801 North Capital of Texas Hwy
Austin, TX 78746
(512) 574-7584
Greg.Stites@Truist.com

Best,
**Matthew Ward**
**Vice President**
**Business Development / Truist**
**Corporate Trust and Escrow Services**
919 E Main Street, 2nd FL, Richmond, VA 23219
Office: 804-782-7182
Mobile: 804-955-8997
matthew.ward@truist.com

4

RALLS132

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Wednesday, April 17, 2024 7:13 PM
**To:** Ward, Matthew <Matthew.Ward@truist.com>
**Subject:** Escrow Services
**Sensitivity:** Confidential

Hi Matt,

Tim Martin gave Dean Richardson at Fennemore and myself your name and recommended Truist as a potential escrow agent. Does Truist serve as escrow agents for shares of stock in companies? We have a case where the debtor has pledged his shares in various entities to secure two large payments. We are working on escrow instructions now. Let us know if this is a service you perform, what the fee would be, and whatever else we need to know.

Regards, Pete Thomas

Peter W. Thomas, Esq.
124 West Hyman, Ste 1-A
Aspen, Colorado 81611
Telephone: (970) 544-5900

*This e-mail message (and/or documents accompanying it) is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error and are an attorney or law firm, consult Title I of the Federal Electronic Communications Privacy Act of 1986 which requires you refrain from examining these materials. If you received the communication in error, please notify us immediately by telephone, to arrange return of the communication. Thank you.*

 ***Please consider the environment before printing this email***

*The information transmitted is intended solely for the individual or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of or taking action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you have received this email in error please contact the sender and delete the material from any computer.*

RALLS133

**greg@mitchellps.com**

---

**Subject:**          FW: Escrow Services

**Sensitivity:**       Confidential

---

**From:** Bob Kitsmiller <bob@podoll.net>
**Sent:** Friday, May 31, 2024 9:15 AM
**To:** Richardson, Dean <drichardson@fennemorelaw.com>
**Cc:** Peter Thomas <peter@praxidicelaw.com>; Michael Melito <melito@melitolaw.com>; Richardson, Dean <dean.richardson@moyewhite.com>; Akers, Patrick <pakers@fennemorelaw.com>
**Subject:** Re: Escrow Services
**Sensitivity:** Confidential

Dean and Pete, can we have a phone conference on Monday to finalize the docs? I'm generally available then.

Robert Kitsmiller, Esq.
Podoll & Podoll, P.C.
5619 DTC Parkway, Suite 1100
Greenwood Village, CO 80111
(303) 861-4000

On May 29, 2024, at 2:38 PM, Richardson, Dean wrote:

Guys – any movement here?
While we are fine speaking to the court – we really want to square this away prior to having to do that.
Let us know,
Dean

Dean E. Richardson
Director

3615 Delgany St, Suite 1100, Denver, CO 80216-3997
T: 303.291.3200 | F: 303.291.3201
drichardson@fennemorelaw.com

**CONFIDENTIALITY NOTICE:** The information contained in this message may be protected by the attorney-client privilege. If you believe that it has been sent to you in error, do not read it. Please immediately reply to the sender that you have received the message in error. Then delete it. Thank you.

RALLS134

**From:** Richardson, Dean
**Sent:** Wednesday, May 8, 2024 9:56 AM
**To:** 'Bob Kitsmiller' ; 'Peter Thomas' ; 'Michael Melito'
**Cc:** Richardson, Dean
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential
Of course – family first.
The binding term sheet speaks to the division – and it was agreed that it would be split three ways.
Dean

**From:** Bob Kitsmiller <bob@podoll.net>
**Sent:** Wednesday, May 8, 2024 9:51 AM
**To:** Peter Thomas <peter@praxidicelaw.com>; Michael Melito <melito@melitolaw.com>
**Cc:** Richardson, Dean <dean.richardson@moyewhite.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential
Pete, I think Mike told you about some of Eric's issues with his family and his own health. I Will speak with him. One thing I noticed is that you or Dean wanted to divide the cost three ways. The escrow is really for you clients' benefit. I don't believe Eric should be required to share in the cost necessary to provide security to your clients.

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Wednesday, May 8, 2024 9:45 AM
**To:** Bob Kitsmiller <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Cc:** Dean Richardson <Dean.Richardson@moyewhite.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential
Bob and Mike,
I am following up again on the below regarding the Escrow Agent. Please advise.
Thanks, Pete

**From:** Peter Thomas
**Sent:** Monday, April 22, 2024 5:11 PM
**To:** Bob Kitsmiller <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Cc:** Dean Richardson <Dean.Richardson@moyewhite.com>
**Subject:** FW: Escrow Services
**Sensitivity:** Confidential
Bob and Mike,
Regarding the below questions asked by this potential escrow agent, can you confirm that Ralls will be delivering physical stock certificates?

**From:** Peter Thomas
**Sent:** Thursday, April 18, 2024 7:18 AM
**To:** Stites, Greg <Greg.Stites@truist.com>
**Cc:** Ward, Matthew <Matthew.Ward@truist.com>; Spinelli, Christopher <Christopher.Spinelli@truist.com>; Richardson, Dean <drichardson@fennemorelaw.com>; Patrick R. Akers <Patrick.Akers@moyewhite.com>; Michael Melito <melito@melitolaw.com>; Bob Kitsmiller <bob@podoll.net>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential
Greg,
It's a pleasure to meet you as well and I appreciate the quick follow up. I am looping all counsel involved in the case into this email thread. We will coordinate offline regarding the various questions you asked and circle back with you within the next few days.
Regards,

2

RALLS135

Peter W. Thomas, Esq.
124 West Hyman, Ste 1-A
Aspen, Colorado 81611
Telephone: (970) 544-5900

*This e-mail message (and/or documents accompanying it) is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error and are an attorney or law firm, consult Title I of the Federal Electronic Communications Privacy Act of 1986 which requires you refrain from examining these materials. If you received the communication in error, please notify us immediately by telephone, to arrange return of the communication. Thank you.*

 ***Please consider the environment before printing this email***

**From:** Stites, Greg <Greg.Stites@truist.com>
**Sent:** Wednesday, April 17, 2024 8:58 PM
**To:** Peter Thomas <peter@praxidicelaw.com>
**Cc:** Ward, Matthew <Matthew.Ward@truist.com>; Spinelli, Christopher <Christopher.Spinelli@truist.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Thanks Matt!

Hi Peter – great to meet you via email. We can serve as escrow agent for stock deposits within certain circumstances. Just a couple of questions below to help me make a determination:

1. What type of stock will be deposited? Physical shares, book-entry at a transfer agent, DTC eligible?
2. Who is the depositor of the shares? Entity or individual? US domestic or foreign?
3. Who is the escrow counterparty/secured party or parties? I assume that the opposing parties will enter into the escrow agreement with the bank.
4. What is the expected timing of the deposit and the expected duration of the escrow?

Please also keep in mind that we will need to enter into an escrow agreement, which will need to be negotiated between the parties (perhaps that is what you are working on in terms of escrow instructions?). And, we will need to complete KYC reviews of the parties entering into the escrow agreement with the bank. Please keep these factors in mind as you make plans.

I am copying the relationship manager we will be working with on this transaction, Chris Spinelli. He will assist in agreement negotiation/execution and will be helpful in making a determination as to our ability to accept the appointment.

I will be out of the office tomorrow and part of Friday, so please be sure to keep Chris in the loop. And please let me know if you have any questions for us.

Thanks!

***Greg Stites, Senior Vice President***
Corporate Trust & Escrow Services
3801 North Capital of Texas Hwy
Austin, TX 78746
(512) 574-7584
Greg.Stites@Truist.com
Greg Stites | LinkedIn
Greg Stites | Truist Bank

RALLS136

**From:** Ward, Matthew <Matthew.Ward@truist.com>
**Sent:** Wednesday, April 17, 2024 7:33 PM
**To:** Peter Thomas <peter@praxidicelaw.com>
**Cc:** Stites, Greg <Greg.Stites@truist.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Hi Peter. Thanks for the email. I'd like to introduce you to my teammate, Greg Stites (copied), who is my counterpart covering the western part of the country. I've included Greg's contact information below as well. You'll be in excellent hands with Greg. I'll leave it to the two of you to connect on this transaction. Thanks!

***Greg Stites, Senior Vice President***
Corporate Trust & Escrow Services
3801 North Capital of Texas Hwy
Austin, TX 78746
(512) 574-7584
Greg.Stites@Truist.com

Best,
**Matthew Ward**
**Vice President**
**Business Development / Truist**
**Corporate Trust and Escrow Services**
919 E Main Street, 2nd FL, Richmond, VA 23219
Office: 804-782-7182
Mobile: 804-955-8997
matthew.ward@truist.com

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Wednesday, April 17, 2024 7:13 PM
**To:** Ward, Matthew <Matthew.Ward@truist.com>
**Subject:** Escrow Services
**Sensitivity:** Confidential

Hi Matt,

Tim Martin gave Dean Richardson at Fennemore and myself your name and recommended Truist as a potential escrow agent. Does Truist serve as escrow agents for shares of stock in companies? We have a case where the debtor has pledged his shares in various entities to secure two large payments. We are working on escrow instructions now. Let us know if this is a service you perform, what the fee would be, and whatever else we need to know.

Regards, Pete Thomas
Peter W. Thomas, Esq.
124 West Hyman, Ste 1-A
Aspen, Colorado 81611
Telephone: (970) 544-5900

*This e-mail message (and/or documents accompanying it) is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error and are an attorney or law firm, consult Title I of the Federal Electronic Communications Privacy Act of 1986 which requires you refrain from examining these materials. If you received the communication in error, please notify us immediately by telephone, to arrange return of the communication. Thank you.*

4

*Please consider the environment before printing this email*

*The information transmitted is intended solely for the individual or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of or taking action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you have received this email in error please contact the sender and delete the material from any computer.*

5

RALLS138

**greg@mitchellps.com**

**Subject:**        FW: Escrow Services

**Sensitivity:**    Confidential

**From:** Richardson, Dean <drichardson@fennemorelaw.com>
**Sent:** Friday, May 31, 2024 9:17 AM
**To:** Bob Kitsmiller <bob@podoll.net>
**Cc:** Peter Thomas <peter@praxidicelaw.com>; Michael Melito <melito@melitolaw.com>; Richardson, Dean <dean.richardson@moyewhite.com>; Akers, Patrick <pakers@fennemorelaw.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

I am around Monday – scheduling a call with a client (not sure about that time yet), but otherwise available.

**From:** Bob Kitsmiller
**Sent:** Friday, May 31, 2024 9:15 AM
**To:** Richardson, Dean
**Cc:** Peter Thomas ; Michael Melito ; Richardson, Dean ; Akers, Patrick
**Subject:** Re: Escrow Services
**Sensitivity:** Confidential
Dean and Pete, can we have a phone conference on Monday to finalize the docs? I'm generally available then.
Robert Kitsmiller, Esq.
Podoll & Podoll, P.C.
5619 DTC Parkway, Suite 1100
Greenwood Village, CO 80111
(303) 861-4000

On May 29, 2024, at 2:38 PM, Richardson, Dean <drichardson@fennemorelaw.com> wrote:

**Dean E. Richardson,** Director
T: 303.291.3200 | F: 303.291.3201
drichardson@fennemorelaw.com

Guys – any movement here?
While we are fine speaking to the court – we really want to square this away prior to having to do that.
Let us know,
Dean

Dean E. Richardson
Director

1

RALLS139

3615 Delgany St, Suite 1100, Denver, CO 80216-3997
T: 303.291.3200 | F: 303.291.3201
drichardson@fennemorelaw.com

**CONFIDENTIALITY NOTICE:** The information contained in this message may be protected by the attorney-client privilege. If you believe that it has been sent to you in error, do not read it. Please immediately reply to the sender that you have received the message in error. Then delete it. Thank you.

---

**From:** Richardson, Dean
**Sent:** Wednesday, May 8, 2024 9:56 AM
**To:** 'Bob Kitsmiller' <bob@podoll.net>; 'Peter Thomas' <peter@praxidicelaw.com>; 'Michael Melito' <melito@melitolaw.com>
**Cc:** Richardson, Dean <dean.richardson@moyewhite.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential
Of course – family first.
The binding term sheet speaks to the division – and it was agreed that it would be split three ways.
Dean

---

**From:** Bob Kitsmiller <bob@podoll.net>
**Sent:** Wednesday, May 8, 2024 9:51 AM
**To:** Peter Thomas <peter@praxidicelaw.com>; Michael Melito <melito@melitolaw.com>
**Cc:** Richardson, Dean <dean.richardson@moyewhite.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential
Pete, I think Mike told you about some of Eric's issues with his family and his own health. I Will speak with him. One thing I noticed is that you or Dean wanted to divide the cost three ways. The escrow is really for you clients' benefit. I don't believe Eric should be required to share in the cost necessary to provide security to your clients.

---

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Wednesday, May 8, 2024 9:45 AM
**To:** Bob Kitsmiller <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Cc:** Dean Richardson <Dean.Richardson@moyewhite.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential
Bob and Mike,
I am following up again on the below regarding the Escrow Agent. Please advise.
Thanks, Pete

---

**From:** Peter Thomas
**Sent:** Monday, April 22, 2024 5:11 PM
**To:** Bob Kitsmiller <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Cc:** Dean Richardson <Dean.Richardson@moyewhite.com>
**Subject:** FW: Escrow Services
**Sensitivity:** Confidential
Bob and Mike,
Regarding the below questions asked by this potential escrow agent, can you confirm that Ralls will be delivering physical stock certificates?

---

**From:** Peter Thomas
**Sent:** Thursday, April 18, 2024 7:18 AM
**To:** Stites, Greg <Greg.Stites@truist.com>
**Cc:** Ward, Matthew <Matthew.Ward@truist.com>; Spinelli, Christopher <Christopher.Spinelli@truist.com>; Richardson, Dean <drichardson@fennemorelaw.com>;

2

RALLS140

Patrick R. Akers <Patrick.Akers@moyewhite.com>; Michael Melito <melito@melitolaw.com>; Bob Kitsmiller <bob@podoll.net>

**Subject:** RE: Escrow Services

**Sensitivity:** Confidential

Greg,

It's a pleasure to meet you as well and I appreciate the quick follow up. I am looping all counsel involved in the case into this email thread. We will coordinate offline regarding the various questions you asked and circle back with you within the next few days.

Regards,

Peter W. Thomas, Esq.

124 West Hyman, Ste 1-A

Aspen, Colorado 81611

Telephone: (970) 544-5900

*This e-mail message (and/or documents accompanying it) is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error and are an attorney or law firm, consult Title I of the Federal Electronic Communications Privacy Act of 1986 which requires you refrain from examining these materials. If you received the communication in error, please notify us immediately by telephone, to arrange return of the communication. Thank you.*

 *Please consider the environment before printing this email*

**From:** Stites, Greg <Greg.Stites@truist.com>

**Sent:** Wednesday, April 17, 2024 8:58 PM

**To:** Peter Thomas <peter@praxidicelaw.com>

**Cc:** Ward, Matthew <Matthew.Ward@truist.com>; Spinelli, Christopher <Christopher.Spinelli@truist.com>

**Subject:** RE: Escrow Services

**Sensitivity:** Confidential

Thanks Matt!

Hi Peter – great to meet you via email. We can serve as escrow agent for stock deposits within certain circumstances. Just a couple of questions below to help me make a determination:

1. What type of stock will be deposited? Physical shares, book-entry at a transfer agent, DTC eligible?
2. Who is the depositor of the shares? Entity or individual? US domestic or foreign?
3. Who is the escrow counterparty/secured party or parties? I assume that the opposing parties will enter into the escrow agreement with the bank.
4. What is the expected timing of the deposit and the expected duration of the escrow?

Please also keep in mind that we will need to enter into an escrow agreement, which will need to be negotiated between the parties (perhaps that is what you are working on in terms of escrow instructions?). And, we will need to complete KYC reviews of the parties entering into the escrow agreement with the bank. Please keep these factors in mind as you make plans.

I am copying the relationship manager we will be working with on this transaction, Chris Spinelli. He will assist in agreement negotiation/execution and will be helpful in making a determination as to our ability to accept the appointment.

I will be out of the office tomorrow and part of Friday, so please be sure to keep Chris in the loop. And please let me know if you have any questions for us.

Thanks!

***Greg Stites, Senior Vice President***

Corporate Trust & Escrow Services

3

RALLS141

3801 North Capital of Texas Hwy

Austin, TX 78746

(512) 574-7584

Greg.Stites@Truist.com

Greg Stites | LinkedIn

Greg Stites | Truist Bank

---

**From:** Ward, Matthew <Matthew.Ward@truist.com>

**Sent:** Wednesday, April 17, 2024 7:33 PM

**To:** Peter Thomas <peter@praxidicelaw.com>

**Cc:** Stites, Greg <Greg.Stites@truist.com>

**Subject:** RE: Escrow Services

**Sensitivity:** Confidential

Hi Peter. Thanks for the email. I'd like to introduce you to my teammate, Greg Stites (copied), who is my counterpart covering the western part of the country. I've included Greg's contact information below as well. You'll be in excellent hands with Greg. I'll leave it to the two of you to connect on this transaction. Thanks!

***Greg Stites, Senior Vice President***

Corporate Trust & Escrow Services

3801 North Capital of Texas Hwy

Austin, TX 78746

(512) 574-7584

Greg.Stites@Truist.com

Best,

**Matthew Ward**

**Vice President**

**Business Development / Truist**

**Corporate Trust and Escrow Services**

919 E Main Street, 2nd FL, Richmond, VA 23219

Office: 804-782-7182

Mobile: 804-955-8997

matthew.ward@truist.com

---

**From:** Peter Thomas <peter@praxidicelaw.com>

**Sent:** Wednesday, April 17, 2024 7:13 PM

**To:** Ward, Matthew <Matthew.Ward@truist.com>

**Subject:** Escrow Services

**Sensitivity:** Confidential

Hi Matt,

Tim Martin gave Dean Richardson at Fennemore and myself your name and recommended Truist as a potential escrow agent. Does Truist serve as escrow agents for shares of stock in companies? We have a case where the debtor has pledged his shares in various entities to secure two large payments. We are working on escrow instructions now. Let us know if this is a service you perform, what the fee would be, and whatever else we need to know.

Regards, Pete Thomas

Peter W. Thomas, Esq.

124 West Hyman, Ste 1-A

Aspen, Colorado 81611

Telephone: (970) 544-5900

*This e-mail message (and/or documents accompanying it) is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this*

4

*communication is strictly prohibited. If you received this communication in error and are an attorney or law firm, consult Title I of the Federal Electronic Communications Privacy Act of 1986 which requires you refrain from examining these materials. If you received the communication in error, please notify us immediately by telephone, to arrange return of the communication. Thank you.*

 **Please consider the environment before printing this email**

*The information transmitted is intended solely for the individual or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of or taking action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you have received this email in error please contact the sender and delete the material from any computer.*

RALLS143

**greg@mitchellps.com**

**Subject:**      FW: Escrow Services

**Sensitivity:**      Confidential

**From:** Richardson, Dean <drichardson@fennemorelaw.com>
**Sent:** Friday, May 31, 2024 9:23 AM
**To:** Bob Kitsmiller <bob@podoll.net>
**Cc:** Pete W. Thomas (peter@praxidicelaw.com) <peter@praxidicelaw.com>; Michael Melito <melito@melitolaw.com>; Sussman, Brenda <bsussman@fennemorelaw.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Setting my client call at 9, so any time after 10 should work on my end.
(you only replied to me, Bob, so looping others back in...).
Once I get the time from Pete, I can have Brenda send around an invite (and she is copied).

**From:** Bob Kitsmiller
**Sent:** Friday, May 31, 2024 9:20 AM
**To:** Richardson, Dean
**Subject:** Re: Escrow Services
**Sensitivity:** Confidential
Ok Pete, let me know your availability
Robert Kitsmiller, Esq.
Podoll & Podoll, P.C.
5619 DTC Parkway, Suite 1100
Greenwood Village, CO 80111
(303) 861-4000

On May 31, 2024, at 9:17 AM, Richardson, Dean <drichardson@fennemorelaw.com> wrote:

**Dean E. Richardson,** Director
T: 303.291.3200 | F: 303.291.3201
drichardson@fennemorelaw.com

I am around Monday – scheduling a call with a client (not sure about that time yet), but otherwise available.

**From:** Bob Kitsmiller <bob@podoll.net>
**Sent:** Friday, May 31, 2024 9:15 AM
**To:** Richardson, Dean <drichardson@fennemorelaw.com>
**Cc:** Peter Thomas <peter@praxidicelaw.com>; Michael Melito <melito@melitolaw.com>; Richardson, Dean <dean.richardson@moyewhite.com>; Akers, Patrick <pakers@fennemorelaw.com>
**Subject:** Re: Escrow Services
**Sensitivity:** Confidential

1

RALLS144

Dean and Pete, can we have a phone conference on Monday to finalize the docs? I'm generally available then.

Robert Kitsmiller, Esq.
Podoll & Podoll, P.C.
5619 DTC Parkway, Suite 1100
Greenwood Village, CO 80111
(303) 861-4000

On May 29, 2024, at 2:38 PM, Richardson, Dean <drichardson@fennemorelaw.com> wrote:

Dean E. Richardson, Director
T: 303.291.3200 | F: 303.291.3201
drichardson@fennemorelaw.com

Guys – any movement here?
While we are fine speaking to the court – we really want to square this away prior to having to do that.
Let us know,
Dean

Dean E. Richardson
Director

_____

3615 Delgany St, Suite 1100, Denver, CO 80216-3997
T: 303.291.3200 | F: 303.291.3201
drichardson@fennemorelaw.com

**CONFIDENTIALITY NOTICE:** The information contained in this message may be protected by the attorney-client privilege. If you believe that it has been sent to you in error, do not read it. Please immediately reply to the sender that you have received the message in error. Then delete it. Thank you.

**From:** Richardson, Dean
**Sent:** Wednesday, May 8, 2024 9:56 AM
**To:** 'Bob Kitsmiller' <bob@podoll.net>; 'Peter Thomas' <peter@praxidicelaw.com>; 'Michael Melito' <melito@melitolaw.com>
**Cc:** Richardson, Dean <dean.richardson@moyewhite.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Of course – family first.
The binding term sheet speaks to the division – and it was agreed that it would be split three ways.
Dean

**From:** Bob Kitsmiller <bob@podoll.net>
**Sent:** Wednesday, May 8, 2024 9:51 AM
**To:** Peter Thomas <peter@praxidicelaw.com>; Michael Melito <melito@melitolaw.com>

2

**Cc:** Richardson, Dean <dean.richardson@moyewhite.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Pete, I think Mike told you about some of Eric's issues with his family and his own health. I Will speak with him. One thing I noticed is that you or Dean wanted to divide the cost three ways. The escrow is really for you clients' benefit. I don't believe Eric should be required to share in the cost necessary to provide security to your clients.

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Wednesday, May 8, 2024 9:45 AM
**To:** Bob Kitsmiller <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Cc:** Dean Richardson <Dean.Richardson@moyewhite.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Bob and Mike,
I am following up again on the below regarding the Escrow Agent. Please advise.
Thanks, Pete

**From:** Peter Thomas
**Sent:** Monday, April 22, 2024 5:11 PM
**To:** Bob Kitsmiller <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Cc:** Dean Richardson <Dean.Richardson@moyewhite.com>
**Subject:** FW: Escrow Services
**Sensitivity:** Confidential

Bob and Mike,
Regarding the below questions asked by this potential escrow agent, can you confirm that Ralls will be delivering physical stock certificates?

**From:** Peter Thomas
**Sent:** Thursday, April 18, 2024 7:18 AM
**To:** Stites, Greg <Greg.Stites@truist.com>
**Cc:** Ward, Matthew <Matthew.Ward@truist.com>; Spinelli, Christopher <Christopher.Spinelli@truist.com>; Richardson, Dean <drichardson@fennemorelaw.com>; Patrick R. Akers <Patrick.Akers@moyewhite.com>; Michael Melito <melito@melitolaw.com>; Bob Kitsmiller <bob@podoll.net>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Greg,
It's a pleasure to meet you as well and I appreciate the quick follow up. I am looping all counsel involved in the case into this email thread. We will coordinate offline regarding the various questions you asked and circle back with you within the next few days.
Regards,
Peter W. Thomas, Esq.
124 West Hyman, Ste 1-A
Aspen, Colorado 81611
Telephone: (970) 544-5900
*This e-mail message (and/or documents accompanying it) is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are*

3

RALLS146

*hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error and are an attorney or law firm, consult Title I of the Federal Electronic Communications Privacy Act of 1986 which requires you refrain from examining these materials. If you received the communication in error, please notify us immediately by telephone, to arrange return of the communication. Thank you.*

🌲 *Please consider the environment before printing this email*

**From:** Stites, Greg <Greg.Stites@truist.com>
**Sent:** Wednesday, April 17, 2024 8:58 PM
**To:** Peter Thomas <peter@praxidicelaw.com>
**Cc:** Ward, Matthew <Matthew.Ward@truist.com>; Spinelli, Christopher <Christopher.Spinelli@truist.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Thanks Matt!

Hi Peter – great to meet you via email. We can serve as escrow agent for stock deposits within certain circumstances. Just a couple of questions below to help me make a determination:

1. What type of stock will be deposited? Physical shares, book-entry at a transfer agent, DTC eligible?
2. Who is the depositor of the shares? Entity or individual? US domestic or foreign?
3. Who is the escrow counterparty/secured party or parties? I assume that the opposing parties will enter into the escrow agreement with the bank.
4. What is the expected timing of the deposit and the expected duration of the escrow?

Please also keep in mind that we will need to enter into an escrow agreement, which will need to be negotiated between the parties (perhaps that is what you are working on in terms of escrow instructions?). And, we will need to complete KYC reviews of the parties entering into the escrow agreement with the bank. Please keep these factors in mind as you make plans.

I am copying the relationship manager we will be working with on this transaction, Chris Spinelli. He will assist in agreement negotiation/execution and will be helpful in making a determination as to our ability to accept the appointment.

I will be out of the office tomorrow and part of Friday, so please be sure to keep Chris in the loop. And please let me know if you have any questions for us.
Thanks!

***Greg Stites, Senior Vice President***
Corporate Trust & Escrow Services
3801 North Capital of Texas Hwy
Austin, TX 78746
(512) 574-7584
Greg.Stites@Truist.com
Greg Stites | LinkedIn
Greg Stites | Truist Bank

**From:** Ward, Matthew <Matthew.Ward@truist.com>
**Sent:** Wednesday, April 17, 2024 7:33 PM
**To:** Peter Thomas <peter@praxidicelaw.com>
**Cc:** Stites, Greg <Greg.Stites@truist.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

RALLS147

Hi Peter. Thanks for the email. I'd like to introduce you to my teammate, Greg Stites (copied), who is my counterpart covering the western part of the country. I've included Greg's contact information below as well. You'll be in excellent hands with Greg. I'll leave it to the two of you to connect on this transaction. Thanks!

***Greg Stites, Senior Vice President***
Corporate Trust & Escrow Services
3801 North Capital of Texas Hwy
Austin, TX 78746
(512) 574-7584
Greg.Stites@Truist.com
Best,
**Matthew Ward**
**Vice President**
**Business Development / Truist**
**Corporate Trust and Escrow Services**
919 E Main Street, 2nd FL, Richmond, VA 23219
Office: 804-782-7182
Mobile: 804-955-8997
matthew.ward@truist.com

---

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Wednesday, April 17, 2024 7:13 PM
**To:** Ward, Matthew <Matthew.Ward@truist.com>
**Subject:** Escrow Services
**Sensitivity:** Confidential

Hi Matt,

Tim Martin gave Dean Richardson at Fennemore and myself your name and recommended Truist as a potential escrow agent. Does Truist serve as escrow agents for shares of stock in companies? We have a case where the debtor has pledged his shares in various entities to secure two large payments. We are working on escrow instructions now. Let us know if this is a service you perform, what the fee would be, and whatever else we need to know.

Regards, Pete Thomas

Peter W. Thomas, Esq.
124 West Hyman, Ste 1-A
Aspen, Colorado 81611
Telephone: (970) 544-5900

*This e-mail message (and/or documents accompanying it) is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error and are an attorney or law firm, consult Title I of the Federal Electronic Communications Privacy Act of 1986 which requires you refrain from examining these materials. If you received the communication in error, please notify us immediately by telephone, to arrange return of the communication. Thank you.*

 ***Please consider the environment before printing this email***

*The information transmitted is intended solely for the individual or entity to*

5

RALLS148

*which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of or taking action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you have received this email in error please contact the sender and delete the material from any computer.*

6

RALLS149

## greg@mitchellps.com

**Subject:**         FW: Escrow Services

**Sensitivity:**         Confidential

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Friday, May 31, 2024 9:23 AM
**To:** Richardson, Dean <drichardson@fennemorelaw.com>; Bob Kitsmiller <bob@podoll.net>
**Cc:** Michael Melito <melito@melitolaw.com>; Richardson, Dean <dean.richardson@moyewhite.com>; Akers, Patrick <pakers@fennemorelaw.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

I am available anytime Monday morning up until 11:45am

**From:** Richardson, Dean
**Sent:** Friday, May 31, 2024 9:17 AM
**To:** Bob Kitsmiller
**Cc:** Peter Thomas ; Michael Melito ; Richardson, Dean ; Akers, Patrick
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

I am around Monday – scheduling a call with a client (not sure about that time yet), but otherwise available.

**From:** Bob Kitsmiller <bob@podoll.net>
**Sent:** Friday, May 31, 2024 9:15 AM
**To:** Richardson, Dean <drichardson@fennemorelaw.com>
**Cc:** Peter Thomas <peter@praxidicelaw.com>; Michael Melito <melito@melitolaw.com>; Richardson, Dean <dean.richardson@moyewhite.com>; Akers, Patrick <pakers@fennemorelaw.com>
**Subject:** Re: Escrow Services
**Sensitivity:** Confidential

Dean and Pete, can we have a phone conference on Monday to finalize the docs? I'm generally available then.

Robert Kitsmiller, Esq.
Podoll & Podoll, P.C.
5619 DTC Parkway, Suite 1100
Greenwood Village, CO 80111
(303) 861-4000

On May 29, 2024, at 2:38 PM, Richardson, Dean <drichardson@fennemorelaw.com> wrote:

Dean E. Richardson, Director
T: 303.291.3200 | F: 303.291.3201
drichardson@fennemorelaw.com

1

RALLS150

Guys – any movement here?

While we are fine speaking to the court – we really want to square this away prior to having to do that.

Let us know,

Dean


Dean E. Richardson
Director

---

3615 Delgany St, Suite 1100, Denver, CO 80216-3997
T: 303.291.3200 | F: 303.291.3201
drichardson@fennemorelaw.com


**CONFIDENTIALITY NOTICE:** The information contained in this message may be protected by the attorney-client privilege. If you believe that it has been sent to you in error, do not read it. Please immediately reply to the sender that you have received the message in error. Then delete it. Thank you.

**From:** Richardson, Dean
**Sent:** Wednesday, May 8, 2024 9:56 AM
**To:** 'Bob Kitsmiller' <bob@podoll.net>; 'Peter Thomas' <peter@praxidicelaw.com>; 'Michael Melito' <melito@melitolaw.com>
**Cc:** Richardson, Dean <dean.richardson@moyewhite.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Of course – family first.

The binding term sheet speaks to the division – and it was agreed that it would be split three ways.

Dean

**From:** Bob Kitsmiller <bob@podoll.net>
**Sent:** Wednesday, May 8, 2024 9:51 AM
**To:** Peter Thomas <peter@praxidicelaw.com>; Michael Melito <melito@melitolaw.com>
**Cc:** Richardson, Dean <dean.richardson@moyewhite.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Pete, I think Mike told you about some of Eric's issues with his family and his own health. I Will speak with him. One thing I noticed is that you or Dean wanted to divide the cost three ways. The

2

escrow is really for you clients' benefit. I don't believe Eric should be required to share in the cost necessary to provide security to your clients.

---

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Wednesday, May 8, 2024 9:45 AM
**To:** Bob Kitsmiller <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Cc:** Dean Richardson <Dean.Richardson@moyewhite.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Bob and Mike,

I am following up again on the below regarding the Escrow Agent. Please advise.

Thanks, Pete

---

**From:** Peter Thomas
**Sent:** Monday, April 22, 2024 5:11 PM
**To:** Bob Kitsmiller <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Cc:** Dean Richardson <Dean.Richardson@moyewhite.com>
**Subject:** FW: Escrow Services
**Sensitivity:** Confidential

Bob and Mike,

Regarding the below questions asked by this potential escrow agent, can you confirm that Ralls will be delivering physical stock certificates?

---

**From:** Peter Thomas
**Sent:** Thursday, April 18, 2024 7:18 AM
**To:** Stites, Greg <Greg.Stites@truist.com>
**Cc:** Ward, Matthew <Matthew.Ward@truist.com>; Spinelli, Christopher <Christopher.Spinelli@truist.com>; Richardson, Dean <drichardson@fennemorelaw.com>; Patrick R. Akers <Patrick.Akers@moyewhite.com>; Michael Melito <melito@melitolaw.com>; Bob Kitsmiller <bob@podoll.net>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Greg,

It's a pleasure to meet you as well and I appreciate the quick follow up. I am looping all counsel involved in the case into this email thread. We will coordinate offline regarding the various questions you asked and circle back with you within the next few days.

Regards,

Peter W. Thomas, Esq.
124 West Hyman, Ste 1-A
Aspen, Colorado 81611
Telephone: (970) 544-5900

3

RALLS152

*This e-mail message (and/or documents accompanying it) is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error and are an attorney or law firm, consult Title I of the Federal Electronic Communications Privacy Act of 1986 which requires you refrain from examining these materials. If you received the communication in error, please notify us immediately by telephone, to arrange return of the communication. Thank you.*

 **Please consider the environment before printing this email**

---

**From:** Stites, Greg <Greg.Stites@truist.com>
**Sent:** Wednesday, April 17, 2024 8:58 PM
**To:** Peter Thomas <peter@praxidicelaw.com>
**Cc:** Ward, Matthew <Matthew.Ward@truist.com>; Spinelli, Christopher <Christopher.Spinelli@truist.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Thanks Matt!

Hi Peter – great to meet you via email. We can serve as escrow agent for stock deposits within certain circumstances. Just a couple of questions below to help me make a determination:

1. What type of stock will be deposited? Physical shares, book-entry at a transfer agent, DTC eligible?
2. Who is the depositor of the shares? Entity or individual? US domestic or foreign?
3. Who is the escrow counterparty/secured party or parties? I assume that the opposing parties will enter into the escrow agreement with the bank.
4. What is the expected timing of the deposit and the expected duration of the escrow?

Please also keep in mind that we will need to enter into an escrow agreement, which will need to be negotiated between the parties (perhaps that is what you are working on in terms of escrow instructions?). And, we will need to complete KYC reviews of the parties entering into the escrow agreement with the bank. Please keep these factors in mind as you make plans.

I am copying the relationship manager we will be working with on this transaction, Chris Spinelli. He will assist in agreement negotiation/execution and will be helpful in making a determination as to our ability to accept the appointment.

I will be out of the office tomorrow and part of Friday, so please be sure to keep Chris in the loop. And please let me know if you have any questions for us.

Thanks!

RALLS153

*Greg Stites, Senior Vice President*
Corporate Trust & Escrow Services


3801 North Capital of Texas Hwy
Austin, TX 78746
(512) 574-7584
Greg.Stites@Truist.com

Greg Stites | LinkedIn
Greg Stites | Truist Bank

---

**From:** Ward, Matthew <Matthew.Ward@truist.com>
**Sent:** Wednesday, April 17, 2024 7:33 PM
**To:** Peter Thomas <peter@praxidicelaw.com>
**Cc:** Stites, Greg <Greg.Stites@truist.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Hi Peter. Thanks for the email. I'd like to introduce you to my teammate, Greg Stites (copied), who is my counterpart covering the western part of the country. I've included Greg's contact information below as well. You'll be in excellent hands with Greg. I'll leave it to the two of you to connect on this transaction. Thanks!

*Greg Stites, Senior Vice President*
Corporate Trust & Escrow Services


3801 North Capital of Texas Hwy
Austin, TX 78746
(512) 574-7584
Greg.Stites@Truist.com


Best,


**Matthew Ward**
**Vice President**
**Business Development / Truist**
**Corporate Trust and Escrow Services**
919 E Main Street, 2nd FL, Richmond, VA 23219
Office: 804-782-7182
Mobile: 804-955-8997
matthew.ward@truist.com

---

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Wednesday, April 17, 2024 7:13 PM
**To:** Ward, Matthew <Matthew.Ward@truist.com>
**Subject:** Escrow Services
**Sensitivity:** Confidential

5

Hi Matt,

Tim Martin gave Dean Richardson at Fennemore and myself your name and recommended Truist as a potential escrow agent. Does Truist serve as escrow agents for shares of stock in companies? We have a case where the debtor has pledged his shares in various entities to secure two large payments. We are working on escrow instructions now. Let us know if this is a service you perform, what the fee would be, and whatever else we need to know.

Regards, Pete Thomas

Peter W. Thomas, Esq.
124 West Hyman, Ste 1-A
Aspen, Colorado 81611
Telephone: (970) 544-5900

*This e-mail message (and/or documents accompanying it) is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error and are an attorney or law firm, consult Title I of the Federal Electronic Communications Privacy Act of 1986 which requires you refrain from examining these materials. If you received the communication in error, please notify us immediately by telephone, to arrange return of the communication. Thank you.*

 ***Please consider the environment before printing this email***

*The information transmitted is intended solely for the individual or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of or taking action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you have received this email in error please contact the sender and delete the material from any computer.*

6

**greg@mitchellps.com**

**Subject:**      FW: Escrow Services

**Sensitivity:**      Confidential

**From:** Richardson, Dean <drichardson@fennemorelaw.com>
**Sent:** Friday, May 31, 2024 9:25 AM
**To:** Peter Thomas <peter@praxidicelaw.com>; Bob Kitsmiller <bob@podoll.net>
**Cc:** Michael Melito <melito@melitolaw.com>; Akers, Patrick <pakers@fennemorelaw.com>; Sussman, Brenda <bsussman@fennemorelaw.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential


Brenda – please circulate a Teams invite for 10AM Monday for me, Pete, Melito, and Bob.
Thanks,
Dean

## Dean E. Richardson, Director
T: 303.291.3200 | F: 303.291.3201
drichardson@fennemorelaw.com

**From:** Peter Thomas
**Sent:** Friday, May 31, 2024 9:23 AM
**To:** Richardson, Dean ; Bob Kitsmiller
**Cc:** Michael Melito ; Richardson, Dean ; Akers, Patrick
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential
I am available anytime Monday morning up until 11:45am

**From:** Richardson, Dean <drichardson@fennemorelaw.com>
**Sent:** Friday, May 31, 2024 9:17 AM
**To:** Bob Kitsmiller <bob@podoll.net>
**Cc:** Peter Thomas <peter@praxidicelaw.com>; Michael Melito <melito@melitolaw.com>; Richardson, Dean <dean.richardson@moyewhite.com>; Akers, Patrick <pakers@fennemorelaw.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential
I am around Monday – scheduling a call with a client (not sure about that time yet), but otherwise available.

**From:** Bob Kitsmiller <bob@podoll.net>
**Sent:** Friday, May 31, 2024 9:15 AM
**To:** Richardson, Dean <drichardson@fennemorelaw.com>
**Cc:** Peter Thomas <peter@praxidicelaw.com>; Michael Melito <melito@melitolaw.com>; Richardson, Dean <dean.richardson@moyewhite.com>; Akers, Patrick <pakers@fennemorelaw.com>
**Subject:** Re: Escrow Services
**Sensitivity:** Confidential
Dean and Pete, can we have a phone conference on Monday to finalize the docs? I'm generally available then.
Robert Kitsmiller, Esq.
Podoll & Podoll, P.C.
5619 DTC Parkway, Suite 1100
Greenwood Village, CO 80111

1

(303) 861-4000

On May 29, 2024, at 2:38 PM, Richardson, Dean <drichardson@fennemorelaw.com> wrote:

Dean E. Richardson, Director
T: 303.291.3200 | F: 303.291.3201
drichardson@fennemorelaw.com

Guys – any movement here?
While we are fine speaking to the court – we really want to square this away prior to having to do that.
Let us know,
Dean

Dean E. Richardson
Director

3615 Delgany St, Suite 1100, Denver, CO 80216-3997
T: 303.291.3200 | F: 303.291.3201
drichardson@fennemorelaw.com

**CONFIDENTIALITY NOTICE:** The information contained in this message may be protected by the attorney-client privilege. If you believe that it has been sent to you in error, do not read it. Please immediately reply to the sender that you have received the message in error. Then delete it. Thank you.

**From:** Richardson, Dean
**Sent:** Wednesday, May 8, 2024 9:56 AM
**To:** 'Bob Kitsmiller' <bob@podoll.net>; 'Peter Thomas' <peter@praxidicelaw.com>; 'Michael Melito' <melito@melitolaw.com>
**Cc:** Richardson, Dean <dean.richardson@moyewhite.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential
Of course – family first.
The binding term sheet speaks to the division – and it was agreed that it would be split three ways.
Dean

**From:** Bob Kitsmiller <bob@podoll.net>
**Sent:** Wednesday, May 8, 2024 9:51 AM
**To:** Peter Thomas <peter@praxidicelaw.com>; Michael Melito <melito@melitolaw.com>
**Cc:** Richardson, Dean <dean.richardson@moyewhite.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential
Pete, I think Mike told you about some of Eric's issues with his family and his own health. I Will speak with him. One thing I noticed is that you or Dean wanted to divide the cost three ways. The escrow is really for you clients' benefit. I don't believe Eric should be required to share in the cost necessary to provide security to your clients.

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Wednesday, May 8, 2024 9:45 AM
**To:** Bob Kitsmiller <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Cc:** Dean Richardson <Dean.Richardson@moyewhite.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

2

Bob and Mike,

I am following up again on the below regarding the Escrow Agent. Please advise.

Thanks, Pete

**From:** Peter Thomas
**Sent:** Monday, April 22, 2024 5:11 PM
**To:** Bob Kitsmiller <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Cc:** Dean Richardson <Dean.Richardson@moyewhite.com>
**Subject:** FW: Escrow Services
**Sensitivity:** Confidential

Bob and Mike,

Regarding the below questions asked by this potential escrow agent, can you confirm that Ralls will be delivering physical stock certificates?

**From:** Peter Thomas
**Sent:** Thursday, April 18, 2024 7:18 AM
**To:** Stites, Greg <Greg.Stites@truist.com>
**Cc:** Ward, Matthew <Matthew.Ward@truist.com>; Spinelli, Christopher <Christopher.Spinelli@truist.com>; Richardson, Dean <drichardson@fennemorelaw.com>; Patrick R. Akers <Patrick.Akers@moyewhite.com>; Michael Melito <melito@melitolaw.com>; Bob Kitsmiller <bob@podoll.net>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Greg,

It's a pleasure to meet you as well and I appreciate the quick follow up. I am looping all counsel involved in the case into this email thread. We will coordinate offline regarding the various questions you asked and circle back with you within the next few days.

Regards,

Peter W. Thomas, Esq.

124 West Hyman, Ste 1-A

Aspen, Colorado 81611

Telephone: (970) 544-5900

*This e-mail message (and/or documents accompanying it) is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error and are an attorney or law firm, consult Title I of the Federal Electronic Communications Privacy Act of 1986 which requires you refrain from examining these materials. If you received the communication in error, please notify us immediately by telephone, to arrange return of the communication. Thank you.*

 ***Please consider the environment before printing this email***

**From:** Stites, Greg <Greg.Stites@truist.com>
**Sent:** Wednesday, April 17, 2024 8:58 PM
**To:** Peter Thomas <peter@praxidicelaw.com>
**Cc:** Ward, Matthew <Matthew.Ward@truist.com>; Spinelli, Christopher <Christopher.Spinelli@truist.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Thanks Matt!

Hi Peter – great to meet you via email. We can serve as escrow agent for stock deposits within certain circumstances. Just a couple of questions below to help me make a determination:

3

1. What type of stock will be deposited? Physical shares, book-entry at a transfer agent, DTC eligible?
2. Who is the depositor of the shares? Entity or individual? US domestic or foreign?
3. Who is the escrow counterparty/secured party or parties? I assume that the opposing parties will enter into the escrow agreement with the bank.
4. What is the expected timing of the deposit and the expected duration of the escrow?

Please also keep in mind that we will need to enter into an escrow agreement, which will need to be negotiated between the parties (perhaps that is what you are working on in terms of escrow instructions?). And, we will need to complete KYC reviews of the parties entering into the escrow agreement with the bank. Please keep these factors in mind as you make plans.

I am copying the relationship manager we will be working with on this transaction, Chris Spinelli. He will assist in agreement negotiation/execution and will be helpful in making a determination as to our ability to accept the appointment.

I will be out of the office tomorrow and part of Friday, so please be sure to keep Chris in the loop. And please let me know if you have any questions for us.

Thanks!

***Greg Stites, Senior Vice President***
Corporate Trust & Escrow Services
3801 North Capital of Texas Hwy
Austin, TX 78746
(512) 574-7584
Greg.Stites@Truist.com
Greg Stites | LinkedIn
Greg Stites | Truist Bank

---

**From:** Ward, Matthew <Matthew.Ward@truist.com>
**Sent:** Wednesday, April 17, 2024 7:33 PM
**To:** Peter Thomas <peter@praxidicelaw.com>
**Cc:** Stites, Greg <Greg.Stites@truist.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Hi Peter. Thanks for the email. I'd like to introduce you to my teammate, Greg Stites (copied), who is my counterpart covering the western part of the country. I've included Greg's contact information below as well. You'll be in excellent hands with Greg. I'll leave it to the two of you to connect on this transaction. Thanks!

***Greg Stites, Senior Vice President***
Corporate Trust & Escrow Services
3801 North Capital of Texas Hwy
Austin, TX 78746
(512) 574-7584
Greg.Stites@Truist.com
Best,
**Matthew Ward**
**Vice President**
**Business Development / Truist**
**Corporate Trust and Escrow Services**
919 E Main Street, 2nd FL, Richmond, VA 23219
Office: 804-782-7182
Mobile: 804-955-8997
matthew.ward@truist.com

---

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Wednesday, April 17, 2024 7:13 PM
**To:** Ward, Matthew <Matthew.Ward@truist.com>

4

RALLS159

**Subject:** Escrow Services

**Sensitivity:** Confidential

Hi Matt,

Tim Martin gave Dean Richardson at Fennemore and myself your name and recommended Truist as a potential escrow agent. Does Truist serve as escrow agents for shares of stock in companies? We have a case where the debtor has pledged his shares in various entities to secure two large payments. We are working on escrow instructions now. Let us know if this is a service you perform, what the fee would be, and whatever else we need to know.

Regards, Pete Thomas

Peter W. Thomas, Esq.

124 West Hyman, Ste 1-A

Aspen, Colorado 81611

Telephone: (970) 544-5900

*This e-mail message (and/or documents accompanying it) is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error and are an attorney or law firm, consult Title I of the Federal Electronic Communications Privacy Act of 1986 which requires you refrain from examining these materials. If you received the communication in error, please notify us immediately by telephone, to arrange return of the communication. Thank you.*

**Please consider the environment before printing this email**

*The information transmitted is intended solely for the individual or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of or taking action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you have received this email in error please contact the sender and delete the material from any computer.*

RALLS160

**greg@mitchellps.com**

---

**Subject:**      FW: Redlines of Settlement Docs
**Attachments:**  Escrow Instructions.PWTdr04062024.doc

---

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Monday, June 3, 2024 10:06 AM
**To:** Bob Kitsmiller <bob@podoll.net>; Dean Richardson <Dean.Richardson@moyewhite.com>
**Cc:** Michael Melito <melito@melitolaw.com>
**Subject:** RE: Redlines of Settlement Docs

---

**From:** Bob Kitsmiller
**Sent:** Tuesday, April 23, 2024 1:32 PM
**To:** Dean Richardson ; Peter Thomas
**Cc:** melito@melitolaw.com
**Subject:** Redlines of Settlement Docs

Please see enclosed. Sorry for the delay.

Robert Kitsmiller, Esq.
Podoll & Podoll, P.C.
5619 DTC Parkway, Suite 1100
Greenwood Village, CO 80111
(303) 861-4000
Fax (303) 861-4004

1

## greg@mitchellps.com

**Subject:**           FW: New versions of the settlement docs
**Attachments:**    PlantSnap - Pledge Agreement.DER redline.6.4.24.docx; PlantSnap Inc. - Promissory Note.DER redline.6.4.24.docx; PlantSnap Settlement Agreement.DER redline.6.4.24.docx

---

**From:** Richardson, Dean <drichardson@fennemorelaw.com>
**Sent:** Friday, June 7, 2024 3:23 PM
**To:** Robert Kitsmiller - Podoll & Podoll (bob@podoll.net) <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Cc:** Pete W. Thomas (peter@praxidicelaw.com) <peter@praxidicelaw.com>; Akers, Patrick <pakers@fennemorelaw.com>
**Subject:** New versions of the settlement docs

Bob and Mike:

Attached are the edits we discussed on our call. Bob, I spoke with my transactional partner on the Pledge Agreement – and what they are telling me is that the only way to accomplish what we discussed is for both Eric and DEM to be Grantors – so you will see that was added back in.

Let us know, as we would like to get this wrapped soon.

Dean

## Dean E. Richardson
Director



**FENNEMORE.**

3615 Delgany St, Suite 1100, Denver, CO 80216-3997
T: 303.291.3200 | F: 303.291.3201
drichardson@fennemorelaw.com

My colleagues and I have joined Fennemore! Click here to view the initial announcement!

**CONFIDENTIALITY NOTICE:** The information contained in this message may be protected by the attorney-client privilege. If you believe that it has been sent to you in error, do not read it. Please immediately reply to the sender that you have received the message in error. Then delete it. Thank you.

1

RALLS162

**greg@mitchellps.com**

**Subject:**              FW: Notice of Monetary Default

**From:** Richardson, Dean <drichardson@fennemorelaw.com>
**Sent:** Monday, June 10, 2024 1:28 PM
**To:** Robert Kitsmiller - Podoll & Podoll (bob@podoll.net) <bob@podoll.net>; Michael Melito <melito@melitolaw.com>; ralls@earth.com
**Cc:** Pete W. Thomas (peter@praxidicelaw.com) <peter@praxidicelaw.com>; Akers, Patrick <pakers@fennemorelaw.com>
**Subject:** Notice of Monetary Default


All:
This email serves as notice of a monetary default under the terms of the Binding Term Sheet.
Per section 3(F)(a), the Ralls Parties were required to make their second installment payment of $7,500 to PlantSnap on or before June 7, 2024.
This email serves as the notice of a monetary default under section 3(F)(a) of the Binding Term Sheet.
Dean

## Dean E. Richardson
Director

# FENNEMORE.

3615 Delgany St, Suite 1100, Denver, CO 80216-3997
T: 303.291.3200 | F: 303.291.3201
drichardson@fennemorelaw.com



My colleagues and I have joined Fennemore! Click here to view the initial announcement!

**CONFIDENTIALITY NOTICE:** The information contained in this message may be protected by the attorney-client privilege. If you believe that it has been sent to you in error, do not read it. Please immediately reply to the sender that you have received the message in error. Then delete it. Thank you.

1

RALLS163

## greg@mitchellps.com

**Subject:**          FW: DEJP Notice of Default

**Sensitivity:**      Confidential

---

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Monday, June 10, 2024 4:27 PM
**To:** Robert Kitsmiller - Podoll & Podoll (bob@podoll.net) <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Cc:** Richardson, Dean <drichardson@fennemorelaw.com>; ralls@earth.com
**Subject:** DEJP Notice of Default
**Sensitivity:** Confidential

This email serves as notice of a monetary default under the terms of the Binding Term Sheet. Per section 3(F)(a), the Ralls Parties were required to make their second installment payment of $5,000 to DEJ Partners, LLC on or before June 7, 2024. The Ralls Parties have failed to make the required payment and hereby in Default.

Pete Thomas

Peter W. Thomas, Esq.
124 West Hyman, Ste 1-A
Aspen, Colorado 81611
Telephone: (970) 544-5900



*This e-mail message (and/or documents accompanying it) is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error and are an attorney or law firm, consult Title I of the Federal Electronic Communications Privacy Act of 1986 which requires you refrain from examining these materials. If you received the communication in error, please notify us immediately by telephone, to arrange return of the communication. Thank you.*

1

RALLS164

**greg@mitchellps.com**

| | |
|---|---|
| **Subject:** | FW: DEJP Notice of Default |
| **Sensitivity:** | Confidential |

**From:** ralls@earth.com <ralls@earth.com>
**Sent:** Monday, June 10, 2024 5:01 PM
**To:** 'Peter Thomas' <peter@praxidicelaw.com>; 'Robert Kitsmiller - Podoll & Podoll' <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Subject:** RE: DEJP Notice of Default
**Sensitivity:** Confidential

Hey Pete,

I sent a wire for $7500 last month to DEJ. Is the monthly payment to DEJ supposed to be $5000 and I sent the wrong amount on that first payment?

Thanks for clarifying!

Eric

**From:** Peter Thomas
**Sent:** Monday, June 10, 2024 5:27 PM
**To:** Robert Kitsmiller - Podoll & Podoll (bob@podoll.net) ; Michael Melito (melito@melitolaw.com)
**Cc:** Richardson, Dean ; ralls@earth.com
**Subject:** DEJP Notice of Default
**Sensitivity:** Confidential

This email serves as notice of a monetary default under the terms of the Binding Term Sheet. Per section 3(F)(a), the Ralls Parties were required to make their second installment payment of $5,000 to DEJ Partners, LLC on or before June 7, 2024. The Ralls Parties have failed to make the required payment and hereby in Default.

Pete Thomas

Peter W. Thomas, Esq.
124 West Hyman, Ste 1-A
Aspen, Colorado 81611
Telephone: (970) 544-5900



*This e-mail message (and/or documents accompanying it) is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error and are an attorney or law firm, consult Title I of the Federal Electronic Communications Privacy Act of 1986 which*

1

*requires you refrain from examining these materials. If you received the communication in error, please notify us immediately by telephone, to arrange return of the communication. Thank you.*

RALLS166

**greg@mitchellps.com**

**Subject:** FW: DEJP Notice of Default

**Sensitivity:** Confidential

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Tuesday, June 11, 2024 8:37 AM
**To:** ralls@earth.com; 'Robert Kitsmiller - Podoll & Podoll' <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Subject:** RE: DEJP Notice of Default
**Sensitivity:** Confidential

The monthly payment due to DEJP is $5K per the Binding Term Sheet, so if you paid $7500 last month you are entitled to a $2500 credit. As such, DEJP agrees that you would need to make a payment to DEJP in the amount of only $2500 no later than Monday June 17 in order to cure the default.

**From:** ralls@earth.com
**Sent:** Monday, June 10, 2024 5:01 PM
**To:** Peter Thomas ; 'Robert Kitsmiller - Podoll & Podoll' ; 'Michael Melito'
**Subject:** RE: DEJP Notice of Default
**Sensitivity:** Confidential

Hey Pete,

I sent a wire for $7500 last month to DEJ. Is the monthly payment to DEJ supposed to be $5000 and I sent the wrong amount on that first payment?

Thanks for clarifying!

Eric

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Monday, June 10, 2024 5:27 PM
**To:** Robert Kitsmiller - Podoll & Podoll (bob@podoll.net) <bob@podoll.net>; Michael Melito (melito@melitolaw.com) <melito@melitolaw.com>
**Cc:** Richardson, Dean <drichardson@fennemorelaw.com>; ralls@earth.com
**Subject:** DEJP Notice of Default
**Sensitivity:** Confidential

This email serves as notice of a monetary default under the terms of the Binding Term Sheet. Per section 3(F)(a), the Ralls Parties were required to make their second installment payment of $5,000 to DEJ Partners, LLC on or before June 7, 2024. The Ralls Parties have failed to make the required payment and hereby in Default.

Pete Thomas

Peter W. Thomas, Esq.
124 West Hyman, Ste 1-A
Aspen, Colorado 81611

1

Telephone: (970) 544-5900



*This e-mail message (and/or documents accompanying it) is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error and are an attorney or law firm, consult Title I of the Federal Electronic Communications Privacy Act of 1986 which requires you refrain from examining these materials. If you received the communication in error, please notify us immediately by telephone, to arrange return of the communication. Thank you.*

RALLS168

**greg@mitchellps.com**

**Subject:**          FW: DEJP Notice of Default

**Sensitivity:**       Confidential

**From:** ralls@earth.com <ralls@earth.com>
**Sent:** Tuesday, June 11, 2024 9:18 AM
**To:** 'Peter Thomas' <peter@praxidicelaw.com>; 'Robert Kitsmiller - Podoll & Podoll' <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Subject:** RE: DEJP Notice of Default
**Sensitivity:** Confidential

Hi Pete,

Thanks for clarifying! I'll send that right now.

Eric

**From:** Peter Thomas
**Sent:** Tuesday, June 11, 2024 9:37 AM
**To:** ralls@earth.com; 'Robert Kitsmiller - Podoll & Podoll' ; 'Michael Melito'
**Subject:** RE: DEJP Notice of Default
**Sensitivity:** Confidential

The monthly payment due to DEJP is $5K per the Binding Term Sheet, so if you paid $7500 last month you are entitled to a $2500 credit. As such, DEJP agrees that you would need to make a payment to DEJP in the amount of only $2500 no later than Monday June 17 in order to cure the default.

**From:** ralls@earth.com <ralls@earth.com>
**Sent:** Monday, June 10, 2024 5:01 PM
**To:** Peter Thomas <peter@praxidicelaw.com>; 'Robert Kitsmiller - Podoll & Podoll' <bob@podoll.net>; 'Michael Melito' <melito@melitolaw.com>
**Subject:** RE: DEJP Notice of Default
**Sensitivity:** Confidential

Hey Pete,

I sent a wire for $7500 last month to DEJ. Is the monthly payment to DEJ supposed to be $5000 and I sent the wrong amount on that first payment?

Thanks for clarifying!

Eric

1

RALLS169

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Monday, June 10, 2024 5:27 PM
**To:** Robert Kitsmiller - Podoll & Podoll (bob@podoll.net) <bob@podoll.net>; Michael Melito (melito@melitolaw.com) <melito@melitolaw.com>
**Cc:** Richardson, Dean <drichardson@fennemorelaw.com>; ralls@earth.com
**Subject:** DEJP Notice of Default
**Sensitivity:** Confidential

This email serves as notice of a monetary default under the terms of the Binding Term Sheet. Per section 3(F)(a), the Ralls Parties were required to make their second installment payment of $5,000 to DEJ Partners, LLC on or before June 7, 2024. The Ralls Parties have failed to make the required payment and hereby in Default.

Pete Thomas

Peter W. Thomas, Esq.
124 West Hyman, Ste 1-A
Aspen, Colorado 81611
Telephone: (970) 544-5900



*This e-mail message (and/or documents accompanying it) is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error and are an attorney or law firm, consult Title I of the Federal Electronic Communications Privacy Act of 1986 which requires you refrain from examining these materials. If you received the communication in error, please notify us immediately by telephone, to arrange return of the communication. Thank you.*

RALLS170

**greg@mitchellps.com**

| | |
|---|---|
| **Subject:** | FW: DEJP Notice of Default |
| **Attachments:** | DEJ-Partners_Meta_wire-transfer-receipt_061124.png |
| **Sensitivity:** | Confidential |

**From:** ralls@earth.com <ralls@earth.com>
**Sent:** Tuesday, June 11, 2024 9:24 AM
**To:** 'Peter Thomas' <peter@praxidicelaw.com>; 'Robert Kitsmiller - Podoll & Podoll' <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Subject:** RE: DEJP Notice of Default
**Sensitivity:** Confidential

Wire sent, see attached.

Hope everyone has a great Tuesday, thanks again!

Eric

**From:** ralls@earth.com
**Sent:** Tuesday, June 11, 2024 10:18 AM
**To:** 'Peter Thomas' ; 'Robert Kitsmiller - Podoll & Podoll' ; 'Michael Melito'
**Subject:** RE: DEJP Notice of Default
**Sensitivity:** Confidential

Hi Pete,

Thanks for clarifying! I'll send that right now.

Eric

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Tuesday, June 11, 2024 9:37 AM
**To:** ralls@earth.com; 'Robert Kitsmiller - Podoll & Podoll' <bob@podoll.net>; 'Michael Melito' <melito@melitolaw.com>
**Subject:** RE: DEJP Notice of Default
**Sensitivity:** Confidential

The monthly payment due to DEJP is $5K per the Binding Term Sheet, so if you paid $7500 last month you are entitled to a $2500 credit. As such, DEJP agrees that you would need to make a payment to DEJP in the amount of only $2500 no later than Monday June 17 in order to cure the default.

**From:** ralls@earth.com <ralls@earth.com>
**Sent:** Monday, June 10, 2024 5:01 PM
**To:** Peter Thomas <peter@praxidicelaw.com>; 'Robert Kitsmiller - Podoll & Podoll' <bob@podoll.net>; 'Michael

1

RALLS171

Melito' <melito@melitolaw.com>
**Subject:** RE: DEJP Notice of Default
**Sensitivity:** Confidential

Hey Pete,

I sent a wire for $7500 last month to DEJ. Is the monthly payment to DEJ supposed to be $5000 and I sent the wrong amount on that first payment?

Thanks for clarifying!

Eric

---

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Monday, June 10, 2024 5:27 PM
**To:** Robert Kitsmiller - Podoll & Podoll (bob@podoll.net) <bob@podoll.net>; Michael Melito (melito@melitolaw.com) <melito@melitolaw.com>
**Cc:** Richardson, Dean <drichardson@fennemorelaw.com>; ralls@earth.com
**Subject:** DEJP Notice of Default
**Sensitivity:** Confidential

This email serves as notice of a monetary default under the terms of the Binding Term Sheet. Per section 3(F)(a), the Ralls Parties were required to make their second installment payment of $5,000 to DEJ Partners, LLC on or before June 7, 2024. The Ralls Parties have failed to make the required payment and hereby in Default.

Pete Thomas

Peter W. Thomas, Esq.
124 West Hyman, Ste 1-A
Aspen, Colorado 81611
Telephone: (970) 544-5900



*This e-mail message (and/or documents accompanying it) is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error and are an attorney or law firm, consult Title I of the Federal Electronic Communications Privacy Act of 1986 which requires you refrain from examining these materials. If you received the communication in error, please notify us immediately by telephone, to arrange return of the communication. Thank you.*

RALLS172

**greg@mitchellps.com**

**Subject:**          FW: Notice of Monetary Default
**Attachments:**     Plantsnap-inc_Meta_wire-transfer-receipt_061124.png

---

**From:** ralls@earth.com <ralls@earth.com>
**Sent:** Tuesday, June 11, 2024 9:30 AM
**To:** 'Richardson, Dean' <drichardson@fennemorelaw.com>; 'Robert Kitsmiller - Podoll & Podoll' <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Cc:** 'Akers, Patrick' <pakers@fennemorelaw.com>
**Subject:** RE: Notice of Monetary Default

Hello Dean,

Wire sent, please see attached.

Hope you all have a great Tuesday!

Eric

---

**From:** Richardson, Dean
**Sent:** Monday, June 10, 2024 2:28 PM
**To:** Robert Kitsmiller - Podoll & Podoll (bob@podoll.net) ; Michael Melito (melito@melitolaw.com) ; ralls@earth.com
**Cc:** Pete W. Thomas (peter@praxidicelaw.com) ; Akers, Patrick
**Subject:** Notice of Monetary Default

All:

This email serves as notice of a monetary default under the terms of the Binding Term Sheet.

Per section 3(F)(a), the Ralls Parties were required to make their second installment payment of $7,500 to PlantSnap on or before June 7, 2024.

This email serves as the notice of a monetary default under section 3(F)(a) of the Binding Term Sheet.

Dean

Dean E. Richardson
Director

# FENNEMORE.

3615 Delgany St, Suite 1100, Denver, CO 80216-3997
T: 303.291.3200 | F: 303.291.3201
drichardson@fennemorelaw.com



1

RALLS173

My colleagues and I have joined Fennemore! Click here to view the initial announcement!

**CONFIDENTIALITY NOTICE:** The information contained in this message may be protected by the attorney-client privilege. If you believe that it has been sent to you in error, do not read it. Please immediately reply to the sender that you have received the message in error. Then delete it. Thank you.

RALLS174

**greg@mitchellps.com**

| | |
|---|---|
| **Subject:** | FW: New versions of the settlement docs |

---

**From:** Richardson, Dean <drichardson@fennemorelaw.com>
**Sent:** Tuesday, June 18, 2024 11:44 AM
**To:** Robert Kitsmiller - Podoll & Podoll (bob@podoll.net) <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Cc:** Pete W. Thomas (peter@praxidicelaw.com) <peter@praxidicelaw.com>; Akers, Patrick <pakers@fennemorelaw.com>
**Subject:** RE: New versions of the settlement docs


Any update here? Would like to push this forward before out status conference with the Court.
Dean

## Dean E. Richardson
Director



3615 Delgany St, Suite 1100, Denver, CO 80216-3997
T: 303.291.3200 | F: 303.291.3201
drichardson@fennemorelaw.com

My colleagues and I have joined Fennemore! Click here to view the initial announcement!

**CONFIDENTIALITY NOTICE:** The information contained in this message may be protected by the attorney-client privilege. If you believe that it has been sent to you in error, do not read it. Please immediately reply to the sender that you have received the message in error. Then delete it. Thank you.

---

**From:** Richardson, Dean
**Sent:** Friday, June 7, 2024 3:23 PM
**To:** Robert Kitsmiller - Podoll & Podoll (bob@podoll.net) ; Michael Melito (melito@melitolaw.com)
**Cc:** Pete W. Thomas (peter@praxidicelaw.com) ; Akers, Patrick
**Subject:** New versions of the settlement docs
Bob and Mike:
Attached are the edits we discussed on our call. Bob, I spoke with my transactional partner on the Pledge Agreement – and what they are telling me is that the only way to accomplish what we discussed is for both Eric and DEM to be Grantors – so you will see that was added back in.
Let us know, as we would like to get this wrapped soon.
Dean

RALLS175

**greg@mitchellps.com**

---

**Subject:**          FW: New versions of the settlement docs

---

**From:** Richardson, Dean <drichardson@fennemorelaw.com>
**Sent:** Friday, June 21, 2024 10:29 AM
**To:** 'Robert Kitsmiller - Podoll & Podoll (bob@podoll.net)' <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Cc:** 'Pete W. Thomas (peter@praxidicelaw.com)' <peter@praxidicelaw.com>; Akers, Patrick <pakers@fennemorelaw.com>
**Subject:** RE: New versions of the settlement docs

Following up.

Dean E. Richardson
Director


FENNEMORE.

3615 Delgany St, Suite 1100, Denver, CO 80216-3997
T: 303.291.3200 | F: 303.291.3201
drichardson@fennemorelaw.com

My colleagues and I have joined Fennemore! Click here to view the initial announcement!

**CONFIDENTIALITY NOTICE:** The information contained in this message may be protected by the attorney-client privilege. If you believe that it has been sent to you in error, do not read it. Please immediately reply to the sender that you have received the message in error. Then delete it. Thank you.

---

**From:** Richardson, Dean
**Sent:** Tuesday, June 18, 2024 11:44 AM
**To:** Robert Kitsmiller - Podoll & Podoll (bob@podoll.net) ; Michael Melito (melito@melitolaw.com)
**Cc:** Pete W. Thomas (peter@praxidicelaw.com) ; Akers, Patrick
**Subject:** RE: New versions of the settlement docs
Any update here? Would like to push this forward before out status conference with the Court.
Dean

**From:** Richardson, Dean
**Sent:** Friday, June 7, 2024 3:23 PM
**To:** Robert Kitsmiller - Podoll & Podoll (bob@podoll.net) <bob@podoll.net>; Michael Melito (melito@melitolaw.com) <melito@melitolaw.com>
**Cc:** Pete W. Thomas (peter@praxidicelaw.com) <peter@praxidicelaw.com>; Akers, Patrick <pakers@fennemorelaw.com>
**Subject:** New versions of the settlement docs
Bob and Mike:
Attached are the edits we discussed on our call. Bob, I spoke with my transactional partner on the Pledge Agreement – and what they are telling me is that the only way to accomplish what we discussed is for both Eric and DEM to be Grantors – so you will see that was added back in.

1

RALLS176

Let us know, as we would like to get this wrapped soon.

Dean

RALLS177

**greg@mitchellps.com**

| | |
|---|---|
| **Subject:** | FW: Escrow Services |
| **Sensitivity:** | Confidential |

---

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Friday, June 21, 2024 5:22 PM
**To:** Michael Melito <melito@melitolaw.com>; Richardson, Dean <drichardson@fennemorelaw.com>; Bob Kitsmiller <bob@podoll.net>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Mike and Bob, can we please get the below escrow questions answered and the proposed Escrow Instructions I circulated in April finalized?

---

**From:** Michael Melito
**Sent:** Thursday, May 16, 2024 2:54 PM
**To:** Peter Thomas ; Richardson, Dean ; Bob Kitsmiller
**Subject:** Re: Escrow Services
**Sensitivity:** Confidential

Pete,
I'm terribly sorry to say that we have been unable to connect with Eric to have a meaningful conversation. It's not for a lack of trying. Unfortunately, his brother's severe medical problems have had Eric extremely tied up. We understand he is taking care of his brother's children and assisting in other matters to help out during this family tragedy.

By way of example, we spoke to Eric yesterday but only for a few moments. Even then it was only enough time to schedule a call for today because he had to hurry off the phone.

I know we need to keep the court informed, but Eric's family medical issues are significant.

I sincerely appreciate your patience.

Melito

---

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Tuesday, May 14, 2024 2:07 PM
**To:** Richardson, Dean <drichardson@fennemorelaw.com>; Bob Kitsmiller <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Cc:** Richardson, Dean <dean.richardson@moyewhite.com>
**Subject:** RE: Escrow Services

This really shouldn't be so difficult guys. Ralls' refusal to answer a couple of simple questions is frustrating our ability to engage an Escrow Agent in compliance with mandatory covenants in the Binding Term Sheet. Get your

1

RALLS178

client engaged in this process now so that we can get this buttoned up. We have another Status Report due to the Court this week and none of us want to have to report a breakdown.

Thanks, Pete

---

**From:** Peter Thomas
**Sent:** Friday, May 10, 2024 8:42 AM
**To:** 'Richardson, Dean' <drichardson@fennemorelaw.com>; 'Bob Kitsmiller' <bob@podoll.net>; 'Michael Melito' <melito@melitolaw.com>
**Cc:** 'Richardson, Dean' <dean.richardson@moyewhite.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Gentlemen

For the fourth time, please promptly provide the information requested by the prospective escrow agent as we cannot move forward with engaging an escrow agent, as agreed and required by the Binding Term Sheet, without this information from Eric.

Thanks.

---

**From:** Peter Thomas
**Sent:** Wednesday, May 8, 2024 11:00 AM
**To:** Richardson, Dean <drichardson@fennemorelaw.com>; Bob Kitsmiller <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Cc:** Richardson, Dean <dean.richardson@moyewhite.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Ignoring the division of costs for the moment, we need answers from Eric to the questions posed by the prospective Escrow Agent. Most specifically being the question of the stock certificates.

---

**From:** Richardson, Dean <drichardson@fennemorelaw.com>
**Sent:** Wednesday, May 8, 2024 9:56 AM
**To:** Bob Kitsmiller <bob@podoll.net>; Peter Thomas <peter@praxidicelaw.com>; Michael Melito <melito@melitolaw.com>
**Cc:** Richardson, Dean <dean.richardson@moyewhite.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Of course – family first.

The binding term sheet speaks to the division – and it was agreed that it would be split three ways.

Dean

Dean E. Richardson
Director

2

RALLS179

# FENNEMORE.



3615 Delgany St, Suite 1100, Denver, CO 80216-3997
T: 303.291.3200 | F: 303.291.3201
drichardson@fennemorelaw.com

**CONFIDENTIALITY NOTICE:** The information contained in this message may be protected by the attorney-client privilege. If you believe that it has been sent to you in error, do not read it. Please immediately reply to the sender that you have received the message in error. Then delete it. Thank you.

---

**From:** Bob Kitsmiller <bob@podoll.net>
**Sent:** Wednesday, May 8, 2024 9:51 AM
**To:** Peter Thomas <peter@praxidicelaw.com>; Michael Melito <melito@melitolaw.com>
**Cc:** Richardson, Dean <dean.richardson@moyewhite.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Pete, I think Mike told you about some of Eric's issues with his family and his own health. I Will speak with him. One thing I noticed is that you or Dean wanted to divide the cost three ways. The escrow is really for you clients' benefit. I don't believe Eric should be required to share in the cost necessary to provide security to your clients.

---

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Wednesday, May 8, 2024 9:45 AM
**To:** Bob Kitsmiller <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Cc:** Dean Richardson <Dean.Richardson@moyewhite.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Bob and Mike,

I am following up again on the below regarding the Escrow Agent. Please advise.

Thanks, Pete

---

**From:** Peter Thomas
**Sent:** Monday, April 22, 2024 5:11 PM
**To:** Bob Kitsmiller <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Cc:** Dean Richardson <Dean.Richardson@moyewhite.com>
**Subject:** FW: Escrow Services
**Sensitivity:** Confidential

Bob and Mike,

Regarding the below questions asked by this potential escrow agent, can you confirm that Ralls will be delivering physical stock certificates?

3

RALLS180

**From:** Peter Thomas
**Sent:** Thursday, April 18, 2024 7:18 AM
**To:** Stites, Greg <Greg.Stites@truist.com>
**Cc:** Ward, Matthew <Matthew.Ward@truist.com>; Spinelli, Christopher <Christopher.Spinelli@truist.com>;
Richardson, Dean <drichardson@fennemorelaw.com>; Patrick R. Akers <Patrick.Akers@moyewhite.com>;
Michael Melito <melito@melitolaw.com>; Bob Kitsmiller <bob@podoll.net>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Greg,

It's a pleasure to meet you as well and I appreciate the quick follow up. I am looping all counsel involved in the case into this email thread. We will coordinate offline regarding the various questions you asked and circle back with you within the next few days.

Regards,

Peter W. Thomas, Esq.
124 West Hyman, Ste 1-A
Aspen, Colorado 81611
Telephone: (970) 544-5900



*This e-mail message (and/or documents accompanying it) is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error and are an attorney or law firm, consult Title I of the Federal Electronic Communications Privacy Act of 1986 which requires you refrain from examining these materials. If you received the communication in error, please notify us immediately by telephone, to arrange return of the communication. Thank you.*

 **Please consider the environment before printing this email**

---

**From:** Stites, Greg <Greg.Stites@truist.com>
**Sent:** Wednesday, April 17, 2024 8:58 PM
**To:** Peter Thomas <peter@praxidicelaw.com>
**Cc:** Ward, Matthew <Matthew.Ward@truist.com>; Spinelli, Christopher <Christopher.Spinelli@truist.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Thanks Matt!

Hi Peter – great to meet you via email. We can serve as escrow agent for stock deposits within certain circumstances. Just a couple of questions below to help me make a determination:

- What type of stock will be deposited? Physical shares, book-entry at a transfer agent, DTC eligible?

4

- Who is the depositor of the shares? Entity or individual? US domestic or foreign?
- Who is the escrow counterparty/secured party or parties? I assume that the opposing parties will enter into the escrow agreement with the bank.
- What is the expected timing of the deposit and the expected duration of the escrow?

Please also keep in mind that we will need to enter into an escrow agreement, which will need to be negotiated between the parties (perhaps that is what you are working on in terms of escrow instructions?). And, we will need to complete KYC reviews of the parties entering into the escrow agreement with the bank. Please keep these factors in mind as you make plans.

I am copying the relationship manager we will be working with on this transaction, Chris Spinelli. He will assist in agreement negotiation/execution and will be helpful in making a determination as to our ability to accept the appointment.

I will be out of the office tomorrow and part of Friday, so please be sure to keep Chris in the loop. And please let me know if you have any questions for us.

Thanks!

***Greg Stites, Senior Vice President***
Corporate Trust & Escrow Services

**TRUIST** ⊞

3801 North Capital of Texas Hwy
Austin, TX 78746
(512) 574-7584
Greg.Stites@Truist.com

Greg Stites | LinkedIn
Greg Stites | Truist Bank

---

**From:** Ward, Matthew <Matthew.Ward@truist.com>
**Sent:** Wednesday, April 17, 2024 7:33 PM
**To:** Peter Thomas <peter@praxidicelaw.com>
**Cc:** Stites, Greg <Greg.Stites@truist.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Hi Peter. Thanks for the email. I'd like to introduce you to my teammate, Greg Stites (copied), who is my counterpart covering the western part of the country. I've included Greg's contact information below as well. You'll be in excellent hands with Greg. I'll leave it to the two of you to connect on this transaction. Thanks!

***Greg Stites, Senior Vice President***
Corporate Trust & Escrow Services

**TRUIST** ⊞

3801 North Capital of Texas Hwy
Austin, TX 78746
(512) 574-7584
Greg.Stites@Truist.com

5

RALLS182

Best,


**Matthew Ward**
**Vice President**
**Business Development / Truist**
**Corporate Trust and Escrow Services**
919 E Main Street, 2nd FL, Richmond, VA 23219
Office: 804-782-7182
Mobile: 804-955-8997
matthew.ward@truist.com

---

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Wednesday, April 17, 2024 7:13 PM
**To:** Ward, Matthew <Matthew.Ward@truist.com>
**Subject:** Escrow Services
**Sensitivity:** Confidential

Hi Matt,

Tim Martin gave Dean Richardson at Fennemore and myself your name and recommended Truist as a potential escrow agent. Does Truist serve as escrow agents for shares of stock in companies? We have a case where the debtor has pledged his shares in various entities to secure two large payments. We are working on escrow instructions now. Let us know if this is a service you perform, what the fee would be, and whatever else we need to know.

Regards, Pete Thomas

Peter W. Thomas, Esq.
124 West Hyman, Ste 1-A
Aspen, Colorado 81611
Telephone: (970) 544-5900



*This e-mail message (and/or documents accompanying it) is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error and are an attorney or law firm, consult Title I of the Federal Electronic Communications Privacy Act of 1986 which requires you refrain from examining these materials. If you received the communication in error, please notify us immediately by telephone, to arrange return of the communication. Thank you.*

 ***Please consider the environment before printing this email***

RALLS183

*The information transmitted is intended solely for the individual or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of or taking action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you have received this email in error please contact the sender and delete the material from any computer.*

RALLS184

**greg@mitchellps.com**

| | |
|---|---|
| **Subject:** | FW: Escrow Services |
| **Attachments:** | Escrow Instructions.PWTdr04062024.doc |
| | |
| **Sensitivity:** | Confidential |

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Thursday, June 27, 2024 10:32 AM
**To:** Michael Melito <melito@melitolaw.com>; Richardson, Dean <drichardson@fennemorelaw.com>; Bob Kitsmiller <bob@podoll.net>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Bob,

I heard you inform the court today that you already provided the information that I keep asking for....if so, I obviously overlooked your response and apologize if that's the case. But I can't find your response in my emails. The escrow agent is still waiting for Ralls' answers to the following two questions:

1. What type of stock will be deposited? Physical shares, book-entry at a transfer agent, DTC eligible?
2. Who is the depositor of the shares?

I also am resending the April 6 draft Escrow Instructions that we still have not received any comments on.

Please provide us the answers to the above questions with any proposed redline revisions to the Escrow Agreement so that we can get the Escrow Agent engaged. We would like to get this obligation of defendants under the Binding Term Sheet complete by next week.

Thanks, Pete


**From:** Peter Thomas
**Sent:** Friday, June 21, 2024 5:22 PM
**To:** Michael Melito ; Richardson, Dean ; Bob Kitsmiller
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Mike and Bob, can we please get the below escrow questions answered and the proposed Escrow Instructions I circulated in April finalized?

**From:** Michael Melito <melito@melitolaw.com>
**Sent:** Thursday, May 16, 2024 2:54 PM
**To:** Peter Thomas <peter@praxidicelaw.com>; Richardson, Dean <drichardson@fennemorelaw.com>; Bob Kitsmiller <bob@podoll.net>
**Subject:** Re: Escrow Services
**Sensitivity:** Confidential

RALLS185

Pete,

I'm terribly sorry to say that we have been unable to connect with Eric to have a meaningful conversation. It's not for a lack of trying. Unfortunately, his brother's severe medical problems have had Eric extremely tied up. We understand he is taking care of his brother's children and assisting in other matters to help out during this family tragedy.

By way of example, we spoke to Eric yesterday but only for a few moments. Even then it was only enough time to schedule a call for today because he had to hurry off the phone.

I know we need to keep the court informed, but Eric's family medical issues are significant.

I sincerely appreciate your patience.

Melito

---

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Tuesday, May 14, 2024 2:07 PM
**To:** Richardson, Dean <drichardson@fennemorelaw.com>; Bob Kitsmiller <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Cc:** Richardson, Dean <dean.richardson@moyewhite.com>
**Subject:** RE: Escrow Services

This really shouldn't be so difficult guys. Ralls' refusal to answer a couple of simple questions is frustrating our ability to engage an Escrow Agent in compliance with mandatory covenants in the Binding Term Sheet. Get your client engaged in this process now so that we can get this buttoned up. We have another Status Report due to the Court this week and none of us want to have to report a breakdown.

Thanks, Pete

---

**From:** Peter Thomas
**Sent:** Friday, May 10, 2024 8:42 AM
**To:** 'Richardson, Dean' <drichardson@fennemorelaw.com>; 'Bob Kitsmiller' <bob@podoll.net>; 'Michael Melito' <melito@melitolaw.com>
**Cc:** 'Richardson, Dean' <dean.richardson@moyewhite.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Gentlemen

For the fourth time, please promptly provide the information requested by the prospective escrow agent as we cannot move forward with engaging an escrow agent, as agreed and required by the Binding Term Sheet, without this information from Eric.

Thanks.

---

**From:** Peter Thomas
**Sent:** Wednesday, May 8, 2024 11:00 AM
**To:** Richardson, Dean <drichardson@fennemorelaw.com>; Bob Kitsmiller <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Cc:** Richardson, Dean <dean.richardson@moyewhite.com>

2

**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Ignoring the division of costs for the moment, we need answers from Eric to the questions posed by the prospective Escrow Agent. Most specifically being the question of the stock certificates.

---

**From:** Richardson, Dean <drichardson@fennemorelaw.com>
**Sent:** Wednesday, May 8, 2024 9:56 AM
**To:** Bob Kitsmiller <bob@podoll.net>; Peter Thomas <peter@praxidicelaw.com>; Michael Melito <melito@melitolaw.com>
**Cc:** Richardson, Dean <dean.richardson@moyewhite.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential


Of course – family first.

The binding term sheet speaks to the division – and it was agreed that it would be split three ways.

Dean


Dean E. Richardson
Director




## FENNEMORE.

3615 Delgany St, Suite 1100, Denver, CO 80216-3997
T: 303.291.3200 | F: 303.291.3201
drichardson@fennemorelaw.com

**CONFIDENTIALITY NOTICE:** The information contained in this message may be protected by the attorney-client privilege. If you believe that it has been sent to you in error, do not read it. Please immediately reply to the sender that you have received the message in error. Then delete it. Thank you.

---

**From:** Bob Kitsmiller <bob@podoll.net>
**Sent:** Wednesday, May 8, 2024 9:51 AM
**To:** Peter Thomas <peter@praxidicelaw.com>; Michael Melito <melito@melitolaw.com>
**Cc:** Richardson, Dean <dean.richardson@moyewhite.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Pete, I think Mike told you about some of Eric's issues with his family and his own health. I Will speak with him. One thing I noticed is that you or Dean wanted to divide the cost three ways. The escrow is really for you clients' benefit. I don't believe Eric should be required to share in the cost necessary to provide security to your clients.

RALLS187

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Wednesday, May 8, 2024 9:45 AM
**To:** Bob Kitsmiller <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Cc:** Dean Richardson <Dean.Richardson@moyewhite.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Bob and Mike,

I am following up again on the below regarding the Escrow Agent. Please advise.

Thanks, Pete

---

**From:** Peter Thomas
**Sent:** Monday, April 22, 2024 5:11 PM
**To:** Bob Kitsmiller <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Cc:** Dean Richardson <Dean.Richardson@moyewhite.com>
**Subject:** FW: Escrow Services
**Sensitivity:** Confidential

Bob and Mike,

Regarding the below questions asked by this potential escrow agent, can you confirm that Ralls will be delivering physical stock certificates?

---

**From:** Peter Thomas
**Sent:** Thursday, April 18, 2024 7:18 AM
**To:** Stites, Greg <Greg.Stites@truist.com>
**Cc:** Ward, Matthew <Matthew.Ward@truist.com>; Spinelli, Christopher <Christopher.Spinelli@truist.com>; Richardson, Dean <drichardson@fennemorelaw.com>; Patrick R. Akers <Patrick.Akers@moyewhite.com>; Michael Melito <melito@melitolaw.com>; Bob Kitsmiller <bob@podoll.net>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Greg,

It's a pleasure to meet you as well and I appreciate the quick follow up. I am looping all counsel involved in the case into this email thread. We will coordinate offline regarding the various questions you asked and circle back with you within the next few days.

Regards,

Peter W. Thomas, Esq.
124 West Hyman, Ste 1-A
Aspen, Colorado 81611
Telephone: (970) 544-5900



4

*This e-mail message (and/or documents accompanying it) is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error and are an attorney or law firm, consult Title I of the Federal Electronic Communications Privacy Act of 1986 which requires you refrain from examining these materials. If you received the communication in error, please notify us immediately by telephone, to arrange return of the communication. Thank you.*

 **Please consider the environment before printing this email**

---

**From:** Stites, Greg <Greg.Stites@truist.com>
**Sent:** Wednesday, April 17, 2024 8:58 PM
**To:** Peter Thomas <peter@praxidicelaw.com>
**Cc:** Ward, Matthew <Matthew.Ward@truist.com>; Spinelli, Christopher <Christopher.Spinelli@truist.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Thanks Matt!

Hi Peter – great to meet you via email. We can serve as escrow agent for stock deposits within certain circumstances. Just a couple of questions below to help me make a determination:

3. What type of stock will be deposited? Physical shares, book-entry at a transfer agent, DTC eligible?
4. Who is the depositor of the shares? Entity or individual? US domestic or foreign?
5. Who is the escrow counterparty/secured party or parties? I assume that the opposing parties will enter into the escrow agreement with the bank.
6. What is the expected timing of the deposit and the expected duration of the escrow?

Please also keep in mind that we will need to enter into an escrow agreement, which will need to be negotiated between the parties (perhaps that is what you are working on in terms of escrow instructions?). And, we will need to complete KYC reviews of the parties entering into the escrow agreement with the bank. Please keep these factors in mind as you make plans.

I am copying the relationship manager we will be working with on this transaction, Chris Spinelli. He will assist in agreement negotiation/execution and will be helpful in making a determination as to our ability to accept the appointment.

I will be out of the office tomorrow and part of Friday, so please be sure to keep Chris in the loop. And please let me know if you have any questions for us.

Thanks!

***Greg Stites, Senior Vice President***
Corporate Trust & Escrow Services

**TRUIST** ⊞

3801 North Capital of Texas Hwy
Austin, TX 78746

RALLS189

(512) 574-7584
Greg.Stites@Truist.com

Greg Stites | LinkedIn
Greg Stites | Truist Bank

---

**From:** Ward, Matthew <Matthew.Ward@truist.com>
**Sent:** Wednesday, April 17, 2024 7:33 PM
**To:** Peter Thomas <peter@praxidicelaw.com>
**Cc:** Stites, Greg <Greg.Stites@truist.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Hi Peter. Thanks for the email. I'd like to introduce you to my teammate, Greg Stites (copied), who is my counterpart covering the western part of the country. I've included Greg's contact information below as well. You'll be in excellent hands with Greg. I'll leave it to the two of you to connect on this transaction. Thanks!

***Greg Stites, Senior Vice President***
Corporate Trust & Escrow Services

**TRUIST** 田

3801 North Capital of Texas Hwy
Austin, TX 78746
(512) 574-7584
Greg.Stites@Truist.com

Best,

**Matthew Ward**
**Vice President**
**Business Development / Truist**
**Corporate Trust and Escrow Services**
919 E Main Street, 2nd FL, Richmond, VA 23219
Office: 804-782-7182
Mobile: 804-955-8997
matthew.ward@truist.com

---

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Wednesday, April 17, 2024 7:13 PM
**To:** Ward, Matthew <Matthew.Ward@truist.com>
**Subject:** Escrow Services
**Sensitivity:** Confidential

Hi Matt,

Tim Martin gave Dean Richardson at Fennemore and myself your name and recommended Truist as a potential escrow agent. Does Truist serve as escrow agents for shares of stock in companies? We have a case where the debtor has pledged his shares in various entities to secure two large payments. We are working on escrow

6

instructions now. Let us know if this is a service you perform, what the fee would be, and whatever else we need to know.

Regards, Pete Thomas

Peter W. Thomas, Esq.
124 West Hyman, Ste 1-A
Aspen, Colorado 81611
Telephone: (970) 544-5900



*This e-mail message (and/or documents accompanying it) is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error and are an attorney or law firm, consult Title I of the Federal Electronic Communications Privacy Act of 1986 which requires you refrain from examining these materials. If you received the communication in error, please notify us immediately by telephone, to arrange return of the communication. Thank you.*

 ***Please consider the environment before printing this email***

*The information transmitted is intended solely for the individual or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of or taking action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you have received this email in error please contact the sender and delete the material from any computer.*

7

RALLS191

**greg@mitchellps.com**

| | |
|---|---|
| **Subject:** | FW: Asset Schedules for Entities |

---

**From:** Richardson, Dean <drichardson@fennemorelaw.com>
**Sent:** Thursday, June 27, 2024 10:45 AM
**To:** Robert Kitsmiller - Podoll & Podoll (bob@podoll.net) <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Cc:** Pete W. Thomas (peter@praxidicelaw.com) <peter@praxidicelaw.com>
**Subject:** Asset Schedules for Entities


Bob and Mike:
Paragraph 5 of the PS Term Sheet and, I think, 7 of the DEJP term sheet, require the Ralls Parties to provide a current asset schedule for the Entities.
Can you please provide?
Thanks,
Dean

## Dean E. Richardson
Director

# FENNEMORE.

3615 Delgany St, Suite 1100, Denver, CO 80216-3997
T: 303.291.3200 | F: 303.291.3201
drichardson@fennemorelaw.com



My colleagues and I have joined Fennemore! Click here to view the initial announcement!

**CONFIDENTIALITY NOTICE:** The information contained in this message may be protected by the attorney-client privilege. If you believe that it has been sent to you in error, do not read it. Please immediately reply to the sender that you have received the message in error. Then delete it. Thank you.

1

RALLS192

**greg@mitchellps.com**

---

**Subject:**         FW: Escrow Services

**Sensitivity:**      Confidential

---

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Friday, June 28, 2024 4:30 PM
**To:** Michael Melito <melito@melitolaw.com>; Richardson, Dean <drichardson@fennemorelaw.com>; Bob Kitsmiller <bob@podoll.net>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Gentlemen? Response please...

---

**From:** Peter Thomas
**Sent:** Thursday, June 27, 2024 10:32 AM
**To:** Michael Melito ; Richardson, Dean ; Bob Kitsmiller
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Bob,

I heard you inform the court today that you already provided the information that I keep asking for....if so, I obviously overlooked your response and apologize if that's the case. But I can't find your response in my emails. The escrow agent is still waiting for Ralls' answers to the following two questions:

1. What type of stock will be deposited? Physical shares, book-entry at a transfer agent, DTC eligible?
2. Who is the depositor of the shares?

I also am resending the April 6 draft Escrow Instructions that we still have not received any comments on.

Please provide us the answers to the above questions with any proposed redline revisions to the Escrow Agreement so that we can get the Escrow Agent engaged. We would like to get this obligation of defendants under the Binding Term Sheet complete by next week.

Thanks, Pete

---

**From:** Peter Thomas
**Sent:** Friday, June 21, 2024 5:22 PM
**To:** Michael Melito <melito@melitolaw.com>; Richardson, Dean <drichardson@fennemorelaw.com>; Bob Kitsmiller <bob@podoll.net>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Mike and Bob, can we please get the below escrow questions answered and the proposed Escrow Instructions I circulated in April finalized?

RALLS193

**From:** Michael Melito <melito@melitolaw.com>
**Sent:** Thursday, May 16, 2024 2:54 PM
**To:** Peter Thomas <peter@praxidicelaw.com>; Richardson, Dean <drichardson@fennemorelaw.com>;
Bob Kitsmiller <bob@podoll.net>
**Subject:** Re: Escrow Services
**Sensitivity:** Confidential

Pete,
I'm terribly sorry to say that we have been unable to connect with Eric to have a meaningful conversation.
It's not for a lack of trying. Unfortunately, his brother's severe medical problems have had Eric extremely
tied up. We understand he is taking care of his brother's children and assisting in other matters to help
out during this family tragedy.

By way of example, we spoke to Eric yesterday but only for a few moments. Even then it was only enough
time to schedule a call for today because he had to hurry off the phone.

I know we need to keep the court informed, but Eric's family medical issues are significant.

I sincerely appreciate your patience.

Melito

---

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Tuesday, May 14, 2024 2:07 PM
**To:** Richardson, Dean <drichardson@fennemorelaw.com>; Bob Kitsmiller <bob@podoll.net>; Michael
Melito <melito@melitolaw.com>
**Cc:** Richardson, Dean <dean.richardson@moyewhite.com>
**Subject:** RE: Escrow Services

This really shouldn't be so difficult guys. Ralls' refusal to answer a couple of simple questions is frustrating our
ability to engage an Escrow Agent in compliance with mandatory covenants in the Binding Term Sheet. Get your
client engaged in this process now so that we can get this buttoned up. We have another Status Report due to the
Court this week and none of us want to have to report a breakdown.

Thanks, Pete

---

**From:** Peter Thomas
**Sent:** Friday, May 10, 2024 8:42 AM
**To:** 'Richardson, Dean' <drichardson@fennemorelaw.com>; 'Bob Kitsmiller' <bob@podoll.net>; 'Michael Melito'
<melito@melitolaw.com>
**Cc:** 'Richardson, Dean' <dean.richardson@moyewhite.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Gentlemen

2

RALLS194

For the fourth time, please promptly provide the information requested by the prospective escrow agent as we cannot move forward with engaging an escrow agent, as agreed and required by the Binding Term Sheet, without this information from Eric.

Thanks.

---

**From:** Peter Thomas
**Sent:** Wednesday, May 8, 2024 11:00 AM
**To:** Richardson, Dean <drichardson@fennemorelaw.com>; Bob Kitsmiller <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Cc:** Richardson, Dean <dean.richardson@moyewhite.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Ignoring the division of costs for the moment, we need answers from Eric to the questions posed by the prospective Escrow Agent. Most specifically being the question of the stock certificates.

---

**From:** Richardson, Dean <drichardson@fennemorelaw.com>
**Sent:** Wednesday, May 8, 2024 9:56 AM
**To:** Bob Kitsmiller <bob@podoll.net>; Peter Thomas <peter@praxidicelaw.com>; Michael Melito <melito@melitolaw.com>
**Cc:** Richardson, Dean <dean.richardson@moyewhite.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Of course – family first.

The binding term sheet speaks to the division – and it was agreed that it would be split three ways.

Dean

Dean E. Richardson
Director

# FENNEMORE.

3615 Delgany St, Suite 1100, Denver, CO 80216-3997
T: 303.291.3200 | F: 303.291.3201
drichardson@fennemorelaw.com



**CONFIDENTIALITY NOTICE:** The information contained in this message may be protected by the attorney-client privilege. If you believe that it has been sent to you in error, do not read it. Please immediately reply to the sender that you have received the message in error. Then delete it. Thank you.

RALLS195

**From:** Bob Kitsmiller <bob@podoll.net>
**Sent:** Wednesday, May 8, 2024 9:51 AM
**To:** Peter Thomas <peter@praxidicelaw.com>; Michael Melito <melito@melitolaw.com>
**Cc:** Richardson, Dean <dean.richardson@moyewhite.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Pete, I think Mike told you about some of Eric's issues with his family and his own health. I Will speak with him. One thing I noticed is that you or Dean wanted to divide the cost three ways. The escrow is really for you clients' benefit. I don't believe Eric should be required to share in the cost necessary to provide security to your clients.

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Wednesday, May 8, 2024 9:45 AM
**To:** Bob Kitsmiller <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Cc:** Dean Richardson <Dean.Richardson@moyewhite.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Bob and Mike,

I am following up again on the below regarding the Escrow Agent. Please advise.

Thanks, Pete

**From:** Peter Thomas
**Sent:** Monday, April 22, 2024 5:11 PM
**To:** Bob Kitsmiller <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Cc:** Dean Richardson <Dean.Richardson@moyewhite.com>
**Subject:** FW: Escrow Services
**Sensitivity:** Confidential

Bob and Mike,

Regarding the below questions asked by this potential escrow agent, can you confirm that Ralls will be delivering physical stock certificates?

**From:** Peter Thomas
**Sent:** Thursday, April 18, 2024 7:18 AM
**To:** Stites, Greg <Greg.Stites@truist.com>
**Cc:** Ward, Matthew <Matthew.Ward@truist.com>; Spinelli, Christopher <Christopher.Spinelli@truist.com>; Richardson, Dean <drichardson@fennemorelaw.com>; Patrick R. Akers <Patrick.Akers@moyewhite.com>; Michael Melito <melito@melitolaw.com>; Bob Kitsmiller <bob@podoll.net>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Greg,

It's a pleasure to meet you as well and I appreciate the quick follow up. I am looping all counsel involved in the case into this email thread. We will coordinate offline regarding the various questions you asked and circle back with you within the next few days.

4

Regards,

Peter W. Thomas, Esq.
124 West Hyman, Ste 1-A
Aspen, Colorado 81611
Telephone: (970) 544-5900



*This e-mail message (and/or documents accompanying it) is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error and are an attorney or law firm, consult Title I of the Federal Electronic Communications Privacy Act of 1986 which requires you refrain from examining these materials. If you received the communication in error, please notify us immediately by telephone, to arrange return of the communication. Thank you.*

 **Please consider the environment before printing this email**

**From:** Stites, Greg <Greg.Stites@truist.com>
**Sent:** Wednesday, April 17, 2024 8:58 PM
**To:** Peter Thomas <peter@praxidicelaw.com>
**Cc:** Ward, Matthew <Matthew.Ward@truist.com>; Spinelli, Christopher <Christopher.Spinelli@truist.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Thanks Matt!

Hi Peter – great to meet you via email. We can serve as escrow agent for stock deposits within certain circumstances. Just a couple of questions below to help me make a determination:

3. What type of stock will be deposited? Physical shares, book-entry at a transfer agent, DTC eligible?
4. Who is the depositor of the shares? Entity or individual? US domestic or foreign?
5. Who is the escrow counterparty/secured party or parties? I assume that the opposing parties will enter into the escrow agreement with the bank.
6. What is the expected timing of the deposit and the expected duration of the escrow?

Please also keep in mind that we will need to enter into an escrow agreement, which will need to be negotiated between the parties (perhaps that is what you are working on in terms of escrow instructions?). And, we will need to complete KYC reviews of the parties entering into the escrow agreement with the bank. Please keep these factors in mind as you make plans.

I am copying the relationship manager we will be working with on this transaction, Chris Spinelli. He will assist in agreement negotiation/execution and will be helpful in making a determination as to our ability to accept the appointment.

RALLS197

I will be out of the office tomorrow and part of Friday, so please be sure to keep Chris in the loop. And please let me know if you have any questions for us.

Thanks!

**_Greg Stites, Senior Vice President_**
Corporate Trust & Escrow Services

**TRUIST** ⊞

3801 North Capital of Texas Hwy
Austin, TX 78746
(512) 574-7584
Greg.Stites@Truist.com

Greg Stites | LinkedIn
Greg Stites | Truist Bank

---

**From:** Ward, Matthew <Matthew.Ward@truist.com>
**Sent:** Wednesday, April 17, 2024 7:33 PM
**To:** Peter Thomas <peter@praxidicelaw.com>
**Cc:** Stites, Greg <Greg.Stites@truist.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Hi Peter. Thanks for the email. I'd like to introduce you to my teammate, Greg Stites (copied), who is my counterpart covering the western part of the country. I've included Greg's contact information below as well. You'll be in excellent hands with Greg. I'll leave it to the two of you to connect on this transaction. Thanks!

**_Greg Stites, Senior Vice President_**
Corporate Trust & Escrow Services

**TRUIST** ⊞

3801 North Capital of Texas Hwy
Austin, TX 78746
(512) 574-7584
Greg.Stites@Truist.com

Best,


**Matthew Ward**
**Vice President**
**Business Development / Truist**
**Corporate Trust and Escrow Services**
919 E Main Street, 2nd FL, Richmond, VA 23219
Office: 804-782-7182
Mobile: 804-955-8997
matthew.ward@truist.com

6

RALLS198

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Wednesday, April 17, 2024 7:13 PM
**To:** Ward, Matthew <Matthew.Ward@truist.com>
**Subject:** Escrow Services
**Sensitivity:** Confidential

Hi Matt,

Tim Martin gave Dean Richardson at Fennemore and myself your name and recommended Truist as a potential escrow agent. Does Truist serve as escrow agents for shares of stock in companies? We have a case where the debtor has pledged his shares in various entities to secure two large payments. We are working on escrow instructions now. Let us know if this is a service you perform, what the fee would be, and whatever else we need to know.

Regards, Pete Thomas

Peter W. Thomas, Esq.
124 West Hyman, Ste 1-A
Aspen, Colorado 81611
Telephone: (970) 544-5900



*This e-mail message (and/or documents accompanying it) is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error and are an attorney or law firm, consult Title I of the Federal Electronic Communications Privacy Act of 1986 which requires you refrain from examining these materials. If you received the communication in error, please notify us immediately by telephone, to arrange return of the communication. Thank you.*

 ***Please consider the environment before printing this email***

*The information transmitted is intended solely for the individual or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of or taking action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you have received this email in error please contact the sender and delete the material from any computer.*

7

RALLS199

**greg@mitchellps.com**

**Subject:**             FW: Asset Schedules for Entities

---

**From:** Richardson, Dean <drichardson@fennemorelaw.com>
**Sent:** Friday, June 28, 2024 4:32 PM
**To:** Robert Kitsmiller - Podoll & Podoll (bob@podoll.net) <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Cc:** Pete W. Thomas (peter@praxidicelaw.com) <peter@praxidicelaw.com>
**Subject:** RE: Asset Schedules for Entities

Response?

Dean E. Richardson
Director



3615 Delgany St, Suite 1100, Denver, CO 80216-3997
T: 303.291.3200 | F: 303.291.3201
drichardson@fennemorelaw.com

My colleagues and I have joined Fennemore! Click here to view the initial announcement!

**CONFIDENTIALITY NOTICE:** The information contained in this message may be protected by the attorney-client privilege. If you believe that it has been sent to you in error, do not read it. Please immediately reply to the sender that you have received the message in error. Then delete it. Thank you.

---

**From:** Richardson, Dean
**Sent:** Thursday, June 27, 2024 10:45 AM
**To:** Robert Kitsmiller - Podoll & Podoll (bob@podoll.net) ; Michael Melito (melito@melitolaw.com)
**Cc:** Pete W. Thomas (peter@praxidicelaw.com)
**Subject:** Asset Schedules for Entities
Bob and Mike:
Paragraph 5 of the PS Term Sheet and, I think, 7 of the DEJP term sheet, require the Ralls Parties to provide a current asset schedule for the Entities.
Can you please provide?
Thanks,
Dean

1

RALLS200

**greg@mitchellps.com**

---

**Subject:**          FW: Asset Schedules for Entities

---

**From:** Michael Melito <melito@melitolaw.com>
**Sent:** Friday, June 28, 2024 4:38 PM
**To:** Richardson, Dean <drichardson@fennemorelaw.com>; Robert Kitsmiller - Podoll & Podoll (bob@podoll.net) <bob@podoll.net>
**Cc:** Pete W. Thomas (peter@praxidicelaw.com) <peter@praxidicelaw.com>
**Subject:** Re: Asset Schedules for Entities

Dean,

Communicated with the client about it today. Working on it.

Sorry for brief message. Putting out another fire.

Melito

---

**From:** Richardson, Dean
**Sent:** Friday, June 28, 2024 4:31 PM
**To:** Robert Kitsmiller - Podoll & Podoll (bob@podoll.net) ; Michael Melito
**Cc:** Pete W. Thomas (peter@praxidicelaw.com)
**Subject:** RE: Asset Schedules for Entities

Response?

Dean E. Richardson
Director

# FENNEMORE.

3615 Delgany St, Suite 1100, Denver, CO 80216-3997
T: 303.291.3200 | F: 303.291.3201
drichardson@fennemorelaw.com



My colleagues and I have joined Fennemore! Click here to view the initial announcement!

**CONFIDENTIALITY NOTICE:** The information contained in this message may be protected by the attorney-client privilege. If you believe that it has been sent to you in error, do not read it. Please immediately reply to the sender that you have received the message in error. Then delete it. Thank you.

---

**From:** Richardson, Dean
**Sent:** Thursday, June 27, 2024 10:45 AM
**To:** Robert Kitsmiller - Podoll & Podoll (bob@podoll.net) ; Michael Melito (melito@melitolaw.com)

1

RALLS201

**Cc:** Pete W. Thomas ([peter@praxidicelaw.com](mailto:peter@praxidicelaw.com))

**Subject:** Asset Schedules for Entities

Bob and Mike:

Paragraph 5 of the PS Term Sheet and, I think, 7 of the DEJP term sheet, require the Ralls Parties to provide a current asset schedule for the Entities.

Can you please provide?

Thanks,

Dean

2

RALLS202

**greg@mitchellps.com**

**Subject:**              FW: Asset Schedules for Entities

---

**From:** Bob Kitsmiller <bob@podoll.net>
**Sent:** Friday, June 28, 2024 4:37 PM
**To:** Richardson, Dean <drichardson@fennemorelaw.com>
**Cc:** Michael Melito <melito@melitolaw.com>; Pete W. Thomas (peter@praxidicelaw.com) <peter@praxidicelaw.com>
**Subject:** Re: Asset Schedules for Entities

Dean these are digital companies. Other than the work being done for the app, I do t believe there are any "asset schedules" we have asked our client to clarify.

Robert Kitsmiller, Esq.
Podoll & Podoll, P.C.
5619 DTC Parkway, Suite 1100
Greenwood Village, CO 80111
(303) 861-4000


On Jun 28, 2024, at 4:32 PM, Richardson, Dean wrote:


Response?

Dean E. Richardson
Director

---

3615 Delgany St, Suite 1100, Denver, CO 80216-3997
T: 303.291.3200 | F: 303.291.3201
drichardson@fennemorelaw.com


My colleagues and I have joined Fennemore! Click here to view the initial announcement!

**CONFIDENTIALITY NOTICE:** The information contained in this message may be protected by the attorney-client privilege. If you believe that it has been sent to you in error, do not read it. Please immediately reply to the sender that you have received the message in error. Then delete it. Thank you.

---

**From:** Richardson, Dean
**Sent:** Thursday, June 27, 2024 10:45 AM
**To:** Robert Kitsmiller - Podoll & Podoll (bob@podoll.net) ; Michael Melito (melito@melitolaw.com)
**Cc:** Pete W. Thomas (peter@praxidicelaw.com)
**Subject:** Asset Schedules for Entities
Bob and Mike:

1

RALLS203

Paragraph 5 of the PS Term Sheet and, I think, 7 of the DEJP term sheet, require the Ralls Parties to provide a current asset schedule for the Entities.

Can you please provide?

Thanks,

Dean

2

RALLS204

**greg@mitchellps.com**

---

**Subject:**         FW: Escrow Services

**Sensitivity:**     Confidential

---

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Tuesday, July 2, 2024 9:16 AM
**To:** Michael Melito <melito@melitolaw.com>; Richardson, Dean <drichardson@fennemorelaw.com>; Bob Kitsmiller <bob@podoll.net>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

The courtesy of a response would be appreciated.

---

**From:** Peter Thomas
**Sent:** Friday, June 28, 2024 4:30 PM
**To:** 'Michael Melito' ; 'Richardson, Dean' ; 'Bob Kitsmiller'
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Gentlemen? Response please...

---

**From:** Peter Thomas
**Sent:** Thursday, June 27, 2024 10:32 AM
**To:** Michael Melito <melito@melitolaw.com>; Richardson, Dean <drichardson@fennemorelaw.com>; Bob Kitsmiller <bob@podoll.net>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Bob,

I heard you inform the court today that you already provided the information that I keep asking for....if so, I obviously overlooked your response and apologize if that's the case. But I can't find your response in my emails. The escrow agent is still waiting for Ralls' answers to the following two questions:

1. What type of stock will be deposited? Physical shares, book-entry at a transfer agent, DTC eligible?
2. Who is the depositor of the shares?

I also am resending the April 6 draft Escrow Instructions that we still have not received any comments on.

Please provide us the answers to the above questions with any proposed redline revisions to the Escrow Agreement so that we can get the Escrow Agent engaged. We would like to get this obligation of defendants under the Binding Term Sheet complete by next week.

Thanks, Pete

1

**From:** Peter Thomas
**Sent:** Friday, June 21, 2024 5:22 PM
**To:** Michael Melito <melito@melitolaw.com>; Richardson, Dean <drichardson@fennemorelaw.com>;
Bob Kitsmiller <bob@podoll.net>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Mike and Bob, can we please get the below escrow questions answered and the proposed Escrow Instructions I
circulated in April finalized?

**From:** Michael Melito <melito@melitolaw.com>
**Sent:** Thursday, May 16, 2024 2:54 PM
**To:** Peter Thomas <peter@praxidicelaw.com>; Richardson, Dean <drichardson@fennemorelaw.com>;
Bob Kitsmiller <bob@podoll.net>
**Subject:** Re: Escrow Services
**Sensitivity:** Confidential

Pete,
I'm terribly sorry to say that we have been unable to connect with Eric to have a meaningful conversation.
It's not for a lack of trying. Unfortunately, his brother's severe medical problems have had Eric extremely
tied up. We understand he is taking care of his brother's children and assisting in other matters to help
out during this family tragedy.

By way of example, we spoke to Eric yesterday but only for a few moments. Even then it was only enough
time to schedule a call for today because he had to hurry off the phone.

I know we need to keep the court informed, but Eric's family medical issues are significant.

I sincerely appreciate your patience.

Melito

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Tuesday, May 14, 2024 2:07 PM
**To:** Richardson, Dean <drichardson@fennemorelaw.com>; Bob Kitsmiller <bob@podoll.net>; Michael
Melito <melito@melitolaw.com>
**Cc:** Richardson, Dean <dean.richardson@moyewhite.com>
**Subject:** RE: Escrow Services

This really shouldn't be so difficult guys. Ralls' refusal to answer a couple of simple questions is frustrating our
ability to engage an Escrow Agent in compliance with mandatory covenants in the Binding Term Sheet. Get your
client engaged in this process now so that we can get this buttoned up. We have another Status Report due to the
Court this week and none of us want to have to report a breakdown.

Thanks, Pete

**From:** Peter Thomas
**Sent:** Friday, May 10, 2024 8:42 AM

RALLS206

**To:** 'Richardson, Dean' <drichardson@fennemorelaw.com>; 'Bob Kitsmiller' <bob@podoll.net>; 'Michael Melito' <melito@melitolaw.com>
**Cc:** 'Richardson, Dean' <dean.richardson@moyewhite.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Gentlemen

For the fourth time, please promptly provide the information requested by the prospective escrow agent as we cannot move forward with engaging an escrow agent, as agreed and required by the Binding Term Sheet, without this information from Eric.

Thanks.

---

**From:** Peter Thomas
**Sent:** Wednesday, May 8, 2024 11:00 AM
**To:** Richardson, Dean <drichardson@fennemorelaw.com>; Bob Kitsmiller <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Cc:** Richardson, Dean <dean.richardson@moyewhite.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Ignoring the division of costs for the moment, we need answers from Eric to the questions posed by the prospective Escrow Agent. Most specifically being the question of the stock certificates.

---

**From:** Richardson, Dean <drichardson@fennemorelaw.com>
**Sent:** Wednesday, May 8, 2024 9:56 AM
**To:** Bob Kitsmiller <bob@podoll.net>; Peter Thomas <peter@praxidicelaw.com>; Michael Melito <melito@melitolaw.com>
**Cc:** Richardson, Dean <dean.richardson@moyewhite.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Of course – family first.

The binding term sheet speaks to the division – and it was agreed that it would be split three ways.

Dean


Dean E. Richardson
Director


# FENNEMORE.

3615 Delgany St, Suite 1100, Denver, CO 80216-3997
T: 303.291.3200 | F: 303.291.3201
drichardson@fennemorelaw.com

RALLS207



**CONFIDENTIALITY NOTICE:** The information contained in this message may be protected by the attorney-client privilege. If you believe that it has been sent to you in error, do not read it. Please immediately reply to the sender that you have received the message in error. Then delete it. Thank you.

---

**From:** Bob Kitsmiller <bob@podoll.net>
**Sent:** Wednesday, May 8, 2024 9:51 AM
**To:** Peter Thomas <peter@praxidicelaw.com>; Michael Melito <melito@melitolaw.com>
**Cc:** Richardson, Dean <dean.richardson@moyewhite.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Pete, I think Mike told you about some of Eric's issues with his family and his own health. I Will speak with him. One thing I noticed is that you or Dean wanted to divide the cost three ways. The escrow is really for you clients' benefit. I don't believe Eric should be required to share in the cost necessary to provide security to your clients.

---

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Wednesday, May 8, 2024 9:45 AM
**To:** Bob Kitsmiller <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Cc:** Dean Richardson <Dean.Richardson@moyewhite.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Bob and Mike,

I am following up again on the below regarding the Escrow Agent. Please advise.

Thanks, Pete

---

**From:** Peter Thomas
**Sent:** Monday, April 22, 2024 5:11 PM
**To:** Bob Kitsmiller <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Cc:** Dean Richardson <Dean.Richardson@moyewhite.com>
**Subject:** FW: Escrow Services
**Sensitivity:** Confidential

Bob and Mike,

Regarding the below questions asked by this potential escrow agent, can you confirm that Ralls will be delivering physical stock certificates?

---

**From:** Peter Thomas
**Sent:** Thursday, April 18, 2024 7:18 AM
**To:** Stites, Greg <Greg.Stites@truist.com>
**Cc:** Ward, Matthew <Matthew.Ward@truist.com>; Spinelli, Christopher <Christopher.Spinelli@truist.com>; Richardson, Dean <drichardson@fennemorelaw.com>; Patrick R. Akers <Patrick.Akers@moyewhite.com>; Michael Melito <melito@melitolaw.com>; Bob Kitsmiller <bob@podoll.net>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

RALLS208

Greg,

It's a pleasure to meet you as well and I appreciate the quick follow up. I am looping all counsel involved in the case into this email thread. We will coordinate offline regarding the various questions you asked and circle back with you within the next few days.

Regards,

Peter W. Thomas, Esq.
124 West Hyman, Ste 1-A
Aspen, Colorado 81611
Telephone: (970) 544-5900



*This e-mail message (and/or documents accompanying it) is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error and are an attorney or law firm, consult Title I of the Federal Electronic Communications Privacy Act of 1986 which requires you refrain from examining these materials. If you received the communication in error, please notify us immediately by telephone, to arrange return of the communication. Thank you.*

 ***Please consider the environment before printing this email***

---

**From:** Stites, Greg <Greg.Stites@truist.com>
**Sent:** Wednesday, April 17, 2024 8:58 PM
**To:** Peter Thomas <peter@praxidicelaw.com>
**Cc:** Ward, Matthew <Matthew.Ward@truist.com>; Spinelli, Christopher <Christopher.Spinelli@truist.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Thanks Matt!

Hi Peter – great to meet you via email. We can serve as escrow agent for stock deposits within certain circumstances. Just a couple of questions below to help me make a determination:

3.  What type of stock will be deposited? Physical shares, book-entry at a transfer agent, DTC eligible?
4.  Who is the depositor of the shares? Entity or individual? US domestic or foreign?
5.  Who is the escrow counterparty/secured party or parties? I assume that the opposing parties will enter into the escrow agreement with the bank.
6.  What is the expected timing of the deposit and the expected duration of the escrow?

Please also keep in mind that we will need to enter into an escrow agreement, which will need to be negotiated between the parties (perhaps that is what you are working on in terms of escrow instructions?). And, we will need

RALLS209

to complete KYC reviews of the parties entering into the escrow agreement with the bank. Please keep these factors in mind as you make plans.

I am copying the relationship manager we will be working with on this transaction, Chris Spinelli. He will assist in agreement negotiation/execution and will be helpful in making a determination as to our ability to accept the appointment.

I will be out of the office tomorrow and part of Friday, so please be sure to keep Chris in the loop. And please let me know if you have any questions for us.

Thanks!

**_Greg Stites, Senior Vice President_**
Corporate Trust & Escrow Services

**TRUIST** ⊞

3801 North Capital of Texas Hwy
Austin, TX 78746
(512) 574-7584
Greg.Stites@Truist.com

Greg Stites | LinkedIn
Greg Stites | Truist Bank

---

**From:** Ward, Matthew <Matthew.Ward@truist.com>
**Sent:** Wednesday, April 17, 2024 7:33 PM
**To:** Peter Thomas <peter@praxidicelaw.com>
**Cc:** Stites, Greg <Greg.Stites@truist.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Hi Peter. Thanks for the email. I'd like to introduce you to my teammate, Greg Stites (copied), who is my counterpart covering the western part of the country. I've included Greg's contact information below as well. You'll be in excellent hands with Greg. I'll leave it to the two of you to connect on this transaction. Thanks!

**_Greg Stites, Senior Vice President_**
Corporate Trust & Escrow Services

**TRUIST** ⊞

3801 North Capital of Texas Hwy
Austin, TX 78746
(512) 574-7584
Greg.Stites@Truist.com

Best,

**Matthew Ward**
**Vice President**

6

RALLS210

**Business Development / Truist**
**Corporate Trust and Escrow Services**
919 E Main Street, 2nd FL, Richmond, VA 23219
Office: 804-782-7182
Mobile: 804-955-8997
matthew.ward@truist.com

---

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Wednesday, April 17, 2024 7:13 PM
**To:** Ward, Matthew <Matthew.Ward@truist.com>
**Subject:** Escrow Services
**Sensitivity:** Confidential

Hi Matt,

Tim Martin gave Dean Richardson at Fennemore and myself your name and recommended Truist as a potential escrow agent. Does Truist serve as escrow agents for shares of stock in companies? We have a case where the debtor has pledged his shares in various entities to secure two large payments. We are working on escrow instructions now. Let us know if this is a service you perform, what the fee would be, and whatever else we need to know.

Regards, Pete Thomas

Peter W. Thomas, Esq.
124 West Hyman, Ste 1-A
Aspen, Colorado 81611
Telephone: (970) 544-5900



*This e-mail message (and/or documents accompanying it) is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error and are an attorney or law firm, consult Title I of the Federal Electronic Communications Privacy Act of 1986 which requires you refrain from examining these materials. If you received the communication in error, please notify us immediately by telephone, to arrange return of the communication. Thank you.*

 ***Please consider the environment before printing this email***

*The information transmitted is intended solely for the individual or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of or taking action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you have received this email in error please contact the sender and delete the material from any computer.*

7

**greg@mitchellps.com**

**Subject:**        FW: Escrow Services

**Sensitivity:**    Confidential

**From:** Bob Kitsmiller <bob@podoll.net>
**Sent:** Tuesday, July 2, 2024 9:38 AM
**To:** Peter Thomas <peter@praxidicelaw.com>; Michael Melito <melito@melitolaw.com>; Richardson, Dean <drichardson@fennemorelaw.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Sorry Pete. It is a physical certificate. There is no transfer agent. The depositor of the shares is Eric Ralls

**From:** Peter Thomas
**Sent:** Tuesday, July 2, 2024 9:16 AM
**To:** Michael Melito ; Richardson, Dean ; Bob Kitsmiller
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

The courtesy of a response would be appreciated.

**From:** Peter Thomas
**Sent:** Friday, June 28, 2024 4:30 PM
**To:** 'Michael Melito' <melito@melitolaw.com>; 'Richardson, Dean' <drichardson@fennemorelaw.com>; 'Bob Kitsmiller' <bob@podoll.net>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Gentlemen? Response please...

**From:** Peter Thomas
**Sent:** Thursday, June 27, 2024 10:32 AM
**To:** Michael Melito <melito@melitolaw.com>; Richardson, Dean <drichardson@fennemorelaw.com>; Bob Kitsmiller <bob@podoll.net>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Bob,

I heard you inform the court today that you already provided the information that I keep asking for....if so, I obviously overlooked your response and apologize if that's the case. But I can't find your response in my emails. The escrow agent is still waiting for Ralls' answers to the following two questions:

1.   What type of stock will be deposited? Physical shares, book-entry at a transfer agent, DTC eligible?

1

RALLS212

2. Who is the depositor of the shares?

I also am resending the April 6 draft Escrow Instructions that we still have not received any comments on.

Please provide us the answers to the above questions with any proposed redline revisions to the Escrow Agreement so that we can get the Escrow Agent engaged. We would like to get this obligation of defendants under the Binding Term Sheet complete by next week.

Thanks, Pete

---

**From:** Peter Thomas
**Sent:** Friday, June 21, 2024 5:22 PM
**To:** Michael Melito <melito@melitolaw.com>; Richardson, Dean <drichardson@fennemorelaw.com>; Bob Kitsmiller <bob@podoll.net>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Mike and Bob, can we please get the below escrow questions answered and the proposed Escrow Instructions I circulated in April finalized?

---

**From:** Michael Melito <melito@melitolaw.com>
**Sent:** Thursday, May 16, 2024 2:54 PM
**To:** Peter Thomas <peter@praxidicelaw.com>; Richardson, Dean <drichardson@fennemorelaw.com>; Bob Kitsmiller <bob@podoll.net>
**Subject:** Re: Escrow Services
**Sensitivity:** Confidential

Pete,
I'm terribly sorry to say that we have been unable to connect with Eric to have a meaningful conversation. It's not for a lack of trying. Unfortunately, his brother's severe medical problems have had Eric extremely tied up. We understand he is taking care of his brother's children and assisting in other matters to help out during this family tragedy.

By way of example, we spoke to Eric yesterday but only for a few moments. Even then it was only enough time to schedule a call for today because he had to hurry off the phone.

I know we need to keep the court informed, but Eric's family medical issues are significant.

I sincerely appreciate your patience.

Melito

---

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Tuesday, May 14, 2024 2:07 PM
**To:** Richardson, Dean <drichardson@fennemorelaw.com>; Bob Kitsmiller <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Cc:** Richardson, Dean <dean.richardson@moyewhite.com>
**Subject:** RE: Escrow Services

RALLS213

This really shouldn't be so difficult guys. Ralls' refusal to answer a couple of simple questions is frustrating our ability to engage an Escrow Agent in compliance with mandatory covenants in the Binding Term Sheet. Get your client engaged in this process now so that we can get this buttoned up. We have another Status Report due to the Court this week and none of us want to have to report a breakdown.

Thanks, Pete

---

**From:** Peter Thomas
**Sent:** Friday, May 10, 2024 8:42 AM
**To:** 'Richardson, Dean' <drichardson@fennemorelaw.com>; 'Bob Kitsmiller' <bob@podoll.net>; 'Michael Melito' <melito@melitolaw.com>
**Cc:** 'Richardson, Dean' <dean.richardson@moyewhite.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Gentlemen

For the fourth time, please promptly provide the information requested by the prospective escrow agent as we cannot move forward with engaging an escrow agent, as agreed and required by the Binding Term Sheet, without this information from Eric.

Thanks.

---

**From:** Peter Thomas
**Sent:** Wednesday, May 8, 2024 11:00 AM
**To:** Richardson, Dean <drichardson@fennemorelaw.com>; Bob Kitsmiller <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Cc:** Richardson, Dean <dean.richardson@moyewhite.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Ignoring the division of costs for the moment, we need answers from Eric to the questions posed by the prospective Escrow Agent. Most specifically being the question of the stock certificates.

---

**From:** Richardson, Dean <drichardson@fennemorelaw.com>
**Sent:** Wednesday, May 8, 2024 9:56 AM
**To:** Bob Kitsmiller <bob@podoll.net>; Peter Thomas <peter@praxidicelaw.com>; Michael Melito <melito@melitolaw.com>
**Cc:** Richardson, Dean <dean.richardson@moyewhite.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Of course – family first.

The binding term sheet speaks to the division – and it was agreed that it would be split three ways.

Dean

3

RALLS214

Dean E. Richardson
Director



3615 Delgany St, Suite 1100, Denver, CO 80216-3997
T: 303.291.3200 | F: 303.291.3201
drichardson@fennemorelaw.com

**CONFIDENTIALITY NOTICE:** The information contained in this message may be protected by the attorney-client privilege. If you believe that it has been sent to you in error, do not read it. Please immediately reply to the sender that you have received the message in error. Then delete it. Thank you.

---

**From:** Bob Kitsmiller <bob@podoll.net>
**Sent:** Wednesday, May 8, 2024 9:51 AM
**To:** Peter Thomas <peter@praxidicelaw.com>; Michael Melito <melito@melitolaw.com>
**Cc:** Richardson, Dean <dean.richardson@moyewhite.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Pete, I think Mike told you about some of Eric's issues with his family and his own health. I Will speak with him. One thing I noticed is that you or Dean wanted to divide the cost three ways. The escrow is really for you clients' benefit. I don't believe Eric should be required to share in the cost necessary to provide security to your clients.

---

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Wednesday, May 8, 2024 9:45 AM
**To:** Bob Kitsmiller <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Cc:** Dean Richardson <Dean.Richardson@moyewhite.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Bob and Mike,

I am following up again on the below regarding the Escrow Agent. Please advise.

Thanks, Pete

---

**From:** Peter Thomas
**Sent:** Monday, April 22, 2024 5:11 PM
**To:** Bob Kitsmiller <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Cc:** Dean Richardson <Dean.Richardson@moyewhite.com>
**Subject:** FW: Escrow Services
**Sensitivity:** Confidential

Bob and Mike,

4

RALLS215

Regarding the below questions asked by this potential escrow agent, can you confirm that Ralls will be delivering physical stock certificates?

---

**From:** Peter Thomas
**Sent:** Thursday, April 18, 2024 7:18 AM
**To:** Stites, Greg <Greg.Stites@truist.com>
**Cc:** Ward, Matthew <Matthew.Ward@truist.com>; Spinelli, Christopher <Christopher.Spinelli@truist.com>; Richardson, Dean <drichardson@fennemorelaw.com>; Patrick R. Akers <Patrick.Akers@moyewhite.com>; Michael Melito <melito@melitolaw.com>; Bob Kitsmiller <bob@podoll.net>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Greg,

It's a pleasure to meet you as well and I appreciate the quick follow up. I am looping all counsel involved in the case into this email thread. We will coordinate offline regarding the various questions you asked and circle back with you within the next few days.

Regards,

Peter W. Thomas, Esq.
124 West Hyman, Ste 1-A
Aspen, Colorado 81611
Telephone: (970) 544-5900



*This e-mail message (and/or documents accompanying it) is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error and are an attorney or law firm, consult Title I of the Federal Electronic Communications Privacy Act of 1986 which requires you refrain from examining these materials. If you received the communication in error, please notify us immediately by telephone, to arrange return of the communication. Thank you.*

 *Please consider the environment before printing this email*

---

**From:** Stites, Greg <Greg.Stites@truist.com>
**Sent:** Wednesday, April 17, 2024 8:58 PM
**To:** Peter Thomas <peter@praxidicelaw.com>
**Cc:** Ward, Matthew <Matthew.Ward@truist.com>; Spinelli, Christopher <Christopher.Spinelli@truist.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Thanks Matt!

5

RALLS216

Hi Peter – great to meet you via email. We can serve as escrow agent for stock deposits within certain circumstances. Just a couple of questions below to help me make a determination:

3.  What type of stock will be deposited? Physical shares, book-entry at a transfer agent, DTC eligible?
4.  Who is the depositor of the shares? Entity or individual? US domestic or foreign?
5.  Who is the escrow counterparty/secured party or parties? I assume that the opposing parties will enter into the escrow agreement with the bank.
6.  What is the expected timing of the deposit and the expected duration of the escrow?

Please also keep in mind that we will need to enter into an escrow agreement, which will need to be negotiated between the parties (perhaps that is what you are working on in terms of escrow instructions?). And, we will need to complete KYC reviews of the parties entering into the escrow agreement with the bank. Please keep these factors in mind as you make plans.

I am copying the relationship manager we will be working with on this transaction, Chris Spinelli. He will assist in agreement negotiation/execution and will be helpful in making a determination as to our ability to accept the appointment.

I will be out of the office tomorrow and part of Friday, so please be sure to keep Chris in the loop. And please let me know if you have any questions for us.

Thanks!

**Greg Stites, Senior Vice President**
Corporate Trust & Escrow Services

**TRUIST** ⊞

3801 North Capital of Texas Hwy
Austin, TX 78746
(512) 574-7584
Greg.Stites@Truist.com

Greg Stites | LinkedIn
Greg Stites | Truist Bank

---

**From:** Ward, Matthew <Matthew.Ward@truist.com>
**Sent:** Wednesday, April 17, 2024 7:33 PM
**To:** Peter Thomas <peter@praxidicelaw.com>
**Cc:** Stites, Greg <Greg.Stites@truist.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Hi Peter. Thanks for the email. I'd like to introduce you to my teammate, Greg Stites (copied), who is my counterpart covering the western part of the country. I've included Greg's contact information below as well. You'll be in excellent hands with Greg. I'll leave it to the two of you to connect on this transaction. Thanks!

**Greg Stites, Senior Vice President**
Corporate Trust & Escrow Services

**TRUIST** ⊞

6

RALLS217

3801 North Capital of Texas Hwy
Austin, TX 78746
(512) 574-7584
Greg.Stites@Truist.com


Best,


**Matthew Ward**
**Vice President**
**Business Development / Truist**
**Corporate Trust and Escrow Services**
919 E Main Street, 2nd FL, Richmond, VA 23219
Office: 804-782-7182
Mobile: 804-955-8997
matthew.ward@truist.com


**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Wednesday, April 17, 2024 7:13 PM
**To:** Ward, Matthew <Matthew.Ward@truist.com>
**Subject:** Escrow Services
**Sensitivity:** Confidential

Hi Matt,

Tim Martin gave Dean Richardson at Fennemore and myself your name and recommended Truist as a potential
escrow agent. Does Truist serve as escrow agents for shares of stock in companies? We have a case where the
debtor has pledged his shares in various entities to secure two large payments. We are working on escrow
instructions now. Let us know if this is a service you perform, what the fee would be, and whatever else we need to
know.

Regards, Pete Thomas

Peter W. Thomas, Esq.
124 West Hyman, Ste 1-A
Aspen, Colorado 81611
Telephone: (970) 544-5900


PRAXIDICE
A LITIGATION AND TRIAL FIRM

*This e-mail message (and/or documents accompanying it) is intended only for the use of the individual or entity to
which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from
disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or
agent responsible for delivering the message to the intended recipient, you are hereby notified that any
dissemination, distribution or copying of this communication is strictly prohibited. If you received this
communication in error and are an attorney or law firm, consult Title I of the Federal Electronic Communications
Privacy Act of 1986 which requires you refrain from examining these materials. If you received the communication
in error, please notify us immediately by telephone, to arrange return of the communication. Thank you.*

7

RALLS218

*Please consider the environment before printing this email*

*The information transmitted is intended solely for the individual or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of or taking action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you have received this email in error please contact the sender and delete the material from any computer.*

RALLS219

**greg@mitchellps.com**

**Subject:**          FW: Escrow Services

**Sensitivity:**          Confidential

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Tuesday, July 2, 2024 10:27 AM
**To:** Bob Kitsmiller <bob@podoll.net>; Michael Melito <melito@melitolaw.com>; Richardson, Dean <drichardson@fennemorelaw.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Thanks Bob. I'll update Truist and hopefully they are still able to serve as escrow agent.

We just need to finalize the Escrow Instructions now. Do you have any proposed revisions to the draft i sent?

**From:** Bob Kitsmiller
**Sent:** Tuesday, July 2, 2024 9:38 AM
**To:** Peter Thomas ; Michael Melito ; Richardson, Dean
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Sorry Pete. It is a physical certificate. There is no transfer agent. The depositor of the shares is Eric Ralls

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Tuesday, July 2, 2024 9:16 AM
**To:** Michael Melito <melito@melitolaw.com>; Richardson, Dean <drichardson@fennemorelaw.com>; Bob Kitsmiller <bob@podoll.net>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

The courtesy of a response would be appreciated.

**From:** Peter Thomas
**Sent:** Friday, June 28, 2024 4:30 PM
**To:** 'Michael Melito' <melito@melitolaw.com>; 'Richardson, Dean' <drichardson@fennemorelaw.com>; 'Bob Kitsmiller' <bob@podoll.net>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Gentlemen? Response please...

**From:** Peter Thomas
**Sent:** Thursday, June 27, 2024 10:32 AM
**To:** Michael Melito <melito@melitolaw.com>; Richardson, Dean <drichardson@fennemorelaw.com>;

1

RALLS220

Bob Kitsmiller <bob@podoll.net>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential


Bob,

I heard you inform the court today that you already provided the information that I keep asking for....if so, I obviously overlooked your response and apologize if that's the case. But I can't find your response in my emails. The escrow agent is still waiting for Ralls' answers to the following two questions:

1. What type of stock will be deposited? Physical shares, book-entry at a transfer agent, DTC eligible?
2. Who is the depositor of the shares?

I also am resending the April 6 draft Escrow Instructions that we still have not received any comments on.

Please provide us the answers to the above questions with any proposed redline revisions to the Escrow Agreement so that we can get the Escrow Agent engaged. We would like to get this obligation of defendants under the Binding Term Sheet complete by next week.

Thanks, Pete


**From:** Peter Thomas
**Sent:** Friday, June 21, 2024 5:22 PM
**To:** Michael Melito <melito@melitolaw.com>; Richardson, Dean <drichardson@fennemorelaw.com>; Bob Kitsmiller <bob@podoll.net>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Mike and Bob, can we please get the below escrow questions answered and the proposed Escrow Instructions I circulated in April finalized?

**From:** Michael Melito <melito@melitolaw.com>
**Sent:** Thursday, May 16, 2024 2:54 PM
**To:** Peter Thomas <peter@praxidicelaw.com>; Richardson, Dean <drichardson@fennemorelaw.com>; Bob Kitsmiller <bob@podoll.net>
**Subject:** Re: Escrow Services
**Sensitivity:** Confidential

Pete,
I'm terribly sorry to say that we have been unable to connect with Eric to have a meaningful conversation. It's not for a lack of trying. Unfortunately, his brother's severe medical problems have had Eric extremely tied up. We understand he is taking care of his brother's children and assisting in other matters to help out during this family tragedy.

By way of example, we spoke to Eric yesterday but only for a few moments. Even then it was only enough time to schedule a call for today because he had to hurry off the phone.

I know we need to keep the court informed, but Eric's family medical issues are significant.

2

RALLS221

I sincerely appreciate your patience.

Melito

---

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Tuesday, May 14, 2024 2:07 PM
**To:** Richardson, Dean <drichardson@fennemorelaw.com>; Bob Kitsmiller <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Cc:** Richardson, Dean <dean.richardson@moyewhite.com>
**Subject:** RE: Escrow Services

This really shouldn't be so difficult guys. Ralls' refusal to answer a couple of simple questions is frustrating our ability to engage an Escrow Agent in compliance with mandatory covenants in the Binding Term Sheet. Get your client engaged in this process now so that we can get this buttoned up. We have another Status Report due to the Court this week and none of us want to have to report a breakdown.

Thanks, Pete

---

**From:** Peter Thomas
**Sent:** Friday, May 10, 2024 8:42 AM
**To:** 'Richardson, Dean' <drichardson@fennemorelaw.com>; 'Bob Kitsmiller' <bob@podoll.net>; 'Michael Melito' <melito@melitolaw.com>
**Cc:** 'Richardson, Dean' <dean.richardson@moyewhite.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Gentlemen

For the fourth time, please promptly provide the information requested by the prospective escrow agent as we cannot move forward with engaging an escrow agent, as agreed and required by the Binding Term Sheet, without this information from Eric.

Thanks.

---

**From:** Peter Thomas
**Sent:** Wednesday, May 8, 2024 11:00 AM
**To:** Richardson, Dean <drichardson@fennemorelaw.com>; Bob Kitsmiller <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Cc:** Richardson, Dean <dean.richardson@moyewhite.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Ignoring the division of costs for the moment, we need answers from Eric to the questions posed by the prospective Escrow Agent. Most specifically being the question of the stock certificates.

---

**From:** Richardson, Dean <drichardson@fennemorelaw.com>
**Sent:** Wednesday, May 8, 2024 9:56 AM
**To:** Bob Kitsmiller <bob@podoll.net>; Peter Thomas <peter@praxidicelaw.com>; Michael Melito <melito@melitolaw.com>

3

RALLS222

**Cc:** Richardson, Dean <dean.richardson@moyewhite.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential


Of course – family first.

The binding term sheet speaks to the division – and it was agreed that it would be split three ways.

Dean


Dean E. Richardson
Director



3615 Delgany St, Suite 1100, Denver, CO 80216-3997
T: 303.291.3200 | F: 303.291.3201
drichardson@fennemorelaw.com

**CONFIDENTIALITY NOTICE:** The information contained in this message may be protected by the attorney-client privilege. If you believe that it has been sent to you in error, do not read it. Please immediately reply to the sender that you have received the message in error. Then delete it. Thank you.

**From:** Bob Kitsmiller <bob@podoll.net>
**Sent:** Wednesday, May 8, 2024 9:51 AM
**To:** Peter Thomas <peter@praxidicelaw.com>; Michael Melito <melito@melitolaw.com>
**Cc:** Richardson, Dean <dean.richardson@moyewhite.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Pete, I think Mike told you about some of Eric's issues with his family and his own health. I Will speak with him. One thing I noticed is that you or Dean wanted to divide the cost three ways. The escrow is really for you clients' benefit. I don't believe Eric should be required to share in the cost necessary to provide security to your clients.

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Wednesday, May 8, 2024 9:45 AM
**To:** Bob Kitsmiller <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Cc:** Dean Richardson <Dean.Richardson@moyewhite.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Bob and Mike,

I am following up again on the below regarding the Escrow Agent. Please advise.

4

Thanks, Pete

---

**From:** Peter Thomas
**Sent:** Monday, April 22, 2024 5:11 PM
**To:** Bob Kitsmiller <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Cc:** Dean Richardson <Dean.Richardson@moyewhite.com>
**Subject:** FW: Escrow Services
**Sensitivity:** Confidential

Bob and Mike,

Regarding the below questions asked by this potential escrow agent, can you confirm that Ralls will be delivering physical stock certificates?

---

**From:** Peter Thomas
**Sent:** Thursday, April 18, 2024 7:18 AM
**To:** Stites, Greg <Greg.Stites@truist.com>
**Cc:** Ward, Matthew <Matthew.Ward@truist.com>; Spinelli, Christopher <Christopher.Spinelli@truist.com>; Richardson, Dean <drichardson@fennemorelaw.com>; Patrick R. Akers <Patrick.Akers@moyewhite.com>; Michael Melito <melito@melitolaw.com>; Bob Kitsmiller <bob@podoll.net>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Greg,

It's a pleasure to meet you as well and I appreciate the quick follow up. I am looping all counsel involved in the case into this email thread. We will coordinate offline regarding the various questions you asked and circle back with you within the next few days.

Regards,

Peter W. Thomas, Esq.
124 West Hyman, Ste 1-A
Aspen, Colorado 81611
Telephone: (970) 544-5900



*This e-mail message (and/or documents accompanying it) is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error and are an attorney or law firm, consult Title I of the Federal Electronic Communications Privacy Act of 1986 which requires you refrain from examining these materials. If you received the communication in error, please notify us immediately by telephone, to arrange return of the communication. Thank you.*

 ***Please consider the environment before printing this email***

RALLS224

**From:** Stites, Greg <Greg.Stites@truist.com>
**Sent:** Wednesday, April 17, 2024 8:58 PM
**To:** Peter Thomas <peter@praxidicelaw.com>
**Cc:** Ward, Matthew <Matthew.Ward@truist.com>; Spinelli, Christopher <Christopher.Spinelli@truist.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Thanks Matt!

Hi Peter – great to meet you via email. We can serve as escrow agent for stock deposits within certain circumstances. Just a couple of questions below to help me make a determination:

3. What type of stock will be deposited? Physical shares, book-entry at a transfer agent, DTC eligible?
4. Who is the depositor of the shares? Entity or individual? US domestic or foreign?
5. Who is the escrow counterparty/secured party or parties? I assume that the opposing parties will enter into the escrow agreement with the bank.
6. What is the expected timing of the deposit and the expected duration of the escrow?

Please also keep in mind that we will need to enter into an escrow agreement, which will need to be negotiated between the parties (perhaps that is what you are working on in terms of escrow instructions?). And, we will need to complete KYC reviews of the parties entering into the escrow agreement with the bank. Please keep these factors in mind as you make plans.

I am copying the relationship manager we will be working with on this transaction, Chris Spinelli. He will assist in agreement negotiation/execution and will be helpful in making a determination as to our ability to accept the appointment.

I will be out of the office tomorrow and part of Friday, so please be sure to keep Chris in the loop. And please let me know if you have any questions for us.

Thanks!

***Greg Stites, Senior Vice President***
Corporate Trust & Escrow Services

**TRUIST HH**

3801 North Capital of Texas Hwy
Austin, TX 78746
(512) 574-7584
Greg.Stites@Truist.com

Greg Stites | LinkedIn
Greg Stites | Truist Bank

---

**From:** Ward, Matthew <Matthew.Ward@truist.com>
**Sent:** Wednesday, April 17, 2024 7:33 PM
**To:** Peter Thomas <peter@praxidicelaw.com>
**Cc:** Stites, Greg <Greg.Stites@truist.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

6

RALLS225

Hi Peter. Thanks for the email. I'd like to introduce you to my teammate, Greg Stites (copied), who is my counterpart covering the western part of the country. I've included Greg's contact information below as well. You'll be in excellent hands with Greg. I'll leave it to the two of you to connect on this transaction. Thanks!

***Greg Stites, Senior Vice President***
Corporate Trust & Escrow Services

**TRUIST** ⊞

3801 North Capital of Texas Hwy
Austin, TX 78746
(512) 574-7584
Greg.Stites@Truist.com

Best,

**Matthew Ward**
**Vice President**
**Business Development / Truist**
**Corporate Trust and Escrow Services**
919 E Main Street, 2nd FL, Richmond, VA 23219
Office: 804-782-7182
Mobile: 804-955-8997
matthew.ward@truist.com

---

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Wednesday, April 17, 2024 7:13 PM
**To:** Ward, Matthew <Matthew.Ward@truist.com>
**Subject:** Escrow Services
**Sensitivity:** Confidential

Hi Matt,

Tim Martin gave Dean Richardson at Fennemore and myself your name and recommended Truist as a potential escrow agent. Does Truist serve as escrow agents for shares of stock in companies? We have a case where the debtor has pledged his shares in various entities to secure two large payments. We are working on escrow instructions now. Let us know if this is a service you perform, what the fee would be, and whatever else we need to know.

Regards, Pete Thomas

Peter W. Thomas, Esq.
124 West Hyman, Ste 1-A
Aspen, Colorado 81611
Telephone: (970) 544-5900



**PRAXIDICE**
A LITIGATION AND TRIAL FIRM

RALLS226

*This e-mail message (and/or documents accompanying it) is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error and are an attorney or law firm, consult Title I of the Federal Electronic Communications Privacy Act of 1986 which requires you refrain from examining these materials. If you received the communication in error, please notify us immediately by telephone, to arrange return of the communication. Thank you.*

 ***Please consider the environment before printing this email***

*The information transmitted is intended solely for the individual or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of or taking action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you have received this email in error please contact the sender and delete the material from any computer.*

8

**greg@mitchellps.com**

| Subject: | FW: New versions of the settlement docs |
|---|---|

**From:** Richardson, Dean <drichardson@fennemorelaw.com>
**Sent:** Monday, July 8, 2024 1:57 PM
**To:** Robert Kitsmiller - Podoll & Podoll (bob@podoll.net) <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Cc:** Pete W. Thomas (peter@praxidicelaw.com) <peter@praxidicelaw.com>; Akers, Patrick <pakers@fennemorelaw.com>
**Subject:** RE: New versions of the settlement docs

Any update on this? I would really like to push this forward before we are in front of the court.
Thanks,
Dean

Dean E. Richardson
Director



3615 Delgany St, Suite 1100, Denver, CO 80216-3997
T: 303.291.3200 | F: 303.291.3201
drichardson@fennemorelaw.com

My colleagues and I have joined Fennemore! Click here to view the initial announcement!

**CONFIDENTIALITY NOTICE:** The information contained in this message may be protected by the attorney-client privilege. If you believe that it has been sent to you in error, do not read it. Please immediately reply to the sender that you have received the message in error. Then delete it. Thank you.

**From:** Richardson, Dean
**Sent:** Friday, June 7, 2024 3:23 PM
**To:** Robert Kitsmiller - Podoll & Podoll (bob@podoll.net) ; Michael Melito (melito@melitolaw.com)
**Cc:** Pete W. Thomas (peter@praxidicelaw.com) ; Akers, Patrick
**Subject:** New versions of the settlement docs
Bob and Mike:
Attached are the edits we discussed on our call. Bob, I spoke with my transactional partner on the Pledge Agreement – and what they are telling me is that the only way to accomplish what we discussed is for both Eric and DEM to be Grantors – so you will see that was added back in.
Let us know, as we would like to get this wrapped soon.
Dean

1

RALLS228

**greg@mitchellps.com**

**Subject:**            FW: Escrow Services

**Sensitivity:**       Confidential

---

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Wednesday, July 10, 2024 10:08 AM
**To:** Bob Kitsmiller <bob@podoll.net>; Michael Melito <melito@melitolaw.com>; Richardson, Dean <drichardson@fennemorelaw.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Do you have any proposed revisions to the draft i sent?

---

**From:** Peter Thomas
**Sent:** Tuesday, July 2, 2024 12:27 PM
**To:** Bob Kitsmiller ; Michael Melito ; Richardson, Dean
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Thanks Bob. I'll update Truist and hopefully they are still able to serve as escrow agent.

We just need to finalize the Escrow Instructions now. Do you have any proposed revisions to the draft i sent?

---

**From:** Bob Kitsmiller <bob@podoll.net>
**Sent:** Tuesday, July 2, 2024 9:38 AM
**To:** Peter Thomas <peter@praxidicelaw.com>; Michael Melito <melito@melitolaw.com>; Richardson, Dean <drichardson@fennemorelaw.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Sorry Pete. It is a physical certificate. There is no transfer agent. The depositor of the shares is Eric Ralls

---

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Tuesday, July 2, 2024 9:16 AM
**To:** Michael Melito <melito@melitolaw.com>; Richardson, Dean <drichardson@fennemorelaw.com>; Bob Kitsmiller <bob@podoll.net>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

The courtesy of a response would be appreciated.

---

**From:** Peter Thomas
**Sent:** Friday, June 28, 2024 4:30 PM
**To:** 'Michael Melito' <melito@melitolaw.com>; 'Richardson, Dean' <drichardson@fennemorelaw.com>;

1

RALLS229

'Bob Kitsmiller' <bob@podoll.net>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Gentlemen? Response please...

---

**From:** Peter Thomas
**Sent:** Thursday, June 27, 2024 10:32 AM
**To:** Michael Melito <melito@melitolaw.com>; Richardson, Dean <drichardson@fennemorelaw.com>; Bob Kitsmiller <bob@podoll.net>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Bob,

I heard you inform the court today that you already provided the information that I keep asking for....if so, I obviously overlooked your response and apologize if that's the case. But I can't find your response in my emails. The escrow agent is still waiting for Ralls' answers to the following two questions:

1. What type of stock will be deposited? Physical shares, book-entry at a transfer agent, DTC eligible?
2. Who is the depositor of the shares?

I also am resending the April 6 draft Escrow Instructions that we still have not received any comments on.

Please provide us the answers to the above questions with any proposed redline revisions to the Escrow Agreement so that we can get the Escrow Agent engaged. We would like to get this obligation of defendants under the Binding Term Sheet complete by next week.

Thanks, Pete

---

**From:** Peter Thomas
**Sent:** Friday, June 21, 2024 5:22 PM
**To:** Michael Melito <melito@melitolaw.com>; Richardson, Dean <drichardson@fennemorelaw.com>; Bob Kitsmiller <bob@podoll.net>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Mike and Bob, can we please get the below escrow questions answered and the proposed Escrow Instructions I circulated in April finalized?

---

**From:** Michael Melito <melito@melitolaw.com>
**Sent:** Thursday, May 16, 2024 2:54 PM
**To:** Peter Thomas <peter@praxidicelaw.com>; Richardson, Dean <drichardson@fennemorelaw.com>; Bob Kitsmiller <bob@podoll.net>
**Subject:** Re: Escrow Services
**Sensitivity:** Confidential

Pete,

2

I'm terribly sorry to say that we have been unable to connect with Eric to have a meaningful conversation. It's not for a lack of trying. Unfortunately, his brother's severe medical problems have had Eric extremely tied up. We understand he is taking care of his brother's children and assisting in other matters to help out during this family tragedy.

By way of example, we spoke to Eric yesterday but only for a few moments. Even then it was only enough time to schedule a call for today because he had to hurry off the phone.

I know we need to keep the court informed, but Eric's family medical issues are significant.

I sincerely appreciate your patience.

Melito

---

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Tuesday, May 14, 2024 2:07 PM
**To:** Richardson, Dean <drichardson@fennemorelaw.com>; Bob Kitsmiller <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Cc:** Richardson, Dean <dean.richardson@moyewhite.com>
**Subject:** RE: Escrow Services

This really shouldn't be so difficult guys. Ralls' refusal to answer a couple of simple questions is frustrating our ability to engage an Escrow Agent in compliance with mandatory covenants in the Binding Term Sheet. Get your client engaged in this process now so that we can get this buttoned up. We have another Status Report due to the Court this week and none of us want to have to report a breakdown.

Thanks, Pete

---

**From:** Peter Thomas
**Sent:** Friday, May 10, 2024 8:42 AM
**To:** 'Richardson, Dean' <drichardson@fennemorelaw.com>; 'Bob Kitsmiller' <bob@podoll.net>; 'Michael Melito' <melito@melitolaw.com>
**Cc:** 'Richardson, Dean' <dean.richardson@moyewhite.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Gentlemen

For the fourth time, please promptly provide the information requested by the prospective escrow agent as we cannot move forward with engaging an escrow agent, as agreed and required by the Binding Term Sheet, without this information from Eric.

Thanks.

---

**From:** Peter Thomas
**Sent:** Wednesday, May 8, 2024 11:00 AM
**To:** Richardson, Dean <drichardson@fennemorelaw.com>; Bob Kitsmiller <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Cc:** Richardson, Dean <dean.richardson@moyewhite.com>

3

**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Ignoring the division of costs for the moment, we need answers from Eric to the questions posed by the prospective Escrow Agent. Most specifically being the question of the stock certificates.

---

**From:** Richardson, Dean <drichardson@fennemorelaw.com>
**Sent:** Wednesday, May 8, 2024 9:56 AM
**To:** Bob Kitsmiller <bob@podoll.net>; Peter Thomas <peter@praxidicelaw.com>; Michael Melito <melito@melitolaw.com>
**Cc:** Richardson, Dean <dean.richardson@moyewhite.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential


Of course – family first.

The binding term sheet speaks to the division – and it was agreed that it would be split three ways.

Dean


Dean E. Richardson
Director




3615 Delgany St, Suite 1100, Denver, CO 80216-3997
T: 303.291.3200 | F: 303.291.3201
drichardson@fennemorelaw.com

**CONFIDENTIALITY NOTICE:** The information contained in this message may be protected by the attorney-client privilege. If you believe that it has been sent to you in error, do not read it. Please immediately reply to the sender that you have received the message in error. Then delete it. Thank you.

---

**From:** Bob Kitsmiller <bob@podoll.net>
**Sent:** Wednesday, May 8, 2024 9:51 AM
**To:** Peter Thomas <peter@praxidicelaw.com>; Michael Melito <melito@melitolaw.com>
**Cc:** Richardson, Dean <dean.richardson@moyewhite.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Pete, I think Mike told you about some of Eric's issues with his family and his own health. I Will speak with him. One thing I noticed is that you or Dean wanted to divide the cost three ways. The escrow is really for you clients' benefit. I don't believe Eric should be required to share in the cost necessary to provide security to your clients.

RALLS232

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Wednesday, May 8, 2024 9:45 AM
**To:** Bob Kitsmiller <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Cc:** Dean Richardson <Dean.Richardson@moyewhite.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Bob and Mike,

I am following up again on the below regarding the Escrow Agent. Please advise.

Thanks, Pete

**From:** Peter Thomas
**Sent:** Monday, April 22, 2024 5:11 PM
**To:** Bob Kitsmiller <bob@podoll.net>; Michael Melito <melito@melitolaw.com>
**Cc:** Dean Richardson <Dean.Richardson@moyewhite.com>
**Subject:** FW: Escrow Services
**Sensitivity:** Confidential

Bob and Mike,

Regarding the below questions asked by this potential escrow agent, can you confirm that Ralls will be delivering physical stock certificates?

**From:** Peter Thomas
**Sent:** Thursday, April 18, 2024 7:18 AM
**To:** Stites, Greg <Greg.Stites@truist.com>
**Cc:** Ward, Matthew <Matthew.Ward@truist.com>; Spinelli, Christopher <Christopher.Spinelli@truist.com>; Richardson, Dean <drichardson@fennemorelaw.com>; Patrick R. Akers <Patrick.Akers@moyewhite.com>; Michael Melito <melito@melitolaw.com>; Bob Kitsmiller <bob@podoll.net>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Greg,

It's a pleasure to meet you as well and I appreciate the quick follow up. I am looping all counsel involved in the case into this email thread. We will coordinate offline regarding the various questions you asked and circle back with you within the next few days.

Regards,

Peter W. Thomas, Esq.
124 West Hyman, Ste 1-A
Aspen, Colorado 81611
Telephone: (970) 544-5900



5

RALLS233

*This e-mail message (and/or documents accompanying it) is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error and are an attorney or law firm, consult Title I of the Federal Electronic Communications Privacy Act of 1986 which requires you refrain from examining these materials. If you received the communication in error, please notify us immediately by telephone, to arrange return of the communication. Thank you.*

 ***Please consider the environment before printing this email***

**From:** Stites, Greg <Greg.Stites@truist.com>
**Sent:** Wednesday, April 17, 2024 8:58 PM
**To:** Peter Thomas <peter@praxidicelaw.com>
**Cc:** Ward, Matthew <Matthew.Ward@truist.com>; Spinelli, Christopher <Christopher.Spinelli@truist.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Thanks Matt!

Hi Peter – great to meet you via email. We can serve as escrow agent for stock deposits within certain circumstances. Just a couple of questions below to help me make a determination:

3. What type of stock will be deposited? Physical shares, book-entry at a transfer agent, DTC eligible?
4. Who is the depositor of the shares? Entity or individual? US domestic or foreign?
5. Who is the escrow counterparty/secured party or parties? I assume that the opposing parties will enter into the escrow agreement with the bank.
6. What is the expected timing of the deposit and the expected duration of the escrow?

Please also keep in mind that we will need to enter into an escrow agreement, which will need to be negotiated between the parties (perhaps that is what you are working on in terms of escrow instructions?). And, we will need to complete KYC reviews of the parties entering into the escrow agreement with the bank. Please keep these factors in mind as you make plans.

I am copying the relationship manager we will be working with on this transaction, Chris Spinelli. He will assist in agreement negotiation/execution and will be helpful in making a determination as to our ability to accept the appointment.

I will be out of the office tomorrow and part of Friday, so please be sure to keep Chris in the loop. And please let me know if you have any questions for us.

Thanks!

***Greg Stites, Senior Vice President***
Corporate Trust & Escrow Services

**TRUIST** ⯂⯂

3801 North Capital of Texas Hwy
Austin, TX 78746

RALLS234

(512) 574-7584
Greg.Stites@Truist.com

Greg Stites | LinkedIn
Greg Stites | Truist Bank

---

**From:** Ward, Matthew <Matthew.Ward@truist.com>
**Sent:** Wednesday, April 17, 2024 7:33 PM
**To:** Peter Thomas <peter@praxidicelaw.com>
**Cc:** Stites, Greg <Greg.Stites@truist.com>
**Subject:** RE: Escrow Services
**Sensitivity:** Confidential

Hi Peter. Thanks for the email. I'd like to introduce you to my teammate, Greg Stites (copied), who is my counterpart covering the western part of the country. I've included Greg's contact information below as well. You'll be in excellent hands with Greg. I'll leave it to the two of you to connect on this transaction. Thanks!

***Greg Stites, Senior Vice President***
Corporate Trust & Escrow Services

**TRUIST** ⊞

3801 North Capital of Texas Hwy
Austin, TX 78746
(512) 574-7584
Greg.Stites@Truist.com


Best,


**Matthew Ward**
**Vice President**
**Business Development / Truist**
**Corporate Trust and Escrow Services**
919 E Main Street, 2nd FL, Richmond, VA 23219
Office: 804-782-7182
Mobile: 804-955-8997
matthew.ward@truist.com

---

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Wednesday, April 17, 2024 7:13 PM
**To:** Ward, Matthew <Matthew.Ward@truist.com>
**Subject:** Escrow Services
**Sensitivity:** Confidential

Hi Matt,

Tim Martin gave Dean Richardson at Fennemore and myself your name and recommended Truist as a potential escrow agent. Does Truist serve as escrow agents for shares of stock in companies? We have a case where the debtor has pledged his shares in various entities to secure two large payments. We are working on escrow

7

RALLS235

instructions now. Let us know if this is a service you perform, what the fee would be, and whatever else we need to know.

Regards, Pete Thomas

Peter W. Thomas, Esq.
124 West Hyman, Ste 1-A
Aspen, Colorado 81611
Telephone: (970) 544-5900



*This e-mail message (and/or documents accompanying it) is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error and are an attorney or law firm, consult Title I of the Federal Electronic Communications Privacy Act of 1986 which requires you refrain from examining these materials. If you received the communication in error, please notify us immediately by telephone, to arrange return of the communication. Thank you.*

 **Please consider the environment before printing this email**

*The information transmitted is intended solely for the individual or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of or taking action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you have received this email in error please contact the sender and delete the material from any computer.*

RALLS236

**greg@mitchellps.com**

---

**Subject:**          FW: Notice of Monetary Default

---

**From:** Richardson, Dean <drichardson@fennemorelaw.com>
**Sent:** Wednesday, July 10, 2024 12:30 PM
**To:** Robert Kitsmiller - Podoll & Podoll (bob@podoll.net) <bob@podoll.net>; Michael Melito <melito@melitolaw.com>; ralls@earth.com
**Cc:** Pete W. Thomas (peter@praxidicelaw.com) <peter@praxidicelaw.com>; Akers, Patrick <pakers@fennemorelaw.com>
**Subject:** Notice of Monetary Default


All:
This email serves as notice of a monetary default under the terms of the Binding Term Sheet.
Per section 3(F)(a), the Ralls Parties were required to make their second installment payment of $7,500 to PlantSnap on or before June 7, 2024.
This email serves as the notice of a monetary default under section 3(F)(a) of the Binding Term Sheet.
Dean

Dean E. Richardson
Director

# FENNEMORE.

3615 Delgany St, Suite 1100, Denver, CO 80216-3997
T: 303.291.3200 | F: 303.291.3201
drichardson@fennemorelaw.com



My colleagues and I have joined Fennemore! Click here to view the initial announcement!

CONFIDENTIALITY NOTICE: The information contained in this message may be protected by the attorney-client privilege. If you believe that it has been sent to you in error, do not read it. Please immediately reply to the sender that you have received the message in error. Then delete it. Thank you.

1

**greg@mitchellps.com**

| **Subject:** | FW: Notice of Monetary Default |
|---|---|

**From:** Richardson, Dean <drichardson@fennemorelaw.com>
**Sent:** Wednesday, July 10, 2024 12:39 PM
**To:** Robert Kitsmiller - Podoll & Podoll (bob@podoll.net) <bob@podoll.net>; Michael Melito <melito@melitolaw.com>; 'ralls@earth.com' <ralls@earth.com>
**Cc:** Pete W. Thomas (peter@praxidicelaw.com) <peter@praxidicelaw.com>; Akers, Patrick <pakers@fennemorelaw.com>
**Subject:** RE: Notice of Monetary Default

(EarthSnap is carved out of this Notice).

Dean E. Richardson
Director

**FENNEMORE.**

3615 Delgany St, Suite 1100, Denver, CO 80216-3997
T: 303.291.3200 | F: 303.291.3201
drichardson@fennemorelaw.com



My colleagues and I have joined Fennemore! Click here to view the initial announcement!

**CONFIDENTIALITY NOTICE:** The information contained in this message may be protected by the attorney-client privilege. If you believe that it has been sent to you in error, do not read it. Please immediately reply to the sender that you have received the message in error. Then delete it. Thank you.

**From:** Richardson, Dean
**Sent:** Wednesday, July 10, 2024 12:30 PM
**To:** Robert Kitsmiller - Podoll & Podoll (bob@podoll.net) ; Michael Melito (melito@melitolaw.com) ; ralls@earth.com
**Cc:** Pete W. Thomas (peter@praxidicelaw.com) ; Akers, Patrick
**Subject:** Notice of Monetary Default
All:
This email serves as notice of a monetary default under the terms of the Binding Term Sheet.
Per section 3(F)(a), the Ralls Parties were required to make their second installment payment of $7,500 to PlantSnap on or before June 7, 2024.
This email serves as the notice of a monetary default under section 3(F)(a) of the Binding Term Sheet.
Dean

RALLS238

**greg@mitchellps.com**

---

**Subject:**          FW: Notice of Default

**Sensitivity:**     Confidential

---

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Wednesday, July 10, 2024 1:18 PM
**To:** Robert Kitsmiller - Podoll & Podoll (bob@podoll.net) <bob@podoll.net>; Michael Melito <melito@melitolaw.com>; ralls@earth.com
**Cc:** Richardson, Dean <drichardson@fennemorelaw.com>; Akers, Patrick <pakers@fennemorelaw.com>
**Subject:** Notice of Default
**Sensitivity:** Confidential

This email serves as notice of a monetary default under the terms of the Binding Term Sheet. Per section 3(F)(a), the Ralls Parties were required to make an installment payment of $5,000 to DEJ Partners, LLC on or before July 8, 2024. The Ralls Parties have failed to make the required payment and are in default.

The foregoing Notice of Default is not directed to EarthSnap, Inc.

Peter W. Thomas, Esq.
124 West Hyman, Ste 1-A
Aspen, Colorado 81611
Telephone: (970) 544-5900



*This e-mail message (and/or documents accompanying it) is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error and are an attorney or law firm, consult Title I of the Federal Electronic Communications Privacy Act of 1986 which requires you refrain from examining these materials. If you received the communication in error, please notify us immediately by telephone, to arrange return of the communication. Thank you.*

RALLS239

## greg@mitchellps.com

| | |
|---|---|
| **Subject:** | FW: Ralls/DEM |
| **Attachments:** | Issued Writ of Execution - Melito Law LLC.pdf; Issued Writ of Execution - Eric Ralls.pdf |

**From:** Richardson, Dean <drichardson@fennemorelaw.com>
**Sent:** Wednesday, August 14, 2024 8:45 AM
**To:** Michael Melito <melito@melitolaw.com>
**Cc:** Pete W. Thomas (peter@praxidicelaw.com) <peter@praxidicelaw.com>; Akers, Patrick <pakers@fennemorelaw.com>; Sussman, Brenda <bsussman@fennemorelaw.com>
**Subject:** Ralls/DEM

Mike:
Attached, please find a writ of execution ordering your firm, if you are in possession of Mr. Ralls' shares in Digital Earth Media, to turn those over to us immediately.
While these need to be "served," we felt an email was a more professional way to deliver these writs in the off chance you are in possession of Mr. Ralls' original stock certificates.
I also attach a writ ordering Mr. Ralls to turn over the shares and ask that you accept service on his behalf. Let us know.
If you would rather have us serve these, let me know – but <u>do not</u> turn over these certificates to Mr. Ralls.
On a related but separate note, I write to confer on a Rule 69 motion that we plan on filing later today (seeking an order to have Mr. Ralls turn over the shares). Let me know your position.
Lastly, please give us dates for Mr. Ralls' Rule 69 deposition – to be held at the Telluride courthouse.
Dean

Dean E. Richardson
Director

**FENNEMORE.**

3615 Delgany St, Suite 1100, Denver, CO 80216-3997
T: 303.291.3200 | F: 303.291.3201
drichardson@fennemorelaw.com



My colleagues and I have joined Fennemore! Click here to view the initial announcement!

**CONFIDENTIALITY NOTICE:** The information contained in this message may be protected by the attorney-client privilege. If you believe that it has been sent to you in error, do not read it. Please immediately reply to the sender that you have received the message in error. Then delete it. Thank you.

1

RALLS240

## greg@mitchellps.com

**Subject:**       FW: Ralls/DEM
**Attachments:**   2021CV30005_57_2024-08-06_Writ_of_Execution___Eric_Ralls_4923584071741676640.pdf;
                   2021CV30005_57_2024-08-06_Writ_of_Execution___Melito_Law_6464538307440597842.pdf

---

**From:** Peter Thomas <peter@praxidicelaw.com>
**Sent:** Wednesday, August 14, 2024 3:20 PM
**To:** Richardson, Dean <drichardson@fennemorelaw.com>; Michael Melito <melito@melitolaw.com>
**Cc:** Akers, Patrick <pakers@fennemorelaw.com>; Sussman, Brenda <bsussman@fennemorelaw.com>
**Subject:** RE: Ralls/DEM

Please also see the corresponding Writs of Execution commanding the turn over to DEJ Partners, LLC of 3,066,964 stock certificates held by Defendant Eric Ralls in Digital Earth Media, Inc. I will echo the same comments as Dean, below. If you require formal service of process before releasing any applicable stock certificates in your possession, let us know, but we felt the professional courtesy of corresponding with you in advance was appropriate. In the meantime, of course, you should not transfer any of Mr. Ralls' stock certificates or take any other action that may have the effect of hindering or defeating lawful execution on this Writ.

Regards, Pete

Peter W. Thomas, Esq.
124 West Hyman, Ste 1-A
Aspen, Colorado 81611
Telephone: (970) 544-5900



*This e-mail message (and/or documents accompanying it) is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error and are an attorney or law firm, consult Title I of the Federal Electronic Communications Privacy Act of 1986 which requires you refrain from examining these materials. If you received the communication in error, please notify us immediately by telephone, to arrange return of the communication. Thank you.*

---

**From:** Richardson, Dean
**Sent:** Wednesday, August 14, 2024 10:45 AM
**To:** Michael Melito (melito@melitolaw.com)
**Cc:** Peter Thomas ; Akers, Patrick ; Sussman, Brenda
**Subject:** Ralls/DEM

Mike:

RALLS241

Attached, please find a writ of execution ordering your firm, if you are in possession of Mr. Ralls' shares in Digital Earth Media, to turn those over to us immediately.

While these need to be "served," we felt an email was a more professional way to deliver these writs in the off chance you are in possession of Mr. Ralls' original stock certificates.

I also attach a writ ordering Mr. Ralls to turn over the shares and ask that you accept service on his behalf. Let us know.

If you would rather have us serve these, let me know – but <u>do not</u> turn over these certificates to Mr. Ralls.

On a related but separate note, I write to confer on a Rule 69 motion that we plan on filing later today (seeking an order to have Mr. Ralls turn over the shares). Let me know your position.

Lastly, please give us dates for Mr. Ralls' Rule 69 deposition – to be held at the Telluride courthouse.

Dean

Dean E. Richardson
Director

**FENNEMORE.**

3615 Delgany St, Suite 1100, Denver, CO 80216-3997
T: 303.291.3200 | F: 303.291.3201
drichardson@fennemorelaw.com



My colleagues and I have joined Fennemore! Click here to view the initial announcement!

**CONFIDENTIALITY NOTICE:** The information contained in this message may be protected by the attorney-client privilege. If you believe that it has been sent to you in error, do not read it. Please immediately reply to the sender that you have received the message in error. Then delete it. Thank you.

RALLS242