EXHIBIT
P

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

In re:                                    §        Case No. 24-60504
                                          §
Eric Ralls                                §
                                          §
                                          §        Chapter 7 (converted from
                        *Debtor*          §                chapter 11)

## AFFIDAVIT OF ANAS ELMADHUN

STATE OF COLORADO                         §
                                          §
COUNTY OF _Boulder_                       §

1.      "My name is Anas Elmadhun.  I am over eighteen (18) years of age, of sound mind, and am competent to make this Affidavit.  The facts stated in this Affidavit are within my personal knowledge and are true and correct.

2.      I am a manager with Quist Valuation and have been with Quist since 2014.  I was personally involved with the creation of the *Valuation of Earth.com, Inc.* (the "**Valuation**") that is attached to *Debtor's Objection to Proof of Claim No. 6 Filed by Plantsnap, Inc.* as Exhibit M.

3.      I have reviewed Exhibit M, and it is a true and correct copy of the valuation determination made by Quist of Earth.com, Inc.

4.      Pursuant to the Valuation, as of July 1, 2025, Earth.com had an estimated market value of $17,900,000.00.

I declare under penalty of perjury that the foregoing is true and correct."

Executed in ___Boulder___ County, State of Colorado, on this ___16th___ day of January, 2026.

_Anas Elmadhun_
Anas Elmadhun

IN WITNESS WHEREOF, I have hereunto set my hand as of the _____16_____ day of January, 2026.

STATE OF COLORADO §

COUNTY OF Bould §
§

    This instrument was acknowledged and sworn to before me this _____16_____ day of January, 2026, by Anas Elmadhun.

JUSTIN R CHAN
NOTARY PUBLIC - STATE OF COLORADO
NOTARY ID 20194035864
MY COMMISSION EXPIRES SEP 18, 2027

_____
Notary Public

My Commission Expires: 9/18/27

_____
Justin Chan
Printed name of Notary

AFFIDAVIT OF ANAS ELMADHUN – P. 2