EXHIBIT
Q

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Case No. 24-60504** |
| | § | |
| **Eric Ralls** | § | |
| | § | **Chapter 7 (converted from** |
| *Debtor* | § | **chapter 11)** |

## DECLARATION OF ROBERT KITSMILLER

| | |
|---|---|
| **STATE OF COLORADO** | § |
| | § |
| **COUNTY OF ARAPAHOE** | § |

1.      My name is Robert Kitsmiller.  I am over eighteen (18) years of age, of sound mind, and am competent to make this Affidavit.  The facts stated in this Declaration  are within my personal knowledge and are true and correct.

2.      I am an attorney licensed to practice in the State of Colorado and have been since 1987.

3.      I represented several entities  in litigation in Colorado against Plantsnap, Inc. and DEJ Partners, LLC in a case styled *Plantsnap, Inc.* [Plaintiff] *v. Eric Ralls and Earth.com, Inc.* [Defendants] *v. DEJ Partners, LLC* [3rd-party Plaintiff] *v. Earthsnap, Inc.; Digital Earth Media, Inc.; Metaversal Knowledge, Inc.* [3rd-party Defendants], Case No. 2021CV030005 in the Combined Court, San Miguel County, Colorado (the "**Colorado State Court Litigation**").

4.      I have reviewed Exhibit D attached to *Debtor's Objection to Proof of Claim No. 6 Filed by Plantsnap, Inc.*, and it is a true and correct copy of electronic mail communications occurring over a six-month period from February 10, 2024, to August 14, 2024.  Those communications are business records of my former law firm Podoll & Podoll, P.C..  I continue to have access to these emails. The communications in Exhibit D are true and accurate copies of the originals, and they were prepared and maintained in the regular course of business. These records were prepared at or near the time of the events and conditions described therein.

5.      I have reviewed Exhibit E attached to *Debtor's Objection to Proof of Claim No. 6 Filed by Plantsnap, Inc.*, and it is a true and correct copy of a *Status Report and Request for Status Conference* (the "**Status Report**") that was filed by Mr. Dean Richardson on May 17, 2024 in

state court with respect to the Colorado State Court Litigation. I was served a copy of the Status Report on or about May 17, 2024. As reflected therein, numerous issues remained before a settlement among the parties could be finalized.

6.　　The issues identified in the Status Report had not been resolved when Eric Ralls filed for bankruptcy protection on August 18, 2024.

7.　　I have reviewed Exhibits F, G, and H attached to *Debtor's Objection to Proof of Claim No. 6 Filed by Plantsnap, Inc.*, and they represent true and correct copies of draft documents that were attached to an email received from Dean Richardson on June 7, 2024.

8.　　I have reviewed Exhibit I attached to *Debtor's Objection to Proof of Claim No. 6 Filed by Plantsnap, Inc.*, and it represents a true and correct copy of an *Order Following Status Conference* that was issued by the Colorado Court in the Colorado State Court Litigation on June 27, 2024.

I declare under penalty of perjury pursuant to 28 U.S. 1746 that the foregoing is true and correct.

Executed in Arapahoe County, State of Colorado, on this 28th day of January 2026.

_____
Robert Kitsmiller