**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1

| Case No.: | 24-60504-JS | Trustee Name: | Areya Holder Aurzada |
|---|---|---|---|
| Case Name: | RALLS , ERIC | Date Filed (f) or Converted (c): | 04/21/2025 (c) |
| For the Period Ending: | 12/31/2025 | §341(a) Meeting Date: | 05/22/2025 |
| | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 2011 GMC Yukon XL Mileage: 70000 | $7,500.00 | $7,500.00 | | $0.00 | FA |
| 2 | TV | $500.00 | $500.00 | | $0.00 | FA |
| 3 | Acoustic guitar | $300.00 | $300.00 | | $0.00 | FA |
| 4 | Banjo | $150.00 | $150.00 | | $0.00 | FA |
| 5 | 50 t-shirts and 25 buttons ups with collars on them. 6 shorts, 4 swim trunks, 10 blue jeans and 7 dress pants. | $400.00 | $400.00 | | $0.00 | FA |
| 6 | 2 Newfoundland dogs. One is 8 years old and one is 9 years old. | $0.00 | $0.00 | | $0.00 | FA |
| 7 | Cash | $129.00 | $129.00 | | $0.00 | FA |
| 8 | Digital Earth Media 86 % | $11,500,000.00 | $11,436,945.00 | | $0.00 | $11,500,000.00 |
| 9 | 1 Couch; 1 bedroom set; cooking wear; utensils and dishes (u) | $500.00 | $500.00 | | $0.00 | FA |
| 10 | Greenmind, LLC (u) | Unknown | Unknown | | $0.00 | Unknown |
| Asset Notes: | Added per amended schedules | | | | | |
| 11 | Metaversal Knowledge, Inc. (u) | Unknown | Unknown | | $0.00 | Unknown |
| Asset Notes: | Added per amended schedules | | | | | |
| 12 | Insurance-Term Life (u) | $0.00 | $0.00 | | $0.00 | FA |
| 13 | Future Claims against Plant Snap, Inc. and DEJ, LLP (u) | Unknown | Unknown | | $0.00 | Unknown |

**TOTALS (Excluding unknown value)**

| | | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|---|
| | $11,509,479.00 | $11,446,424.00 | | $0.00 | $11,500,000.00 |

**Major Activities affecting case closing:**

01/21/2026    The Trustee is seeking to liquidate the Debtor's nonexempt business interests.

| Initial Projected Date Of Final Report (TFR): | 12/31/2026 | Current Projected Date Of Final Report (TFR): | /s/ AREYA HOLDER AURZADA |
|---|---|---|---|
| | | | AREYA HOLDER AURZADA |