**EXHIBIT C**

| | |
|---|---|
| DISTRICT COURT, SAN MIGUEL COUNTY, COLORADO<br>Court Address:  305 West Colorado Avenue<br>　　　　　　　　P.O. Box 919<br>　　　　　　　　Telluride, Colorado 81435 | |
| **Plaintiff:**　　PLANTSNAP, INC<br><br>v.<br><br>**Defendants:**　ERIC RALLS and EARTH.COM, INC.<br><br>v.<br><br>**Third Party Plaintiff:**　DEJ PARTNERS, LLC<br><br>v.<br><br>**Third Party Defendants**: EARTHSNAP, INC.; DIGITAL EARTH MEDIA, INC.; and METAVERSAL KNOWLEDGE, INC | DATE FILED<br>March 4, 2024 9:22 AM<br>CASE NUMBER: 2021CV30005<br><br>☐　COURT USE ONLY　☐ |
| | Case No: 2021 CV 30005<br><br>Division:　　Courtroom: |
| **~~PROPOSED~~ ORDER GRANTING UNOPPOSED MOTION FOR ENTRY OF FINAL JUDGMENT ON ORDER GRANTING PARTIAL SUMMARY JUDGMENT** | |

THIS MATTER COMES BEFORE THE COURT on DEJ Partners, LLC ("DEJP") Unopposed Motion for Entry of Final Judgment on Award of Attorney Fees.  The Court, having reviewed the Motion and being fully apprised,

GRANTS the Motion and ORDERS as follows:

FINAL JUDGMENT IS HEREBY ENTERED in favor of DEJ Partners, LLC, and against Eric Ralls, in the amount of $63,856.35, together with statutory interest accruing at the rate of 8% per annum from the date of this Court's December 29, 2022 Order Awarding Attorney Fees and Costs to Third Party Plaintiff DEJ Partners, LLC, until the judgment has been fully satisfied.

Dated: March __4__, 2024.

BY THE COURT