**EOD**

03/05/2026

## IN THE UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 24-60504 |
| | ) | |
| ERIC RALLS, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

## ORDER GRANTING UNOPPOSED MOTION FOR 1 DAY EXTENSION OF TIME TO FILE RESPONSE IN OPPOSITION TO DEBTOR'S OBJECTION TO PROOF OF CLAIM NO. 10 FILED BY DEJ PARTNERS, LLC

THIS MATTER comes before the Court on DEJ Partners, LLC's Unopposed Motion for a 1 Day Extension of Time to File Response in Opposition to Debtor's Objection to Proof of Claim No. 10 Filed by DEJ Partners, LLC (Docket No. 142).  In support thereof, DEJP states as follows:

1.     The Motion is GRANTED.

2.     The deadline for DEJP to file its Response in Opposition to Debtor's Objection to Proof of Claim No. 10 shall be extended through and including **March 4, 2026**.

3.     DEJP's Response in Opposition to Debtor's Objection to Proof of Claim No. 10 (Docket No. 146) filed on March 4, 2026 is hereby accepted by the Court, nunc pro tunc.

Signed on 3/5/2026

THE HONORABLE JOSHUA P. SEARCY
UNITED STATES BANKRUPTCY JUDGE