Form ntchrgBKSearc

Entered: 3/31/26

## UNITED STATES BANKRUPTCY COURT
### Eastern District of Texas

Bankruptcy Case No.:  24–60504
Chapter:  7
Judge:  Joshua P. Searcy

In Re:

Eric Ralls

## NOTICE OF COURT PROCEEDING

PLEASE TAKE NOTICE that a hearing will be held at

https://us–courts.webex.com/meet/Searcy, Instructions at www.txeb.uscourts.gov

on Wednesday, April 22, 2026 at 09:30 AM

to consider and act upon the following:

Preliminary Hearing Set (RE: related document(s)140 Objection to Claim (With Objection Language) 6 of Plantsnap, Inc. in the amount of $3,434,927.85 Filed by Debtor Eric Ralls). Preliminary Hearing scheduled for 4/22/2026 at 09:30 AM at Virtual Hearing JSwebex. (jd)

Dated: March 31, 2026

Jason K. McDonald
Clerk, U.S. Bankruptcy Court