Form 103Webex

Entered: 4/22/26

## UNITED STATES BANKRUPTCY COURT
### Eastern District of Texas

Bankruptcy Case No.:  24–60504
Chapter:  7
Judge:  Joshua P. Searcy

In Re:

Eric Ralls

PLEASE TAKE NOTICE that a CONTINUED/RESCHEDULED hearing will be held at

Virtual Hearing Link: https://us–courts.webex.com/meet/Searcy, Instructions at www.txeb.uscourts.gov.

on May 19, 2026 at 09:30 AM

to consider and act upon the following:

142 – Objection to Claim (With Objection Language) 10 of DEJ Partners, LLC in the amount of $ 2541899.58 Filed by Eric Ralls (Attachments: # 1 Exhibit A – Binding Term Sheet (DEJP) # 2 Exhibit B – Final Judgment (DEJP) # 3 Exhibit C – Final Judgment–Fees (DEJP) # 4 Exhibit D – E–mail history # 5 Exhibit F – Draft of Settlement Agreement # 6 Exhibit G – Draft of Pledge Agreement # 7 Exhibit H – Draft of Promissory Note # 8 Exhibit I – Order Following Status Conference (2024–06–27) # 9 Exhibit J – Confession of Judgment (2024–07–31) # 10 Exhibit K – ER Docket Report # 11 Exhibit L – DEJP Amended POC #10 # 12 Exhibit M – Quist Valuation # 13 Exhibit N – ER Conversion Schedules # 14 Exhibit O – DEM Agreement # 15 Exhibit P – Affidavit of Anas Elmadhun # 16 Exhibit Q – Declaration of Robert Kitsmiller # 17 Proposed Order)(Mitchell, Gregory)

Hearing Continued (RE: related document(s)142 Objection to Claim (With Objection Language) 10 of DEJ Partners, LLC in the amount of $ 2541899.58 Filed by Debtor Eric Ralls). Virtual Hearing scheduled for 5/19/2026 at 09:30 AM at Virtual Hearing JSwebex. (jd)

Signed on:

April 22, 2026

Jason K. McDonald
CLERK OF THE COURT

YOU ARE ADVISED that, in any hearing before this Court, corporations and partnerships must be represented by attorneys duly admitted to practice before this Court.