Form 103Webex                                                                                              Entered: 5/18/26

## UNITED STATES BANKRUPTCY COURT
### Eastern District of Texas

Bankruptcy Case No.:  24–60504
Chapter:  7
Judge:  Joshua P. Searcy

In Re:

Eric Ralls

PLEASE TAKE NOTICE that a CONTINUED/RESCHEDULED hearing will be held at

Virtual Hearing Link: https://us–courts.webex.com/meet/Searcy, Instructions at www.txeb.uscourts.gov.

on June 16, 2026 at 09:30 AM

to consider and act upon the following:

140 – Objection to Claim (With Objection Language) 6 of Plantsnap, Inc. in the amount of $ $3,434,927.85 Filed by Eric Ralls (Attachments: # 1 Exhibit A – Attorneys' Fees Judgment # 2 Exhibit B – Binding Term Sheet (PS) # 3 Exhibit C – Plantsnap Judgment # 4 Exhibit D – Email History (2024–02–10 to 2024–08–14) # 5 Exhibit E – Status Report (CO Case) # 6 Exhibit F – PS SA (DRAFT) (2024–06–04) # 7 Exhibit G – F – PS Pledge Agmt (DRAFT) (2024–06–04) # 8 Exhibit H – PS Note (DRAFT) (2024–06–04) # 9 Exhibit I – Order following Status Conference (CO Case) # 10 Exhibit J – Confession of Judgment (PS) # 11 Exhibit K – ER Docket Report # 12 Exhibit L – PS POC #6 # 13 Exhibit M – Quist Valuation # 14 Exhibit N – ER Conversion Schedules (2025–11–18) # 15 Exhibit O – DEM Agmt # 16 Exhibit P – Affidavit of Anas Elmadhun # 17 Exhibit Q – Declaration of Robert Kitsmiller)(Mitchell, Gregory) Additional attachment(s) added on 1/29/2026 (vh).

Preliminary Hearing Continued By Court (RE: related document(s)140 Objection to Claim (With Objection Language) 6 of Plantsnap, Inc. in the amount of $ $3,434,927.85 Filed by Debtor Eric Ralls). Hearing scheduled for 6/16/2026 at 09:30 AM at Virtual Hearing JSwebex. (jd)

Signed on:

May 18, 2026

Jason K. McDonald
CLERK OF THE COURT

YOU ARE ADVISED that, in any hearing before this Court, corporations and partnerships must be represented by attorneys duly admitted to practice before this Court.