**EOD**

05/26/2026

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 24-60504 |
| | ) | |
| ERIC RALLS, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

## ORDER GRANTING
## AMENDED MOTION TO WITHDRAW AS COUNSEL FOR PLANTSNAP INC.

THIS MATTER comes before the Court on Markus Williams LLC's ("**Movant**") *Amended Motion to Withdraw as Counsel for PlantSnap Inc.* (the "**Motion**"), in which Movant seeks to withdraw as counsel for PlantSnap Inc. The Court finds that the Motion was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure and that it contained the appropriate twenty-one (21)-day negative notice language, which directed any party opposed to the granting of the relief sought by the Motion to file a written response within twenty-one days or the Motion would be deemed by the Court to be unopposed. The Court finds that no objection or other written response to the Motion has been timely filed by any party. Due to the failure of any party to file a timely written response, the allegations contained in the Motion stand unopposed and, therefore, the Court finds that good cause exists for the entry of the following order.

IT IS THEREFORE ORDERED that the Motion is GRANTED.

Signed on 5/26/2026

THE HONORABLE JOSHUA P. SEARCY
UNITED STATES BANKRUPTCY JUDGE