Form ntchrgBKv2

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Texas

Bankruptcy Case No.:  24−60504
Chapter:  7
Judge:  Joshua P. Searcy

In Re:

Eric Ralls

## NOTICE OF COURT PROCEEDING BY TELEPHONIC HEARING

A telephonic hearing will be held on

*Monday, June 1, 2026*

at

*01:30 PM*

to consider and act upon document 140 − Objection to Claim (With Objection Language) 6 of Plantsnap, Inc. in the amount of $ $3,434,927.85 Filed by Eric Ralls (Attachments: # 1 Exhibit A − Attorneys' Fees Judgment # 2 Exhibit B − Binding Term Sheet (PS) # 3 Exhibit C − Plantsnap Judgment # 4 Exhibit D − Email History (2024−02−10 to 2024−08−14) # 5 Exhibit E − Status Report (CO Case) # 6 Exhibit F − PS SA (DRAFT) (2024−06−04) # 7 Exhibit G − F − PS Pledge Agmt (DRAFT) (2024−06−04) # 8 Exhibit H − PS Note (DRAFT) (2024−06−04) # 9 Exhibit I − Order following Status Conference (CO Case) # 10 Exhibit J − Confession of Judgment (PS) # 11 Exhibit K − ER Docket Report # 12 Exhibit L − PS POC #6 # 13 Exhibit M − Quist Valuation # 14 Exhibit N − ER Conversion Schedules (2025−11−18) # 15 Exhibit O − DEM Agmt # 16 Exhibit P − Affidavit of Anas Elmadhun # 17 Exhibit Q − Declaration of Robert Kitsmiller)(Mitchell, Gregory) Additional attachment(s) added on 1/29/2026 (vh). filed as document number 140 .

Conference Telephone Number: 1−855−244−8681
Conference Access Code: 2308 921 4350

Dated: Friday, May 29, 2026

                                          Jason K. McDonald
                                          Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

Eastern District of Texas

| In re: | Case No. 24-60504-jps |
|---|---|
| Eric Ralls | Chapter 7 |
|          Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0540-6 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 29, 2026 | Form ID: 100v2 | Total Noticed: 6 |

The following symbols are used throughout this certificate:

**Symbol          Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/codb | | Eric Ralls, EarthSnap, Inc., 6691 Park Slope, Tyler, TX 75703 |
| cr | + | Bill Jaris, c/o Joyce W. Lindauer, Joyce W. Lindauer Attorney, PLLC, 117 S. Dallas Street, Ennis, TX 75119-4744 |
| cr | + | Bill Jaris Consulting, LLC, c/o Joyce W. Lindauer, Joyce W. Lindauer Attorney, PLLC, 117 S. Dallas Street, Ennis, TX 75119-4744 |
| cr | + | Brian Funk, c/o Bell Nunnally & Martin LLP, 2323 Ross Avenue, Suite 1900, Dallas, TX 75201-2721 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 30 2026 00:28:10 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: d.johnson@cascaffold.com | May 30 2026 00:19:00 | DEJ Partners, LLC, 331 Vineland Avenue, City of Commercie, CA 91746 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2026                    Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amalia Y Sax-Bolder | |
| | on behalf of Plaintiff HI Investments  LLC asaxbolder@reedsmith.com |

District/off: 0540-6

Date Rcvd: May 29, 2026

User: admin

Form ID: 100v2

Page 2 of 2

Total Noticed: 6

Amalia Y Sax-Bolder

on behalf of Creditor HI Investments  LLC asaxbolder@reedsmith.com

Areya Aurzada

areya@holderlawpc.com  aha@trustesolutions.net

Areya Holder Aurzada

on behalf of Trustee Areya Aurzada areya@holderlawpc.com  caha11@trustesolutions.net;holder.igotnotices@gmail.com

Dean E. Richardson

on behalf of Creditor PlantSnap Inc. drichardson@gouldratner.com
mhuerta@gouldratner.com;mbradbury@gouldratner.com;mspinner@gouldratner.com;gould-ecfs_notice@juralaw.net

Dean E. Richardson

on behalf of Plaintiff PlantSnap Inc. drichardson@gouldratner.com
mhuerta@gouldratner.com;mbradbury@gouldratner.com;mspinner@gouldratner.com;gould-ecfs_notice@juralaw.net

Diane Carter

on behalf of Trustee Diane Carter dsbarron@rbarronlaw.com  dbc@trustesolutions.net

Gregory W. Mitchell

on behalf of Defendant Eric Ralls greg@mitchellps.com

Gregory W. Mitchell

on behalf of Debtor Eric Ralls greg@mitchellps.com

John Paul Stanford

on behalf of Trustee Areya Holder AURZADA (SBRA V) jstanford@qslwm.com  jadams@qslwm.com;cprice@qslwm.com

John Paul Stanford

on behalf of Trustee Areya Aurzada jstanford@qslwm.com  jadams@qslwm.com;cprice@qslwm.com

Joyce W. Lindauer

on behalf of Creditor Bill Jaris joyce@joycelindauer.com
dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net

Joyce W. Lindauer

on behalf of Creditor Bill Jaris Consulting  LLC joyce@joycelindauer.com,
dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net

Kevin S Wiley, Sr

on behalf of Debtor Eric Ralls kwiley@wileylawgroup.com

Marcus Salitore

on behalf of U.S. Trustee US Trustee marc@salitorelaw.com

Pete Thomas

on behalf of Plaintiff DEJ Partners  LLC peter@praxidicelaw.com

Pete Thomas

on behalf of Creditor DEJ Partners  LLC peter@praxidicelaw.com

Russell W. Mills

on behalf of Creditor Brian Funk rmills@bellnunnally.com  nsummerville@bellnunnally.com;tstephenson@bellnunnally.com

Ryan K. French

on behalf of Plaintiff HI Investments  LLC ryan.french@taylorporter.com

Steven Rech

on behalf of Plaintiff DEJ Partners  LLC srech@vorys.com

TOTAL: 20