Form ntchrgcbk

## UNITED STATES BANKRUPTCY COURT
### Eastern District of Texas

Plaza Tower
110 N. College Avenue
Ninth Floor
Tyler, TX 75702

| | | |
|---|---|---|
| In | Eric Ralls | Bankruptcy Proceeding No.:  24–60504 |
| Re: | Debtor | Chapter:  7 |
| | | Judge:  Joshua P. Searcy |

PLEASE TAKE NOTICE that a CONTINUED/RESCHEDULED hearing will be held at

Plaza Tower, 110 N. College Avenue, Ninth Floor, Tyler, TX 75702

on 8/25/26 at 09:30 AM

to consider and act upon the following:

140 – Objection to Claim (With Objection Language) 6 of Plantsnap, Inc. in the amount of $ $3,434,927.85 Filed by Eric Ralls (Attachments: # 1 Exhibit A – Attorneys' Fees Judgment # 2 Exhibit B – Binding Term Sheet (PS) # 3 Exhibit C – Plantsnap Judgment # 4 Exhibit D – Email History (2024–02–10 to 2024–08–14) # 5 Exhibit E – Status Report (CO Case) # 6 Exhibit F – PS SA (DRAFT) (2024–06–04) # 7 Exhibit G – F – PS Pledge Agmt (DRAFT) (2024–06–04) # 8 Exhibit H – PS Note (DRAFT) (2024–06–04) # 9 Exhibit I – Order following Status Conference (CO Case) # 10 Exhibit J – Confession of Judgment (PS) # 11 Exhibit K – ER Docket Report # 12 Exhibit L – PS POC #6 # 13 Exhibit M – Quist Valuation # 14 Exhibit N – ER Conversion Schedules (2025–11–18) # 15 Exhibit O – DEM Agmt # 16 Exhibit P – Affidavit of Anas Elmadhun # 17 Exhibit Q – Declaration of Robert Kitsmiller)(Mitchell, Gregory) Additional attachment(s) added on 1/29/2026 (vh).

Hearing Continued By Court (RE: related document(s)140 Objection to Claim (With Objection Language) 6 of Plantsnap, Inc. in the amount of $ $3,434,927.85 Filed by Debtor Eric Ralls). Hearing scheduled for 8/25/2026 at 09:30 AM at Plaza Tower Courtroom. (jd)

Dated: 6/4/26

Jason K. McDonald
Clerk, U.S. Bankruptcy Court

YOU ARE ADVISED that, in any hearing before this Court, corporations and partnerships must be represented by attorneys duly admitted to practice before this Court.