Form ntchrgcbk

## UNITED STATES BANKRUPTCY COURT
### Eastern District of Texas

Plaza Tower
110 N. College Avenue
Ninth Floor
Tyler, TX 75702

| | | |
|---|---|---|
| In Re: | Eric Ralls Debtor | Bankruptcy Proceeding No.: 24–60504 Chapter: 7 Judge: Joshua P. Searcy |

PLEASE TAKE NOTICE that a CONTINUED/RESCHEDULED hearing will be held at

Plaza Tower, 110 N. College Avenue, Ninth Floor, Tyler, TX 75702

on 8/25/26 at 09:30 AM

to consider and act upon the following:

142 – Objection to Claim (With Objection Language) 10 of DEJ Partners, LLC in the amount of $ 2541899.58 Filed by Eric Ralls (Attachments: # 1 Exhibit A – Binding Term Sheet (DEJP) # 2 Exhibit B – Final Judgment (DEJP) # 3 Exhibit C – Final Judgment–Fees (DEJP) # 4 Exhibit D – E–mail history # 5 Exhibit F – Draft of Settlement Agreement # 6 Exhibit G – Draft of Pledge Agreement # 7 Exhibit H – Draft of Promissory Note # 8 Exhibit I – Order Following Status Conference (2024–06–27) # 9 Exhibit J – Confession of Judgment (2024–07–31) # 10 Exhibit K – ER Docket Report # 11 Exhibit L – DEJP Amended POC #10 # 12 Exhibit M – Quist Valuation # 13 Exhibit N – ER Conversion Schedules # 14 Exhibit O – DEM Agreement # 15 Exhibit P – Affidavit of Anas Elmadhun # 16 Exhibit Q – Declaration of Robert Kitsmiller # 17 Proposed Order)(Mitchell, Gregory)

Hearing Continued By Court (RE: related document(s)142 Objection to Claim (With Objection Language) 10 of DEJ Partners, LLC in the amount of $ 2541899.58 Filed by Debtor Eric Ralls). Hearing scheduled for 8/25/2026 at 09:30 AM at Plaza Tower Courtroom. (jd)

Dated: 6/4/26

Jason K. McDonald
Clerk, U.S. Bankruptcy Court

YOU ARE ADVISED that, in any hearing before this Court, corporations and partnerships must be represented by attorneys duly admitted to practice before this Court.