Form ntchrgcbk

## UNITED STATES BANKRUPTCY COURT
### Eastern District of Texas

Plaza Tower
110 N. College Avenue
Ninth Floor
Tyler, TX 75702

| | | |
|---|---|---|
| In | Eric Ralls | Bankruptcy Proceeding No.: 24−60504 |
| Re: | Debtor | Chapter: 7 |
| | | Judge: Joshua P. Searcy |

PLEASE TAKE NOTICE that a CONTINUED/RESCHEDULED hearing will be held at

Plaza Tower, 110 N. College Avenue, Ninth Floor, Tyler, TX 75702

on 8/25/26 at 09:30 AM

to consider and act upon the following:

140 − Objection to Claim (With Objection Language) 6 of Plantsnap, Inc. in the amount of $ $3,434,927.85 Filed by Eric Ralls (Attachments: # 1 Exhibit A − Attorneys' Fees Judgment # 2 Exhibit B − Binding Term Sheet (PS) # 3 Exhibit C − Plantsnap Judgment # 4 Exhibit D − Email History (2024−02−10 to 2024−08−14) # 5 Exhibit E − Status Report (CO Case) # 6 Exhibit F − PS SA (DRAFT) (2024−06−04) # 7 Exhibit G − F − PS Pledge Agmt (DRAFT) (2024−06−04) # 8 Exhibit H − PS Note (DRAFT) (2024−06−04) # 9 Exhibit I − Order following Status Conference (CO Case) # 10 Exhibit J − Confession of Judgment (PS) # 11 Exhibit K − ER Docket Report # 12 Exhibit L − PS POC #6 # 13 Exhibit M − Quist Valuation # 14 Exhibit N − ER Conversion Schedules (2025−11−18) # 15 Exhibit O − DEM Agmt # 16 Exhibit P − Affidavit of Anas Elmadhun # 17 Exhibit Q − Declaration of Robert Kitsmiller)(Mitchell, Gregory) Additional attachment(s) added on 1/29/2026 (vh).

Hearing Continued By Court (RE: related document(s)140 Objection to Claim (With Objection Language) 6 of Plantsnap, Inc. in the amount of $ $3,434,927.85 Filed by Debtor Eric Ralls). Hearing scheduled for 8/25/2026 at 09:30 AM at Plaza Tower Courtroom. (jd)

Dated: 6/4/26

Jason K. McDonald
Clerk, U.S. Bankruptcy Court

YOU ARE ADVISED that, in any hearing before this Court, corporations and partnerships must be represented by attorneys duly admitted to practice before this Court.

United States Bankruptcy Court

Eastern District of Texas

In re:                                                                                          Case No. 24-60504-jps

Eric Ralls                                                                                   Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0540-6 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 04, 2026 | Form ID: 103 | Total Noticed: 7 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/codb | | Eric Ralls, EarthSnap, Inc., 6691 Park Slope, Tyler, TX 75703 |
| cr | + | Bill Jaris, c/o Joyce W. Lindauer, Joyce W. Lindauer Attorney, PLLC, 117 S. Dallas Street, Ennis, TX 75119-4744 |
| cr | + | Bill Jaris Consulting, LLC, c/o Joyce W. Lindauer, Joyce W. Lindauer Attorney, PLLC, 117 S. Dallas Street, Ennis, TX 75119-4744 |
| cr | + | Brian Funk, c/o Bell Nunnally & Martin LLP, 2323 Ross Avenue, Suite 1900, Dallas, TX 75201-2721 |
| 8484003 | + | PlantSnap, Inc., c/o Dean E. Richardson, 3615 Delgany Street, Suite 1100, Denver, CO 80216-3997 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 05 2026 00:19:24 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: d.johnson@cascaffold.com | Jun 05 2026 00:02:00 | DEJ Partners, LLC, 331 Vineland Avenue, City of Commercie, CA 91746 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2026                         Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amalia Y Sax-Bolder | on behalf of Plaintiff HI Investments  LLC asaxbolder@reedsmith.com, DocketingECF@ReedSmith.com |

District/off: 0540-6                          User: admin                                    Page 2 of 2
Date Rcvd: Jun 04, 2026                       Form ID: 103                                    Total Noticed: 7

Amalia Y Sax-Bolder
> on behalf of Creditor HI Investments  LLC asaxbolder@reedsmith.com, DocketingECF@ReedSmith.com

Areya Aurzada
> areya@holderlawpc.com  aha@trustesolutions.net

Areya Holder Aurzada
> on behalf of Trustee Areya Aurzada areya@holderlawpc.com  caha11@trustesolutions.net;holder.igotnotices@gmail.com

Dean E. Richardson
> on behalf of Creditor PlantSnap Inc. drichardson@gouldratner.com
> mhuerta@gouldratner.com;mbradbury@gouldratner.com;mspinner@gouldratner.com;asweet@gouldratner.com;gould-ecfs_notice
> @juralaw.net

Dean E. Richardson
> on behalf of Plaintiff PlantSnap Inc. drichardson@gouldratner.com
> mhuerta@gouldratner.com;mbradbury@gouldratner.com;mspinner@gouldratner.com;asweet@gouldratner.com;gould-ecfs_notice
> @juralaw.net

Diane Carter
> on behalf of Trustee Diane Carter dsbarron@rbarronlaw.com  dbc@trustesolutions.net

Gregory W. Mitchell
> on behalf of Defendant Eric Ralls greg@mitchellps.com

Gregory W. Mitchell
> on behalf of Debtor Eric Ralls greg@mitchellps.com

John Paul Stanford
> on behalf of Trustee Areya Holder AURZADA (SBRA V) jstanford@qslwm.com  jadams@qslwm.com;cprice@qslwm.com

John Paul Stanford
> on behalf of Trustee Areya Aurzada jstanford@qslwm.com  jadams@qslwm.com;cprice@qslwm.com

Joyce W. Lindauer
> on behalf of Creditor Bill Jaris joyce@joycelindauer.com
> dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net

Joyce W. Lindauer
> on behalf of Creditor Bill Jaris Consulting  LLC joyce@joycelindauer.com,
> dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net

Kevin S Wiley, Sr
> on behalf of Debtor Eric Ralls kwiley@wileylawgroup.com

Marcus Salitore
> on behalf of U.S. Trustee US Trustee marc@salitorelaw.com

Pete Thomas
> on behalf of Plaintiff DEJ Partners  LLC peter@praxidicelaw.com

Pete Thomas
> on behalf of Creditor DEJ Partners  LLC peter@praxidicelaw.com

Russell W. Mills
> on behalf of Creditor Brian Funk rmills@bellnunnally.com  nsummerville@bellnunnally.com;tstephenson@bellnunnally.com

Ryan K. French
> on behalf of Plaintiff HI Investments  LLC ryan.french@taylorporter.com

Steven Rech
> on behalf of Plaintiff DEJ Partners  LLC srech@vorys.com


TOTAL: 20