**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Case No. 24-60504 |
| | ) | |
| ERIC RALLS, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE Dean E. Richardson, counsel for PlantSnap Inc., in the above captioned case and the adversary proceeding, No 24-06044, has changed firm affiliation and contact information. The new contact information is as follows:

**GOULD + RATNER LLP**
1331 17th Street, Suite 1250
Denver, Colorado 80202

The telephone number, facsimile number and e-mail addresses for counsel will remain the same.

Respectfully submitted,

Dated: July 27, 2026

/s/ Dean E. Richardson
Dean E. Richardson
GOULD & RATNER LLP
1331 17th Street, Suite 1250
Denver, Colorado 80202
(303) 284-1049
drichardson@gouldratner.com

*Counsel for PlantSnap, Inc.*

1

### CERTIFICATE OF SERVICE

I, Dean E. Richardson, hereby certify that on July 27, 2026, a true and correct copy of the foregoing *Notice of Change of Firm and Contact Information* was served through the Court's CM/ECF system to all ECF participants registered in this case at the email address registered with the Court.

/s/ Dean E. Richardson
Dean E. Richardson (CO 35349)