FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**



**Case No.:** 24-60504
**Case Name:** RALLS , ERIC
**For the Period Ending:** 06/30/2026

**Trustee Name:** Areya Holder Aurzada
**Date Filed (f) or Converted (c):** 04/21/2025 (c)
**§341(a) Meeting Date:** 05/22/2025
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description (Scheduled and Unscheduled (u) Property) | | 2<br>Petition/ Unscheduled Value | 3<br>Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | 4<br>Property Abandoned OA =§ 554(a) abandon. | 5<br>Sales/Funds Received by the Estate | 6<br>Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|---|
| 1 | 2011 GMC Yukon XL Mileage: 70000 | | $0.00 | $7,500.00 | | $0.00 | FA |
| Asset Notes: | Value updated per amended schedules | | | | | | |
| 2 | TV | | $500.00 | $500.00 | | $0.00 | FA |
| 3 | Acoustic guitar | | $300.00 | $300.00 | | $0.00 | FA |
| 4 | Banjo | | $150.00 | $150.00 | | $0.00 | FA |
| 5 | 50 t-shirts and 25 buttons ups with collars on them. 6 shorts, 4 swim trunks, 10 blue jeans and 7 dress pants. | | $400.00 | $400.00 | | $0.00 | FA |
| 6 | 2 Newfoundland dogs. One is 8 years old and one is 9 years old. | | Unknown | $0.00 | | $0.00 | FA |
| 7 | Cash | | $129.00 | $129.00 | | $0.00 | FA |
| 8 | Digital Earth Media 86 % | | $9,890,000.00 | $11,436,945.00 | | $0.00 | $11,500,000.00 |
| 9 | 1 Couch; 1 bedroom set; cooking wear; utensils and dishes | (u) | $500.00 | $500.00 | | $0.00 | FA |
| 10 | Greenmind, LLC | (u) | Unknown | $1.00 | | $0.00 | $1.00 |
| Asset Notes: | Added per amended schedules | | | | | | |
| 11 | Metaversal Knowledge, Inc. | (u) | Unknown | $1.00 | | $0.00 | $1.00 |
| Asset Notes: | Added per amended schedules | | | | | | |
| 12 | Insurance-Term Life | (u) | $0.00 | $0.00 | | $0.00 | FA |
| 13 | Future Claims against Plant Snap, Inc. and DEJ, LLP | (u) | Unknown | $5,000.00 | | $0.00 | $5,000.00 |

| | | | | | Gross Value of Remaining Asset |
|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | **$9,891,979.00** | **$11,451,426.00** | | **$0.00** | **$11,505,002.00** |

**Major Activities affecting case closing:**

07/15/2026 The Trustee is in negotiations to monetize the Debtor's interest in various business interests. A $1.00 placeholder value per business interest is listed in the Trustee's Interim Report as sale negotiations are ongoing and in order to avoid prejudice.

01/21/2026 The Trustee is seeking to liquidate the Debtor's nonexempt business interests.

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES



**Case No.:** 24-60504
**Case Name:** RALLS , ERIC
**For the Period Ending:** 06/30/2026

**Trustee Name:** Areya Holder Aurzada
**Date Filed (f) or Converted (c):** 04/21/2025 (c)
**§341(a) Meeting Date:** 05/22/2025
**Claims Bar Date:**

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** 12/31/2026

**Current Projected Date Of Final Report (TFR):** 06/15/2027

/s/ AREYA HOLDER AURZADA

AREYA HOLDER AURZADA